# Criminal Case Cover Sheet                                                                U.S. District Court

FILED: REDACTED

**Place of Offense:** ☒ Under Seal                                              **Judge Assigned:** AJT (Trenga)

City: | . | **Superseding Indictment:** | | **Criminal No.** | 1:18CR-457

County: | | Same Defendant: | | New Defendant:

Magistrate Judge Case No. | | **Arraignment Date:**

Search Warrant Case No. | | R. 20/R. 40 From:

**Defendant Information:**

Defendant Name: RAFIEKIAN, BIJAN  Alias(es):   ☐ Juvenile  FBI No.:

Address: XXXXXXXXX, SAN JUAN CAPISTRANO, CA 92675

Employment:

Birth Date: XXXX/1952  SSN: XXXXX-3715  Sex: Male  Race:  Nationality:

Place of Birth:  Height:  Weight:  Hair:  Eyes:  Scars/Tattoos:

☐ Interpreter  Language/Dialect:    Auto Description:

**Location/Status:**

Arrest Date:    ☐ Already in Federal Custody as of:    in:

☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody

~~☒ Arrest Warrant Requested~~  ☐ Fugitive   ☒ Summons Requested

☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

**Defense Counsel Information:**

Name:    ☐ Court Appointed   Counsel Conflicts:

Address:    ☐ Retained

Phone:    ☐ Public Defender   ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

AUSA(s): James P. Gillis   Phone: (703) 299-3897   Bar No.:

**Complainant Agency - Address & Phone No. or Person & Title:**

FBI, Special Agent Bryan Alfredo, 601 4th Street NW, Washington D.C. 20535 202-440-0512

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 371 | Conspiracy to Act as and Agent and | 1 | Felony |
| Set 2: | 18 U.S.C. 951 | Acting as an Agent of Foreign Gover | 2 | Felony |
| Date: | December 11, 2018 | AUSA Signature: | | *may be continued on reverse* |