IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Alexandria Division | **UNDER SEAL** |
| UNITED STATES OF AMERICA | Case No. 1:18-CR-457 (AJT) |
| v. | |
| BIJAN RAFIEKIAN, *et al.*, | |
| Defendants | |

FILED IN OPEN COURT
DEC 12 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ORDER

The United States, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved to seal the indictment, the motion to seal, and proposed order in this matter, and having moved for other relief; and

The Court, having found that revealing the material sought to be sealed before the initial appearance in the case would jeopardize the criminal prosecution; having considered the available alternatives that are less drastic than sealing, and finding none would suffice to protect the government's legitimate interest in securing the defendants' presence at trial; and finding that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED that the indictment, the government's motion, and this Order be sealed until the first defendant makes his initial appearance in the Eastern District of Virginia at which time it shall be automatically unsealed; and it is further

ORDERED that the government may notify Bijan Rafiekian's counsel of the indictment

and of this Order to facilitate Rafiekian's appearance and the surrender of Rafiekian's passport; and it is further

ORDERED that Rafiekian shall immediately surrender his passport to the Federal Bureau of Investigation upon being informed of this Order; and it is further

ORDERED that Rafiekian and Rafiekian's attorney shall not reveal to anyone that an indictment has been returned or that this Order has been entered until this matter is unsealed.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
THERESA C. BUCHANAN
United States Magistrate Judge

Date: 12/12/18
Alexandria, Virginia