AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
| v. | ) |
| | ) Case No. 1:18CR457 |
| BIJAN RAFIEKIAN a/k/a "Bijan Kian" | ) |
| | ) |
| Defendant | ) |

FILED DEC 13 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

**UNDER SEAL**

## SUMMONS IN A CRIMINAL CASE

YOU ARE SUMMONED to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | 401 Courthouse Square<br>Alexandria, Virginia 22314 | Courtroom No.: 501 - Judge Anderson |
| | | Date and Time: 12/17/2018 @ 10:00 A.M. |

This offense is briefly described as follows:

18 U.S.C. § 371 Conspiracy to Act as an Agent of a Foreign Government and to Make False Statements and Willful Omissions in a FARA Filing, 18 U.S.C. § 951 Acting in the United States as an Agent of Foreign Government.

Date: December 12, 2018

_____
Issuing officer's signature

Paulina A. Miller, Deputy Clerk
Printed name and title

RECEIVED UNITED STATES MARSHAL 2018 DEC 13 AM 8:0[ ] EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons ☐ Returned this summons unexecuted

Date: 12/13/18

_____
Server's signature

Vincent T. O'Neal, SDUSM
Printed name and title

Case No. 1:18CR

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender: BIJAN RAFIEKIAN a/k/a "Bijan Kian"

Last known residence: _____

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

### PROOF OF SERVICE

This summons was received by me on *(date)* 12/13/18.

☐ I personally served the summons on this defendant _____ at
*(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode
with *(name)* _____, a person of suitable age and discretion who resides
there, and I mailed a copy to the individual's last known address; or

☑ I delivered a copy of the summons to *(name of individual)* Robert P. Trout, Defense Atty
who is authorized to receive service of process on behalf of *(name of organization)* Bijan Rafiekian
on *(date)* 12/13/18 and I mailed a copy to
the organizations's last known address within the district or to its principal place of business elsewhere in the
United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 12/13/18

_Vint T. O'Neal_
Server's signature

Vincent T. O'Neal, SDUSM
Printed name and title

Remarks: