AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

F I L E D
DEC 17 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

__United States__ )
_Plaintiff_ )
v. ) Case No. 1:18-CR-457 (AJT)
__Bijan Rafiekian__ )
_Defendant_ )

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

__Bijan Rafiekian (for limited purpose of initial appearance)__

Date: _____          _/s/ R.P.T._
                              _Attorney's signature_

                              __Robert P. Trout, 13642__
                              _Printed name and bar number_

                              __1350 Connecticut Ave__
                              _Address_

                              __rtrout@troutcacheris.com__
                              _E-mail address_

                              __202 464 3311__
                              _Telephone number_

                              __202-464-3319__
                              _FAX number_