TYPE OF HEARING: R5
CASE NUMBER: 18cr457
MAGISTRATE JUDGE: John F. Anderson
DATE: 12/17/2018
TIME: 10:00 a.m.
TAPE: FTR RECORDER
DEPUTY CLERK: Whitney Garnett

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Bijan Rafiekian

GOVT. ATTY __James Gillis / Evan Turgeon__

DEFT'S ATTY __Robert Trout__

DUTY AFPD _____

INTERPRETER/LANGUAGE _____

DEFT INFORMED OF RIGHTS, CHARGES, AND PENALTIES (X)
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( )   FPD ( ) CJA ( ) Conflict List ( )

Gov't request this matter be unsealed - case unsealed.
Gov't is not seeking detention.

BOND __Deft placed on PR bond with conditions.__

NEXT COURT APPEARANCE __AR previously__ TIME _____
set for 12/18/18 at 9:30a.m.

15 min.