# UNITED STATES DISTRICT COURT

## CRIMINAL MINUTES - GENERAL

Case No.:  **1:18-CR-457-1**              Date: **12-18-2018**
Court Time**: 9:30 – 9:35**

DOCKET ENTRY:    **Arraignment**

**U.S.A.   vs.    BIJAN RAFIEKIAN**

PRESENT:    Honorable ANTHONY J. TRENGA, U. S. District Judge
Dani Zirk, Deputy Clerk
Rhonda Montgomery, Court Reporter
Jim Gillis, Asst. U.S. Attorney
Evan Turgeon, Special Asst. U.S. Attorney
Robert Trout, Deft. Attorney
Gloria Solomon, Deft. Attorney

**PROCEEDINGS:**

_____    Defendant is arraigned and specifically advised of rights.

  **X**     Defendant waived reading of indictment – WFA, PNG

_____    Indictment/Information read

MOTIONS TO BE FILED BY **1/18/2019**   w/ARGUMENT ON  **2/4/2019 at 9:00 a.m.**
CASE CONTINUED TO   **2/11/2019 at 10:00 a.m. FOR JURY TRIAL**

[ ]  Agreed Discovery Order entered in open court.

Defendant: [ ] Remanded      [**X**] Continued on Bond     [ ] Released on Bond
Bond set at $        [ ] Unsecured     [ ] Surety    [ ] Personal Recognizance

Status Hearing scheduled for 1/3/2019 at 10:00 a.m.