# UNITED STATES DISTRICT COURT
## Criminal Minutes - General

Case No.: **1:18-CR-457-1**       Date: **1-3-2019**
Court Time: **10:08 – 10:18**

---

Docket Entry:   **STATUS HEARING**

---

**UNITED STATES OF AMERICA**

v.

**BIJAN RAFIEKIAN**

Present:   Honorable Anthony J. Trenga, U.S. District Judge
       Dani Zirk, Deputy Clerk
       Rhonda Montgomery, Court Reporter
       Evan Turgeon, Special Asst. U.S. Atty.
       James Gillis, Asst. U.S. Atty.
       John Gibbs, Asst. U.S. Atty.
       Robert Trout, Deft. Atty.
       Mark MacDougall, Deft. Atty. (Pro hac vice)
       Stacey Mitchell, Deft. Atty. (Pro hac vice)

PROCEEDINGS:

This matter came on for a Status Hearing. Counsel discuss the exchange of Discovery materials. The Court will leave the trial date as set and requests a formal motion for continuance to further explain the need for continuing trial to be filed by 1/21/2019. Motion to be heard on 2/7/2019 at 10:00 a.m. The Court also instructs parties to file any necessary Ex Parte requests. Defendant continued on same terms and conditions of release.