UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| BIJAN RAFIEKIAN ) | Case Number 1:18-cr-457-AJT-1& 2 |
| ) | |
| and ) | |
| ) | |
| KAMIL EKIM ALPTEKIN, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## **ORDER**

A status hearing was held in this case on January 3, 2019 at which time the Court was advised that the United States may seek to delete from discovery a limited amount of classified information pursuant to Section 4 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. 3 § 4. Accordingly, it is hereby ORDERED as follows:

1. In the event that the United States seeks to delete specified items of classified information from documents to be made available to the Defendants through discovery, to substitute a summary of the information for such classified documents, or to substitute a statement admitting relevant facts that the classified information would tend to prove pursuant to 18 U.S.C. App. 3 § 4, the United States shall on or before February 1, 2019 make such a request in writing to the Court. The request shall include a brief description of the classified information at issue.

2. The court will conduct a hearing on any requests submitted by the United States pursuant to 18 U.S.C. App. 3 § 4 on February 8, 2019 at 2:00 p.m.

The Clerk is directed to forward copies of this Order to all counsel of record.

1

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 4, 2019