IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:18-CR-457 (AJT) |
| | ) |
| BIJAN RAFIEKIAN, *et al.*, | ) |
| | ) |
| Defendants | ) |

<u>ORDER</u>

Upon motion of the government, and for the reasons stated in the motion, it is hereby

ORDERED that the trial of this matter is continued until _____.

Dated:
At Alexandria, Virginia