AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-CR-457(AJT) |
| BIJAN RAFIEKIAN | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States of America

Date: 01/07/2019

John T. Gibbs
*Attorney's signature*

John Thomas Gibbs, VA Bar No. 40380
*Printed name and bar number*

U.S. Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

john.gibbs@usdoj.gov
*E-mail address*

(703) 299-3775
*Telephone number*

(703) 837-8242
*FAX number*