IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:18-cr-457-AJT |
| ) | |
| Bijan Rafiekian aka Bijan Kian ) | |
| ) | |

## PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States District Court at 10:00 o'clock a.m., on the 11th day of February, 2019, then and there to testify on behalf of the United States:

<u>                    40 Blank Subpoenas (20 Sets)                    </u>

This 15th day of January, 2019.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
James P. Gillis
Assistant United States Attorney

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | |
|---|---|
| United States of America <br> v. <br> Bijan Rafiekian, aka Bijan Kian <br> *Defendant* | ) <br> ) <br> ) Case No.: 1:18-cr-457 <br> ) <br> ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court <br> 401 Court House Square <br> Alexandria, Virginia 22314 | Courtroom No.: 700 |
| --- | --- |
| | Date and Time: February 11, 2019   10:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: _____

CLERK OF COURT

COPY
_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____
_____, who requests this subpoena, are:

AUSA James P. Gillis
United States Attorney's Office
Eastern District of Virginia
Justin W. Williams, U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3897
james.gillis@usdoj.gov