UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Case No. 1:18-CR-457 (AJT)** |
| | : | |
| **BIJAN RAFIEKIAN** | : | |
| | : | |
| and | : | |
| | : | |
| **KAMIL EKIM ALPTEKIN,** | : | |
| | : | |
| **Defendants.** | : | |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for a Bill of Particulars, memorandum in support thereof, any opposition thereto, any reply in further support thereof, and the entire record herein, for good cause shown, it is this _____ day of _____, 2019, hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Government shall provide Defendant with the particulars requested in his motion.

**SO ORDERED**.

_____
The Honorable Anthony Trenga
United States District Judge