UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| BIJAN RAFIEKIAN ) | Case Number 1:18-cr-457-AJT-1& 2 |
| ) | |
| and ) | |
| ) | |
| KAMIL EKIM ALPTEKIN, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the Government's Motion for a Two-Week Continuance of Trial [Doc. No. 22] and the present filing and hearing schedule for Defendant's anticipated motion for a continuance, other ex parte filings, and the Government's anticipated CIPA § 4 filing, it is hereby

ORDERED that the trial date of February 11, 2019, be, and the same hereby is, VACATED, with all other filing dates and hearings remaining as presently scheduled, with a new trial date to be set following the Court's consideration of the anticipated motions and filings referenced herein.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
January 22, 2019