UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>BIJAN RAFIEKIAN )<br>)<br>and )<br>)<br>KAMIL EKIM ALPTEKIN, )<br>)<br>Defendants. )<br>_____) | Case Number 1:18-cr-457-AJT-1& 2 |

## **ORDER**

It is hereby

ORDERED that the hearing on Defendant Bijan Rafiekian's Motion in Support of a September Trial Date [Doc. No. 32] and Defendant's Motion for a Bill of Particulars [Doc. No. 29], currently scheduled for Thursday, February 7, 2019 at 10:00 a.m. be, and the same hereby is, CONTINUED to Friday, February 8, 2019 at 2:00 p.m.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

January 30, 2019
Alexandria, Virginia