## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal Case No. 1:18-CR-457 (AJT)** |
| | : | |
| **BIJAN RAFIEKIAN, et al.** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

The Court having considered the Defendant's Consent Motion to Reschedule Hearing, and having found good cause to reschedule the February 8, 2019 hearing on the Motion for a Bill of Particulars and the Motion to Set a September Trial Date, it is this _____ day of February, 2019, hereby

ORDERED that the hearing on the Motion for a Bill of Particulars and the Motion to Set a September Trial Date is rescheduled to February 13, 2019, at 2:00 p.m.

The Clerk is directed to forward copies of this Order to all counsel of record.

 

                                                                          Anthony J. Trenga,
                                                                           United States District Judge

Alexandria, Virginia