UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal Case No. 1:18-CR-457 (AJT) |
| BIJAN RAFIEKIAN, et al. | : |
| Defendants. | : |

## ORDER

The Court having considered the Defendant's Consent Motion to Reschedule Hearing, and having found good cause to reschedule the February 8, 2019 hearing on the Motion for a Bill of Particulars and the Motion to Set a September Trial Date, it is this _1st_ day of February, 2019, hereby

ORDERED that the hearing on the Motion for a Bill of Particulars and the Motion to Set a September Trial Date is rescheduled to February 13, 2019, at 2:00 p.m.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Anthony J. Trenga,
United States District Judge

Alexandria, Virginia