Filed with the CISO
name MPutz
date 2/1/2019

# UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 1:18-CR-457 (AJT) |
| ) | |
| v. ) | **IN CAMERA, EX PARTE** |
| ) | **AND UNDER SEAL** |
| BIJAN RAFIEKIAN and ) | |
| KAMIL EKIM ALPTEKIN, ) | |
| ) | |
| Defendants ) | |

**GOVERNMENT'S CLASSIFIED <u>EX PARTE</u>, <u>IN CAMERA</u> MEMORANDUM OF LAW AND MOTION FOR A PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**