UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | Criminal Case No. 1:18-CR-457 (AJT) |
| BIJAN RAFIEKIAN, et al. | : | |
| Defendants. | : | |

## WAIVER OF APPEARANCE

The defendant, Bijan Rafiekian, having been advised by his counsel of his right to be present for all proceedings in this case, hereby confirms that he waives his right to appear for the motions hearing on February 13, 2019.

_____  2-4-2019
Bijan Rafiekian                   Date

## CERTIFICATE OF SERVICE

I hereby certify that, on this 4th day of February 2019, a true and genuine copy of Waiver of Appearance was sent via electronic mail by the Court's CM/ECF system to the following:

James P. Gillis
John T. Gibbs
Evan N. Turgeon
U.S. Attorney's Office (Alexandria-NA)
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone:  (703) 299-3700
Email:  james.p.gillis@usdoj.gov
 john.gibbs@usdoj.gov
 evan.turgeon@usdoj.gov

/s/
Robert P. Trout (VA Bar # 13642)