# UNITED STATES DISTRICT COURT
## CRIMINAL MOTION MINUTES

Date: **2/13/2019**   Judge: Trenga
                     Reporter: R. Montgomery
Start: **2:00 – 2:18**   Interpreter: _____

Case Number: **1:18-CR-457-1**

**UNITED STATES OF AMERICA**

vs.

**BIJAN RAFIEKIAN**          ___ Present   **X** Not Present

| Counsel for Defendant | Counsel for Government |
|---|---|
| **Robert Trout** | **John Gibbs** |
| **Mark MacDougall** | **Evan Turgeon** |
| **Stacey Mitchell** | |

PROCEEDINGS:

This matter is before this court for:
Motion for a Bill of Particulars [29] by deft.
Motion to Continue/*Motion to set a September Trial Date* [32] by deft.

Argued and
(  ) Granted          (  ) Denied          (**X**) Granted in part/Denied in part
(  ) Taken Under Advisement          (  ) Continued to

Order to follow.

Government is ordered to identify persons whose statements may be used at trial and disclose that information to defense counsel. If the government feels that information should be provided to defense counsel by way of a protective order, they should inform defense counsel, and if necessary, the Court.

Jury Trial set for 7/15/2019 at 10:00 a.m. Trial estimated approx. 1 week. Defense counsel is to submit any CIPA Section 5 filings by April 1st. Motions deadline is set for April 15th. Motions Hearing set for May 10th at 9:00 a.m.