UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| BIJAN RAFIEKIAN ) | Case Number 1:18-cr-457-AJT-1& 2 |
| ) | |
| and ) | |
| ) | |
| KAMIL EKIM ALPTEKIN, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

On February 13, 2019, the Court held a hearing on Defendant's Motion for a Bill of Particulars [Doc. No. 29] (the "Motion"). Upon consideration of the Motion, the memoranda in support thereof and in opposition thereto, and the arguments of counsel at the February 13, 2019 hearing, it is hereby

ORDERED that Defendant's Motion for a Bill of Particulars [Doc. No. 29] be, and the same hereby is, GRANTED in part and DENIED in part. The Motion is GRANTED to the extent that the government is directed to (1) provide to the Defendant pursuant to a protective order to be agreed upon by the parties the names of persons whose statements the government plans to introduce at trial as those of a co-conspirator pursuant to Fed. R. Evid. 801(d)(2)(E); and (2) with respect to Paragraphs 56 and 57 of the indictment, state specifically what information provided in the referenced responses to Paragraphs 7 and 8 of the FARA registration was false; and the Motion is otherwise DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 13, 2019