UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | |
| BIJAN RAFIEKIAN ) | Case Number 1:18-cr-457-AJT-1& 2 |
| ) | |
| and ) | |
| ) | |
| KAMIL EKIM ALPTEKIN, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## **ORDER**

By Order dated January 22, 2019 [Doc. No. 31], the Court vacated the February 11, 2019 trial date in this case, while maintaining all other filing dates and hearings as scheduled. On February 13, 2019, the Court held a hearing on Defendant Bijan Rafiekian's Motion in Support of a September Trial Date [Doc. No. 32] (the "Motion"). Upon consideration of the Motion and the arguments of counsel at the February 13, 2019 hearing, and for the reasons stated in open court, it is hereby

ORDERED that a jury trial is scheduled to begin on **Monday, July 15, 2019, at 9:00 a.m.** Pre-trial motions are to be filed by **April 15, 2019,** and the Court will hold a hearing on any such motions on **May 10, 2019**. Pursuant to Section 5 of the Classified Information Procedures Act ("CIPA"), 18 U.S.C. App. 3 § 5, in the event that Defendants reasonably expect to cause the disclosure of classified information in any manner in connection with any trial or pretrial proceeding in this action or otherwise, they shall notify in writing the counsel of record for the United States and the Court on or before **April 1, 2019,** providing a brief description of the classified information.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
February 13, 2019