Filed with the Classified
Information Security Officer
CISO _____
Date __2/13/19__

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN THE DISTRICT OF VIRGINIA

### Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 1:18-CR-457 (AJT) |
| | ) | |
| v. | ) | |
| | ) | |
| BIJAN RAFIEKIAN and | ) | |
| KAMIL EKIM ALPTEKIN, | ) | |
| | ) | |
| Defendants | ) | |

### ORDER