**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal Case No. 1:18-CR-457 (AJT)** |
| | **:** | |
| **BIJAN RAFIEKIAN** | **:** | |
| | **:** | |
| **and** | **:** | |
| | **:** | |
| **KAMIL EKIM ALPTEKIN,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of March 2019, a true and genuine copy of

Memorandum in Support of Defendant Rafiekian's Unopposed Motion for a Rule 17(c) Subpoena

was sent via electronic mail by the Court's CM/ECF system to the following:


James P. Gillis
John T. Gibbs
Evan N. Turgeon
U.S. Attorney's Office (Alexandria-NA)
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone:  (703) 299-3700
Email:  james.p.gillis@usdoj.gov
          john.gibbs@usdoj.gov
          evan.turgeon@usdoj.gov


*/s/*_____
Robert P. Trout (VA Bar # 13642)