# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal Case No. 1:18-CR-457 (AJT) |
| | : | |
| **BIJAN RAFIEKIAN** | : | |
| | : | |
| and | : | |
| | : | |
| **KAMIL EKIM ALPTEKIN,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on March 8, 2019 at 9:00 a.m., or as on thereafter as counsel may be heard, Defendant Rafiekian, and his counsel, will seek to appear before the Court for a hearing on their accompanying Motion for a Rule 17(c) Subpoena. Counsel for the defendant has consulted with counsel for the government and are authorized to represent that the government does not oppose having the matter addressed on March 8, 2019 at 10:00 a.m., if the Court is inclined to hear argument on the issue at that time.

.

                                                                                                                    Respectfully submitted,

                                                                                                                    /s/_____
                                                                                                                    Mark J. MacDougall (*Pro Hac Vice*)
                                                                                                                    Stacey H. Mitchell (*Pro Hac Vice*)
                                                                                                                    *Counsel for Bijan Rafiekian*
                                                                                                                    Akin Gump Strauss Hauer & Feld LLP
                                                                                                                    1333 New Hampshire Avenue, NW
                                                                                                                    Washington, DC 20036
                                                                                                                    Telephone:  (202) 887-4000
                                                                                                                    Fax:  (202) 887-4288
                                                                                                                    E-mail:   mmacdougall@akingump.com
                                                                                                                                          shmitchell@akingump.com

/s/
Robert P. Trout (VA Bar # 13642)
*Counsel for Bijan Rafiekian*
Trout Cacheris & Solomon PLLC
1627 Eye Street, NW
Suite 1130
Washington, DC 20006
Telephone: (202) 464-3311
Fax: (202) 464-3319
E-mail: rtrout@troutcacheris.com

**CERTIFICATE OF SERVICE**

 I hereby certify that, on this 1st day of March 2019, a true and genuine copy of Notice of Hearing was sent via electronic mail by the Court's CM/ECF system to the following:

James P. Gillis
John T. Gibbs
Evan N. Turgeon
U.S. Attorney's Office (Alexandria-NA)
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone:  (703) 299-3700
Email:  james.p.gillis@usdoj.gov
   john.gibbs@usdoj.gov
   evan.turgeon@usdoj.gov

                /s/
                Robert P. Trout (VA Bar # 13642)