# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :    Criminal Case No. 1:18-CR-457 (AJT) |
| | : |
| BIJAN RAFIEKIAN | : |
| | : |
| and | : |
| | : |
| KAMIL EKIM ALPTEKIN, | : |
| | : |
| Defendants. | : |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on March 8, 2019 at 9:00 a.m., or as on thereafter as counsel may be heard, Defendant Rafiekian, and his counsel, will seek to appear before the Court for a hearing on their accompanying Motion to Compel.

Respectfully submitted,

/s/
Mark J. MacDougall (*Pro Hac Vice*)
Stacey H. Mitchell (*Pro Hac Vice*)
*Counsel for Bijan Rafiekian*
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone:  (202) 887-4000
Fax:  (202) 887-4288
E-mail:  mmacdougall@akingump.com
shmitchell@akingump.com

/s/
Robert P. Trout (VA Bar # 13642)
*Counsel for Bijan Rafiekian*
Trout Cacheris & Solomon PLLC
1627 Eye Street, NW
Suite 1130

        Washington, DC 20006
        Telephone:  (202) 464-3311
        Fax:  (202) 464-3319
        E-mail:   rtrout@troutcacheris.com

## CERTIFICATE OF SERVICE

I hereby certify that, on this 1st day of March 2019, a true and genuine copy of Notice of Hearing was sent via electronic mail by the Court's CM/ECF system to the following:

James P. Gillis
John T. Gibbs
Evan N. Turgeon
U.S. Attorney's Office (Alexandria-NA)
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone:  (703) 299-3700
Email:   james.p.gillis@usdoj.gov
             john.gibbs@usdoj.gov
             evan.turgeon@usdoj.gov

                                                                  /s/
                                            Robert P. Trout (VA Bar # 13642)