UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal Case No. 1:18-CR-457 (AJT)** |
| | : | |
| **BIJAN RAFIEKIAN** | : | |
| | : | |
| and | : | |
| | : | |
| **KAMIL EKIM ALPTEKIN,** | : | |
| | : | |
| **Defendants.** | : | |

## DEFENDANT BIJAN RAFIEKIAN'S EMERGENCY MOTION FOR LEAVE TO REMOVE AND REPLACE EXHIBIT A OF THE MEMORANDUM IN SUPPORT OF HIS MOTION TO COMPEL

Defendant, through counsel, respectfully requests that the Court withdraw Exhibit A attached to Mr. Rafiekian's Memorandum in Support of His Motion to Compel and substitute it with the Exhibit A attached to this motion.

The exhibit contains personal identifying information and should be replaced to protect the parties' privacy.  Defendant has attached hereto a redacted version of the relevant exhibit.

WHEREFORE, Defendant respectfully requests that the Court remove and replace the exhibit identified above.

Dated:  March 4, 2019

                                                               Respectfully submitted,

                                                               */s/*_____
                                                                Mark J. MacDougall (*Pro Hac Vice*)
                                                                Stacey H. Mitchell (*Pro Hac Vice*)
                                                                *Counsel for Bijan Rafiekian*
                                                               Akin Gump Strauss Hauer & Feld LLP
                                                               1333 New Hampshire Avenue, NW
                                                               Washington, DC 20036
                                                               Telephone:  (202) 887-4000

Fax: (202) 887-4288
E-mail: mmacdougall@akingump.com
shmitchell@akingump.com


*/s/*
Robert P. Trout (VA Bar # 13642)
*Counsel for Bijan Rafiekian*
Trout Cacheris & Solomon PLLC
1627 Eye Street, NW
Suite 1130
Washington, DC 20006
Telephone: (202) 464-3311
Fax: (202) 463-3319
E-mail: rtrout@troutcahceris.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the 4th day of March 2019, true and genuine copies of Defendant's Emergency Motion for Leave to Remove and Replace Exhibit A of the Memorandum in Support of His Motion to Compel and Proposed Order were sent via electronic mail by the Court's CM/ECF system to the following:

    James P. Gillis
    John T. Gibbs
    Evan N. Turgeon
    U.S. Attorney's Office (Alexandria-NA)
    2100 Jamieson Avenue
    Alexandria, VA 22314
    Telephone: (703) 299-3700
    Email: james.p.gillis@usdoj.gov
           john.gibbs@usdoj.gov
           evan.turgeon@usdoj.gov

                                                                  */s/*
                                                                  Robert P. Trout (VA Bar # 13642)