UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| BIJAN RAFIEKIAN ) | Case Number 1:18-cr-457-AJT-1& 2 |
| ) | |
| and ) | |
| ) | |
| KAMIL EKIM ALPTEKIN, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## **ORDER**

It is hereby

ORDERED that the hearing on Defendant Bijan Rafiekian's Motion to Compel Records [Doc. No. 56], currently scheduled for Friday, March 8, 2019 at 9:00 a.m. be, and the same hereby is, CONTINUED to Friday, March 15, 2019 at 9:00 a.m.

The Clerk is directed to forward copies of this Order to all counsel of record.

_____
Anthony J. Trenga
United States District Judge

March 4, 2019
Alexandria, Virginia