# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal Case No. 1:18-CR-457 (AJT) |
| BIJAN RAFIEKIAN | : |
| and | : |
| KAMIL EKIM ALPTEKIN, | : |
| **Defendants.** | : |

## **ORDER**

Upon consideration of Defendant Rafiekian's Emergency Motion For Leave to Remove and Replace Exhibit A of the Memorandum in Support of His Motion to Compel, any opposition thereto, any reply in further support thereof, and the entire record herein, for good cause shown, it is this __4th__ day of ____March__, 2019 hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Exhibit A of Mr. Rafiekian's Motion to Compel is removed and replaced with the attached Revised Exhibit A.

**SO ORDERED.**

_____
Anthony J. Trenga
United States District Judge