IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| BIJAN RAFIEKIAN ) | Case Number 1:18-cr-457-AJT-1& 2 |
| ) | |
| and ) | |
| ) | |
| KAMIL EKIM ALPTEKIN, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

Upon consideration of Defendant Rafiekian's Unopposed Motion for a Rule 17(c) Subpoena [Doc. No. 52] (the "Motion"), it is hereby

ORDERED that Defendant Rafiekian's Unopposed Motion for a Rule 17(c) Subpoena [Doc. No. 52] be, and the same hereby is, GRANTED; the Clerk is to issue the requested subpoenas and the requested documents are to be produced no later than March 18, 2019; and it is further

ORDERED that the hearing on the Motion currently scheduled for Friday, March 8 at 9:00 a.m. be, and the same hereby is, CANCELLED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 4, 2019