IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:18-CR-457-AJT |
| BIJAN RAFIEKIAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

<u>ORDER</u>

Upon motion of the government, and for the reasons given in the motion, it is hereby

ORDERED that the hearing on the defendant's Motion To Compel Records is continued until April 12, 2019, and it is further

ORDERED that the government shall file its response to the defendant's motion by April 5, 2019.

Dated: March ___, 2019
Alexandria, Virginia