UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| BIJAN RAFIEKIAN ) | Case Number 1:18-cr-457-AJT-1& 2 |
| ) | |
| and ) | |
| ) | |
| KAMIL EKIM ALPTEKIN, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of the Government's Motion to Continue Hearing on Defendant's Motion to Compel Records [Doc. No. 68], the Defendant's opposition thereto, and it appearing that the hearing should proceed as scheduled, it is hereby

ORDERED that the Government's Motion to Continue Hearing on Defendant's Motion to Compel Records [Doc. No. 68] be, and the same hereby is, DENIED; the hearing will proceed as currently scheduled on Friday, March 15, 2019 at 9:00 a.m.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

March 13, 2019
Alexandria, Virginia