# UNITED STATES DISTRICT COURT
# CRIMINAL MOTION MINUTES

Date: **3/15/2019**  　　　　Judge:　　 Anthony J. Trenga
Time: **9:35 – 9:45**  　　　Reporter:　 Rebecca Monroe   (Casamo)
　　　　　　　　　　　　　　Deputy Clerk:  Dani Zirk

Case Number: **1:18-CR-457**

**UNITED STATES OF AMERICA**

vs.

**BIJAN RAFIEKIAN**　　　　　　___ Present　**_X_** Not Present

**KAMIL EKIM ALPTEKIN**　　　___ Present　**_X_** Not Present

| Counsel for Defendant | Counsel for Government |
|---|---|
| **Robert Trout** | **James Gillis** |
| **Mark MacDougall** | **Evan Turgeon** |
| **Stacey Mitchell** | |

PROCEEDINGS:

Motion to/for:
Motion to Compel Records [56] by deft.

Argued and
( ) Granted　　　　　( ) Denied　　　(X) Granted in part/Denied in part
( ) Taken Under Advisement　　　　( ) Continued to

Order to follow.