UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BIJAN RAFIEKIAN, | ) | Case Number 1:18-cr-457-AJT-1 |
| | ) | |
| Defendant. | ) | |

## ORDER

On March 15, 2019, the Court held a hearing on Defendant Bijan Rafiekian's Motion to Compel Records [Doc. 56] ("the Motion"). Upon consideration of the Motion, the memoranda in support thereof and in opposition thereto, the arguments of counsel at the March 15, 2019 hearing, and for the reasons stated in open court, it is hereby

ORDERED that Defendant Bijan Rafiekian's Motion to Compel Records [Doc. 56] be, and the same hereby is, GRANTED in part and DENIED in part.

The Clerk is directed to forward copies of this Order to Defendant and all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 15, 2019