# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 6000

**By Hand Delivery**

March 15, 2019

Clerk of the Court
United States District Court for the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re: **United States v. Rafiekian**, Case No. 1:18-CR-457 (E.D. Va.)

Dear Clerk of the Court:

Please find enclosed the following filings for the above captioned matter:

1. Non-Party Covington & Burling LLP's Motion to Quash Subpoena in Part;

2. Non-Party Covington & Burling LLP's Memorandum in Support of Motion to Quash Subpoena in Part;

3. Declaration of Robert K. Kelner in Support of Covington & Burling LLP's Motion to Quash Subpoena in Part;

4. Notice of Hearing on Non-Party Covington & Burling LLP's Motion to Quash Subpoena in Part;

5. Proposed Order; and,

6. Non-Party Covington & Burling LLP's Rule 12.4 Financial Disclosure Statement.

Sincerely,

Daniel E. Johnson
Counsel for
Covington & Burling LLP

Enclosures
cc: Mark J. MacDougall, Counsel for Defendant (w/enc.)
Stacey Mitchell, Counsel for Defendant (w/enc.)
Robert Trout, Counsel for Defendant (w/enc.)
Jim Gillis, Assistant United States Attorney for the Eastern District of Virginia (w/enc.)

DC: 6994216-1