IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 1:18-CR 457 AJT |
| ) | |
| BIJAN RAFIEKIAN ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

Upon consideration of Non-Party Covington & Burling LLP's Motion to Quash in Part, the Court being of the opinion that, for good cause shown, the Motion should be granted, it is hereby ORDERED that Item 8 of the Subpoena dated March 5, 2019 is quashed.

DATED: March ____, 2019, Alexandria, Virginia.

 

_____
Hon. Anthony J. Trenga
United States District Judge