# EXHIBIT D

# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   PALO ALTO
SAN FRANCISCO   SEOUL   SHANGHAI   WASHINGTON

Robert K. Kelner

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5503
rkelner@cov.com

BY E-MAIL

March 4, 2019

Mark J. MacDougall, Esq.
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Re: Bijan Rafiekian's Document Request

Dear Mr. MacDougall:

You wrote us on February 7, 2019, requesting certain documents and information concerning Flynn Intel Group, Inc. ("FIG, Inc."). We indicated that we would respond by today. Enclosed please find the documents requested, insofar as they are in Covington's possession. All of the enclosed documents, with the exception of Covington's engagement letter, were received from Kristen Verderame, Esq., who handled the formation of FIG, Inc., its corporate law matters, and the preparation and filing of the corporate dissolution certificate for FIG, Inc.

Sincerely,

Robert K. Kelner

DC: 6984467-1