FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

MAR 15 P 4 11

UNITED STATES OF AMERICA )
)
v. ) Case No. 1:18-CR 457 AJT
)
BIJAN RAFIEKIAN )
)
Defendant. )

## NON-PARTY COVINGTON & BURLING LLP'S
## RULE 12.4 FINANCIAL DISCLOSURE

Pursuant to Local Criminal Rule 12.4 of the Eastern District of Virginia and to enable

Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned

counsel for non-party Covington & Burling LLP certifies that the attached list reflects the current

members of the partnership.

Respectfully submitted,

Dated: March 15, 2019

Daniel E. Johnson (VSB 88696)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-5224
Fax: (202) 778-5224
dejohnson@cov.com

*Counsel for Covington & Burling LLP*

## CERTIFICATE OF SERVICE

I, Daniel E. Johnson, hereby certify that on the 15th Day of March, 2019, a true copy of

the foregoing was served via hand delivery to the following:

Mark J. MacDougall
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036

Stacey Mitchell
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036

Robert Trout
Trout Cacheris & Solomon PLLC
1627 Eye Street, N.W.
Suite 1130
Washington, D.C. 20006

James Gillis
Assistant U.S. Attorney
401 Courthouse Square
Alexandria, VA  22314

Daniel E. Johnson (VSB 88696)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-5224
Fax: (202) 778-5224
dejohnson@cov.com
*Counsel for Covington & Burling LLP*

**Covington & Burling LLP**
**Partner Listing as of March 15, 2019**

Last Name First Name

Ackerman, Frank
Ahn, Juwon
Akins, Sean
Amies, Simon
Andersen, Erica
Anderson, Trisha
Anthony, Scott
Anthony, Stephen
Aranoff, Shara
Balzano, John
Barnett, Thomas
Baxter, Michael St.
Bell, Suzanne
Bennett, Bruce
Berengaut, Alexander
Bharkhda, Brianne
Biagini, Raymond
Bieluch, Brian
Blanchard, Eric
Blaney, Robin
Block, Benjamin
Bloß, Henning
Bodner, Jacob
Bogaert, Peter
Born, Walter
Bosset, Eric
Bracebridge, Chris
Breuer, Lanny
Brinkmann, Beth
Britton, Edward
Brown, Donald
Browne, Maureen
Burke, Kerry
Burke, Lindsay
Caballero, Michael
Calia, Kurt
Camesasca, Peter
Canter, Elizabeth
Carey, Jason
Carlson, Eric
Carver, Krista
Cassidy, Susan
Castle, Grant

Covington & Burling LLP
Partner Listing as of March 15, 2019

Last Name First Name

Cheek, Marney
Chen, Peter
Chernin, Bradley
Chinoy, Alexander
Claydon, Paul
Coates, Kevin
Coffino, Dianne
Cole, Miranda
Collins, Kevin
Collins, William
Conner, Frank
Cooper, Daniel
Cosgrove, Thomas
Culbertson, Robert
Cunningham, Scott
Danzis, Scott
Dargan, Catherine
Davidson, Jeffrey
De Cresce, Christopher
Dean, James
Dean, Lee
DeFilipps, Thomas
DelNero, Matthew
Denig, Christopher
Devlin-Brown, Arlo
Dingley, Guy
Dolin, Mitchell
Donovan, Dennis
Dori, Yaron
Doshi, Mona
Duclos, Nicole
Duke, Benjamin
Dunn, Matthew
Duraiswamy, Shankar
Edmond, Julie
Elikan, Jeffrey
Ellis, Van
Engh, Anna
Engvall, David
Eppich, Christopher
Esposito, Denise
Fagan, David
Fagell, Steven

Covington & Burling LLP
Partner Listing as of March 15, 2019

Last Name First Name

Fanelli, Michael
Fechner, Holly
Fein, Ashden
Finucane, Mark
Flahive Wu, Laura
Flanagan, Peter
Forrest, Pamela
Fowler, Robert
Francese, Michael
Frankel, Simon
Franklin, Sarah
Freeman, Louise
Freling, Scott
Frizzell, Gregor
Gallozzi, Marialuisa
Garland, James
Garr, David
Garza, Deborah
Gibson, Douglas
Gimbel, Mark
Gimblett, Jonathan
Goldberg, Jason
Goodwin, David
Gourary, John
Graubert, John
Greaney, William
Grebow, Ashley
Gubbins, James
Guggenheim, Miriam
Haberl, Heather
Haley, Benjamin
Hall, John
Haller, David
Halstead, James
Haney, Robert
Hansen, Alexa
Hargreaves, Ian
Haskett, Christine
Henn, Emily
Herman, Mark
Hester, Timothy
Heymann, Thomas
Hirschmann, Jörn

