IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:18-CR 457 AJT |
| | ) | |
| BIJAN RAFIEKIAN | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF HEARING ON NON-PARTY
## COVINGTON & BURLING LLP'S MOTION TO QUASH IN PART

PLEASE TAKE NOTICE that Non-Party Covington & Burling, LLP will bring its Motion to Quash in Part, filed herewith, for hearing before the Court on March 29, 2019 at 9:00 a.m., or as soon afterwards as counsel can be heard, in the United States Courthouse, located at 401 Courthouse Square, Alexandria, Virginia. Covington & Burling has conferred with Counsel for the Defendant regarding the date of the hearing.

March 15, 2019

Respectfully Submitted,

Daniel E. Johnson (VSB 88696)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-5224
Fax: (202) 778-5224
dejohnson@cov.com

*Counsel for Covington & Burling LLP*

## CERTIFICATE OF SERVICE

I, Daniel E. Johnson, hereby certify that on the 15th Day of March, 2019, a true copy of the foregoing was served via hand delivery to the following:

Mark J. MacDougall
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036

Stacey Mitchell
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036

Robert Trout
Trout Cacheris & Solomon PLLC
1627 Eye Street, N.W.
Suite 1130
Washington, D.C. 20006

James Gillis
Assistant U.S. Attorney
401 Courthouse Square
Alexandria, VA  22314

Daniel E. Johnson (VSB 88696)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-5224
Fax: (202) 778-5224
dejohnson@cov.com
*Counsel for Covington & Burling LLP*