FILED

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

19 MAR 15 P 4:35

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| v. ) | Criminal Case No. 1:18-cr-457 (AJT) |
| ) | |
| BIJAN RAFIEKIAN ) | |
| and ) | |
| KAMIL EKIM ALPTEKIN ) | |
| ) | |
| _____ ) | |

## NON-PARTY KRISTEN VERDERAME'S RULE 17(c)(2) MOTION TO QUASH

Non-party subpoena recipient Kristen Verderame, through counsel, respectfully requests that the Court quash Defendant Rafiekian's 17(c) subpoena, or in the alternative, issue an Order that both requires production of privileged materials pursuant to a Federal Rule of Evidence 502(d) order, and narrows the subpoena to materials directly relevant to refuting or confirming the charges put forth in the Indictment. The grounds for this motion are set forth in the accompanying memorandum of law.

March 15, 2019

KRISTEN VERDERAME
By counsel

/s/ Brandon J. Moss
Mark B. Sweet (*Pro Hac Vice* pending)
Brandon J. Moss (VA Bar No. 82449)
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
Tel: (202) 719-7000
Fax: (202) 719-7049
msweet@wileyrein.com
bmoss@wileyrein.com

*Counsel for Kristen Verderame*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March 2019, a true and correct copy of the foregoing document was served via email:

**On behalf of Defendant Rafiekian:**
Robert Powel Trout
rtrout@troutcacheris.com
Trout Cacheris & Janis PLLC
1350 Connecticut Ave NW
Suite 300
Washington, DC 20036
(202) 464-3300
Fax: (202) 463-3319

Mark J. MacDougall (*Pro Hac Vice*)
mmacdougall@akingump.com
Stacey H. Mitchell (*Pro Hac Vice*)
shmitchell@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
(202) 887-4000
Fax: (202) 887-4288

**On behalf of the United States:**
James Philip Gillis
james.p.gillis@usdoj.gov
Evan N. Turgeon
evan.turgeon@usdoj.gov
John T. Gibbs
john.gibbs@usdoj.gov
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3897
Fax: (703) 299-3982

By: /s/ *Brandon J. Moss*
Brandon J. Moss  (VA Bar No. 82449)
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-7000
Fax: (202) 719-7049
bmoss@wileyrein.com

*Counsel for Kristen Verderame*