

Brandon Moss
202.719.7554
bmoss@wileyrein.com

**BY HAND DELIVERY**

March 15, 2019

Criminal Clerk
United States District Court
Eastern District of Virginia
401 Courthouse Square
Alexandria, VA 22314-5704

Re: *United States v. Rafiekian, et al*
Case No. 1:18-cr-457

Dear Clerk,

On behalf of non-party Kristen Verderame, enclosed please find (1) my Entry of Appearance, (2) a Motion for *Pro Hac Vice* for Mark B. Sweet, (3) a Motion to Quash the Subpoena and an attached draft Order, (4) a Memorandum in Support thereof, and (5) a Notice of Hearing. I have also included a copy of each to be date-stamped and returned by courier.

Should you have any questions, please do not hesitate to contact me.

Sincerely,

Brandon Moss

Enclosures