UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| v. ) | Criminal Case No. 1:18-cr-457 (AJT) |
| ) | |
| BIJAN RAFIEKIAN ) | |
| and ) | |
| KAMIL EKIM ALPTEKIN ) | |
| ) | |
| _____) | |

### NOTICE OF HEARING FOR KRISTEN VEREDERAME'S
### RULE 17(c)(2) MOTION TO QUASH

PLEASE TAKE NOTICE that on March 29, 2019 at 9:00am, or as soon thereafter as counsel may be heard, non-party Kristen Verderame, through counsel, will seek to appear before the Court for a hearing on her Rule 17(c)(2) Motion to Quash.

March 15, 2019

KRISTEN VERDERAME
By counsel

/s/ Brandon J. Moss
Mark B. Sweet (*Pro Hac Vice* pending)
Brandon J. Moss (VA Bar No. 82449)
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
Tel: (202) 719-7000
Fax: (202) 719-7049
msweet@wileyrein.com
bmoss@wileyrein.com

*Counsel for Kristen Verderame*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March 2019, a true and correct copy of the foregoing document was served via email:

**On behalf of Defendant Rafiekian:**
Robert Powel Trout
rtrout@troutcacheris.com
Trout Cacheris & Janis PLLC
1350 Connecticut Ave NW
Suite 300
Washington, DC 20036
(202) 464-3300
Fax: (202) 463-3319

Mark J. MacDougall (*Pro Hac Vice*)
mmacdougall@akingump.com
Stacey H. Mitchell (*Pro Hac Vice*)
shmitchell@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
(202) 887-4000
Fax: (202) 887-4288

**On behalf of the United States:**
James Philip Gillis
james.p.gillis@usdoj.gov
Evan N. Turgeon
evan.turgeon@usdoj.gov
John T. Gibbs
john.gibbs@usdoj.gov
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3897
Fax: (703) 299-3982

By: /s/ *Brandon J. Moss*
Brandon J. Moss (VA Bar No. 82449)
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-7000
Fax: (202) 719-7049
bmoss@wileyrein.com

*Counsel for Kristen Verderame*