IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __1:18-cr-457__, Case Name __U.S. v. Rafiekian, et al__
Party Represented by Applicant: __Third-party Kristen Verderame__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Mark Bradley Sweet__
Bar Identification Number __490987__  State __DC__
Firm Name __Wiley Rein LLP__
Firm Phone # __202-719-7000__  Direct Dial # __202-719-4649__  FAX # __202-719-7049__
E-Mail Address __msweet@wileyrein.com__
Office Mailing Address __1776 K St, NW, Washington, DC 20006__

Name(s) of federal court(s) in which I have been admitted __D.D.C.; 4th Circ.; 5th Circ.; D.C. Circ.; N.D. Il.__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____   __3/15__
(Signature)                  (Date)
Brandon Moss                 82449
(Typed or Printed Name)      (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

/s/
Anthony J. Trenga
United States District Judge
(Judge's Signature)                    __3/18/19__
                                       (Date)