IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No.1:18 CR 457-AJT |
| ) | |
| RAFIEKIAN, BIJAN ) | |
| ) | |
| Defendant. ) | |

## PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia, in the United States District Court at 10:00 o'clock a.m., on the 15th of July 2019, then and there to testify on behalf of the United States:

<u>5 Blank Subpoenas (1 Sets)</u>

This 18th day of March 2019.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
James P. Gillis
Assistant United States Attorney

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RAFIEKIAN, BIJAN | ) | Case No. 1:18CR457 |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 700 |
|---|---|
| | Date and Time: July, 15, 2019 @ 10:00 AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 03/18/2019

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __United States of America__ _____, who requests this subpoena, are:

AUSA John T. Gibbs
AUSA James P. Gillis
Justin W. Williams Building
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700

Case No. 1:18CR457

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: