IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:18-cr-457, Case Name US v. Rafiekian et al
Party Represented by Applicant: Third-party Kristen Veredame

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Robert Lee Walker
Bar Identification Number 423323    State DC
Firm Name Wiley Rein LLP
Firm Phone # 202-719-7000    Direct Dial # 202-719-7585    FAX # 202-719-7149
E-Mail Address rlwalker@wileyrein.com
Office Mailing Address 1776 K St, NW, Washington, DC 20006

Name(s) of federal court(s) in which I have been admitted District of DC

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ___ am not _x_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    3/20/19 (Date)
Brandon Moss    82449
(Typed or Printed Name)    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ____ or Exemption Granted ____

The motion for admission is GRANTED ____ or DENIED ____

/s/
Anthony J. Trenga
United States District Judge    3/22/19
(Judge's Signature)    (Date)