# UNITED STATES DISTRICT COURT
# CRIMINAL MOTION MINUTES

Date: **3/29/2019**  
Time: **9:02 – 9:56**

Judge: Anthony J. Trenga  
Reporter: Rhonda Montgomery  
Deputy Clerk: Dani Zirk

Case Number: **1:18-CR-457-1**

**UNITED STATES OF AMERICA**

vs.

**BIJAN RAFIEKIAN**          ___ Present    **X** Not Present

| Counsel for Defendant<br>**Robert Trout**<br>**Mark MacDougal**<br>**Jack Murphy** | Counsel for Interested Party<br>(Kristen Verderame)<br>**Brandon Moss**<br>**Robert Walker** |
|---|---|
| Counsel for Interested Party<br>(Covinton & Burling LLP)<br>**Daniel Johnson**<br>**Robert Kelner** | |

PROCEEDINGS:

Motion to/for:  
Motion to Quash in Part [75] by Interested Party (Covington & Burling LLP)  
Motion to Quash Rule 17(c)(2) [80] by Interested Party (Kristen Verderame)

Argued and  
( ) Granted          ( ) Denied          ( ) Granted in part/Denied in part  
(**X**) Taken Under Advisement          ( ) Continued to

The Court directs that counsel produce fact-finding documents so to that extent, the Motions to Quash are denied. The Court will take the remaining factors of the motions under advisement.

Order to follow.