UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> BIJAN RAFIEKIAN ) <br> ) <br> and ) <br> ) <br> KAMIL EKIM ALPTEKIN, ) <br> ) <br> Defendants. ) <br> _____ ) | Case Number 1:18-cr-457-AJT-1 & 2 |

## **ORDER**

On March 29, 2019, the Court held a hearing on Non-Party Covington & Burling LLP's Motion to Quash in Part [Doc. No. 75] and Non-Party Kristen Verderame's Rule 17(c)(2) Motion to Quash [Doc. No. 80] (collectively, the "Motions"). Upon consideration of the Motions, the memoranda in support thereof and in opposition thereto, and the arguments of counsel at the March 29, 2019 hearing, and for the reasons stated in open court, it is hereby

ORDERED that Non-Party Covington & Burling LLP's Motion to Quash in Part [Doc. No. 75] and Non-Party Kristen Verderame's Rule 17(c)(2) Motion to Quash [Doc. No. 80] be, and the same hereby are, DENIED in part. The Motions are DENIED to the extent that Non-Parties Covington & Burling LLP and Kristen Verderame are directed to produce all fact work product from their Flynn Intel Group, Inc. client files relating to the March 7, 2017 FARA filing and dated on or before that filing pursuant to a schedule to be agreed upon by the parties; and the Motion is otherwise taken under advisement.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 29, 2019