UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.  : | Criminal Case No. 1:18-CR-457 (AJT) |
| : | |
| **BIJAN RAFIEKIAN, et al.** : | |

**[PROPOSED] ORDER**

Upon consideration of Defendant Rafiekian's Consent Motion to Continue the April 1, 2019 CIPA § 5 Filing Deadline and the entire record herein, for good cause shown, it is on this _____ day of _____, 2019 hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the CIPA § 5 filing deadline be moved to April 15, 2019

**SO ORDERED.**

_____
The Honorable Anthony J. Trenga
United States District Judge