UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal Case No. 1:18-CR-457 (AJT) |
| BIJAN RAFIEKIAN, et al. | : |

### ORDER

Upon consideration of Defendant Rafiekian's Consent Motion to Continue the April 1, 2019 CIPA § 5 Filing Deadline and the entire record herein, for good cause shown, it is on this 2nd day of April, 2019 hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the CIPA § 5 filing deadline be moved to April 15, 2019

**SO ORDERED.**

/s/
Anthony J. Trenga
United States District Judge

The Honorable Anthony J. Trenga
United States District Judge