IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 1:18-CR-457-AJT |
| BIJAN RAFIEKIAN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## PROTECTIVE ORDER

The Court having directed the government to "provide to the Defendant pursuant to a protective order to be agreed upon by the parties the names of persons whose statements the government plans to introduce at trial as those of a co-conspirator pursuant to Fed. R. Evid. 801(d)(2)(E)," and the parties having agreed upon the entry of this protective order, it is hereby:

ORDERED that, except with the prior authorization of the Court, the defendant and his attorneys shall not disclose to anyone the names, titles, and other identifying information of the persons identified by the government as co-conspirators; and it is further

ORDERED that, except with the prior authorization of the Court, any filing that mentions the names, titles, and other identifying information of the persons identified by the government as co-conspirators shall be filed under seal as well as filed through the ECF system with all such information redacted.

Dated: April 2, 2019
Alexandria, Virginia

/s/
Anthony J. Trenga
United States District Judge

WE ASK FOR THIS:

                                      G. ZACHARY TERWILLIGER
                                      UNITED STATES ATTORNEY

_____/s/_____          By: _____/s/_____
Robert P. Trout                        James P. Gillis
Mark J. MacDougall              John T. Gibbs
                                          Assistant United States Attorneys
Counsel for the Defendant

                                          _____/s/_____
                                        Evan N. Turgeon
                                        Trial Attorney

                                        Counsel for the United States of America