UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal Case No. 1:18-CR-457 (AJT)** |
| | : | |
| **BIJAN RAFIEKIAN, et al.** | : | |

**[PROPOSED] ORDER**

Upon consideration of Mr. Rafiekians Motion to Adjourn Pre-Trial Motions and Request a Status Conference, for good cause shown, it is this _____ day of _____, 2019, hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the deadlines to file all pre-trial motions and notice pursuant to Section 5 of the Classified Information Procedures Act are adjourned *sine die*, and it is further

**ORDERED** that a status conference is scheduled for April _____, 2019, at _____.

**SO ORDERED.**

						_____
						The Honorable Anthony J. Trenga
						United States District Judge