IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   No. 1:18-CR-457-AJT |
| BIJAN RAFIEKIAN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION FOR STATUS CONFERENCE

For the reasons given in the second paragraph of the defense motion, the United States

joins in the defendant's motion for a status conference and motion to extend the deadline for the

defendant's CIPA section 5 filing and the deadline for motions.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

_____/s/_____
Evan N. Turgeon
Trial Attorney
Counterintelligence and Export Control
Section
National Security Division
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 353-0176
Evan.Turgeon@usdoj.gov

By: _____/s/_____
James P. Gillis
Virginia Bar No. 65055
John T. Gibbs
Virginia Bar No. 40380
Assistant United States Attorneys
United States Attorney's Office
    for the Eastern District of Virginia
The Justin W. Williams
    United States Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
(703) 299-3982 (Fax)
James.P.Gillis@usdoj.gov
John.Gibbs@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2019, I electronically filed the foregoing using the

CM/ECF system, which will send a notification of such filing to counsel of record.

Respectfully submitted,


By:      /s/
James P. Gillis
Virginia Bar No. 65055
Assistant United States Attorney
United States Attorney's Office for the
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
(703) 299-3982 (Fax)
James.P.Gillis@usdoj.gov