UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Case No. 1:18-CR-457 (AJT) |
| | : | |
| BIJAN RAFIEKIAN, et al. | : | |

ORDER

Upon consideration of Mr. Rafiekians Motion to Adjourn Pre-Trial Motions and Request a Status Conference, for good cause shown, it is this _15th_ day of _Apr. 1_, 2019, hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the deadlines to file all pre-trial motions and notice pursuant to Section 5 of the Classified Information Procedures Act are adjourned *sine die*, and it is further

**ORDERED** that a status conference is scheduled for April _19_, 2019, at _9:00 AM_.

SO ORDERED.

/s/ _____
Anthony J. Trenga
United States District Judge

_____
The Honorable Anthony J. Trenga
United States District Judge

4