# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. 1:18-CR-457 (AJT)** |
| | : | |
| **BIJAN RAFIEKIAN, et al.** | : | |

# [PROPOSED] ORDER

Upon consideration of Non-Party Covington & Burling LLP's Consent Motion to Extend Time to Complete Production, the Court being of the opinion that, for good cause shown, the Motion should be granted, it is hereby ORDERED that Covington's time to comply with the Court's April 9 Order is extended up to and including May 3, 2019.

SO ORDERED.

Dated:
Alexandria, Virginia

_____
The Honorable Anthony J. Trenga
United States District Judge

DC: 7021401-1