UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal Case No. 1:18-CR-457 (AJT)** |
| | : | |
| **BIJAN RAFIEKIAN, et al.** | : | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that on Friday, April 19, 2019, beginning at 9:00 a.m. or as soon thereafter as counsel may be heard, Covington & Burling LLP will be prepared to present argument on its Consent Motion to Extend Time to Complete Production.

Dated:  April 18, 2019                     Respectfully submitted,

   /s/Daniel E. Johnson
Daniel E. Johnson (VSB 88696)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-5224
Fax: (202) 778-5224
dejohnson@cov.com
*Counsel for Covington & Burling LLP*

DC: 7021373-1

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 18, 2019, a true copy of the foregoing was filed via the Court's CM/ECF system, which will send a copy via electronic email to the following:

Mark J. MacDougall
Stacey Mitchell
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Building
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036
mmcacdougall@akingump.com
shmitchell@akingump.com

Robert Trout
Trout Cacheris & Solomon PLLC
1627 Eye Street, N.W.
Suite 1130
Washington, D.C. 20006
rtrout@troutcacheris.com

James P. Gillis
John T. Gibbs
Evan N. Turgeon
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
james.p.gillis@usdoj.gov
john.gibbs@usdoj.gov
evan.turgeon@usdoj.gov

                /s/ Daniel E. Johnson
              Daniel E. Johnson (VSB 88696)
              COVINGTON & BURLING LLP
              One CityCenter
              850 Tenth Street, NW
              Washington, DC 20001
              Tel: (202) 662-5224
              Fax: (202) 778-5224
              dejohnson@cov.com
              *Counsel for Covington & Burling LLP*