# UNITED STATES DISTRICT COURT
# STATUS & MOTION HEARING

Date: **4/19/2019**             Judge:         Anthony J. Trenga
Time: **9:11 – 9:29**           Reporter:      Rhonda Montgomery
                                Deputy Clerk:  Dani Zirk
                                Interpreter:

Case Number: **1:18-CR-457**

### UNITED STATES OF AMERICA

vs.

### BIJAN RAFIEKIAN, ET AL

| Counsel for Defendant<br>**Robert Trout**<br>**Mark MacDougal**<br>**Stacey Mitchell** | Counsel for Government<br>**James Gillis**<br>**Evan Turgeon** |
|---|---|
| Interested Party – Covinton & Burling LLP<br>**Dan Johnson** | |

PROCEEDINGS:

This matter came on for a Status Hearing. Defendants not present. Counsel for Convinton & Burling LLP requests more time to complete document production [106] – granted; to be completed by May 3, 2019. Proposed protective orders from Non-Party Covinton & Burling LLP and Defense Counsel with respect to the discovery production are due next Wednesday, April 24, 2019 and access to the production shall be restricted pending the Court's issuance of a protective order. The Court will inquire as to the pending security clearances for Defense Counsel. Government is to complete discovery as to all un-classified, non-*Brady*, and non-*Giglio* documents by April 29, 2019. The Government is to then produce all remaining documents including classified documents, *Brady,* and *Giglio* information and materials and inform the Court if any documents remain unproduced, the reason they remain as such and what additional time is needed for their production. Any Section 5 CIPA filings are due May 13, 2019.

Order to follow.