UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BIJAN RAFIEKIAN | ) | Case Number 1:18-cr-457-AJT-1& 2 |
| | ) | |
| and | ) | |
| | ) | |
| KAMIL EKIM ALPTEKIN, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On April 19, 2019, the Court held a hearing on Non-Party Covington & Burling LLP's Consent Motion to Extend Time to Complete Production [Doc. No. 106] (the "Motion"). The Court also held a status conference in this matter pursuant to its April 15, 2019 Order. Upon consideration of the Motion and the representations and arguments of counsel at the April 19, 2019 hearing, and for the reasons stated in open court, it is hereby

ORDERED that Non-Party Covington & Burling LLP's Consent Motion to Extend Time to Complete Production [Doc. No. 106] be, and the same hereby is, GRANTED and the deadline for the completion of the production is extended until May 3, 2019. Non-Party Covington & Burling LLP and Defendants are to submit proposed protective orders with respect to the production by April 24, 2019; pending the Court's entry of a protective order, access to the production shall be restricted to the parties; and it is further

ORDERED that the following deadlines shall apply with respect to document productions and motions deadlines:

(1) The Government shall complete its production of all non-classified, non-*Giglio*, and non-*Brady* documents by April 29, 2019.

(2) The Government shall produce any remaining documents, including classified information and *Giglio* and *Brady* materials, by May 6, 2019. If any documents remain outstanding at that time, the Government shall file a detailed explanation as to what documents remain outstanding and why, with an estimate of the amount of additional time needed.

(3) Any motions pursuant to Section 5 of the Classified Information Procedures Act ("CIPA") shall be filed by May 13, 2019.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
April 19, 2019