# Exhibit 2



# Johnson, Dan

| | |
|---|---|
| **From:** | MacDougall, Mark <mmacdougall@AKINGUMP.COM> |
| **Sent:** | Thursday, April 18, 2019 10:25 AM |
| **To:** | Johnson, Dan |
| **Subject:** | FW: Rule 17(c) Subpoenas - Draft Protective Order |
| **Attachments:** | 2019.04.12 DRAFT Protective Order for Rule 17(c) Subpoenad Material 4828-0182-7732 2 (003).docx |

**Mark J. MacDougall**
Direct: +1 202.887.4510 | Internal: 24510

**From:** MacDougall, Mark
**Sent:** Tuesday, April 16, 2019 3:43 PM
**To:** 'Kelner, Robert' <rkelner@cov.com>; Anthony, Stephen <santhony@cov.com>; Walker, Robert <RLWalker@wileyrein.com>
**Cc:** Mitchell, Stacey <shmitchell@akingump.com>; Trout, Robert (External) <robert.trout@akingump.com>; Murphy, Jack <jmurphy@AKINGUMP.com>; Solomon, Gloria (External) <Gloria.Solomon@akingump.com>
**Subject:** Rule 17(c) Subpoenas - Draft Protective Order

Rob, Steve and Bob,

Attached is a draft protective order which is intended to meet the requirements set down by Judge Trenga in his Order of April 9, 2019. There is a status conference scheduled for Friday, April 19 and, as you know, pursuant to the same Order, production in response to the Rule 17(c) subpoenas is to be completed by April 20, 2019. So please let us know if you have any edits to this draft protective order as we would like to have it submitted to the Court well in advance of Friday's status conference.

Thanks.

Mark

**Mark J. MacDougall**
**AKIN GUMP STRAUSS HAUER & FELD** LLP
1333 New Hampshire Avenue, N.W. | Washington, DC 20036-1564 | USA | Direct: +1 202.887.4510 | Internal: 24510
Fax: +1 202.887.4288 | mmacdougall@akingump.com | akingump.com | Bio
*Please note that on May 6, 2019, our address will change to 2001 K Street N.W., Washington, DC 20006*

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | :     **Criminal Case No. 1:18-CR-457 (AJT)** |
| | : |
| **BIJAN RAFIEKIAN, et al.** | : |

### PROTECTIVE ORDER

The Court having directed Covington & Burling LLP ("Covington") and Kristin Verderame to produce "all documents within the scope of the subpoenas *duces tecum* . . . pursuant to a protective order to be agreed upon by the parties," and the parties having agreed upon the entry of this protective order, it is hereby ORDERED that:

1. The production of any document by Covington and Verderame shall not constitute a waiver of any privilege or protection with respect to those documents or their subject matter in this or any proceeding.

2. The use of any document referenced in paragraph 1 above in a court filing shall not constitute a waiver of any privilege or protection with respect to those documents, provided that such documents are filed under seal.

3. Except with the prior authorization of the Court, the defendant and his attorneys shall not disclose to anyone the contents of the documents provided by Covington and Verderame.

4. Except with the prior authorization of the Court, any filing that mentions the contents of the documents provided by Covington and Verderame shall be filed under seal as well as filed through the ECF system with all such information redacted.

5. This Order shall be interpreted to provide the greatest protection allowed by Federal Rule of Evidence 502, or otherwise permitted by law.

6. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:
Alexandria, Virginia

_____
The Honorable Anthony J. Trenga
United States District Judge

2

WE ASK FOR THIS:

| | |
|---|---|
| _____/s/_____<br>Robert P. Trout<br>Mark J. MacDougall<br>Stacey H. Mitchell<br>John C. Murphy<br><br>Counsel for the Defendant | KRISTEN VERDERAME<br>By Counsel<br><br>_____/s/_____<br>Brandon J. Moss<br>Mark B. Sweet<br><br>Counsel for Kristen Verderame<br><br>COVINGTON & BURLING LLP<br>By Counsel<br><br>_____/s/_____<br>Daniel E. Johnson<br><br>Counsel for Covington & Burling LLP |

3