# EXHIBIT 2

# Hicks, Adria

| | |
|---|---|
| **From:** | Johnson, Dan <DEJohnson@cov.com> |
| **Sent:** | Thursday, April 18, 2019 10:36 AM |
| **To:** | Mitchell, Stacey; Trout, Robert (External); MacDougall, Mark; MacDougall, Mark |
| **Cc:** | Kelner, Robert; Anthony, Stephen; Walker, Robert; Moss, Brandon J. |
| **Subject:** | RE: United States v. Rafiekian -- Subpoenas and Protective Order |
| **Attachments:** | DRAFT Protective Order for Rule 17(c) Subpoenad Material (CB) (2).DOCX |

**EXTERNAL Email**

Mark, Stacey, Bob,

Following up on our call, I've attached Covington's version of the draft Protective Order. Please let me know if/when you would like to discuss.

Thank you for agreeing to extend until May 3 Covington's time to complete its production, and for your statement that our folks need not work on this over the holiday weekend (as I indicated, we've had a large contingent working on this). I will provide to you by COB today the number of pages we expect to produce on or before Monday and the approximate number of pages we are still reviewing for responsiveness. We likely will produce documents electronically through a file-share site.

Regards,


Dan


**Daniel E. Johnson**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5224 | dejohnson@cov.com
www.cov.com

# COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

> **From:** Johnson, Dan
> **Sent:** Thursday, April 18, 2019 9:58 AM
> **To:** 'Mitchell, Stacey' <shmitchell@akingump.com>; 'Trout, Robert (External)' <rtrout@troutcacheris.com>; 'MacDougall, Mark' <mmacdougall@AKINGUMP.COM>
> **Cc:** Kelner, Robert <rkelner@cov.com>; Anthony, Stephen <santhony@cov.com>; 'Walker, Robert' <RLWalker@wileyrein.com>; 'Moss, Brandon J.' <BMoss@wileyrein.com>
> **Subject:** RE: United States v. Rafiekian -- Subpoenas and Protective Order
>
> Stacey, Bob,

Would you have time this morning to discuss your draft protective order and Covington's production?  Please let me know your availability.

Regards,

Dan


**Daniel E. Johnson**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5224 | dejohnson@cov.com
www.cov.com

**COVINGTON**

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

2

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | :   Criminal Case No. 1:18-CR-457 (AJT) |
| | : |
| **BIJAN RAFIEKIAN, et al.** | : |

**PROTECTIVE ORDER**

Covington & Burling LLP ("Covington") and Kristin Verderame (together, the "Non-Parties") and Defendant Bijan Rafiekian ("Defendant") having stipulated and agreed to the entry of this Protective Order, it is hereby ORDERED that:

1.  This Order shall apply to all information, documents, or things, including without limitation, electronically stored information, including writings, transcripts, drawings, graphs, photographs, sound records, images, and other data or data compilations stored in any medium from which information can be obtained either directly or, if necessary, after translation into a reasonably usable form, and any other information furnished, directly or indirectly, by or on behalf of the Non-Parties in response to the subpoenas issued to the Non-Parties at Defendant's request in this proceeding (collectively, "Protected Information").

2.  Neither Defendant nor his attorneys shall disclose to anyone the Protected Information except to the Court in a sealed filing. Should Defendant move the Court for an order to disclose Protected Information, Defendant shall serve a copy of any such motion on the Non-Parties no later than upon filing such motion with the Court. Should the Court order the disclosure of any Protected Information, Defendant shall serve a copy of such order on the Non-Parties no less than ten (10) days prior to disclosing such information.

DC: 7021004-1

3.      Except with the prior authorization of the Court, any filing that contains, references, quotes from, reflects, or attaches Protected Information shall be filed under seal pursuant to Local Criminal Rule 49. Defendant shall redact all Protected Information from any public filings.

4.      The production of any Protected Information by the Non-Parties shall not constitute a waiver of any privilege or protection with respect to that Protected Information or its subject matter in this or any other proceeding.

5.      The use of Protected Information in a sealed filing with this Court shall not constitute a waiver of any privilege or protection with respect to the Protected Information.

6.      This Order shall be interpreted to provide the greatest protection allowed by Federal Rule of Evidence 502, or otherwise permitted by law. In accordance with Federal Rule of Evidence 502, if the Non-Parties through inadvertence produce or provide discovery that they believe is not responsive to the subpoenas or is subject to a claim of attorney-client privilege or work product immunity by any person or entity other than Flynn Intel Group Inc., upon discovering such inadvertence, the Non-Party shall give written notice to Defendant and request that the document or information be returned. Defendant shall immediately return such document or information and destroy any copies or summaries of, such information that contain, reference, quote from, reflect, or attach, any inadvertently produced documents or information.

7.      At the conclusion of this proceeding, Defendant shall return or destroy all copies of Protected Information, and destroy any summaries, excerpts, or other work product or information that contain, reference, quote from, reflect, or attach Protected Information.

8.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

SO STIPULATED:

| | |
|---|---|
| _____/s/_____<br>Robert P. Trout<br>Mark J. MacDougall<br>Stacey H. Mitchell<br>John C. Murphy<br><br>Counsel for the Defendant | KRISTEN VERDERAME<br>By Counsel<br><br>_____/s/_____<br>Brandon J. Moss<br>Mark B. Sweet<br><br>Counsel for Kristen Verderame<br><br><br>COVINGTON & BURLING LLP<br>By Counsel<br><br>_____/s/_____<br>Daniel E. Johnson<br><br>Counsel for Covington & Burling LLP |

SO ORDERED.

Dated:
Alexandria, Virginia

_____
The Honorable Anthony J. Trenga
United States District Judge

3