UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Criminal Case No. 1:18-CR-457 (AJT) |
| : | |
| BIJAN RAFIEKIAN, et al. : | |
| : | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on May 17, 2019 at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant Rafiekian, and his counsel, will seek to appear before the Court for a hearing on their accompanying Motion to Preclude Use of "Kickback" and Synonymous Terms. Counsel for the defendant has consulted with counsel for the government and are authorized to represent that the government does not oppose having this matter addressed on May 17, 2019 at 9:00 a.m., if the Court is inclined to hear argument on the issue at that time.

Respectfully submitted,

/s/
Mark J. MacDougall (*Pro Hac Vice*)
Stacey H. Mitchell (*Pro Hac Vice*)
*Counsel for Bijan Rafiekian*
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4000
Fax: (202) 887-4288
E-mail: mmacdougall@akingump.com
shmitchell@akingump.com

/s/
Robert P. Trout (VA Bar # 13642)
*Counsel for Bijan Rafiekian*
Trout Cacheris & Solomon PLLC
1627 Eye Street, NW

Suite 1130
Washington, DC 20006
Telephone:  (202) 464-3311
Fax:  (202) 464-3319
E-mail:   rtrout@troutcacheris.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 26th day of April 2019, a true and genuine copy of Notice of Hearing was sent via electronic mail by the Court's CM/ECF system to the following:

James P. Gillis
John T. Gibbs
Evan N. Turgeon
U.S. Attorney's Office (Alexandria-NA)
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone:  (703) 299-3700
Email:   james.p.gillis@usdoj.gov
           john.gibbs@usdoj.gov
           evan.turgeon@usdoj.gov

                                                        /s/
                                                        Robert P. Trout (VA Bar # 13642)