FILED & Served

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| v. | : | Criminal Case No. 1:18-CR-457 (AJT) |
| **BIJAN RAFIEKIAN, et al.** | : | |

### PRAECIPE FOR SUBPOENA

It is respectfully requested that the Clerk of said Court issue subpoenas as indicated below for appearance before said Court at Alexandria, Virginia in United States Court at 10:00 o'clock a.m., on the 15th of July, 2019, then and there to testify on behalf of Defendant Bijan Rafiekian:

<u>20 blank Subpoenas (20 sets)</u>

Dated: April 30, 2019

Respectfully submitted,

/s/ Robert P. Trout

Robert P. Trout (VA Bar # 13642)
*Counsel for Bijan Rafiekian*
Trout Cacheris & Solomon PLLC
1627 Eye Street, NW
Suite 1130
Washington, DC 20006
Telephone: (202) 464-3311
Fax: (202) 464-3319
E-mail: rtrout@troutcacheris.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BIJAN RAFIEKIAN | ) | Case No. 1:18-CR-457 |
| | ) | |
| *Defendant* | ) | |

RECEIVED APR 30 2019 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.: 700 |
|---|---|---|
| | | Date and Time: 07/15/2019 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 04/30/2019

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* ____Bijan Rafiekian____
_____ , who requests this subpoena, are:

Robert P. Trout
Trout Cacheris & Solomon PLLC
1627 Eye Street, NW
Suite 1130
Washington, D.C. 20006
(202) 464-3311
rtrout@troutcacheris.com

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   1:18-CR-457

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: