

**Akin Gump**
STRAUSS HAUER & FELD LLP

MARK J. MACDOUGALL
+1 202.887.4510/fax: +1 202.887.4288
mmacdougall@akingump.com

April 30, 2019

VIA HAND DELIVERY

Clerk of Court
U.S. District Court for the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

    Re:    *United States of America v. Bijan Rafiekian and Kamil Ekim Alptekin*
            No. 1:18 CR 457 (AJT)

Dear Sir or Madam:

    Enclosed for filing in the above-referenced matter, please find an original of Defendant Bijan Rafiekian's Praecipe for Subpoena.

    Also enclosed is a copy of the Praecipe for Subpoena to be file-stamped and returned to me via the awaiting messenger.

    Please contact Adria Hicks at (202) 416-5390 or ahicks@akingump.com, or Robert Trout at (202) 464-3311 or rtrout@troutcacheris.com when the subpoenas are issued and we will send a messenger to pick them up.

    If you have any questions or require additional information, please do not hesitate to contact Adria Hicks or Robert Trout.

                              Sincerely,

                              /s/ Mark J. MacDougall
                              Mark J. MacDougall
                              Partner

Enclosures

Cc:    Robert P. Trout
        Stacey H. Mitchell