IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:18-CR-457 (AJT) |
| v. | ) | |
| | ) | Filed with the Court Security Officer |
| BIJAN RAFIEKIAN, | ) | |
| | ) | |
| Defendant | ) | |

GOVERNMENT'S MOTION FOR EXTENTION OF
TIME TO FILE CERTAIN DISCOVERY