IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 1:18-CR-457 (AJT) |
| v. | ) | |
| | ) | |
| BIJAN RAFIEKIAN, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

Upon the government's Motion for Extension of Time To File Certain Discovery, and for the reasons stated in the motion, it is hereby

ORDERED that the government shall produce the remaining three categories of documents described in the government's motion by May 20, 2019; and it is further

ORDERED that any notice pursuant to Section 5 of the Classified Information Procedures Act pertaining to any classified information contained in the remaining documents shall be filed by May 30, 2019; and it is further

ORDERED that all other dates established by the Court's Order of April 19, 2019, remain unchanged.

Dated:
Alexandria, Virginia