# Attachment A

| | |
|---|---|
| **From:** | Bijan Kian <kian@flynnintelgroup.com> |
| **Sent:** | Wednesday, November 2, 2016 10:36 PM |
| **To:** | Ekim Alptekin <ekimalptekin@gmail.com>; Bob Kelley <kelley@flynnintelgroup.com> |
| **Subject:** | Getting Turkey Wrong |
| **Attach:** | GETTING TURKEY WRONG.docx |

Ekim:

A promise made is a promise kept. Please see attached 1000 word article. I appreciate it if you take a look and give me your thoughts at your earliest convenience. I am not certain how much of the text will survive review and edits but as you can see, the humble author is not shy.

I am copying Bob as we move forward with executing the plan.

All the best,

Bijan


**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*

703-313-7040 (office)
858-449-8997 (mobile)
kian@flynnintelgroup.com

 FLYNN INTEL GROUP INC.

Notice of Confidentiality
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

GETTING TURKEY WRONG.docx .tdf (138.5 kb)

GOVERNMENT EXHIBIT
**45A**
1:18-CR-457

CONFIDENTIAL

FIG_EDVA_00005472
US_v_Kian_00001325

## GETTING TURKEY WRONG

United States needs to understand Turkey's unique position not just as an important NATO ally but also as a key player in maintaining balance of power in a region enflamed in conflict. We will ignore this fact at our own peril. The U.S. needs to show Turkey that we understand the importance of keeping our alliance in the interest of regional and global security. Sadly, This administration is doing the opposite. President Obama's administration continues to give refuge to Fetulah Gulen, a shady cleric who President Clinton calls "his friend" in a well circulated video. Gulen has allegedly called the United States "the number one enemy". He has publicly boasted about his "soldiers" waiting for his order to do whatever he directs them to do. For those of us who have closely studied Seyed Qutb and Hasan Al Bana, the founder of Muslim Brotherhood, these words sound very familiar. Much similar to Gulen, Seyed Qutb was the author of 24 books on education and the arts. Much like Gulen, Qutb's inner circle consisted of influential politicians, intellectuals, poets and literary figures. Contrary to this well masked façade, Qutb's writings

CONFIDENTIAL

GOVERNMENT EXHIBIT
45B
1:18-CR-457

FIG_EDVA_00005473
US_v_Kian_00001326

provided the inspiration for violent terrorist groups like Al-Qaeda.

To professionals in the Intelligence Community, the stamp of terror is all over Mullah Gulen's statements. Hasan Al Bana defined the first phase of pre-emptive Jihad as a long and quiet process that can take as long as a quarter of a century to prepare the forces for a decisive strike. Al Bana famously declared that the only acceptable form of legislation is Sharia Law. Gulen's vast, global network has all the right markings to fit the description of a dangerous sleeper terror network. From Turkey's point of view, Washington is harboring Turkey's Usama Bin Laden. Washington's silence speaks volumes when we hear the incredulous claim that the democratically elected president of Turkey staged a military coup, bombed his own parliament and killed the confidence in Turkey's strong economy just so that he could purge his political opponents. This ridiculous claim places the intelligence of its promoters in serious question. It is also a dark reminder of the vicious rumors spread by our enemies that 9/11 was an inside job by the American Intelligence apparatus as an excuse to invade Muslim lands to grab their oil! To add

insults to injury, American tax payers are financing Fettulah Gulen's 160 charter schools in the United States. His charter schools have been granted more H1B visas than Google. It is inconceivable to imagine that our visa officers have approved thousands of visas for English teachers whose English is incomprehensible. A CBS 60 Minutes program documented a conversation with one such imported English teacher from Turkey whose English was impossible to understand. Several law suits including some in Ohio and Texas point to irregularities in the operation of said schools. However, as money is no object for Gulen's network, hired legal guns and influential charitable organizations keep the lucrative source of income for Gulen and his network. Influential charities such as Cosmos Foundation continue their support for Gulen's charter schools. Incidentally, Cosmos Foundation is a major donor to Clinton Foundation. No wonder President Clinton calls Mullah Gulen "his friend". It is now no secret that Ms. Huma Abedin, Secretary Clinton's close aide and confidant worked for 12 years as the associate editor for a journal published by the London based Institute of Minority Muslim Affairs. The institute has promoted the

thoughts of radical Muslim thinkers such as Seyed Qutb and Qaradawi.

The American public is lulled into believing that this elder cleric is a Sufi scholar who promotes the teachings of Rumi, the Persian poet, works to expand interfaith dialogue and does a great job by providing American youth great education in math and science as well as English. Voices of concern about this shady Mullah are quickly muffled by his vast network of public relations and legal professionals. He has established a false façade that he is a freedom fighter set to topple Turkey's autocratic leader. This image is a stark reminder of another era and a great American mistake that has raised the cost of international security forever. We all remember another quiet bearded elder cleric who sat under an apple tree in Neauphle-Le-Chateau in the suburbs of Paris in 1978. He claimed to be a man of God who wanted to topple a dictator and return the power to the people. Washington believed him. Sadly, shortly after his rise to power through the Iranian revolution, we watched in horror as our diplomats were taken hostage for 444 days as we betrayed one of our strongest allies in the Middle East. The world has never been the same

CONFIDENTIAL

FIG_EDVA_00005476
US_v_Kian_00001329

since that irreversible mistake. Ayatollah Khomeini, the quiet man of God under the apple tree created the world's top sponsor of terror. His revolutionary guards created Hezbollah, the world's famous Lebanon based terror organization. Ayatollah's terrorists killed American servicemen, slaughtered Iraqi Sunnis by the thousands and his brutal Quds Force killed innocent Sunni civilians in Syria. Ultimately, ISIS became the radical Sunni's response to the mayhem caused by our friendly Mullah under the apple tree. History does not repeat itself without people repeating the mistakes of the past. It is time we take a fresh look at the importance of Turkey and place our priorities in proper perspective. It is unconscionable to militate against Turkey, our NATO ally as Washington is hoodwinked by this masked source of terror and instability nestled comfortably in our own backyard in Pennsylvania. We need to adjust our foreign policy to place Turkey as a priority. We need to see the world from Turkey's perspective. What would we do if right after 9/11 we heard the news that Usama Bin Laden lives in a nice villa at a Turkish resort while running 160 charter schools funded by the Turkish tax payers? Time to end our romanticized foreign policy

directives written by fiction writers and echo chamber specialists by their own blatant confessions.

---
--

1002 Words.

CONFIDENTIAL

FIG_EDVA_00005478
US_v_Kian_00001331