# Attachment B

| | |
|---|---|
| **From:** | Bijan Kian <kian@flynnintelgroup.com> |
| **Sent:** | Friday, November 4, 2016 7:41 PM |
| **To:** | Ekim Alptekin <ekimalptekin@gmail.com> |
| **Subject:** | Update |
| **Attach:** | TurkeyMTF1132016.pdf |

Ekim:

I just left MF. The arrow has left the bow!

The attached article will be published on Monday. This is a very high profile exposure one day before the election. I told MF about your advice and concern. He wants you to know that he appreciates your professional and valuable advice on a personal level. I can tell you from working together closely for over a decade that he places significant value on this type of insights in the best military traditions.

He wants you to know that our work does not end on November 15th. Our formal start date was August 15th for 90 days which will be formally up on November 15th. He has directed the team to extend the time by 30 days to December 15th or 15 days after the submission of the teaser and the full video whichever takes place sooner. The teaser will go to the entire congress and selected USG agencies. The team is already communicating/educating USG on pertinent points.

FG is a masked terrorist using United States Tax payers funds to destabilize our NATO ally. This, will not stand. Globally respected experts will match the characteristics to demonstrate what he is really after with his "soldiers" waiting to strike.

Attached is the article for you. I know the pressure is high on time but I want you to know that MF and I are as dedicated to this effort as you are. We understand the intensity of the mission. It is hard to be patient sometimes.

MF and I are confident that you will see a credible, easy to distribute piece that will help reveal this masked terrorist's ugly acts.

He is a slow moving cancer with a lot of "friends". His "friends" are learning that what small benefits they may have been receiving from him is not worth the strategic threat to us and our NATO ally. U.S needs to show Turkey serious support. Images of centralization of power and authoritarian rule needs to be viewed in light of what is causing such drastic reactions. FG and his followers are destabilizing Turkey and the region. The awareness is growing inside the relevant circles. Hostile attitude toward Ankara is a bad policy that will be damaging to the long term interests of the United States.

Talk to you soon,

Bijan

**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*

703-313-7040 (office)
858-449-8997 (mobile)
kian@flynnintelgroup.com

GOVERNMENT
EXHIBIT
**48A**
1:18-CR-457

CONFIDENTIAL

 FLYNN INTEL GROUP INC.

<u>Notice of Confidentiality</u>
The information contained in this communication is intended solely for the use of the individual or entity
to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged
information. If you are not the intended recipient you are hereby notified that any disclosure,
copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited
and may be unlawful. If you have received this communication in error, please notify us immediately
by responding to this email and then delete it from your system.


<u>TurkeyMTF1132016.pdf .tdf (89.1 kb)</u>

FIG_EDVA_00006171
US_v_Kian_00001341

# Our Ally Turkey Is In Crisis and Needs Our Support

**By: Lieutenant General Michael T. Flynn, (R )**

It is fair to say that most Americans don't know exactly what to make of our ally Turkey these days as it endures a prolonged political crisis that challenges its long-term stability. The U.S. media is doing a bang-up job of reporting the Erdogen government's crackdown on dissidents but without putting it into perspective.

We must begin with understanding that Turkey is vital to U.S. interests. Turkey is really our strongest ally against ISIS as well as a source of stability in the region. It provides badly-needed cooperation with U.S. military operations. But the Obama Administration is keeping Erdogen's government at arm's length, an unwise policy that threatens our longstanding alliance.

The primary bone of contention between the U.S. and Turkey is Fetulah Gulen, a shady Islamic mullah residing in Pennsylvania who President Clinton once called his "friend" in a well circulated video. Gulen portrays himself as a moderate, but he is in fact a radical Islamist. He has publicly boasted about his "soldiers" waiting for his orders to do whatever he directs them to do. If he were in reality a moderate, he would not be in exile, nor would he excite the animus of the Erdogen government.

For those of us who have closely studied the careers of Seyed Qutb and Hasan Al Bana, the founders of the Muslim Brotherhood, Gulen's words and activities are very familiar. The late Seyed Qutb in particular was very much in the Gulen mold. Qutb was the author of 24 books on education and the arts. Much like Gulen, Qutb's assembled an inner circle consisting of influential politicians, intellectuals, poets and literary figures. But contrary to this well-masked façade, Qutb's writings provided the inspiration for violent terrorist groups like Al-Qaeda. Qutb was hanged in 1966 in Egypt for instigating rebellion.

