# Attachment C

| | |
|---|---|
| **From:** | ekimalptekin <secure-reply@virtru.com> |
| **Sent:** | Saturday, November 5, 2016 5:05 AM |
| **To:** | kian@flynnintelgroup.com; ekimalptekin@gmail.com |
| **Subject:** | Re: Update |

*This message was sent from the Virtru Secure Reader. For the best experience, ekimalptekin@gmail.com can send secure emails with Virtru by downloading the Virtru plug-in for free at www.virtru.com.*

Hi Bijan - the General is right on target. In first and second paragraph President Erdogan's name is misspelled as Erdogen and Fetullah is miswritten with one 'L'.

Best

GOVERNMENT
EXHIBIT
**49**
1:18-CR-457

CONFIDENTIAL

FIG_EDVA_00004757
US_v_Kian_00001346