# Attachment D

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



FBI San Diego
10385 Vista Sorrento Parkway
San Diego, California 92121

| | |
|---|---|
| File Number: | 097X-WF-2919028 |
| Requesting Official(s) and Office(s): | SA Bryan Timothy Alfredo (WF) |
| Task Number(s) and Date Completed: | 908227, Request ID 907734, 11/2/2108 |
| Name and Office of Linguist(s): | SD-105 |
| Name and Office of Reviewer(s): | |
| Source Language(s): | Turkish, English |
| Target Language: | English |
| Source File Information: | |
|   Name of Audio File or CD: | YouTube video |
|   –Date, Time, Duration: | 1:38:00 -1:48:00 |
|     -Total Pages: | 6 |

## SUMMARY

Participants:

| | |
|---|---|
| Ahmet Hakan | AH |
| Ersin Kalaycioglu | EK |
| Guven Gurkan Oztan | GO |
| Mithat Baydur | MB |
| Mehmet Sahin | MS |
| Ekim Alptekin | EA |
| Esat Arslan | Esat |

UNCLASSIFIED

UNCLASSIFIED

Abbreviations:

| | |
|---|---|
| [] | Translator's Notes and exegeses |
| OV | Overlapping voices |
| *Italics* | Spoken in English |

[TN: Per request, summary of the audio and verbatim for the specific portion requested.]

UNCLASSIFIED

UNCLASSIFIED

File Number: 097X-WF-2919028
Task Number: 908227

This is a political talk show that used to air on CNN Turk weekly. A group of academics whose names are listed on the cover page and Ekim Alptekin, president of the American-Turkish Council, are discussing U.S. election results and express their opinions on the questions put forth by journalist and talk show host Ahmet Hakan. Commentators were asked if they were surprised by the elections result, why Trump won, what did he promise to his voters, why Hillary lost, the president-elect's anti-Islam statements, what will change after his inauguration, why Turkish people like President Trump, the future of Turkish American relations in terms of PYD/PKK [Kurdish Syrian Democratic Union Party and Kurdistan Workers Party] and extradition of Fethullah Gulen [FETO].

Commentator Ekim Alptekin mainly makes pro-Trump remarks and seemingly satisfied with the election results. He opines that president-elect is an opportunity for Turkey in terms of collaboration. Obama presidency failed to show solidarity with Turkey after the coup attempt. Hillary presidency would be continuation of Obama presidency therefore U.S. would still be arming PYD/PKK and highly likely refuse to extradite Gulen. Mr. Alptekin also praises the president-elect's team of advisors and noted that he thinks the president-elect will mature in the office.

[Recording is already in progress]

EK:     There were others there – so...

Esat:   [OV] Newt Ginger [Newt Gingrich]

EK:     I don't know when they'll appear. I don't find the idea of him consulting with the advisors credible. When he was asked something about foreign policy...who do you consult with...in mid-October, a recent date...he has told that he had a brain. That's it. He said he doesn't consult with anyone.

AH:     That's because he has no filter when he speaks

EK:     He has no filter but he's not giving good message, I'd like to draw your attention to that.

EA:     During the second presidential debate when Hillary accused Trump of being inexperienced, Trump replied that the names such as Mike Flynn supports him, as his response. Mike Flynn for instance...

AH:     Who is Mike Flynn?

EA:     Mike Flynn is...between 2012 and 2014...

Esat:   [OA] Let me tell you if you'd like.

