AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cr-457 (AJT) |
| BIJAN RAFIEKIAN, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Bijan Rafiekian.

Date: 05/14/2019

/s/ James E. Tysse
*Attorney's signature*

James E. Tysse
*Printed name and bar number*

Akin Gump Strauss Hauer & Feld LLP
2001 K Street, N.W.
Washington, D.C. 20006

*Address*

jtysse@akingump.com
*E-mail address*

(202) 887-4571
*Telephone number*

(202) 887-4288
*FAX number*