UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Case No. 1:18-CR-457 (AJT) |
| | : | |
| BIJAN RAFIEKIAN, et al. | : | |

## WAIVER OF APPEARANCE

The defendant, Bijan Rafiekian, having been advised by his counsel of his right to be present for all proceedings in this case, hereby confirms that he waives his right to appear for the hearing on May 17, 2019.

_____  5/15/2019
Bijan Rafiekian                              Date