Date: 5/17/2019          Judge: Trenga                    Reporter: LaQuicia Thomas
                                                                    w/Casamo & Associates
Time:    9:46 – 10:25

UNITED STATES of AMERICA
     Vs.

| Bijan Rafiekian | 1:18CR00457 |
|---|---|
| Defendant's Name | Case Number |

| Robert Trout | |
| Stacey Mitchell | Jim Gillis |
| John Murphy | Evan Turgeon |
| Mark MacDougall | John Gibbs |
| Counsel for Defendant | Counsel for Government |

Matter called for:
( ) Motions             ( ) Setting Trial Date      ( ) Change of Plea Hrg.    ( ) Rule 35
( ) Arraignment         ( ) Appeal from USMC        ( ) Sentencing              ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg.               ( ) Pre-Indictment Plea     (✓) Motion Hearing

Defendant's [114] Motion to Compel – Argued and Denied.

Defendant's [117] Motion to Preclude Use of "Kickback" and Synonymous Terms – Argued and Granted in part, ruling reserved in part, as to whether it can be used in closing arguments.

Remaining pretrial motions to be filed by 5/28/2019.