UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA    )
    )
v.    )
    )
BIJAN RAFIEKIAN,    )    Case Number 1:18-cr-457-AJT-1
    )
Defendant.    )
    )

## ORDER

On May 17, 2019, the Court held a hearing on Defendant Bijan Rafiekian's Motion to

Compel Records [Doc. 114] and Motion to Preclude Use of "Kickback" and Synonymous Terms

[Doc. 117] (collectively, "the Motions"). Upon consideration of the Motions, the memoranda in

support thereof and in opposition thereto, the arguments of counsel at the May 17, 2019 hearing,

and for the reasons stated in open court, it is hereby

ORDERED that Defendant Bijan Rafiekian's Motion to Compel Records [Doc. 114] be,

and the same hereby is, DENIED; and it is further

ORDERED that Defendant Rafiekian's Motion to Preclude Use of "Kickback" and

Synonymous Terms [Doc. 117] be, and the same hereby is, GRANTED in part and DENIED in

part without prejudice.

The Clerk is directed to forward copies of this Order to Defendant and all counsel of

record.

/s/

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 17, 2019