**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Criminal Case No. 1:18-CR-457 (AJT)** |
| | : | |
| **BIJAN RAFIEKIAN, et al.** | : | |

**CONSENT MOTION TO CONTINUE THE MAY 28, 2019**
**MOTION TO DISMISS DEADLINE**

Defendant Bijan Rafiekian respectfully moves the Court to continue the May 28, 2019

deadline to file a motion to dismiss until June 6, 2019, based on the anticipated filing referenced

by the government during the bench conference on May 17, 2019.  May 17, 2019 Tr. 33:8-15.

The May 28, 2019 deadline would remain in effect for all other pretrial motions.  Counsel for the

government consents to this motion.

Dated: May 23, 2019

Respectfully submitted,

*/s/*_____
Mark J. MacDougall (*Pro Hac Vice*)
Stacey H. Mitchell (*Pro Hac Vice*)
John C. Murphy (*Pro Hac Vice*)
*Counsel for Bijan Rafiekian*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
Telephone:  (202) 887-4000
Fax:  (202) 887-4288
E-mail:  mmacdougall@akingump.com
        shmitchell@akingump.com
        jmurphy@akingump.com

/s/
Robert P. Trout (VA Bar # 13642)
*Counsel for Bijan Rafiekian*
Trout Cacheris & Solomon PLLC
1627 Eye Street, NW
Suite 1130
Washington, DC 20006
Telephone:  (202) 464-3311
Fax:  (202) 463-3319
E-mail:   rtrout@troutcahceris.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 23rd day of May 2019, true and genuine copies of

Defendant's Consent Motion to Continue the May 28, 2019 Motion to Dismiss Deadline was

sent via electronic mail by the Court's CM/ECF system to the following:

James P. Gillis
John T. Gibbs
Evan N. Turgeon
U.S. Attorney's Office (Alexandria-NA)
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone:  (703) 299-3700
Email:  james.p.gillis@usdoj.gov
         john.gibbs@usdoj.gov
         evan.turgeon@usdoj.gov


                                        /s/_____
                                        Robert P. Trout (VA Bar # 13642)