UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal Case No. 1:18-CR-457 (AJT) |
| | : | |
| **BIJAN RAFIEKIAN, et al.** | : | |

**[PROPOSED] ORDER**

Upon consideration of Defendant Rafiekian's Consent Motion to Continue the May 28, 2019 Motion to Dismiss Deadline and the entire record herein, for good cause shown, it is on this _____ day of _____, 2019 hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that any motion to dismiss the indictment filed by Mr. Rafiekian shall be due on June 6, 2019.

**SO ORDERED.**

_____
The Honorable Anthony J. Trenga
United States District Judge