# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

City: 

County: 

Superseding Indictment: 

Same Defendant: 

Magistrate Judge Case No. 

Search Warrant Case No. 

Judge Assigned: AJT

Criminal No. 1:18CR-457

New Defendant: 

Arraignment Date: 

R. 20/R. 40 From: 

## Defendant Information:

Defendant Name: RAFIEKIAN, BIJAN    Alias(es):    ☐ Juvenile  FBI No.

Address: XXXXXXXXX, SAN JUAN CAPISTRANO, CA.92675

Employment:

Birth Date: XXXX/1952   SSN: XXXXX-3715   Sex: Male   Race:   Nationality:

Place of Birth:   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:

☐ Interpreter   Language/Dialect:    Auto Description:

## Location/Status:

Arrest Date:   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☐ Arrest Warrant Requested   ☐ Fugitive   ☒ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

Name:    ☐ Court Appointed   Counsel Conflicts:

Address:    ☐ Retained

Phone:    ☐ Public Defender    ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

AUSA(s): James P. Gillis   Phone: (703) 299-3897   Bar No.

## Complainant Agency - Address & Phone No. or Person & Title:

FBI, Special Agent Bryan Alfredo, 601 4th Street NW, Washington D.C. 20535 202-440-0512

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 371 | Conspiracy to Act as and Agent and | 1 | Felony |
| Set 2: | 18 U.S.C. 951 | Acting as an Agent of Foreign Gove | 2 | Felony |

Date: 5/21/2019   AUSA Signature:   *may be continued on reverse*