UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA, :
:
v. : Criminal Case No. 1:18-CR-457 (AJT)
:
BIJAN RAFIEKIAN, et al. :

## ORDER

Upon consideration of Defendant Rafiekian's Consent Motion to Continue the May 28, 2019 Motion to Dismiss Deadline and the entire record herein, for good cause shown, it is on this 24th day of May, 2019 hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that any motion to dismiss the indictment filed by Mr. Rafiekian shall be due on June 6, 2019.

**SO ORDERED.**

/s/
Anthony J. Trenga
United States District Judge

The Honorable Anthony J. Trenga
United States District Judge