# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

RECEIVED
MAY 24 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

United States of America )
v. )
)
BIJAN RAFIEKIAN ) Case No. 1:18 CR 457
)
)
Defendant )

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | 401 Courthouse Square<br>Alexandria, Virginia 22314 | Courtroom No.: 701 - Judge Trenga |
| --- | --- | --- |
| | | Date and Time: 05/31/2019 @ 9:00 A.M. |

This offense is briefly described as follows:

Count One 18 U.S.C. § 371 Conspiracy to Act as an Agent of a Foreign Government and to Make False Statements and Willful Omissions in a FARA Filing

Count Two 18 U.S.C. § 951 Acting in the United States as an Agent of Foreign Government

Count Three through Six 18 U.S.C. § 1001 False Statements

Date: March 24, 2019

COPY

*Issuing officer's signature*
Paulina A. Miller, Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons     ☐ Returned this summons unexecuted

Date: _____

_____
*Server's signature*

_____
*Printed name and title*