UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.  : | **Criminal Case No. 1:18-CR-457 (AJT)** |
| : | |
| **BIJAN RAFIEKIAN, et al.** : | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for additional Peremptory Challenges and a Jury Questionnaire, the memorandum in support thereof, any opposition thereto, any reply in further support thereof, and the entire record herein, for good cause shown, it is this _____ day of _____, 2019, hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the defendant shall have a total of sixteen (16) peremptory challenges, to be exercised jointly, and

**ORDERED** that a written jury questionnaire will be issued to all prospective jurors.

**SO ORDERED.**

4