UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Case No. 1:18-CR-457 (AJT) |
| | : | |
| BIJAN RAFIEKIAN, et al. | : | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion *In Limine* to Exclude Out-of-court Statements by Co-conspirators, the memorandum in support thereof, any opposition thereto, any reply in further support thereof, and the entire record herein, for good cause shown, it is this _____ day of _____, 2019, hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the all out-of-court statements by alleged co-conspirators are inadmissible at trial.

**SO ORDERED.**

                                                          _____
                                                          The Honorable Anthony J. Trenga
                                                          United States District Judge

4