UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Case No. 1:18-CR-457 (AJT) |
| | : | |
| BIJAN RAFIEKIAN, et al. | : | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for *In Camera* Inspection of Attorney Client Communications filed by defendant Bijan Rafiekian, the memorandum in support thereof, any opposition thereto, any reply in further support thereof, and the entire record herein, for good cause shown, it is this _____ day of _____, 2019, hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Covington produce to the Court the unredacted versions of the 27 attached documents for *in camera* inspection on this ___ day of _____, 2019.

**SO ORDERED.**

_____
The Honorable Anthony J. Trenga
United States District Judge

4