# EXHIBIT A

CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

## Redacted Document Log for Covington & Burling LLP Production in *United States v. Rafiekian*, 1:18-CR-457 (AJT)[1]

| Document | From | To | CC | Subject | Reason for Redaction |
|---|---|---|---|---|---|
| Rafiekian_EDVA_00004099 | Kelner, Robert | Smith, Brian; KV | Langton, Alexandra | RE: MF update | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00007065 | | | | | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00008981 | Schaefer, David | Kelner, Robert; KV | Anthony, Stephen; Langton, Alexandra; Smith, Brian; Price Floyd | RE: AP reporter with urgent questions regarding Gen. Flynn FARA filing | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00009799 | Kelner, Robert | Anthony, Stephen | Langton, Alexandra | Re: Outline for Flynn Interview | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00017651 | | | | | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00017686 | | | | | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00017737 | | | | | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00017755 | | | | | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00017762 | | | | | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00023142 | Anthony, Stephen | Langton, Alexandra | Kelner, Robert | Re: MF: Defense Outline | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00023166 | Polack, Roger | Kelner, Robert | Anthony, Stephen; Chertoff, Michael; DeBold, Joshua; Langton, Alexandra; Smith, Brian | RE: Burck | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00023824 | | | | | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00024449 | Langton, Alexandra | Anthony, Stephen; DeBold, Joshua; Kelner, Robert; Polack, Roger; Smith, Brian | | 5/30/17 Call with General Flynn | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00024497 | Anthony, Stephen | Anthony, Stephen | | Flynn Impressions | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00025592 | Langton, Alexandra | Smith, Brian | Kelner, Robert | RE: Calendar | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00026458 | Kelner, Robert | Anthony, Stephen; Langton, Alexandra; Lawlor, Derek; Smith, Brian; flynnlmmm@mailsol.net; Kristen Neller Verderame; Mike Flynn | | Re: 278 just released by WH | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00032266 | Langton, Alexandra | Kelner, Robert; Polack, Roger | Anthony, Stephen; Smith, Brian | RE: 7.2.16 Message | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00032655 | Langton, Alexandra | Kelner, Robert | Anthony, Stephen; Smith, Brian | Re: MF; Outstanding Questions | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00032690 | Langton, Alexandra | Anthony, Stephen; Kelner, Robert; Polack, Roger; Smith, Brian | | RE: MF; Updates | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00035840 | Kelner, Robert | Anthony, Stephen; DeBold, Joshua; Langton, Alexandra; Polack, Roger; Smith, Brian | | Flynn status | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00036528 | | | | | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00039910 | Langton, Alexandra | Anthony, Stephen; Kelner, Robert; Polack, Roger; Smith, Brian | | Virtru Messages | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00041905 | Kelner, Robert | Anthony, Stephen; Langton, Alexandra | | RE: Notes re call with Eric Dubelier (JOINT DEFENSE PRIVILEGE) | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00042083 | Kelner, Robert | Langton, Alexandra | | FW: FARA call | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00042126 | Kelner, Robert | K Verderame | | Re: FARA call | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00043689 | Kelner, Robert | Chertoff, Michael | Anthony, Stephen | RE: Flynn status | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |
| Rafiekian_EDVA_00044015 | Kelner, Robert | Michael Flynn | Anthony, Stephen; Langton, Alexandra; flynnlmmm@mailsol.net | Re: update | Relates to Michael Flynn engagement only; not part of FIG Inc. client file. |

[1] This log reflects documents that Defendant has identified from among the 11, 537 total documents produced by Covington & Burling LLP in response to the Court's March 5, 2019 subpoena in this matter.