UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Case No. 1:18-CR-457 (AJT) |
| | : | |
| BIJAN RAFIEKIAN, et al. | : | |

**DEFENDANT RAFIEKIAN'S MOTION FOR LEAVE TO FILE ATTACHMENT TO MOTION FOR *IN CAMERA* INSPECTION OF ATTORNEY CLIENT COMMUNICATIONS UNDER SEAL**

Mr. Rafiekian, through counsel and for reasons set forth in the non-confidential supporting memorandum, respectfully move the Court to issue an order granting leave to file Attachment A to Mr. Rafiekian's motion for *in camera* inspection of attorney-client communications under seal. Covington & Burling LLP consents to this request to seal. Pursuant to Local Criminal Rule 49(D), Mr. Rafiekian is filing this motion with a non-confidential supporting memorandum and non-confidential proposed order.

Dated: May 28, 2019

Respectfully submitted,

/s/_____
James E. Tysse (VA Bar # 73490)
Mark J. MacDougall (*Pro Hac Vice*)
Stacey H. Mitchell (*Pro Hac Vice*)
John C. Murphy (*Pro Hac Vice*)
Adam A. Bereston (*Pro Hac Vice*)
Samantha J. Block (*Pro Hac Vice*)
*Counsel for Bijan Rafiekian*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW
Washington, DC 20006
Telephone:  (202) 887-4000
Fax:  (202) 887-4288
E-mail:   mmacdougall@akingump.com
           shmitchell@akingump.com

                                                                           */s/*

Robert P. Trout (VA Bar # 13642)
*Counsel for Bijan Rafiekian*
Trout Cacheris & Solomon PLLC
1627 Eye Street, NW
Suite 1130
Washington, DC 20006
Telephone:  (202) 464-3311
Fax:  (202) 463-3319
E-mail:   rtrout@troutcahceris.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the 28th day of May 2019, true and genuine copies of Defendant's Motion for Leave to File Attachment to Motion for *In Camera* Inspection of Attorney Client Communications Under Seal was sent via electronic mail by the Court's CM/ECF system to the following:

James P. Gillis
John T. Gibbs
Evan N. Turgeon
U.S. Attorney's Office (Alexandria-VA)
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3700
Email:  james.p.gillis@usdoj.gov
        john.gibbs@usdoj.gov
        evan.turgeon@usdoj.gov

*/s/*_____
Robert P. Trout (VA Bar # 13642)