UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Case No. 1:18-CR-457 (AJT) |
| | : | |
| BIJAN RAFIEKIAN, et al. | : | |

**[PROPOSED] SEALING ORDER**

This matter having come before the Court on Mr. Rafiekian's Motion for Leave to File Attachment to Motion for *In Camera* Inspection of Attorney Client Communications Under Seal pursuant to Local Criminal Rule 49(D) and for good cause shown, the Court finds:

1. Mr. Rafiekian seeks to file certain documents under seal, namely an attachment to a motion for *in camera* inspection.

2. Sealing the documents is in line with the Court's April 19, 2019 order.

3. Sealing is appropriate when necessary to protect private interests and to ensure that court records are not used to promote public scandal. *See In re Knight Pub. Co.*, 743 F.2d 231, 236 (4th Cir. 1984); *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978). The Court concludes that the documents at issue meet t hose standards.

4. The Court has considered procedures other than sealing, but none would suffice to protect the information subject to sealing.

5. The Court has inherent power to seal materials. *See in re Knight Pub. Co.*, 743 F.2d at 235; *Am. Civil Liberties Union v. Holder*, 673 F.3d 245, 255–56 (4th Cir. 2011).

6. Mr. Rafiekian seeks to have the material filed under seal pursuant to this Order until further order of the Court.

4

5

NOW THEREFORE,

IT IS **ORDERED** that:

1. Mr. Rafiekian's Motion for Leave to File Attachment to Motion for *In Camera* Inspection of Attorney Client Communications Under Seal is **GRANTED**.

2. The documents shall remain sealed until further order of the Court.

**SO ORDERED.**


Dated: _____                        _____
                                              The Honorable Anthony J. Trenga
                                              United States District Judge