UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Case No. 1:18-CR-457 (AJT) |
| | : | |
| BIJAN RAFIEKIAN, et al. | : | |

**DEFENDANT RAFIEKIAN'S NON-CONFIDENTIAL SUPPORTING MEMORANDUM**

Pursuant to Local Criminal Rule 49(D) and the Court's April 19, 2019 order (Dkt. No. 111), Mr. Rafiekian, through counsel, respectfully moves the Court for leave to file 27 redacted documents produced by Covington & Burling LLP ("Covington") in response to Mr. Rafiekian's March 5, 2019 subpoena ("Subpoena") (Dkt. No. 67) under seal.

The Court has inherent power to seal submitted materials. *See In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984) ("The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests."); *Am. Civil Liberties Union v. Holder*, 673 F.3d 245, 255–56 (4th Cir. 2011).

This motion is also in accordance with the Court's April 19, 2019 order which states that "pending the Court's entry of a protective order, access to the production shall be restricted to the parties." (Dkt. No. 67). To date, no protective order has been entered. Accordingly, Mr. Rafiekian seeks an Order granting his request for leave to file the documents under seal.

Dated: May 28, 2019                                   Respectfully submitted,

                                                                           */s/* _____
                                                                           James E. Tysse (VA Bar # 73490)
                                                                           Mark J. MacDougall (*Pro Hac Vice*)
                                                                           Stacey H. Mitchell (*Pro Hac Vice*)
                                                                           John C. Murphy (*Pro Hac Vice*)
                                                                           Adam A. Bereston (*Pro Hac Vice*)

        Samantha J. Block (*Pro Hac Vice*)
*Counsel for Bijan Rafiekian*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW
Washington, DC 20006
Telephone:  (202) 887-4000
Fax:  (202) 887-4288
E-mail:   mmacdougall@akingump.com
          shmitchell@akingump.com


*/s/*_____
Robert P. Trout (VA Bar # 13642)
*Counsel for Bijan Rafiekian*
Trout Cacheris & Solomon PLLC
1627 Eye Street, NW
Suite 1130
Washington, DC 20006
Telephone:  (202) 464-3311
Fax:  (202) 463-3319
E-mail:   rtrout@troutcahceris.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the 28th day of May 2019, true and genuine copies of Defendant Rafiekian's Non-Confidential Supporting Memorandum was sent via electronic mail by the Court's CM/ECF system to the following:

James P. Gillis
John T. Gibbs
Evan N. Turgeon
U.S. Attorney's Office (Alexandria-VA)
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone:  (703) 299-3700
Email:  james.p.gillis@usdoj.gov
john.gibbs@usdoj.gov
evan.turgeon@usdoj.gov

/s/
Robert P. Trout (VA Bar # 13642)

3