**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Criminal Case No. 1:18-CR-457 (AJT)** |
| | : | |
| **BIJAN RAFIEKIAN, et al.** | : | |

### DEFENDANT BIJAN RAFIEKIAN'S MOTION FOR LEAVE TO FILE UNDER SEAL

Defendant, through counsel and for the reasons set forth in the accompanying non-confidential supporting memorandum, respectfully moves the Court to issue an order granting leave to file an unredacted copy of the Motion to Dismiss the Indictment and Exclude and Suppress Privileged Information and certain supporting exhibits under seal.  Pursuant to Local Criminal Rule 49(D), Defendants are filing this motion with a non-confidential supporting memorandum and non-confidential proposed order.

Dated: May 28, 2019

Respectfully submitted,

*/s/*_____
James E. Tysse (VA Bar # 73490)
Mark J. MacDougall (Pro Hac Vice)
Stacey H. Mitchell (Pro Hac Vice)
John C. Murphy (Pro Hac Vice)
Adam A. Bereston (Pro Hac Vice)
Samantha J. Block (Pro Hac Vice)
Counsel for Bijan Rafiekian
Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
Telephone:  (202) 887-4000
Fax:  (202) 887-4288
E-mail:   mmacdougall@akingump.com
                shmitchell@akingump.com

/s/ _____
Robert P. Trout (VA Bar # 13642)
*Counsel for Bijan Rafiekian*
Trout Cacheris & Solomon PLLC
1627 Eye Street, NW
Suite 1130
Washington, DC 20006
Telephone:  (202) 464-3311
Fax:  (202) 463-3319
E-mail:  rtrout@troutcahceris.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the 28th day of May 2019, true and genuine copies of Defendant

Rafiekian's Motion for Leave to File Under Seal were sent via electronic mail by the Court's

CM/ECF system to the following:

James P. Gillis
John T. Gibbs
Evan N. Turgeon
U.S. Attorney's Office (Alexandria-NA)
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone:  (703) 299-3700
Email:  james.p.gillis@usdoj.gov
        john.gibbs@usdoj.gov
        evan.turgeon@usdoj.gov

_/s/_____
Robert P. Trout (VA Bar # 13642)