# EXHIBIT A

# Delaware
## The First State

Page 1

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF DISSOLUTION OF "FLYNN INTEL GROUP, INC.", FILED IN THIS OFFICE ON THE TENTH DAY OF APRIL, A.D. 2018, AT 9:31 O`CLOCK P.M.*



Jeffrey W. Bullock, Secretary of State

5768247  8100
SR# 20190380808

Authentication: 202110183
Date: 01-18-19

You may verify this certificate online at corp.delaware.gov/authver.shtml

## STATE OF DELAWARE
## CERTIFICATE OF DISSOLUTION
## (SECTION 275)

The corporation organized and existing under the General Corporation Law of the State of Delaware, hereby certifies as follows:

1. The dissolution of __FLYNN INTEL GROUP, INC.__

has been duly authorized by the Board of Directors and Stockholders in accordance with subsections (a) and (b) of Section 275 or by unanimous consent of Stockholders in accordance with subsection (c) of Section 275 of the General Corporation Law of the State of Delaware.

2. The date of filing of the Corporation's original Certificate of Incorporation in Delaware was __June 17, 2015__.

3. The date the dissolution was authorized is __March 25, 2018__

4. The names and addresses of the directors and officers of the corporation are as follows:

**NAME**     **TITLE**     **ADDRESS**

Gen. Michael Flynn; Officer, Director; 44 Canal Center Plaza, Ste 400, Alexandria, VA 22314

Hon. Bijan Kian, Officer, Director; 44 Canal Center Plaza, Ste 400, Alexandria, VA 22314

By: _____
Authorized Officer

Name: Michael Flynn
Print or Type

State of Delaware
Secretary of State
Division of Corporations
Delivered 09:31 PM 04/10/2018
FILED 09:31 PM 04/10/2018
SR 20182615619 - File Number 5768247