UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Case No. 1:18-CR-457 (AJT) |
| | : | |
| BIJAN RAFIEKIAN, et al. | : | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion *In Limine* to Preclude the Government from Arguing that Turkey Funded FIG's Work for Inovo, the memorandum in support thereof, any opposition thereto, any reply in further support thereof, and the entire record herein, for good cause shown, it is this _____ day of _____, 2019, hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the government is precluded from (1) claiming in its opening statement that evidence exists that the government of Turkey "funded" Flynn Intel Group, Inc.'s work for Inovo, BV and (2) arguing in its closing that the government of Turkey "funded" the project

**SO ORDERED.**

_____
The Honorable Anthony J. Trenga
United States District Judge