UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | :    **Criminal Case No. 1:18-CR-457 (AJT)** |
| | : |
| **BIJAN RAFIEKIAN, et al.** | : |

### ORDER

This matter having come before the Court on Defendant's Motion for Leave to File Under Seal pursuant to Local Criminal Rule 49(D) and for good cause shown, the Court finds:

1. Defendants seek to file a certain document under seal, namely (1) an unredacted Memorandum of Law in Support of a Motion to Dismiss the Indictment and Exclude and Suppress Privileged information, and (2) Exhibits B and F thereto.

2. Sealing is necessary pursuant to the Court's order and the policy of the federal judiciary and the Department of Justice to prevent disclosure of privileged information.

3. The Court has considered procedures other than sealing, but none would suffice to protect the information subject to sealing.

4. The Court has inherent power to seal materials. *See In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984) ("The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests.")

5. Defendants seek to have the materials filed under seal pursuant to this Order until further order of the Court.

NOW THEREFORE,

IT IS ORDERED that:

1. Defendants' Motion to File Under Seal is GRANTED.

2. The documents shall remain sealed until further order of the Court.

/s/
The Honorable Anthony J. Trenga
United States District Judge   5/29/19