UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :   Criminal Case No. 1:18-CR-457 (AJT) |
| | : |
| BIJAN RAFIEKIAN, et al. | : |

## WAIVER OF APPEARANCE AT ARRAIGNMENT

The defendant, Bijan Rafiekian, pursuant to Fed. R. Crim. P. 10(b), hereby waives his appearance at his arraignment on the superseding indictment filed May 23, 2019 (Docket #141), stating that he has received and read a copy of the superseding indictment, and that his plea to the superseding indictment is NOT GUILTY.

The defendant further waives his right to appear for the hearing scheduled for May 31, 2019.

_____   5-29-2019
Bijan Rafiekian                              Date


/s/
_____
James E. Tysse (VA Bar # 73490)
Mark J. MacDougall (*Pro Hac Vice*)
Stacey H. Mitchell (*Pro Hac Vice*)
John C. Murphy (*Pro Hac Vice*)
Adam A. Bereston (*Pro Hac Vice*)
Samantha J. Block (*Pro Hac Vice*)
*Counsel for Bijan Rafiekian*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 887-4000
Fax: (202) 887-4288
E-mail: mmacdougall@akingump.com
shmitchell@akingump.com

      /s/
_____
Robert P. Trout (VA Bar # 13642)
*Counsel for Bijan Rafiekian*
Trout Cacheris & Solomon PLLC
1627 Eye Street, NW
Suite 1130
Washington, DC 20006
Telephone:  (202) 464-3311
Fax:  (202) 463-3319
E-mail:   rtrout@troutcahceris.com


ACCEPTED:


_____
Anthony J. Trenga
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that, on the 30th day of May 2019, a true and genuine copy of the Waiver of Appearance at Arraignment was sent via electronic mail by the Court's CM/ECF system to the following:

    James P. Gillis
    John T. Gibbs
    Evan N. Turgeon
    U.S. Attorney's Office (Alexandria-NA)
    2100 Jamieson Avenue
    Alexandria, VA 22314
    Telephone: (703) 299-3700
    Email: james.p.gillis@usdoj.gov
           john.gibbs@usdoj.gov
           evan.turgeon@usdoj.gov

 

*/s/*
Robert P. Trout (VA Bar # 13642)