**From:** Bijan Kian
**Sent:** Wednesday, July 27, 2016 10:40 AM
**To:** Ekim Alptekin
**Subject:** Re: All good to go

Senior Turkish Leader #1

I had a detailed discussion with my MF last night. We are ready to engage on what needs to be done. Turkey's security and stability is extremely important to world security. ▯ can lead the campaign against Radical Islam to protect the image of Islam. No other leader in the world of Islam has the power to lead this campaign.

I just wanted to let you know that we are all on the same page. Please let me know if you would like to talk on Skype. I will make time and it will be my pleasure. Looking forward to working together again. At the right time, I will include our partners in the communications. Perhaps we can connect on Friday to update.

All the best

Hon. Bijan R. Kian
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*



FLYNN INTEL GROUP INC.

Notice of Confidentiality
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

On Wed, Jul 27, 2016 at 11:41 AM, Ekim Alptekin < ▯ > wrote:

   The email chain has been secured by Virtru.

**GOVERNMENT EXHIBIT 8**
1:18-CR-457

**From:** Ekim Alptekin
**Sent:** Friday, July 29, 2016 10:22 AM
**To:** Bijan Kian
**Subject:** Re: All good to go

Hi Bijan - Finally on my way back to Istanbul. I met with [Turkish Minister #1] and explained. They are likely to travel to DC next week. He is interested in exploring this seriously and it is likely he'll want to meet with you and MF.

We agreed to meet again before he leaves for DC and he asked me to formulate what kind of output we can generate on the short and mid-term as well as an indicative budget.

Can we skype tomorrow am your time?

Ps: Needles to tell you but he asked me not to read in anyone else for the time being and keep this confidential.

Best,

Ekim

Sent from Virtru for iPhone

On 27 Tem 2016 20:40, Bijan Kian <​​​​​​​​​​​​​​​​​​​​​​​​​​​​​> wrote:

> This is a secure email

CONFIDENTIAL

GOVERNMENT
EXHIBIT
**9**
1:18-CR-457

FIG_EDVA_00004772
US_v_Kian_00001000

| | |
|---|---|
| **From:** | Bijan Kian |
| **Sent:** | Saturday, July 30, 2016 11:33 AM |
| **To:** | Ekim Alptekin |
| **Cc:** | Michael Flynn |
| **Subject:** | Truth |

Ekim:

It was my pleasure continuing our conversation today. General Flynn and I have discussed broad contours of the "truth" campaign.

In brief, we need:

PHASE ZERO: DEFINE THE ARENA and THE CHALLENGE

- To secure your active participation in the project.
- Define the opposing force.
- Develop an accurate, objective and reliable account of "Where we are now". (undesired state)
- A clear path to "where we would like to be" (desired state)
- Define dependencies, uncertainties, expected and unexpected consequences.
- Define options from "narrow" and "extremely tactical" to "broad" and "strategic" with a clear cost/benefit matrix. (Net Assessment)
- Apply the "Expected Value Analysis" model to options.
- Define "possibilities" as distinct from "probabilities" of success and failure.
- Measure second and third order effects on both "possibilities" and "probabilities".

Executing these key 9 steps are essential in defining the arena and measuring the challenge. In the field of opposing forces, the adversary has already set the "intensity and complexity standard". A side by side comparison of the logistics/tools in the arena shows clearly that the adversary has made seriously more superior choices in battle preparations.

We need to discuss a PHASE ZERO execution now at a managed cost and time frame. PHASE ZERO can move to a more expanded design and implementation of selected path forward based on phase Zero within the next 90 days (August, September, October 2016). Please give us your thoughts.

At this time, this conversation shall remain limited to you, General Flynn and myself. Needless to say, these are extremely critical times and our key motivation is to make sure that we do what we can to secure a better future for our grandchildren.

I look forward to resuming our conversation tomorrow.

