| | |
|---|---|
| **From:** | Bijan Kian ▮▮▮▮▮▮▮▮▮▮▮ |
| **Sent:** | Thursday, August 11, 2016 8:56 PM |
| **To:** | Ekim Alptekin ▮▮▮▮▮▮▮▮▮▮ |
| **Subject:** | Re: Welcome back! |

Ekim:

Here are two choices for a call with MF tomorrow:

1400 EDT, 1100 PDT
or
1700 EDT, 1400 PDT

Please let me know which one of the windows is more convenient for you?

I have also set a time where you, me and Jim can talk. Any time between noon EDT and 1400 EDT tomorrow. Please let me know what time you prefer to talk to Jim?

MF and I spent some time on the campaign design and end product as well as resource allocation. We have decided to press the cost down through the design of an effective "end product" that is portable, durable and easily distributed through the net. If you have some time on Skype, I can go over some details with you. Bad news is that I could not squeeze enough to fit the figures you mentioned. The good news is that I was able to stay in the neighborhood. The challenge was in the cost of specialist that I mentioned to you. So, our cost will not include PR. I did not touch the advisory support we discussed at 20%.

Mike and I have activated the FIG LAB as of tonight and ready to push the start button immediately.

Engagement purpose: The business community is engaging FIG to restore "**confidence through clarity**" in the trade and investment climate.

Please let me know if you would like to Skype now briefly.

Cheers!

Bijan

**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*



 FLYNN INTEL GROUP INC.

**GOVERNMENT EXHIBIT**

**17**

**1:18-CR-457**

Notice of Confidentiality
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged

| From: | Bijan Kian |
|---|---|
| Sent: | Thursday, August 11, 2016 9:42 PM |
| To: | Mike Flynn ██████████████████████ Philip ████ <██████████████████ |
| Cc: | Michael Flynn ████████ |
| Subject: | CONFIDENCE THROUGH CLARITY CAMPAIGN- Operation Confidence |
| Attach: | Costs and revenue pro forma.xlsx |

Mike and Phil:

We are about to be engaged by a Dutch client for the above campaign.
Phil: I will brief you over Skype or on the phone when we can talk on the phone.
I have been given high confidence that this engagement in imminent.

Phase Zero will cover:

- To secure  active participation of SENIOR ADVISOR. COGS refers to this cost.
- Define the opposing force.
- Develop an accurate, objective and reliable account of "Where we are now". (undesired state)
- A clear path to "where we would like to be" (desired state)
- Define dependencies, uncertainties, expected and unexpected consequences.
- Define options from "narrow" and "extremely tactical" to "broad" and "strategic"  with a clear cost/benefit matrix. (Net Assessment)
- Apply the "Expected Value Analysis" model to options.
- Define "possibilities" as distinct from "probabilities" of success and failure.
- Measure second and third order effects on both "possibilities" and "probabilities".

The end "product" is a video production ( We have a success record with a similar effort). The product will be credible, effective and durable in validity with maximum ease for distribution and broadcast.

I suggest we discuss this campaign on the phone or on Skype. I will be flexible with my time tomorrow except for calls at 1300 EDT and 1400 EDT with the client.

Attached is the budget for this 90 day campaign. This campaign will be led by Mike. We will activate the FIG LAB for design of the content and the narrative.
I will clarify roles and execution on the phone. We have done this before successfully.

Looking forward to speaking with you. I am copying Michael G so that he is in the loop and can help manage the finances.

