# OPERATION CONFIDENCE
## Playbook

| Team: | Role |
|---|---|
| 1. LTG Michael T. Flynn, USA Retired | Engagement lead |
| 2. Hon. Bijan R. Kian | Strategy |
| 3. | Strategy |
| 4. | FIG LAB Senior Advisor |
| 5. | FIG lab Senior Advisor |
| 6. | Cyber Ops |
| 7. Ekim Alptekin | Strategy support |
| 8. | Investigation lead |
| 9. | Engagement coordinator |
| 10. | Strategy support |
| 11. | Legal and Compliance |
| 12. Agent A | Investigations |
| 13. Agent B | Investigations |
| 14. | Public Affairs/ media |
| 15. | Operations support |
| 16. | Finance support |
| 17. | Video production team lead |
| 18. | Interviewer/commentator |
| 19. | Sentiment Analysis |

### Mission

- Investigate and document the activities of "X" in the United States
- Religious Schools, nature of education, presence on military bases?
- Political network using a religious movement, possible violation of U.S. law
- Religious Publications, content
- Political campaigns
- Relations with U.S. Political leaders, financial contributions, benefits
- Register under Lobbying Disclosure Act representing a Dutch entity- Bob K

### End product

A 60 minutes video production documenting the investigations

GOVERNMENT EXHIBIT
**23B**
1:18-CR-457

1

### Scenario: Part I

Flashback of history- back to 1978, Green Belt Around the Iron Curtain- A failed policy that produced Ayatollah Khomeini, the Iranian revolution and with that, the top state sponsor of terrorism in the world. Images of the old cleric sitting under an apple tree in France claiming that he is a holy man determined to serve the people by removing a dictator and then retiring to the mosque to pray and live a spiritual life. Show what happened next, Russian invasion of Afghanistan, the creation of Taliban, the rise of AQ, AQ in Iraq, AQ in the Arabian Peninsula, decimation of Sunni minorities in Iraq, Iranian take over of Iraq, more pressure on Sunnis, Syria war fueled by the Iranians, killing more Sunnis in Syria and Iraq and finally, creation of ISIS as a response to Shia rising in Iraq and Al-Shaam.

### Part II- Investigations

Introduce X. Background, ideology, activities, influence operations, orphanages, military, law enforcement, Judicial posts. History in U.S. 100 religious schools, relationship with high ranking officials in the U.S. Interviews and commentary by the senior team members focused on findings by the investigative team.

### Part III- Commentary

Flashback to 1979 using religion as a political tool. Show the impossibility of placing the genie back in the bottle. Don't buy two copies of the same newspaper. Don't repeat the mistake of mixing religion with political life. Remember the cleric who sat under the apple tree and his claims to peaceful intentions as a man of the cloth.

### Part IV- Strategy

The strategy to combat the rise of radical Islam needs a Muslim leader to win the war from within Islam with credibility as a Muslim.

### Part V- Conclusion

Country X significance in maintaining global stability and security.

CONFIDENTIAL                                                                                          FIG_EDVA_00005057
US_v_Kian_00001573

CONFIDENTIAL



### SPHERE PLAN OF ACTION

To: Gen. Michael Flynn; Dir. Bijan Kian
From: Jim C█████
Date: August 18, 2016
RE: Partnership to Promote a Prosperous and Stable Turkey

---

Thank you again for including S████ in your proposal process and taking the time to brief us this week. Based on our discussions and internal review, we have outlined our initial thoughts on how S████ can implement an effective public affairs campaign to support and promote the work undertaken by Flynn Intel Group. We look forward to receiving additional information next week, discussing these ideas, and answering any additional questions you might have.
As discussed, this effort would be funded directly by private businesses seeking to improve investment in business to drive a stronger economy.

OBJECTIVES:

3

FIG_EDVA_00005058
US_v_Kian_00001574

In order to achieve a successful positioning effort, the following objectives would define the initiative:

- Position Turkey as a pragmatic, centrist nation that understands the importance of stable institutions, the rule of law, and international cooperation.

- Reestablish international confidence in Turkey's economic fundamentals and highlight the stability of its investment and business environment.

- Elevate U.S. and European policymakers' and opinion leaders' understanding of the benefits, and necessity, of continued partnership with and for Turkey's national security institutions.

- Encourage and strengthen relations between the business communities of Turkey, Europe and the United States.

