| | |
|---|---|
| **From:** | Bijan Kian |
| **Sent:** | Sunday, September 18, 2016 5:41 PM |
| **To:** | Michael Flynn |
| **Subject:** | Talking Points |
| **Attach:** | Background and Talking Points9192016.docx |

Mike:

Attached is the TPs for tomorrow. Just a starting point.

I am limiting distribution to you and Ekim at this time until cleared by you.

See you tomorrow.

All the best

Bijan

**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*



Notice of Confidentiality
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

Background and Talking Points9192016.docx .tdf (170.9 kb)

**GOVERNMENT EXHIBIT 26A**
1:18-CR-457

CONFIDENTIAL

FIG_EDVA_00005235

US_v_Kian_00001144

# Background and Talking Points
## FOR FLYNN INTEL PRINCIPALS ONLY

## January 1978

In 1978, a soft spoken, gray beard elderly Shia cleric sat under an apple tree in Neauphle-Le-Chateau near Paris. He claimed that he is a man of God, set out to topple a dictator. He said he has no intention of taking over the government. He spoke of love and compassion. He said his goal is to go to the mosque and pray. He said he will lead the people to topple a dictator.

**A perfect picture of peace and harmony aimed at liberating the oppressed. The elderly cleric's name was Ayatollah Ruhollah Khomeini.**

Washington believed the Ayatollah. On January 23, 1979, New York Times reported that Ramsey Clark, former U.S.A. Attorney General visited this old cleric on January 22, in France. Mr. Clark returned to Washington with a message repeating the Ayatollah's words. "This is a courageous man opposed to a dictator. He has the backing of the Iranians". Washington's policies were shaped based on such feedback. On January 7th, 1979, President Carter had dispatched U.S. Air Force General Robert E. Huyser to Tehran. General Huyser's mission was to deliver a message to the Iranian Armed Forces leaders to stand down and accept "The will of the people". Ayatollah Khomeini became the leader of the Islamic Revolution in Iran and the founder of the Islamic Republic which is today the top state sponsor of terrorism in the world. Mr. Clark and others supporting his position on the Ayatollah neglected to see the Ayatollah for who he really was. A terrible mistake that has raised the cost of international security for good and has given rise to an intensified growth in radical Islam. The Islamic Republic's role in Iraq and Syria is what provided the main impetus behind the rise of ISIS. Iranian Quds Force partnered with Shia government in Iraq to massacre the Sunni population of Iraq. Disguised as a "Republic", Iran is one of the most active promoters of Radical Islam and the top State sponsor of terror in the world. One of Iran's key allies in the region is The Hezbollah. Syria provides the transport and logistical route to Hezbollah for Iran. Leaders in Iran have declared that "Bashar Assad" of Syria is their "Red Line". Had Washington studied Ayatollah Khomeini closer before becoming an **"echo chamber"** of repeating his claims (as if they were facts), U.S. policies would have taken a different shape and direction and the world will be in an entirely different shape.

## September 18, 2016

A soft spoken, gray haired, elderly Muslim cleric lives in a secluded compound in Poconos, Pennsylvania. He claims to be a man of peace. He encourages devout Muslims to build schools and not mosques. He publicly promotes the ideas of tolerances and denounces violence. According to close observers, his followers jump if he orders them to jump. What his staff and followers do not deny is that his "movement" runs 130 or more publicly funded charter schools in 26 states all over the United States with at least 36 of such charter schools in Texas. The schools don't teach Islamic studies. Their focus is on math and science.

**A perfect picture of Peace and harmony aimed at liberating the oppressed. The Elderly Cleric's name is Fetullah Gulen.**

**GOVERNMENT EXHIBIT 26B 1:18-CR-457**

CONFIDENTIAL  FIG_EDVA_00005236

US_v_Kian_00001145

## QUESTIONS

**Is Washington about to buy two copies of the same Newspaper?**

**Is Washington acting as an "echo chamber" repeating the claims of Mr. Gulen about the peaceful intentions of the movement?**

**Does a radicalized person need directions to commit an act of terror? Can they be simply "inspired" to take a terrorist action?**

1. Is Mr. Gulen another Ayatollah Khomeini with a long term plan for Muslim domination?

2. What are the true intentions and long term goals of Mr. Gulen and his movement? Does he follow Hasan Al Banna's edict or a version of it? "Islam is the basis of all legislation". Hasan Al Banna. Founder of Muslim Brotherhood in 1928. Is this an obfuscated operation to lead to Sharia Law at the "right" time?

3. Do American Tax payers need to finance 130 charter schools where teachers are imported from Turkey?

4. Are American teachers so inadequately trained that these charter schools have to import math and science teachers from Turkey?

