| | |
|---|---|
| **From:** | Bijan Kian |
| **Sent:** | Friday, October 7, 2016 12:31 PM |
| **To:** | Ekim Alptekin |
| **Cc:** | Mike Flynn                    Michael F |
| **Subject:** | Invoice |
| **Attach:** | INVOICE second payment 1072016.pdf |

Ekim:

Attached, please find our invoice referring to our current engagement. We appreciate your expeditious processing of this invoice by October 10th.

With my best regards,

Bijan

**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*



Notice of Confidentiality
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

INVOICE second payment 1072016.pdf .tdf (211.8 kb)

**GOVERNMENT EXHIBIT**
**33A**
1:18-CR-457

CONFIDENTIAL                                                                                          FIG_EDVA_00005314

US_v_Kian_00001209

# Flynn Intel Group, Inc.

## INVOICE

**Lt. General Michael T. Flynn**
United States Army (R)

*Chairman of the Board of Directors
And Chief Executive Officer*

**The Honorable Bijan R. Kian**

*Vice Chairman of
the Board of Directors*

Date: October 7, 2016

**Invoice Number: FIGINTEL 2- CONF-1072016**

Submitted to:

Mr. Ekim Alptekin
INOVO BV.
The Netherlands

**DESCRIPTION OF SERVICES:**

CONFIDENCE PROJECT

**TOTAL INVOICE AMOUNT**
**$200,000.00**
**TWO HUNDRED THOUSAND DOLLARS**

Payment due by 10/10/2016

**Wire Transfer information**

CONTACT: FLYNN INTEL GROUP, INC.
Bank of America
ACCT Number:

**Routing Number:**
**Wires:**
**SWIFT CODE:**

Michael    .
Controller

Alexandria , Virginia,

**GOVERNMENT EXHIBIT
33B
1:18-CR-457**

CONFIDENTIAL

| | |
|---|---|
| **From:** | Bijan Kian |
| **Sent:** | Tuesday, October 11, 2016 4:38 PM |
| **To:** | Michael F |
| **Cc:** | Ekim Alptekin ; Michael Flynn |
| **Subject:** | Wire Transfer to INOVO BV |

Michael:

Please initiate and execute a wire transfer in the amount of $40,000 (Forty Thousand dollars) From Flynn Intel Group, Inc. account to the order of INOVO as soon as Mr. Alptekin sends us an invoice for consulting services that he is providing to FIG on the Confidence project.

I am copying Mr. Alptekin on this email with a request for his kind action on sending us the invoice.


Thank you,


BK

**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*





FLYNN INTEL GROUP INC.

Notice of Confidentiality
Notice of Confidentiality
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

GOVERNMENT EXHIBIT
**33C**
1:18-CR-457



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

Bus Platinum Privileges

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)
🌐 bankofamerica.com
✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

FLYNN INTEL GROUP INC

## Your Business Fundamentals Checking
## Bus Platinum Privileges

for October 1, 2016 to October 31, 2016              Account number: 4350 3090 6215
**FLYNN INTEL GROUP INC**

### Account summary

| | | |
|---|---|---|
| Beginning balance on October 1, 2016 | | # of deposits/credits: 4 |
| Deposits and other credits | | # of withdrawals/debits: 30 |
| Withdrawals and other debits | | # of items-previous cycle¹: 10 |
| Checks | | # of days in cycle: 31 |
| Service fees | | Average ledger balance: |
| Ending balance on October 31, 2016 | | ¹Includes checks paid, deposited items & other debits |

**GOVERNMENT EXHIBIT**
**34**
**1:18-CR-457**

### Show your #troopthanks

We're helping veterans transition back to civilian life with financial education, career opportunities and support of military nonprofit organizations around the country.

Join us! Tag photos and messages with **#troopthanks**, or visit **bankofamerica.com/militarysupport**

©2016 Bank of America Corporation                                    SSM-07-16-0098.B | ARMT9ML7

PULL: E   CYCLE: 47   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: VA                Page 1 of 8

CONFIDENTIAL                                                         FIG_EDVA_00000170

US_v_Kian_00001172



**Bank of America** | Your checking account

FLYNN INTEL GROUP INC | Account # ▓▓▓▓▓ | October 1, 2016 to October 31, 2016

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 10/11/16 | WIRE TYPE:INTL IN DATE:161011 TIME:1001 ET TRN:2016101100393043 ORIG:1/KAMIL EKIM ALPTEKIN | 185,000.00 |

Total deposits and other credits

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 10/17/16 | WIRE TYPE:INTL OUT DATE:161017 TIME:0513 ET TRN:2016101700060000 SERVICE BNF:INOVO BV CONSULTANCY FEE CONFIDENCE PROJECT | -40,000.00 |





TIP OF THE MONTH
Small Business Online Banking

# Banking at your fingertips

Our **Mobile Banking app**[1] can help you gain more control.

Text **BizAPP** to **226526** to download the app.[2] By texting us, you agree to receive an automated text message reply. Not a condition of purchasing any products or services.



[1] The Mobile Banking app is available on iPad, iPhone, and Android devices. [2] For the text message, supported carriers include: Alltel, AT&T, Cellular One, T-Mobile, Virgin Mobile, US Cellular, Verizon Wireless. Message and data rates may apply. Text STOP to 226526 to cancel and text HELP to 226526 for help. ARGMRCXW | SSM-02-16-0413.B

CONFIDENTIAL

FIG_EDVA_00000172

US_v_Kian_00001174