| | |
|---|---|
| **From:** | Bijan Kian |
| **Sent:** | Friday, October 14, 2016 6:51 AM |
| **To:** | Michael |
| **Cc:** | Ekim Alptekin ; Michael Flynn |
| **Subject:** | Fwd: Inivo |
| **Attach:** | image1.png |

Michael:

The attached forwarded invoice is approved as presented. Please initiate and execute a wire transfer today.

Thank you,

BK

**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*





Notice of Confidentiality
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

---------- Forwarded message ----------
From: **Bijan Kian**
Date: Fri, Oct 14, 2016 at 8:02 AM
Subject: Inivo
To: Bijan Kian

Sent from my iPhone

image1.png .tdf ()

**GOVERNMENT EXHIBIT 35A**
**1:18-CR-457**

WhatsApp ••○○○ LTE   14:54   %3
Done **INOVO - Invoice Flynn Intel Group_Oct 2...**

# INOVO

**INVOICE**
**Flynn Intel Group**

[redacted]

INVOICE NUMBER:   00054, October 2016
INVOICE DATE:     October 14, 2016
PAYMENT DATE:     On or before October 28, 2016

Description

Consultancy Fee Confidence Project           40.000,00 USD

                                Subtotal    40.000,00 USD

VAT 0%   (Out of scope - Article 44 EU VAT-Directive)    0,00 USD

TOTAL                                       40.000,00 USD

INOVO BV
[redacted]

INOVO BV
[redacted]

CONFIDENTIAL

**GOVERNMENT EXHIBIT**
**35B**
**1:18-CR-457**

FIG_EDVA_00005395

US_v_Kian_00001250

| | |
|---|---|
| **From:** | Bijan Kian |
| **Sent:** | Thursday, November 10, 2016 2:31 PM |
| **To:** | Ekim Alptekin |
| **Subject:** | Invoice |
| **Attach:** | INVOICE third payment 11102016.pdf |

Ekim:

Attached, please find our invoice for your records. I do recognize that this month's services from INOVO to FIG amounts to $55,000. We will process a wire transfer to INOVO for research and consultation services provided by INOVO immediately after receipt of the payment for the attached invoice.

Please send us an invoice reflecting the above amount ($55,000) as soon as possible to facilitate prompt payment to INOVO.

Thank you,

Bijan


**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*



FLYNN INTEL GROUP INC.

Notice of Confidentiality
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

INVOICE third payment 11102016.pdf .tdf (212.0 kb)

CONFIDENTIAL

GOVERNMENT EXHIBIT
**37A**
1:18-CR-457

FIG_EDVA_00007195
US_v_Kian_00001482



**Lt. General Michael T. Flynn**
United States Army (R)

*Chairman of the Board of Directors
And Chief Executive Officer*

**The Honorable Bijan R. Kian**

*Vice Chairman of
the Board of Directors*

# Flynn Intel Group, Inc.

## INVOICE

Date: November 10, 2016

**Invoice Number: FIGINTEL 3- CONF-11102016**

Submitted to:

Mr. Ekim Alptekin
INOVO BV.
The Netherlands

**DESCRIPTION OF SERVICES:**

CONFIDENCE PROJECT

TOTAL INVOICE AMOUNT
**$200,000.00**
TWO HUNDRED THOUSAND DOLLARS

Payment due by 11/10/2016

Wire Transfer information

CONTACT: FLYNN INTEL GROUP, INC.
Bank of America
ACCT Number:

**Routing Number:**
**Wires:**
**SWIFT CODE:**

Michael  F
Controller

**GOVERNMENT EXHIBIT
37B
1:18-CR-457**



Wealth Management Banking

**Client service information**

- 1.800.MERRILL (1.800.637.7455)
- bankofamerica.com
- Bank of America, N.A.
  P.O. Box 25118
  Tampa, FL 33622-5118

FLYNN INTEL GROUP INC

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for November 1, 2016 to November 30, 2016

**FLYNN INTEL GROUP INC**

Account number:

## Account summary

| | |
|---|---|
| Beginning balance on November 1, 2016 | # of deposits/credits: 2 |
| Deposits and other credits | # of withdrawals/debits: 29 |
| Withdrawals and other debits | # of items-previous cycle[1]: 22 |
| Checks | # of days in cycle: 30 |
| Service fees | Average ledger balance: |
| Ending balance on November 30, 2016 | [1]Includes checks paid, deposited items & other debits |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page

**GOVERNMENT EXHIBIT 38**
**1:18-CR-457**

Merrill Lynch | Bank of America

**Your checking account**

FLYNN INTEL GROUP INC | Account ▓▓▓▓▓▓ | November 1, 2016 to November 30, 2016

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | |
| 11/14/16 | WIRE TYPE:INTL IN DATE:161114 TIME:0958 ET TRN:2016111400332916 ▓▓▓ ORIG:1/KAMIL EKIM ALPTEKIN ▓▓▓▓▓ | 145,000.00 |
| Total deposits and other credits | | $195,000.00 |

## Withdrawals and other debits

CONFIDENTIAL

FIG_EDVA_00000164

US_v_Kian_00001318