Covington & Burling LLP
Partner Listing as of March 15, 2019

Last Name First Name

Hobart, Geoffrey
Hodgkins, Gerald
Hoff Varner, Gretchen
Holder, Eric
Howard, Nigel
Hurvitz, John
Hüsch, Moritz
Hutt, Peter
Imbroscio, Michael
Infante, Stephen
Irwin, Philip
Jack, W
Johnson, Daniel
Johnson, Jennifer
Jones, Phyllis
Kamin, Mitchell
Kazakis, Georgia
Keane, Megan
Keenan, Richard
Kelly, Brian
Kelner, Robert
Kennedy, Michael
Kestenbaum, Nancy
Kim, Laura
King, Kevin
Klich, Agnieszka
Korde, Rukesh
Kornblau, David
Koyuncu, Adem
Kraiem, Ruben
Kubota, Carolyn
Kwon, Oh Young
Labson, Michael
Lannin, Cortlin
Lascelles, Gregory
Laveran-Stiebar, Peter
Lazerow, Andrew
Lechliter, Michael
Lee, Anne
Leitch, Alexander
Lenhard, Robert
Lenhart, Benedict
Lensdorf, Lars

**Covington & Burling LLP**
**Partner Listing as of March 15, 2019**

Last Name First Name

Leonard, Emily
Lerner, Jeffrey
Levy, Frederic
Levy, Gregg
Lewis, Aaron
Li, Weishi
Lichtenbaum, Peter
Liu, Henry
Long, Robert
Lopez Forastier, Miguel
Lorello, David
Luchsinger, Daniel
Ludwin, Derek
Luttinger, David
Manchester, Patrick
Maruca, Samuel
McClellan, Edgar
McMurrough, Micaela
McSweeny, Terrell
Ment, Andrew
Mesa, Gabriel
Miles, David
Min, Catharina
Mizrahi, Robin
Mogilnicki, Eric
Moore, Allan
Mosier, Mark
Murray, Donald
Myers, Martin
Nash, Louise
Newman, Robert
Nonaka, Michael
O'Connell, James
O'Connell, Jessica
O'Connor, Matthew
Osborne, Lucinda
Otero, Kevin
Pappas, George
Park, William
Pavin, Daniel
Peets, Lisa
Perron Brooker, Jeannie
Perry, Adrian

Covington & Burling LLP
Partner Listing as of March 15, 2019

### Last Name First Name

Phelan, Patrick
Phillips, C. William
Pinsky, David
Pistilli, Christian
Playforth, John
Plimack, Michael
Plitsch, Jennifer
Plotkin, Mark
Polashuk, Robyn
Pollack, Craig
Poloncarz, Kevin
Posner, Ethan
Prescott, Hilary
Pyun, Moon Sam
Rabe, Kyle
Rainey, Richard
Raman, Mythili
Ran, Ruixue
Raofield, Jason
Razi, Benjamin
Rechtin, Ingrid
Reed, Michael
Repke, Thomas
Ridings, Donald
Riella, Michael
Rippey, Edward
Rogers, Paul
Roman, Neil
Rosenbaum, Steven
Rosenzweig, Brian
Rubman, Gary
Ruffino, Andrew
Saperstein, Jennifer
Saulino, Jennifer
Schlesinger, Matthew
Schmidt, Paul
Schrader, Scott
Schwartz, Peter
Schwartzbaum, David
Shafroth, Nathan
Shallman, Daniel
Sharma, Anupam
Shin, Clara

**Covington & Burling LLP**
**Partner Listing as of March 15, 2019**

**Last Name First Name**

Siemens, Reynold
Simon, Ansgar
Simonsen, Ashley
Sipes, Christopher
Smith, Brian
Smith, Jay
Smith, Scott
Sobin, Sturgis
Soukup, Andrew
Spector, Jeremy
Sperling, Jonathan
Sprague, William
Stole, Einar
Stork, Anita
Stratford, Timothy
Strosnider, Kimberly
Sturman, William
Subhedar, Nitin
Sudarshan, Ranganath
Suleiman, Daniel
Suringa, Dirk
Swanson, Peter
Tamussino, Philipp
Taub, Winslow
Teel, Keith
Tiedrich, Lee
Tielemans, Henriette
Tonsager, Lindsey
Toro, Amy
Toro, Emin
Tucker, Seth
Ullman, Emily
Urías, Sergio
Veroneau, John
Veta, D Jean
Vinegrad, Alan
Voltmer, Ralph
Vos, Sebastian
Wagner, Michael
Waldron, Gerard
Walter, Christopher
Warren, Phillip
Weinberg, J.D.

Covington & Burling LLP
Partner Listing as of March 15, 2019

**Last Name First Name**

Wells, Albert
Whiteford, Elaine
Wick, Robert
Wiggert, Kristian
Wilson, Bruce
Wilson, Jeremy
Wilson, Sarah
Wimmer, Kurt
Winner, Sonya
Wollensack, Amy
Woolston, William
Yeung, Christopher
Young, Mark
Young, Stanley
Ysewyn, Johan
Zern, Peter
Zionts, David