1

GOVERNMENT
EXHIBIT
**48B**
1:18-CR-457

CONFIDENTIAL

FIG_EDVA_00006172
US_v_Kian_00001342

Likewise, Hasan Al Bana, an Egyptian who died in 1949, defined the first phase of pre-emptive Jihad as a long and quiet process that can take as long as a quarter of a century to prepare the forces for a decisive strike. Al Bana famously declared that the only acceptable form of legislation is Sharia Law.

To professionals in the Intelligence Community, the stamp of terror is all over Mullah Gulen's statements in the tradition of Qutb and Al Bana. Gulen's vast, global network has all the right markings to fit the description of a dangerous sleeper terror network. From Turkey's point of view, Washington is harboring Turkey's Osama Bin Laden.

Washington's silence on this explosive topic speaks volumes when we hear the incredulous claim that the democratically elected president of Turkey staged a military coup, bombed his own parliament and undermined the confidence in Turkey's strong economy just so that he could purge his political opponents.

This baseless claim is a dark reminder of the vicious rumors spread by our enemies that 9/11 was an inside job by the American Intelligence apparatus as an excuse to invade Muslim lands to grab their oil!

To add insult to injury, American taxpayers are helping finance Gulen's 160 charter schools in the United States. These schools have been granted more H1B visas than Google. It is inconceivable to imagine that our visa officers have approved thousands of visas for English teachers whose English is incomprehensible. A CBS 60 Minutes program documented a conversation with one such imported English teacher from Turkey whose English was impossible to understand. Several lawsuits, including some in Ohio and Texas, point to irregularities in the operation of these schools.

However, funding seems to be no problem for Gulen's network. Hired attorneys work to keep the lucrative government source of income for Gulen and his network going. Influential charities such as Cosmos Foundation continue their support for Gulen's charter schools. Incidentally, Cosmos Foundation is a major donor to Clinton Foundation. No wonder President Clinton calls Mullah Gulen "his friend". It is now no secret that Ms. Huma Abedin, Secretary Clinton's close aide and confidant, worked for 12 years as

2

the associate editor for a journal published by the London based Institute of Minority Muslim Affairs. This institute has promoted the thoughts of radical Muslim thinkers such as Qutb, Al Bana and others.

The American public is being lulled into believing that Gulen is a Sufi scholar who promotes the teachings of Rumi, the Persian poet, works to expand interfaith dialogue and does a great job of providing American youth high quality education in math and science as well as English. Voices of concern about this shady character are quickly muffled by his vast network of public relations and legal professionals. He has established a false façade that he is a moderate at odds with Turkey's autocratic leader.

This image is a stark reminder of another era and a great American mistake that has raised the cost of international security forever. We all remember another quiet bearded elder cleric who sat under an apple tree in Neauphle-Le-Chateau in the suburbs of Paris in 1978. He claimed to be a man of God who wanted to topple a dictator and return the power to the people. Washington believed him. Sadly, shortly after his rise to power through the Iranian revolution, we watched in horror as our diplomats were taken hostage for 444 days in what was once one of our strongest allies in the Middle East.

The world has never been the same since that irreversible mistake. Ayatollah Khomeini, the quiet man of God under the apple tree created the world's top sponsor of terror. His revolutionary guards created Hezbollah, the famous Lebanon-based terror organization. Ayatollah's terrorists killed American servicemen, slaughtered Iraqi Sunnis by the thousands and his brutal Quds Force killed innocent Sunni civilians in Syria. Ultimately, ISIS became the radical Sunni's response to the mayhem caused by our friendly mullah under the apple tree.

History repeats itself when people repeat the mistakes of the past. It is time we take a fresh look at the importance of Turkey and place our priorities in proper perspective. It is unconscionable to militate against Turkey, our NATO ally, as Washington is hoodwinked by this masked

3

CONFIDENTIAL

source of terror and instability nestled comfortably in our own backyard in Pennsylvania. We need to adjust our foreign policy to recognize Turkey as a priority. We need to see the world from Turkey's perspective. What would we have done if right after 9/11 we heard the news that Osama Bin Laden lives in a nice villa at a Turkish resort while running 160 charter schools funded by the Turkish tax payers?

The forces of radical Islam derive their ideology from radical clerics like Gulen who is running a scam. We should not provide him safe haven. In this crisis, it is imperative that we remember who our real friends are.

-----------------------------------------------------------------------------------------
------

1147 Words.

Lieutenant General Michael T. Flynn is the former director of Defense Intelligence Agency and the author of New York Times Bestseller "The Field of Fight".

4

CONFIDENTIAL