1
UNCLASSIFIED

UNCLASSIFIED

File Number: 097X-WF-2919028
Task Number: 908227

| | |
|---|---|
| EA: | Mike Flynn is someone who has served as head of the military intelligence service between 2012 and 2014. That's the most important... |
| AH: | I don't need to hear all his background. |
| EK: | There's a group of retired military around him. |
| Esat: | There's Newt Ginger, Rudy Guilliani, Steve Mnuchin, Lew Einsberg |
| EA: | [OV] In fact they all were at the podium. |
| AH: | Professor Mithat says those men are third rank men... |
| EK: | Third or fifth rank...It's hard to say if it will have a strong contribution to- |
| Esat: | You said Michael Flynn... He is a lieutenant general. |
| EK: | To say that he has a strong team ...possibly he will have. There's a process until January 20th...the process that will take place until January 20th is critical. |
| AH: | I'd like to ask something. The most important question is that Trump will be elected...has been elected. He'll become the president. He will travel overseas, let's say he will travel to Istanbul, Egypt, Saudi Arabia. Would the things he has said about Islam and Muslims during his election campaign be a problem for him? |
| EK: | I don't think they'll come up. He's being briefed. He has started receiving briefings. From now on- |
| AH: | What's he being...? |
| EK: | Briefed. Informative meetings will be held to inform him. Not only concerning military but also foreign policy, domestic policy...he will receive information from many places. On January 20th he'll start following his inauguration. He'll be learning during the time frame between today and January 20th. There is nothing we can do but to hope that he learns quickly. |
| Esat: | Three months |
| EK: | Not Three. Two and a half months. |
| AH: | It is said that...Can we say that although he has no filter when he speaks....made some statements that may be deemed as radical rhetoric, American established system will surround Trump and limit the things that he can do. They say that. |

2
UNCLASSIFIED

UNCLASSIFIED

File Number: 097X-WF-2919028
Task Number: 908227

EK: Not only that. There are other established institutions. American presidential system is based on checks and balances. There is congress, there is judiciary and there are enormous interest groups before him.

EA: The thing that matters to the audience is what will change after all. Consequently, we're getting off topic. Obama presidency...Clinton presidency would be kind of a continuation of it. It would be more hawkish. Kisses were blown to Muslims –as we call it *lip service*- but one million Muslims died around the world in the meantime. With Trump and his team...I disagree with that argument...It's very clear who they are. They had a successful strategy. They had a very successful campaign...and I think that it is an all-star team. We have an opportunity to build a new world order with these men. For instance...about Turkey...have we made ourselves understood concerning FETO issue? We have not. We couldn't convince America, our ally for years, on a significant red line that ninety, in fact hundred percent of Turkish public, including ruling and opposition parties agree on. Sure, there is a legal process but in the end after September 1, if Osama Bin Laden was sitting in our lap, could we have said "Sorry, he is a *legal permanent resident*"? Yesterday, Mike Flynn, he served as head of the military intelligence organization, as a matter of fact he is listed on Trump's candidate list of vice presidents, highly likely will be named as national security adviser, wrote an op-ed for The Hill, you know that it is widely read newspaper in Capitol Hill.

AH: Talking about FETO?

EA: It hasn't made an impact yet but it will. I'd like to draw your attention that it was published on the Election Day. It's a very important matter.

AH: The op-ed is about FETO?

EA: It is an op-ed that reveals FETO for what it is and clearly says that "we are mistreating out ally, making a mistake. We need to rectify it...and this organization is such and such kind of organization. By no means, it is not something that represents moderate Islam. It says "We well do what is necessary".

AH: Does Trump extradite Fetullah Gulen?

EA: Certainly there is a real legal process over there that Obama presidency has been also hiding behind it. So, Trump also won't go out of it but he takes a position, as of today. The op-ed being published on the Election Day is a significant thing. I don't think that Gulen feels comfortable today. In fact, he might have boarded a plane.

AH: What if Hillary won?

3
UNCLASSIFIED

UNCLASSIFIED

File Number: 097X-WF-2919028
Task Number: 908227

EA: So, it'd be quite different. Let me put it like this, I'll say something that the public is not aware of it yet. Take a look at Hillary's *short list*, her cabinet list. Number one FETO lobbyist, official lobbyist, Tony Podesta's brother, is already Hillary's camping manager- and his name has been circulating as the Secretary of State of her cabinet. Think about it now, FETO lobbyist's brother was going to be named as the Secretary of State. Shall I give you another shocking name? Do you know whose name was circulating as the Attorney General? Prosecutor of Zarrab case, Preet Bharara. Can you picture that?