All the best to you and your family,


Bijan


**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*

CONFIDENTIAL

GOVERNMENT EXHIBIT
**10**
1:18-CR-457

FIG_EDVA_00005128
US_v_Kian_00001003

| | |
|---|---|
| **From:** | flynn <secure-reply@virtru.com> |
| **Sent:** | Saturday, July 30, 2016 5:55 PM |
| **To:** | flynn@ |
| **Subject:** | Re: Truth |

***Below is a copy of the secure message sent using the Virtru Secure Reader to <u>ekimalptekin</u>  <u>bijankian</u>           :***

Bijan, thank you for putting these thoughts and this plan together. I would add only the following; The time to do this is now and there must be a sense of urgency in execution. Look forward to working through this important initiative. FLYNN

1

CONFIDENTIAL

**GOVERNMENT EXHIBIT 10A  1:18-CR-457**

FIG_EDVA_00007494

| | |
|---|---|
| Subject: | **We are ready.** |
| From: | bijankian |
| To: | ekimalptekin |
| Date: | Tuesday, Aug 2, 2016 - 6:57pm |

Virtru Encrypted Message

Ekim:

We have high confidence on the direction of the work. Waiting to hear from you. You, MF and I are the only cleared entities on this at this time. We will need to bring in other specialists which I will talk to you about when we can Skype.

Cheers!

Bijan


**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*



FLYNN INTEL GROUP INC.

Notice of Confidentiality
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

GOVERNMENT EXHIBIT
**11**
1:18-CR-457

Alptekin 000008

US_v_Kian_00035029

| | |
|---|---|
| **From:** | flynn <secure-reply@virtru.com> |
| **Sent:** | Thursday, August 4, 2016 4:51 AM |
| **To:** | kian[REDACTED]; ekimalptekin[REDACTED] |
| **Subject:** | Re: Re: Truth |

*This message was sent from the Virtru Secure Reader. Ask flynn@[REDACTED] to send secure emails with Virtru by downloading the <u>Virtru plug-in</u>.*

Ekim, thank you for sharing this article. When a gap of trust is created, the only way to reduce that gap is to create even greater transparency with an even deeper sense of honesty. And sometimes, especially when it comes to long time friends, that honesty needs to be and will be brutal at times. Fact based information gathering with a real sense of geostrategic analysis will help reduce the gap that has been created. I'll get with BIJAN today on your question regarding [REDACTED: then-Secretary of State] staff. Best, FLYNN

**GOVERNMENT EXHIBIT**
**12**
**1:18-CR-457**

CONFIDENTIAL

FIG_EDVA_00004738

US_v_Kian_00001008

| | |
|---|---|
| **From:** | Bijan Kian |
| **Sent:** | Thursday, August 4, 2016 8:23 AM |
| **To:** | Ekim Alptekin |
| **Cc:** | Michael Flynn |
| **Subject:** | Re: Truth |

Thank you Ekim.

I echo General Flynn's sentiment on the significance of unlocking the facts. It is sometimes natural for complex situations to turn into a Rorschach test of a giant ink blot. Precision investigative work takes off the masks layer by layer until the real picture can emerge from the masked ink blot. Time plays a key factor in such precision work. The longer the time distance between an event and active start of a Special Investigation, the lesser the effect of revealing the "truth". The main event becomes "old news" and the findings less relevant.

Let me give you a real life experience: 1978: A soft spoken cleric sitting under an apple tree in Neauphle-le-Chateau in France looked so harmless. Spoke of equality and spirituality, declared that if he were to gain power, he will go to a religious shrine and will not get into politics and governance.

Sounds familiar?

Well, the world neglected to take the layers off the ink blot in 1978. One year later, from the place under the apple tree, The soft spoken spiritual man led the Islamic Revolution in Iran and turned the clock back 1400 years. An ancient country and culture was turned into a Pariah State that Iran is today.

37 years later, "truth" is being revealed page by page, story by story of "what" and "who" helped out the monster dressed as the soft spoken spiritual man. No matter how piercing the facts, too much time has passed. The world has changed. In this information age, we don't need to wait 37 years. 37 minutes can change the world.

The world needs a strong leader with credibility in the Islamic faith to shape a new understanding of the religion and its place in the hearts of the Muslims. The weapon of choice in the Age of Information is the "word" and not the "sword".

General Flynn and I will return with more thoughts shortly. Looking forward to working together on this important engagement. We are arranging key pieces needed for operationalizing our plan.