All the best,

Bijan

**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*

**GOVERNMENT EXHIBIT**
**18A**
**1:18-CR-457**

CONFIDENTIAL

A FIG INITIATIVE

# Confidence through Clarity

The business community is interested in bringing back business confidence
A Dutch business consulting firm is engaging FIG to lead the campaign
The duration of phase zero will be 90 days.
The final products will be a 30-45 minute video.
Write Scenario, direct production, produce video.

| | August-September | Sept. - October | October- November | Total | |
|---|---|---|---|---|---|
| FIG Revenue | $150,000.00 | $150,000.00 | $150,000.00 | $450,000.00 | |
| COGS at 20% | $30,000.00 | $30,000.00 | $30,000.00 | $90,000.00 | |
| | | | | | |
| Gross Margin | $120,000.00 | $120,000.00 | $120,000.00 | $360,000.00 | 80.00% |
| | | | | | |
| Cost | | | | | |
| Film Crew 320 hours at $50/ hr | 20000 | 20000 | 20000 | $60,000.00 | |
| Senior Investigator 1 40 hours at $150/hr BG | 6000 | 6000 | 6000 | $18,000.00 | |
| Senior Investigator 2 40 hrs at $150/hr MB | 6000 | 6000 | 6000 | $18,000.00 | |
| Senior Investigator 2 40 hrs at $250/hr.shm.b | 10000 | 10000 | 10000 | $30,000.00 | |
| | | | | | |
| Rep. man | 15000 | 15000 | 15000 | $45,000.00 | |
| Admin support | 5000 | 5000 | 5000 | $15,000.00 | |
| Process Design , management and execution | | | | | |
| FIG LAB 1 | 15000 | 10000 | 10000 | $35,000.00 | |
| FIG LAB 2 | 15000 | 10000 | 10000 | $35,000.00 | |
| FiG LAB 3 | 15000 | 10000 | 10000 | $35,000.00 | |
| | | | | | |
| Sentiment analysis before and after video distribution | 5000 | 5000 | 5000 | $15,000.00 | |
| | | | | | |
| Total Cost | $112,000.00 | $97,000.00 | $97,000.00 | $306,000.00 | 68.00% |
| NOI | $8,000.00 | $23,000.00 | $23,000.00 | $54,000.00 | 12.00% |

GOVERNMENT
EXHIBIT
**18B**
1:18-CR-457

| | |
|---|---|
| **From:** | Bijan Kian ▆▆▆▆▆▆▆▆▆ |
| **Sent:** | Thursday, August 25, 2016 10:16 AM |
| **To:** | Ekim Alptekin ▆▆▆▆▆▆▆ |
| **Cc:** | Michael Flynn ▆▆▆▆▆▆▆▆ |
| **Subject:** | Action update |

Ekim:

Thank you for informing us of your decision to engage Flynn Intel Group on Operation "CONFIDENCE" .

We appreciate the opportunity to work with you on this important engagement.

General Flynn and I have activated our "FIG LAB", placed our principal team members in formation and engaged the film crew in preparation for launching this engagement.

General Flynn has decided to lead this engagement personally.

We are targeting the following schedule of actions:

- Send draft engagement letter between your company in the Netherlands and Flynn Intel Group (Please send us the full legal name of your Dutch entity and address). We will send you our draft engagement letter by no later than Sunday August 28, 2016. The brief engagement agreement will not entail operational details for obvious reasons.

- Finalize the allocation of cost for S▆▆▆▆ ($50K or $30K per month for 3 months) and let us know at your earliest convenience so that we can prepare the engagement letter accordingly.

- Along with the draft engagement agreement, we will issue an invoice for the first month in the amount of $180K or $200K (depending on the allocation for S▆▆▆▆) payable at the execution of the engagement letter (target execution/launch date of September 1, 2016).

General Flynn and I welcome and appreciate your active participation and counsel on this engagement and have allocated 20% of $150K per month as the advisory support cost provided by your firm. As we agreed, if you decide to allocate $50K for S▆▆▆▆, we will manage this budget to allocate on a Pari Passu basis (20% of $200K per month allocated for your professional advisory services) on this engagement. If you decide to allocate the $30K budget for S▆▆▆▆, your firm's advisory fee will be based on the $150K.

As I shared with you, General Flynn and I have decided to execute this phase on the lowest possible cost basis in anticipation of continued professional services on a longer term.