- Ensure U.S. audiences understand that Turkey's government officials, like all leaders in diplomatic relationships, are operating under domestic constraints, but that that these constraints do not negate the value of the relationship with the U.S. as is the case with so many other countries.

- Thwart negative attacks from opponents, and expose any efforts to disrupt the nation's stability for political purposes.

STRATEGIC APPROACH:

- Right size the general public's understanding of the history and events leading up to the attempted coup through the deployment of indisputable facts and information.

- Produce and promote a documentary style video that uses fact-based, unbiased information and research to 1) highlight Fethullah Gulen's network of loyalists and his influence over them and 2) showcase a resilient investment climate in the wake of the recent attempted coup.

- Demonstrate the success and stability of Turkish institutions that serve as key measures of a functional government and prosperous investment climate. (e.g. Rule of Law, Healthcare, Education, Infrastructure, Financial System, Tax regime, etc.)

- Use our network of media contacts to draw attention to Turkey's initiatives and policies that are favorable to western investment, and demonstrate the determination among the business establishment to move in a productive

4

and positive direction.

- Capitalize on Flynn Intel Group's network of relationships and access to proprietary research and information to incorporate expert commentary and analysis into campaign outreach efforts and materials.

- Build a core base of advocates by appealing to US policymaker, diplomatic, and think tank communities that understand the dangerous alternatives to developing and maintaining strong ties with Turkey's government.

- Highlight previous positions by the U.S. that have imposed unrealistic demands on foreign leaders ultimately leading to political turmoil and counterproductive conditions to the goals of the bilateral relationship.

- Identify and engage key media contacts who frequently cover Turkey, and maintain a close relationship through consistent dialogue and mutual information flow.

- Coordinate resources, messaging, strategy, and tactical execution across all campaign team members to ensure the most multi-faceted, effective and comprehensive approach possible.

TARGET AUDIENCES:

Our campaign will consist of a broad range of targets, which together span the influencers affecting the West's relationship with Turkey. The campaign must build and maintain a constant dialogue and information flow with the following key groups:

- **Policymakers** – Provide new and proprietary information and resources to relevant congressional committees, leaders, and Executive Branch officials.

- **Business Community** - Promote Turkey as a strong location for investment and a business-friendly destination. Work with U.S. and European companies to maintain and forge alliances with other interest groups whose goals are similar to or shared by Turkey.

- **Media Outlets** – Leverage our network of U.S. and international media contacts to position Turkey, and its adversaries, in an accurate light.

- **Diplomatic Community** – Capitalize on international diplomatic events to tell Turkey's story and build relationships between campaign surrogates and the U.S. diplomatic rank and file.

- **International Organizations** – Encourage a dialogue with international institutions on governance, finance, and development issues.

- **Academics, Think Tanks, Non-Governmental Organizations** - Develop independent and credible allies to offer favorable views about Turkey and its focus on creating a prosperous regional and international agenda.

NEXT STEPS / CONCLUSION:

This proposal is a baseline to demonstrate how we can contribute to Flynn Intel Group's objectives with your potential client. As your discussions progress over the next week, we will await further details and look forward to discussing a path forward. In the meantime, please do not hesitate to contact us directly with any questions you might have.

6

**From:** Bijan Kian
**Sent:** Tuesday, September 6, 2016 1:10 PM
**To:** Michael F
**Cc:** Michael Flynn
**Subject:** NYC- September 19 or 20th

Michael:

Client is seeking a high level meeting in NYC on September 19th or 20th. Please let me know what the calendar looks like?

Thank you,

BK

Hon. Bijan R. Kian
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*



FLYNN INTEL GROUP INC.

Notice of Confidentiality
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

**GOVERNMENT EXHIBIT**
**24A**
**1:18-CR-457**

| | |
|---|---|
| From: | Bijan Kian |
| Sent: | Friday, September 9, 2016 3:16 PM |
| To: | Michael F |
| Cc: | Michael Flynn |
| Subject: | Re: September 19 or 20th |

Thanks Michael. We don't have the details but will have it from the client shortly. The duration will not exceed on hour. As I mentioned, the meeting is with high level audience (Cabinet+ level) related to "CONFIDENCE". I understand the difficulty to hold two days and have told the client the same. I have asked them to get back to me with some precision and they have promised to do so as soon as possible.

I will get back with you within the next day or two.

BK

**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*



FLYNN INTEL GROUP INC.