5. Does a teacher have to teach Islam in order to capture the hearts and minds of the American youth in these charter schools? Can a teacher just develop a mentor/mentee relationship with students?

6. Why do the schools ask for visas for "English" teachers from Turkey to teach American students? ( An interview with one of the teachers from Turkey reveals a thick, almost unintelligible English accent).

7. How does the Gulen movement obtain public funding for 130 charter schools in the U.S.? Is there any undue influence involved?

CONFIDENTIAL

FIG_EDVA_00005237

US_v_Kian_00001146

8. Do some or all of the teachers from Turkey pay a significant portion of their salaries back to the "Gulen Movement"? (40% in one case). What are the legal implications of such paybacks? On what basis does the Gulen Movement collect such paybacks from the teachers?

9. Does the Gulen Movement perform a different function other than educating American kids? What are the possibilities? What does Mr. Gulen mean when he refers to "Sleeping Soldiers"? (VIDEO)

10. Is there a possibility of immigration fraud committed by the charter schools?

11. Why is it that Mr. Gulen never visits any of the charter schools? Does he not wish to be associated with them? Why?

12. What is the relationship of Mr. Gulen's supporters with elected officials in the United States? Non Profit entities?

13. Are there (or have there been) any illegal political contributions made to campaigns by Mr. Gulen or his supporters?

14. Are the movement supporters encouraged to donate to political campaigns? Any violations of the United States campaign contribution laws?

15. What are the characteristics of four stages of "Jihad"? Any signs of the early stages of Jihad in the "movement"? Is the movement in the first stage of Jihad? (Long preparation for the subsequent stages)

16. Is Mr. Fetullah Gulen the next Ayatollah Khomeini?

17. What are the direct and indirect contributions of the movement to instability around the world?

18. Does the movement capitalize on capturing the hearts and minds of the youth around the world in preparation for control?

19. What is the relationship of the movement with the 2016 U.S. elections?

20. Does the movement have (now or ever) an indirect or direct relations with any of the presidential candidates?

---

- Who is the most qualified leader in the Muslim World to combat and defeat Radical Islam?

- What are such qualifications?

- Who has the power, credibility and the political will of their people behind them to win the fight against death and destruction of DAESH.

NOTE: U.S. Chairman of the Joint Chiefs and General Akar, Chief of Staff of the Turkish Armed Forces have met and agreed to join forces in combatting ISIS.

CONFIDENTIAL

FIG_EDVA_00005239

US_v_Kian_00001148

| | |
|---|---|
| **From:** | Bijan Kian |
| **Sent:** | Wednesday, September 21, 2016 9:05 PM |
| **To:** | Michael Flynn |
| **Subject:** | CONFIDENCE |

Mike:

I met with Ekim today. The feedback from the late evening meeting was positive.

On the other hand, he shared some very specific expectations with me which I dismissed immediately. I told him that the expectations are unreasonable and advised that we meet again in the morning to address "expectations" in greater detail.

I am not certain but I have a sense that some conversations/ comments about "certain capabilities/possibilities" may have created elevated expectations that border "unreasonable". I will find out more tomorrow.

I told him that:

We deliver what we promise. So, mentioning possibilities with uncertainties create the impression of deliverables. Not a good strategy. The office view of attaching value to process wont work. Value resides only with the product. We have a good plan and we have already spent good capital on the plan.

I may need some help with Brian to understand his ideas better. I will find out more precisely what has caused this elevated expectation on their side tomorrow.

I will tell him that I need to discuss this with you and shall return to him through a phone call with an update from both of us soon. Please let me know your thoughts.

I will bend it but won't break it!

Hope all is well. A phone call would be good when convenient for you.

I also need to seek your thoughts on Joe B____ et al modified proposed agreement. My first inclination is to balance the risk by matching deliverables to cost. I will defer to you for final decision.

As a side note, I had a brief chat with Dr. K____ and Joe L____ tonight.

I asked him what does he see as the role we play in the world? His answer:

"The world expects America to Lead".

Reminded me of your words! I knew I had heard those words before.

Joe L____ told me years ago: "All life is a narrow bridge and we must not be afraid". I reminded him of that quote and thanked him for voting for me twice.

See you soon,

Bijan

CONFIDENTIAL

**GOVERNMENT EXHIBIT 29 1:18-CR-457**

FIG_EDVA_00005242

US_v_Kian_00001158

| | |
|---|---|
| **From:** | Michael B███ |
| **Sent:** | Tuesday, October 11, 2016 10:26 PM |
| **To:** | 'Graham M███████████████████████'; 'Bijan Kian' ███████████████ |
| **Cc:** | 'BRIAN M███████████████' emalee ████████████ |
| **Subject:** | Congressional Outreach |

Graham:

In reference to your question about congressional outreach and coordination, I am including Bijan in this thread, since he has already met with the National Security Advisor in Chairman ██████ office. He suggests we prepare a detailed brief and get scheduled with them in the next couple of weeks.