Esat: I know. Rudy Giuliani.

EA: No. Prosecutor of Zarrab case, Preet Bharara. Can you picture it?

AH: Hillary's?

EA: We couldn't speak up yesterday but today we can say that it is a troublesome thing.

AH: Why Zarrab case? So, is the prosecutor of Zarrab case is an enemy of Turkey? Do we see it that way?

EA: I don't see it that way but there is a reality namely called politics and international relations. If your number two NATO ally has a sensitive case like this…

AH: What sensitivity?

EA: There is a FETO based issue here. Can we say that Zarrab issue isn't related to FETO issue? Here, you're considering appointing a prosecutor of a case who is associated with an organization that attempted a coup, as an Attorney General…and you are asking if Clinton wouldn't extradite him.

AH: As far as I know, Zarrab is not being investigated whether him being a FETO member or not. There are other issues there. Relations with Iran and money related issues.

EA: This is a different topic but in the end there is a connection and we have officially specified our concerns. About that case…so Preet Bharara woke up one morning and found Rea Zarrab-I don't know him personally- how did he find Reza Zarrab? How did he acquired those files? For instance, I see FETO's hand in this, at a minimum as providing evidence support. It's not important whether it is true or not. He has three hundred thousand followers, two hundred fifty thousand of them are from Turkey.

AH: Do you know why?

4
UNCLASSIFIED

UNCLASSIFIED

File Number: 097X-WF-2919028
Task Number: 908227

EA: How could you consider him as your Attorney General while the FETO extradition case is still in question. I'm not gossiping. His name was on the official *short list*.

AH: Look...What you've said may be true but after all we know that he has three hundred thousand followers, two hundred fifty thousand of them are Turkish. We know that. This happened in front of all Turkey. We know how it happened. When he caught Reza...Reza is a celebrity. Who caught Reza? This prosecutor. Everyone has started following him. What has FETO to do with it? Nothing related to FETO here. A prosecutor being followed on the social media has nothing to do with FETO.

EA: After all, you don't see FETO's hand in December 17 probe. So, we...

AH: I certainly see that.

EA: Is the main actor of that is a man named Reza Zarrab?

AH: He's one of the actors but December 17/25 probe is not included in the investigation that is conducted in U.S. It is about Reza Zarrab.

EA: Let me put it this way...in order not to digress from the topic...We have a concern regarding this issue. We have voiced it and if this was a separate issue...anyway...but if there is an extradition issue on the table and the competent authority pertinent to the extradition case is the *Attorney General*-in other words- to say the least, it's the authority needs bring it into the court and you put this prosecutor on your *short list* as the Attorney General, no offense but I don't see this is as acting in good faith.

AH: I only object to...Reza Zarrab is not our hero. We don't see him like that.

EA: I definitely don't see it either.

AH: I just wanted annotate it. The prosecutor who caught Reza is not our enemy. Reza is not our hero.

EA: No, not at all.

AH: This makes my blood boil. It is a disgrace. I don't object to any other thing. Anyway. Dec 17/25 is completely...in fact I also wrote about that...is a FETO attempt. The goal was not revealing the corruption there. It is something else.

EA: Absolutely. We can't deny it anymore.

5
UNCLASSIFIED

UNCLASSIFIED

File Number: 097X-WF-2919028
Task Number: 908227

AH: Wasn't there any corruption? There was. They tried to use it to do something. It was not a usual prosecutor move or a usual corruption investigation. I wrote it multiple times [in my column]. I say it here. When I say that…instantly…"Wasn't there any corruption?" There was, brother. Both corruption and the coup attempt.

EA: I can't even say that there was corruption anymore…in such a distorted case…whom they had been going after all those years is unknown…if we are talking about the legal process, you collect the evidence then go after the person. You keep tabs on everyone holds a certain office, for years, invading their privacy, then shoe boxes etc. No offence but I don't believe any of the evidence those men present. Any of the evidence. I can't even say that there was corruption.

AH: That's another issue…

[End of recording]

6
UNCLASSIFIED