All the best,

Bijan

**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*

CONFIDENTIAL

GOVERNMENT
EXHIBIT
**13**
1:18-CR-457

FIG_EDVA_00005130
US_v_Kian_00001009

SECURE READER

Subject: **Re: Truth**
From: ekimalptekin
To: flynn & kian@
Date: Monday, Aug 8, 2016 - 12:36pm

Virtru Encrypted Message

Dear Bijan, General Flynn,

I had a long meeting with the [Turkish Minister #2] upon the referral of [Turkish Minister #1]. I explained what we can offer. He agreed to discuss in general lines at the council of ministers today and subsequently with [Senior Turkish Leader #2] in more detail.

I will get back to you shortly.

Best regards,

Ekim

Sent from Virtru (http://www.virtru.com) for iPhone

On 4 Ağu 2016 18:22, Bijan Kian [redacted] wrote:

This is a secure email

Enter your reply here.

Reply                                Reply All

**GOVERNMENT EXHIBIT**
**14**
**1:18-CR-457**

CONFIDENTIAL

FIG_EDVA_00007289

US_v_Kian_00001015

| SECURE READER

Subject: **Re: Truth**
From: kian@
To: ekimalptekin                & flynn@
Date: Monday, Aug 8, 2016 - 2:44pm

Virtru Encrypted Message

Thank you Ekim for your kind update. This is an important engagement and we will give it priority on our side.

Looking forward to seeing you soon,

Bijan

**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*



FLYNN INTEL GROUP INC.

Notice of Confidentiality
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

On Mon, Aug 8, 2016 at 12:36 PM, Ekim Alptekin                              wrote:

The email chain has been secured by Virtru.

Enter your reply here.

Reply                                    Reply All

**GOVERNMENT EXHIBIT**
**14A**
1:18-CR-457

CONFIDENTIAL                                    FIG_EDVA_00007290
                                                US_v_Kian_00001016

**From:** Ekim Alptekin
**Sent:** Wednesday, August 10, 2016 11:55 AM
**To:** Bijan Kian
**Cc:** Michael Flynn
**Subject:** Re: Truth

---

Dear Bijan, General Flynn,

First off, I look forward to meeting in person and thrilled at the prospect of working together.

Thank you for the eloquent outline. I met with the [Turkish Minister #1] and explained our proposed approach. He is receptive and indicated he would like to meet with us during his upcoming visit to DC.

As soon as the visit dates are scheduled and confirmed, I will inform you and we can strategize how best to approach the meeting.

PS1: [then-Secretary of State] appears to be visiting TR on August 21. Do we know anyone in his team?

PS2: This article shows the depth of the crisis we are facing: http://nyti.ms/2avkkES

Warm regards,

Ekim Alptekin

Sent from Virtru for iPhone

On 30 Tem 2016 20:32, Bijan Kian wrote:

> This is a secure email

GOVERNMENT EXHIBIT
**15**
1:18-CR-457

CONFIDENTIAL                                     FIG_EDVA_00004771

US_v_Kian_00001020

| SECURE READER |

**Subject:** Re: Truth
**From:** ekimalptekin ▓▓▓▓▓▓▓▓▓▓
**To:** flynn@▓▓▓▓▓▓▓▓▓▓ & kian@▓▓▓▓▓▓▓▓▓▓
**Date:** Wednesday, Aug 10, 2016 - 2:55pm

*Virtru Encrypted Message*

Gentlemen - I just finished in Ankara after several meetings today with ▓▓▓ [Turkish Minister #2] and ▓▓▓ [Turkish Minister #1] ▓▓▓.

I have a green light to discuss confidentiality, budget and the scope of the contract.

I am flying to LA tomorrow at the request of ▓▓▓ [Turkish Minister #1] with ETA 13:35. Can we talk some time early evening EDT tomorrow?

Best regards,

Ekim Alptekin

Sent from Virtru (http://www.virtru.com) for iPhone

On 8 Ağu 2016 21:44, Bijan Kian ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ wrote:

This is a secure email

Enter your reply here.

Reply          Reply All

**GOVERNMENT EXHIBIT 16** — 1:18-CR-457

CONFIDENTIAL          FIG_EDVA_00007291

US_v_Kian_00001022