I look forward to speaking with you on Skype soon.

All the best

CONFIDENTIAL

**GOVERNMENT EXHIBIT**

**19**

**1:18-CR-457**

FIG_EDVA_00005078

US_v_Kian_00001062

| | |
|---|---|
| **From:** | Bijan Kian ████████████████ |
| **Sent:** | Saturday, September 3, 2016 8:43 PM |
| **To:** | Ekim Alptekin ████████████ |
| **Cc:** | Michael Flynn ██████████████ |
| **Subject:** | CONFIDENCE |
| **Attach:** | Advisory Agreement BK MF.docx |

Ekim:

Attached to this secure email, please find the engagement letter between INOVO and FIG.

I look forward to Skype with you early tomorrow morning my time. Would 1000 on Sunday DC time, 5 PM Istanbul time work for you? If not, please let me know a good time and I will adjust my schedule to match yours.

General Flynn and I look forward to launching this engagement. Thank you for sharing important publications with us. This work is critical on the global scale as it elates to international security at the most sensitive and critical levels.

As agreed, General Flynn is personally leading this engagement as we jointly manage the direction and timely execution of this engagement. We have been at work on this engagement since July 31st. However, we decided to set the start date as August 15, 2016. The agreement reflects this date. Time is of the essence and we would like to execute this agreement as we planned together. We need every single day of this 90 days scope to execute our precision plan.

Looking forward to our talk tomorrow.

Cheers!

Bijan


**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*

████████████████████

 FLYNN INTEL GROUP INC.

<u>Notice of Confidentiality</u>
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

<u>Advisory Agreement BK MF.docx .tdf (146112)</u>

**GOVERNMENT
EXHIBIT
22A
1:18-CR-457**

FIG_EDVA_00005048

US_v_Kian_00001083

| | |
|---|---|
| **From:** | Bijan Kian ▮▮▮▮▮▮▮▮▮ |
| **Sent:** | Monday, September 5, 2016 9:08 PM |
| **To:** | Michael Flynn ▮▮▮▮▮▮▮▮▮ |
| **Subject:** | Operation CONFIDENCE Playbook- For BK and MF only |
| **Attach:** | Playbook OPERATION CONFIDENCE BK.docx |

Mike:

Please take a look at this draft playbook. It is neither final, nor complete. Just a starting point in defining the story and the roles. Not all team members will have a major role. Some will play a nominal role and some have a greater allocation. Once you review and approve this playbook, **I believe it is more appropriate if the playbook and assignments go out from your office with instructions to the team setting target dates and delivery of their expected products**. Ekim will participate in a session with only selected senior team members (You, BK, PB, JW, Brian M▮▮▮▮, Mike B▮▮▮▮). I believe Mike B▮▮▮ is the right officer to quarterback this engagement. He has the intellect/ discipline and dedicated time. I defer to you on all. This engagement will have a substantial tail if we can produce the expected quality. I am confident that we can and we will.

It will be great if you and I can spend an hour going over the scenario and the allocations. I am working on a detailed budget allocation based on the principles we discussed at the airport. Our start date was August 15th. I suggest we manage payment to team members in such a way that motivates them to deliver on time. Brian told me that he is committed to the project but wishes to see the bulk of the work performed by his two agents. I have allocated 200 hours of investigative work which I believe is plenty at this stage. I am also allocating some travel and lodging/per Diem expense so that the agents can travel to Texas and California. We (you and I) may find it useful ton travel to California for a speech and related work. I am waiting to hear back from Jo Ellen C▮▮▮ on this.

I hope you took a break over the holiday, see you soon and all the best,

Bijan

**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

 FLYNN INTEL GROUP INC.

Notice of Confidentiality

CONFIDENTIAL

**GOVERNMENT EXHIBIT**
**23A**
**1:18-CR-457**

FIG_EDVA_00005054

US_v_Kian_00001087