Notice of Confidentiality
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

2016-09-09 18:08 GMT-04:00 Michael F

The email chain has been secured by Virtru.

CONFIDENTIAL

GOVERNMENT EXHIBIT
**24B**
1:18-CR-457

FIG_EDVA_00005139
US_v_Kian_00001106

Bus Platinum Privileges


**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

FLYNN INTEL GROUP INC

ALEXANDRIA, VA

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

🌐 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

<div style="border:2px solid black; background:yellow; padding:4px; text-align:center;">
**GOVERNMENT EXHIBIT**
**25A**
**1:18-CR-457**
</div>

## Your Business Fundamentals Checking
## Bus Platinum Privileges

for September 1, 2016 to September 30, 2016      Account number: [REDACTED]

**FLYNN INTEL GROUP INC**

### Account summary

| | |
|---|---|
| Beginning balance on September 1, 2016 | # of deposits/credits: 5 |
| Deposits and other credits | # of withdrawals/debits: 20 |
| Withdrawals and other debits | # of items-previous cycle¹: 5 |
| Checks | # of days in cycle: 30 |
| Service fees | Average ledger balance: [REDACTED] |
| Ending balance on September 30, 2016 | ¹Includes checks paid, deposited items & other debits |



How can we improve your business banking?

Join the **Bank of America® Advisory Panel**. You can help us learn what we're doing right and what we can do better. And you'll be entered into a drawing for a chance to win a **$3,000** Visa® gift card just for participating.

To learn more and join, enter code **SBDD** at **bankofamerica.com/advisorypanel** today.

No purchase necessary. Sweepstakes ends 2/28/2017. Open to all U.S. residents, 18 years of age or older. For official rules and entry go to bankofamerica.com/advisorypanel. Void where prohibited. ©2016 Bank of America Corporation. ARGGNCDF | SSM-05-16-0087.B



**Bank of America**

**Your checking account**

FLYNN INTEL GROUP INC   |   Account ▒▒▒▒▒▒   |   September 1, 2016 to September 30, 2016

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 09/09/16 | WIRE TYPE:INTL IN DATE:160909 TIME:1027 ET TRN:2016090900190150 ORIG:1/KAMIL EKIM ALPTEKIN | 200,000.00 |

Total deposits and other credits

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 09/13/16 | WIRE TYPE:INTL OUT DATE:160913 TIME:1315 ET TRN:2016091300243772 SERVICE REF:▒▒▒▒▒ BNF:INOVO BV ▒▒▒▒▒ CONSULTANCY FEE | -40,000.00 |

continued on the next page



Do what you love. Let us help with the rest.

Watch videos about products and services that can make running your business easier, including the Clover® Station® point-of-sale system.

Visit **bankofamerica.com/SBvideos**.

*Clover Station requires Clover Mobile, Clover Mini, or FD40 equipment to accept EMV® and Apple Pay™ transactions.
©2015 Bank of America Corporation   ARKCBSKB   |   SSM-09-15-0535.B

**From:** Bijan kian
**Sent:** Monday, September 12, 2016 9:02 AM
**To:** Michael F
**Subject:** Wire to Ekim

Michael:

We need to wire 40K to Mr. Ekim Alptekin. He is our outside advisor on the Confidence Project.

I will draft an advisory agreement to be executed with him to document this relationship. How is your schedule today?

Thanks,

BK

Sent from my iPad

1

**GOVERNMENT EXHIBIT**
**25B**
**1:18-CR-457**

CONFIDENTIAL

FIG_EDVA_00010290

US_v_Kian_00001108

| | |
|---|---|
| **From:** | Bijan Kian |
| **Sent:** | Monday, September 12, 2016 1:32 PM |
| **To:** | Michael Flynn |
| **Cc:** | Michael F |
| **Subject:** | Advisory Agreement (General Scope) for Ekim Alptekin |
| **Attach:** | attachment-1.docx |

Mike:

Attached to this email, please find a general scope advisory agreement for Ekim Alptekin. The agreement is composed in a way that is not specific so that it can be operationalized with task orders. We need this to create an audit trail on properly documenting the relationship.

Please review, make any changes you see necessary, sign and return to me and Michael.

All the best

Bijan

**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*



FLYNN INTEL GROUP INC.

Notice of Confidentiality
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

**GOVERNMENT EXHIBIT 25C**
1:18-CR-457

CONFIDENTIAL   FIG_EDVA_00005215   US_v_Kian_00001109