**CONGRESSIONAL OUTREACH** - I think we have determined Chairman ██████ is our first and primary contact. We have informally reached out to our contacts close with the office to make sure we have the best contact there. However, since other members of the team are approaching (or have already) the office, we want to make sure that outreach is coordinated. Do you know the nature of that contact to date?

Brian and Emalee: Information you respectively want to submit will be included in the brief.


Best,
Mike

**GOVERNMENT EXHIBIT**
**30A**
1:18-CR-457

**Subject:** **mid-week update**
**From:** jgrahamm▓▓▓▓▓▓▓▓▓▓▓▓
**To:** b▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Date:** Wednesday, Oct 12, 2016 - 7:10pm

Virtru Encrypted Message

Mike,
I wanted to provide a mid-week update and use the opportunity to send through some of the draft materials we have been working on.
-GM

### Housekeeping:

**1) LDA Registration** - I spoke with Bob K▓▓ and we are in sync on LDA registration. We can put this to bed now.

**2) How S▓▓▓▓▓▓ represents ourselves/client to policymakers and media** - We have been vague to date. Barring any concerns, we will avoid the issue but when it comes up we say we are working with a European company with interests in the economic and political stability of Turkey. As a last resort, we will disclose that the client is Inovo.

### Activity:

**3) Ohio Complaint** - While it was disappointing the complaint was released before we could get it to journalists, I don't think we could have realistically competed with A▓▓▓▓▓▓▓'s team given their ability to hold a press conference, speak on the record about the complaint, and provide detailed commentary on their findings. As I mentioned last week, we thought this would largely be covered by state level media. The publications and many of the journalists we identified and circulated on Monday were indeed the ones that covered the complaint. Ultimately, this adds to the growing national narrative, but I'm not convinced that it is enough for an new expose by itself, given recent investigative pieces such as the Wall Street Journal. Nevertheless, we have engaged:
**Drudge Report** and have followed up with several different articles and angles. (C▓▓▓ foundation connections, etc.) Drudge Report has an unprecedented active readership and even if they don't use this development, I am confident our outreach this week will serve as a strong foundation for future coverage.
**Politico Morning Education** - We have also compiled this week's coverage of both Ohio and California (LA TIMES (http://www.latimes.com/local/education/la-me-edu-magnolia-turkish-teachers-20161011-snap-story.html)) coverage in hopes of <u>inclusion in tomorrow (Thursday) morning's daily email</u>. Politico is a leading policy outlet and the "Morning Education" email is a subscription based news aggregator received by top education policy influencers in DC and the around the country.

**GOVERNMENT EXHIBIT 30B** 1:18-CR-457

US_v_Kian_00034976

yesterday, I think teachers unions are a ripe ally in this project given their automatic assistance to all things related to charter schools. While our most impactful messaging might be on the homeland security front, the education/teachers angle could be a valuable flank that appeals to Democratic policymakers, whereas Homeland Security might appeal more to Republicans. As such I initiated contact today with:

**Gene B████**, formerly of the American Federation of Teachers and author of "The Story Behind the Gulen Charter Schools and Their Reclusive Founder" (https://dianeravitch.net/2016/09/06/gene-████-the-story-behind-the-gulen-charter-schools-and-their-reclusive-founder/). I have requested a phone meeting to compare notes and gauge his interest in participating in and assisting with the organization of an effort to coalesce issue experts in his field to persuade policy makers to take action. I will update you with developments on this front as I get them.

**5) Gulenopoly** - I am attaching both a draft "wireframe" version of the board and a citation document that provides public record of the "accusations" within the board. We welcome any and all feedback and will continue working to build out a more "produced" version with graphics, etc.

**6) Policymaker Fact Sheet** - Per this morning's emails, S████ is producing a briefing document ahead of a policymaker meetings and will circulate a draft by midday Thursday. Attaching **incomplete draft** for reference.

**7) High Ranking State Level Elected Official** - S████ has engaged in conversation with a high ranking elected official in a state with multiple Gulen Charter Schools. He is "extremely interested" and we are briefing him soon, but wish to keep this outreach confidential at the moment per his wishes. Happy to discuss in more detail over the phone or in person.

**Gulenopoly Board.pdf.tdf (745.6 kb)**

**Gulenopoly Citations.docx.tdf (244.5 kb)**

**Gulen Briefing Sheet.docx.tdf (142.1 kb)**

Virtru respects your privacy. Learn more about Virtru's privacy benefits. (http://www.youtube.com/watch?v=sErf3VCeaHE)

US_v_Kian_00034977