Update: → Oped → Friday          OCT ?
          ↳ Trump w/ Islamic → Muller

GOVERNMENT
EXHIBIT
42
1:18-CR-457

→ ID their lobbyist Fed / State / local

→ Extradition --- follow on call ...

Akim ↳ what is alternative Strategy          → Potentially ask for
                                               30 mins about
     → Defin Cooler differently ...          → Trump don't defend
                                               turks, publically
     → Extract not working → dif approach
                                               ┌────────┐
                                               │ Akim   │
                                               └────────┘

⇒ Hearing at Congress    ▓▓▓▓ TX

   ↳ Bundle bil.en w/ Other subs           ↳ Uncover new
                                        ★    info original
      ↳ Box isa as a terrorists              documents --- PICS

         ↳ When BY   Xmas recess         ↳ Monetize $  (?)

            ↳ Jan '17                    ↳ Tay
                                    Not teacher →   ↳ Oppo L for
                                     Notre Couty      Notre Couty
                                      schools  ←      regards of Hilten

→ Find testimony 4 eachers  ✖ cut ... how
                                    when $ goes...
→ Provide Social media analysis - - Nest week or 2

→ Rule of Law
✖    ↳ Criminal referral → Aim of our work
→ Start outreach --- Next President   ✖ → Funding →
                                              HRE
   US relationship → moniter until this addressed ---

BOSTON-SC-GJ-0000056
US v Kian 00001567

Confidence

S█████

M█████

→ If/Are investigators PI's or other

Saudi Monopoly

→ Post facade to distract → Coulon

→ Coulon benefitting by illy move by Turks

★ Extradite                    → lobby → Cult

National Security

Breeze  990

→ Congress   Interfaith
      ↳ US suspects π

★ Turkish Naval Off → Escaped

mike 6 Known
al 1500call?

FI6

Bru FI6
Tanwn 1500

Turk Am corp
AKin
Alptekin
INOVO

"Clock ce
Religion to get
Rich "

Wedge   Sep
        Coulon
★       from
        Turkey
        disalrudf
        ↳ Dictator

CONFIDENTIAL

phone

Coolenopoly → Mullah

→ Politics management

☆ → Lt Gov Ark → Tim ▮▮▮ R        know Caswell

look at Ark ☆

☆ → Charter Schools in Little Rock

→ Arkansas        Little Scholars of AK        Chen?
                                                West HS
        SC        AG        Greenville Renewable        will middle
                            Primary Federal        North

— Gene Bruska → Am Fed of Teachers

→ Cyber connection → Coolen

✕ → FBI → Brian        Am Diplomate
                        Turkey Centralized
                        ↳
→ Jim R ▮▮▮ OH CPK        A Distro of Coolenopoly
→ Who will brief ▮▮▮        ↳ Ekim
        Ez



CONFIDENTIAL

Notes

Mike F      Act for American   → Carla ████████
            Center for Sec Policy  → Erik ████████

Use S███  Brief
⭐ Teachers Unions

Brian DOE ?
Updated  Mullah → in turkish  Paper

6-8 hrs a day        32K day

7 pax → 5 pax

3800 hr Predab

BOSTON-SC-GJ-0000209
US v Kian 00001571

| | |
|---|---|
| **From:** | Michael Boston - |
| **Sent:** | Thursday, October 13, 2016 8:07 PM |
| **To:** | 'Bijan Kian' |
| **Subject:** | Talking Points for Oct 14 |
| **Attach:** | Talking points 10142016.docx; Gulenopoly Board(1).pdf; Politico.pptx; Gulenopoly Citations(1).docx; Gulen Briefing Sheet(1).docx; image001.jpg |

Bijan:

Please see all of the attached documents for tomorrow's call.  As you may know the boss is in the air now and gets in tomorrow afternoon.  Does Michael G have the call scheduled for him?

The attached are:

Talking points-please edit and add content to as necessary and as there were/are events and material I might not be aware of.  The comments within are extensive and reflect the incredible work done in the last week...
Gulenopoly-great start for a draft.  Also attached citations for reference and as they apply to confidence and credibility.  We might want to forward this to Ekim for review and comment...and to show we are moving fast with this.
Politico-screen shot of the story S▮▮▮▮ got them to include in their online media.  It is the last bullet about the Charter Schools in LA.
Gulen Briefing-Initial draft of the points we will make with the ▮▮▮▮▮ folks.

Thanks for picking up the call notes...only as a suggestion and if you think it might assist you... Carl might be a wonderful scribe...this will allow you to listen to the conversation versus having to do that and write at the same time...

The team is coming together.  I do need to continue to sync their respective efforts.  Example is the efforts of Brian and his team with identifying schools et al.  Much of this info exists within the team already...I'll get on tightening the shot group up next week, so he isn't spending time doing that when it is better served investigating!

As a further thought, can I suggest that you drop Brian-and Tom, Emalee and Graham a short note with the boss CC'ed giving them a morale shot for the work to date, but more specifically this week?  I don't need to be part of 'shot'....

Let me know what else I can do to assist with this.

Best,
Mike
On the Square

Image
result
for
carnet

Talking points 10142016.docx .tdf (651KB)
Gulenopoly Board(1).pdf .tdf (728.08KB)
Politico.pptx .tdf (623.98KB)
Gulenopoly Citations(1).docx .tdf (16.24KB)
Gulen Briefing Sheet(1).docx .tdf (18.57KB)
image001.jpg .tdf (944B)

**GOVERNMENT
EXHIBIT
43A
1:18-CR-457**

CONFIDENTIAL



FLYNN INTEL GROUP INC.

# PROJECT CONFIDENCE

# Talking Points

# October 14, 2016

# FIG CONFIDENTIAL

NOT FOR DISTRIBUTION

GOVERNMENT
EXHIBIT
**43B**
1:18-CR-457

1

FIG_EDVA_00000893
US_v_Kian_00001226

## Phase Zero

**August 15- September 15**

**Define the subject's sphere of influence, advantages and vulnerabilities. Design an effective strategy with tactical and strategic goals.**

Findings:

INFLUENCE

**The subject enjoys widespread support in congress. There is little or no real opposition to the subject's presence or activities. There are strong indications that the subject has built strong advocacy on the Hill. Likewise, there are strong indications that the subject has built an influence network in a number of key states. The public perception about the subject is generally positive.**

ADVANTAGES

**The subject is widely viewed as a legitimate political dissident seeking refuge in the United States. The request for extradition has raised the subject's public appraised value. This action has created even a stronger shield for the subject. Consolidation and centralization of power by the leadership in the subject's home country provides an easy conclusion by the public that he is an old man of God despised by an authoritarian leader in his home country. Any criticism of the subject's acts is immediately interpreted as "political pressure", illegitimate "smear campaign" and unjust attacks on a nice old man. Our asymmetric assessment indicates that an announcement lifting the extradition request by the home country will**

2

reduce public appraised value of the subject. This action, if executed will open the space necessary for public scrutiny of the subject's activities. This action will reduce the subject's shield of legitimacy as a political dissident. The Extradition request has made the subject a lot more important that he really is.

## VULNERABILITIES

The subject organization operates over 150 U.S. tax payer funded charter schools in 28 states. There are a number of irregularities in the operation of said schools. Legal professionals have shed light on these irregularities in the states of Ohio and Texas. Importing teachers from Turkey presents a number of easily observed irregularities that may prove to be direct violations of U.S. law. Creative/improper financial operations by the subject's organization offer a strong opportunity to unmask the true nature of dangerous, strategic activity under the guise of education. There may be illegal political contributions to political campaigns and nonprofit organizations also pose a potential vulnerability which will be explored. When the subject's methods are compared to theoretical and historical teachings of Islamic Political activists of Hasan Al Banna, founder of Muslim Brotherhood (1928), Sayed Qutb (1950s-1960s), and deeper in the history, Hasan Sabbah (late 11th century), there are strong indications that the subject is very likely conducting the first phase of Jihad by slowly building a global loyal force to be activated at the right time. Subject lectures provide easily observed indicators of his long term objective. The resemblance of the subject's activities to Ayatollah Khomeini who duped the west in

3

FIG_EDVA_00000895

US_v_Kian_00001228

believing that he was a man of the cloth and a benevolent servant of the people serves as a basis to uncover and unmask the subject's ultimate goal of destabilizing his home country and the region.

## TACTICAL and STRATEGIC Countermeasures

Devise specific actions to restrict the subject's influence. Exploit the vulnerabilities and reduce the systemic advantages enjoyed by the subject to open space for strategic goal on unmasking the subject's ultimate goal. We have determined that unmasking the subject's true objectives requires unmasking his most visible violations. Tactically, we will search, find and expose the subject's clear violations, influence operation, financial irregularities, illegal contributions, and violations of immigration law.  As the legal professionals uncover and engage the subject's activities in the legal arena, we will expose the subject in the public arena. Concurrently with our tactical engagement, we are producing a short video suitable for quick and wide distribution to key influence providers to the subject including but not limited to members of congress and key law enforcement agencies. Our strategic communication advisors have confirmed our plan that it is essential to have an easy to access, portable (easy to distribute) means of educating the influence providers to the subject. The ultimate aim of the video production is to ask the question:

IS THE SUBJECT ENGAGED IN THE FIRST PHASE OF JIHAD?

4

FIG_EDVA_00000896

US_v_Kian_00001229

## PHASE ONE

## September 15- October 15

Operationalize the plan. Harmonize Cyber Research, Field Investigations, Strategic Communications and Congressional outreach.

## ACTIONS

- Identified key organizations and individuals in the subject's critical circles.
- Engaged subject's key supporter in Congress. No major change of position by the supporter. However, feedback suggests that the supporter is alarmed by receiving additional relevant, fact based information and is likely to reduce support for the subject.
- Briefed senior staff at the Homeland Security Committee with the aim of organizing a hearing on the subject's activities and strategic aims.
- Have deployed an experienced videography team (brand names Aljazeera, France 24) and a former CNN Anchor to create credible, durable, easy to distribute document in the form of a short video.
- Have interviewed/created effective footage of three victims of the subject's activities in his home country
- Have secured the opportunity for testimony by experts on the subject's masked activities, Sebastian G____, Philip H____, Steve E____ and other credible witnesses who are authorities on the subject of political Islam, Islamism and Jihadism.
- Our investigation team is engaged in the field within the boundaries of U.S. law.
- Our Cyber research team is also engaged within the boundaries of U.S. law.
- There is a total of 5 professional investigators in the field headed by our principal in charge of investigations.

5

- Cyber research team is comprised of 3 highly skilled professionals.
- The strategic communications team is actively reviewing and designing a creative tool to convey the masked operation of the subject. We expect the tool to be fully developed and ready for distribution in short order.

The aim of the investigation is to uncover undisputable unlawful activities of the subject and his organization and make a criminal referral.


RECORD OF CONVERSATION WITH CLIENT

October 7, 2016, 1500 EST

DISCUSSION

A broad overview of the engagement was given and then the discussion focused on the key discussion points below.

- Identify their lobbyist at the Federal/State/Local level.  Look for how they influence, donations from those they lobby, etc.

- Extradition has increased the public's view of the subject positively. This approach is not working and the requesting authority should consider alternative strategies by defining the subject differently. A follow on call with the client was suggested.

- We will engage specific members of Congress to highlight the subject's activities and focus our efforts on 'boxing'/'framing' the subject as a terrorist. Optimistic timeline is before Christmas recess. Realistic timeline is January 2017.

6

FIG_EDVA_00000898

US_v_Kian_00001231

- Seek those or find testimony of those teachers that indicated they have a portion of their respective salaries reduced/cut/exploited and then try to track where the money goes.

- We will provide a Social Media analysis within two weeks.

- Rule of Law items/issues that we can gain a criminal referral on are the ultimate aim of our work.

- Start a strategic outreach campaign for the next President…regardless of party.

- The USA relationship with subject's home country will not improve until the issue of extradition is addressed at the highest levels of the USG and them.

- Seek to identify links/trails to the C▮▮▮▮ Foundation and the C▮▮▮▮ Campaign from the assorted Charter Schools and affiliated subject organizations.

- We will attempt to have an Op Ed written that links funding, Islamists and the subject et al as Mullahs/Imam's.

**CLIENT FEEDBACK**

- Seek to uncover-[SIC]legally new original material not currently in the public domain.

- Explore Tony P▮▮▮▮'s involvement with subject organization and affiliates.

7

- Republican Presidential candidate has not defended subject's home country publicly.  He should specifically ask questions about subject's operations and funding.

## POST CALL DISCUSSION

- Social Media analysis.  Random sample of subject Charter Schools, their leadership, FB, Twitter et al.

- Capture your respective 'Lessons Learned' so we can start to aggregate these findings into a matrix that focuses on funding of these multiple entities.  As in who funded abc, how they funded abc, the outcome of funding abc, which we can then derive what do we do next.

## September 15- October 15

Operationalize the plan. Harmonize Cyber Research, Field Investigations, Strategic Communications and Congressional outreach.

## CLOSE OUT OF PHASE 1 ACTIONS AND DISCUSSION

We continue to explore avenues of open source investigation of subject's schools in the US.  This is an ambitious list that when completed is expected to help narrow the focus regarding who among subject's school organizers and/or supporters may have possible associations with terrorist organizations such as the Muslim

8

Brotherhood.  More importantly, this is the best way to obtain such information (i.e., via financial investigation and/or surveillance, or via other sources).

Our ongoing research has concluded that the schools were the brainchild of the iconic, but reclusive, 75-year old subject, a Sunni Muslim cleric from his home country whose has a reported 3 and 6 million followers who regard him as their spiritual leader. The subject's movement in his home country is known as Hizmet. For the past 17 years, subject has resided on his highly protected country estate in the shadows of the Pocono mountains near Saylorsville, Pennsylvania. To his advocates, subject is a pious imam who promotes a tolerant Islamic view stressing the importance of hard work, benevolence and education. To his detractors, he is powerful and crafty politician committed to overthrowing the existing order in his home country.  In the US, he was barely known, except to teachers and students who have defected from his schools, concerned parents, and to auditors for Charter schools, grant providers, public official's and even to investigative agencies such as the FBI, concerned about possible fraud and other criminal violations until the most recent coup attempt in the subject's home country.

It should be noted that the term "subject's name schools" is actually a misnomer and is not used by the schools themselves, although for simplicity, we will use this term hereafter to refer to the general aggregation of these schools. In states where the subject schools

9

have the greatest presence, they use innocent sounding names such as Harmony Schools (Texas), Magnolia Science Academy (California), Horizon Schools (Ohio, Illinois), and Sonoran Science Academy (Arizona).

Many people do not realize that merely being a supporter of subject schools is not a crime. In fact, during the past several years, many members of Congress (bipartisian) have been courted by subject schools, even taking paid trips to subject's home country, to meet with subject adherents extoling the virtues of their schools. Many graduates of these schools, though precise numbers are seldom reported, reportedly move on to college and successful careers. The ████████ Foundation has reportedly made a sizeable donation to subject schools, and the ████████ Foundation appears to be the largest benefactor. President Obama reportedly visited and praised the work being done in the Harmony School in Washington, DC.

The creation and operation of subject schools in the US appears to be the result of a broad strategy that involves the use of a sophisticated business model with complex organizational structuring, multiple layers of private and public funding, clever marketing, and aggressive legal representation in the context of an educational system that by its very design, though certainly not intended, is ripe for abuse and exploitation.

10

FIG_EDVA_00000902

US_v_Kian_00001235

- Continue to Identify key organizations and individuals in the subject's critical circles and areas of influence.
- Continue to 'flesh' out the details to brief the senior staff at the Homeland Security Committee with the aim of organizing a hearing on the subject's activities and strategic aims with an optimistic timeline of before the Christmas recess, with a realistic timeline of January 2017. Our team is already in the process of preparing relevant material which highlights the subjects
- The videography team (brand names Aljazeera, France 24) and a former CNN Anchor are reviewing and having footage subtitled in English of the three victims of the subject's activities in his home country.
- Our investigation team is engaged in the field within the boundaries of U.S. law.
    · Develop spreadsheet of U.S.-based subject schools to include when opened or, if closed, reasons why.
    · Compile history of criminal or civil suits against subject schools.
    · Locate and review both pro-subject & anti-subject websites to identify perspectives, biases, and methods used by the latter to support their stated intentions.
    · Identify political leaders at the local and national level who ae either supporting or criticizing subject schools, and summarize their respective arguments
    · Identify journalists reporting on subject schools and explain their unique areas of focus
- Our Cyber research team is also engaged within the boundaries of U.S. law and is conducting baseline monitoring of a multitude of Social and traditional Media sites.

    Subject Related Websites:

    - gulenmovement.ca

11

- fgulen.com/en
- gulenmovementca.blogspot.ca
- fethullah-gulen.org
- fethullahgulenforum.org
- gulenmovement.us

**Associated Hashtags:**

- #GulenMovement
- #HizmetMovement
- #FethullahGulen
- #Hizmet
- #gulenistes
- #NeverForgetJuly15
- #FETO

**Associated Social Media Accounts:**

- facebook.com/GulenMovementCanada
- plus.google.com/+FethullahGulenEN

**Associated You Tube Accounts:**

- youtube.com/channel/UCDfIDhRLI7M32qyIaRImQtQ
- youtube.com/channel/UCykpGY1yIAF6rP1zuWTJC2A
- youtube.com/channel/UC-5_J80Fi7lr92C8h8mmevg

He's in the News:

- dailysabah.com/war-on-terror/2016/10/12/3-gulen-linked-charter-schools-in-california-face-closure
- latimes.com/local/lanow/la-me-edu-magnolia-charter-ties-to-gulen-20160829-snap-story.html
- dailysabah.com/war-on-terror/2016/10/10/us-must-show-turkey-empathy-over-gulens-extradition-justice-minister
- dailysabah.com/war-on-terror/2016/10/10/iraqi-kurdish-administration-seizes-schools-run-by-gulenists
- reuters.com/article/us-un-assembly-turkey-erdogan-idUSKCN11Q2K5
- france24.com/en/20160916-turkey-coup-fethullah-gulen-extradition-how-will-us-respond
- dailysabah.com/war-on-terror/2016/09/15/top-eu-officials-admit-regret-over-failure-to-grasp-feto-threat
- dailysabah.com/war-on-terror/2016/09/09/pkk-terrorists-informed-about-gulenist-coup-attempt-in-advance
- shaber3.com/inanmadiniz-aldattiniz-sayin-bozdag-haberi/1273365
- lehighvalleylive.com/news/index.ssf/2016/07/rare_look_at_exiled_turkish_cl.html

12

**Charter Schools:**

- Website:
- charterschoolscandals.blogspot.com/p/list-of-us-gulen-schools.html
- Last Updated 12/7/2015

**60 minutes:**

- youtube.com/watch?v=ktl--IDnM7I

**Ties to ▮▮▮▮:**

- dailycaller.com/2016/07/13/new-ties-emerge-between-▮▮▮▮-and-mysterious-islamic-cleric

- **The strategic communications team has developed a very complex approach to their efforts which include a Strategic Objectives; Target Audiences, and Activities and Timing.**

  - They are actively designing a creative visual tool to convey the masked operation of the subject. A copy of the initial draft is done and is attached.  We expect the visual tool to be fully developed and ready for distribution in short order. The draft "wireframe" version of the board and a citation document which provides public record of the "accusations" within the board. We welcome any and all feedback and will continue working to build out a more "produced" version with graphics, etc.
  - Active engagement of media outlets.
    - Drudge Report and have followed up with several different articles and angles. (▮▮▮▮ foundation connections, etc.) Drudge Report has an unprecedented active readership and even if they don't use this development, they are confident the outreach this week will serve as a strong foundation for future coverage.

13

FIG_EDVA_00000905

US_v_Kian_00001238

- ▪ **Politico Morning Education** - We have also compiled this week's coverage of both Ohio and California (LA TIMES) coverage in hopes of inclusion in tomorrow (Thursday) morning's daily email.  Politico is a leading policy outlet and the "Morning Education" email is a subscription based news aggregator received by top education policy influencers in DC and the around the country. See attached PowerPoint slide with a screen shot of this coverage.
  - · **Teachers Unions** - Teachers unions are a ripe ally in this project given their automatic resistance to all things related to charter schools.  While our most impactful messaging might be on the homeland security front, the education/teachers angle could be a valuable flank that appeals to Democratic policymakers, whereas Homeland Security might appeal more to Republicans.  As such  initiated contact today with:
  - ▪ **Gene Bruskin**, formerly of the American Federation of Teachers and author of "The Story Behind the subject Charter Schools and Their Reclusive Founder".  Have requested a phone meeting to compare notes and gauge his interest in participating in and assisting with the organization of an effort to coalesce issue experts in his field to persuade policy makers to take action.  Updates to follow.
  - · **Policymaker Fact Sheet** -  Producing a briefing document ahead of policymaker meetings.  An initial draft is complete and attached.
  - · **High Ranking State Level Elected Official** - Engaged in conversation with a high ranking elected official in a state with multiple subject Charter Schools.  He is "extremely interested" and we are briefing him soon, but wish to keep this outreach confidential at the moment per his wishes.
  - ·

14

FIG_EDVA_00000906

US_v_Kian_00001239

**PHASE TWO**
**OCTOBER 15- NOVEMBER 15**

**PHASE THREE**
**NOVEMBER 15- DECEMBER 15**

**CLIENT FEEDBACK?**

 **NOTES:**



15

CONFIDENTIAL

| **From:** | Bijan Kian |
|---|---|
| **Sent:** | Wednesday, November 2, 2016 10:36 PM |
| **To:** | Ekim Alptekin ; Bob K |
| **Subject:** | Getting Turkey Wrong |
| **Attach:** | GETTING TURKEY WRONG.docx |

Ekim:

A promise made is a promise kept. Please see attached 1000 word article. I appreciate it if you take a look and give me your thoughts at your earliest convenience. I am not certain how much of the text will survive review and edits but as you can see, the humble author is not shy.

I am copying Bob as we move forward with executing the plan.

All the best,

Bijan

**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*

 FLYNN INTEL GROUP INC.

Notice of Confidentiality
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

GETTING TURKEY WRONG.docx .tdf (138.5 kb)

**GOVERNMENT
EXHIBIT
45A
1:18-CR-457**

## GETTING TURKEY WRONG

United States needs to understand Turkey's unique position not just as an important NATO ally but also as a key player in maintaining balance of power in a region enflamed in conflict. We will ignore this fact at our own peril. The U.S. needs to show Turkey that we understand the importance of keeping our alliance in the interest of regional and global security. Sadly, This administration is doing the opposite. President Obama's administration continues to give refuge to Fetulah Gulen, a shady cleric who President Clinton calls "his friend" in a well circulated video. Gulen has allegedly called the United States "the number one enemy". He has   publicly boasted about his "soldiers" waiting for his order to do whatever he directs them to do. For those of us who have closely studied Seyed Qutb and Hasan Al Bana, the founder of Muslim Brotherhood, these words sound very familiar. Much similar to Gulen, Seyed Qutb was the author of 24 books on education and the arts. Much like Gulen, Qutb's inner circle consisted of influential politicians, intellectuals, poets and literary figures. Contrary to this well masked façade, Qutb's writings

CONFIDENTIAL

**GOVERNMENT EXHIBIT**

**45B**

**1:18-CR-457**

provided the inspiration for violent terrorist groups like Al-Qaeda.

To professionals in the Intelligence Community, the stamp of terror is all over Mullah Gulen's statements. Hasan Al Bana defined the first phase of pre-emptive Jihad as a long and quiet process that can take as long as a quarter of a century to prepare the forces for a decisive strike. Al Bana famously declared that the only acceptable form of legislation is Sharia Law. Gulen's vast, global network has all the right markings to fit the description of a dangerous sleeper terror network. From Turkey's point of view, Washington is harboring Turkey's Usama Bin Laden. Washington's silence speaks volumes when we hear the incredulous claim that the democratically elected president of Turkey staged a military coup, bombed his own parliament and killed the confidence in Turkey's strong economy just so that he could purge his political opponents. This ridiculous claim places the intelligence of its promoters in serious question. It is also a dark reminder of the vicious rumors spread by our enemies that 9/11 was an inside job by the American Intelligence apparatus as an excuse to invade Muslim lands to grab their oil! To add

insults to injury, American tax payers are financing Fettulah Gulen's 160 charter schools in the United States. His charter schools have been granted more H1B visas than Google. It is inconceivable to imagine that our visa officers have approved thousands of visas for English teachers whose English is incomprehensible. A CBS 60 Minutes program documented a conversation with one such imported English teacher from Turkey whose English was impossible to understand. Several law suits including some in Ohio and Texas point to irregularities in the operation of said schools. However, as money is no object for Gulen's network, hired legal guns and influential charitable organizations keep the lucrative source of income for Gulen and his network. Influential charities such as Cosmos Foundation continue their support for Gulen's charter schools. Incidentally, Cosmos Foundation is a major donor to Clinton Foundation. No wonder President Clinton calls Mullah Gulen "his friend". It is now no secret that Ms. Huma Abedin, Secretary Clinton's close aide and confidant worked for 12 years as the associate editor for a journal published by the London based Institute of Minority Muslim Affairs. The institute has promoted the

CONFIDENTIAL

thoughts of radical Muslim thinkers such as Seyed Qutb and Qaradawi.

The American public is lulled into believing that this elder cleric is a Sufi scholar who promotes the teachings of Rumi, the Persian poet, works to expand interfaith dialogue and does a great job by providing American youth great education in math and science as well as English. Voices of concern about this shady Mullah are quickly muffled by his vast network of public relations and legal professionals. He has established a false façade that he is a freedom fighter set to topple Turkey's autocratic leader. This image is a stark reminder of another era and a great American mistake that has raised the cost of international security forever. We all remember another quiet bearded elder cleric who sat under an apple tree in Neauphle-Le-Chateau in the suburbs of Paris in 1978. He claimed to be a man of God who wanted to topple a dictator and return the power to the people. Washington believed him. Sadly, shortly after his rise to power through the Iranian revolution, we watched in horror as our diplomats were taken hostage for 444 days as we betrayed one of our strongest allies in the Middle East. The world has never been the same

CONFIDENTIAL

since that irreversible mistake. Ayatollah Khomeini, the quiet man of God under the apple tree created the world's top sponsor of terror. His revolutionary guards created Hezbollah, the world's famous  Lebanon based terror organization. Ayatollah's terrorists killed American servicemen, slaughtered Iraqi Sunnis by the thousands and his brutal Quds Force killed innocent Sunni civilians in Syria. Ultimately, ISIS became the radical Sunni's response to the mayhem caused by our friendly Mullah under the apple tree. History does not repeat itself without people repeating the mistakes of the past. It is time we take a fresh look at the importance of Turkey and place our priorities in proper perspective. It is unconscionable to militate against Turkey, our NATO ally as Washington is hoodwinked by this masked source of terror and instability nestled comfortably in our own backyard in Pennsylvania. We need to adjust our foreign policy to place Turkey as a priority. We need to see the world from Turkey's perspective. What would we do if right after 9/11 we heard the news that Usama Bin Laden lives in a nice villa at a Turkish resort while running 160 charter schools funded by the Turkish tax payers? Time to end our romanticized foreign policy

CONFIDENTIAL

directives written by fiction writers and echo chamber specialists by their own blatant confessions.

----------------------------------------------------------------------------------------------------

1002 Words.

CONFIDENTIAL

FIG_EDVA_00005478

US_v_Kian_00001331

| | |
|---|---|
| **From:** | Bijan Kian ▬ |
| **Sent:** | Thursday, November 03, 2016 3:55 PM |
| **To:** | LTG R Mike Flynn |
| **Subject:** | Re: Tim Kaine congratulates Gülenists in a letter - Ragıp Soylu - Daily Sabah |

Thank you Mike. I asked Hank C▬ to review and edit my 1000 word draft to make sure it is tight before I send it out to you. The plan is to go out with the piece on Monday. When we get a chance to talk, I will explain. Please expect the piece in an hour or two.

Had a good meeting with S▬ this morning.

See you soon!

Bijan

**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*



FLYNN INTEL GROUP INC.

<u>Notice of Confidentiality</u>
The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this email and then delete it from your system.

On Thu, Nov 3, 2016 at 2:21 PM, LTG R Mike Flynn ▬ wrote:
FYI.

*NEW YORK TIMES BESTSELLER*

*"The Field of Fight, How We Can Win the Global War Against Radical Islam and Its Allies"*

-Lt. General Michael T Flynn and Michael Ledeen

-St. Martin's Press

**ORDER TODAY!!**

<u>**Individual Orders**</u>

http://bit.ly/FieldofFightAmazon

1

<b>GOVERNMENT<br>EXHIBIT</b><br><b>47</b><br><b>1:18-CR-457</b>

| | |
|---|---|
| **From:** | Bijan Kian ▓▓▓▓▓▓ |
| **Sent:** | Friday, November 4, 2016 7:41 PM |
| **To:** | Ekim Alptekin ▓▓▓▓▓▓ |
| **Subject:** | Update |
| **Attach:** | TurkeyMTF1132016.pdf |

Ekim:

I just left MF. The arrow has left the bow!

The attached article will be published on Monday. This is a very high profile exposure one day before the election. I told MF about your advice and concern. He wants you to know that he appreciates your professional and valuable advice on a personal level. I can tell you from  working together closely for over a decade that he places significant value on this type of insights in the best military traditions.

He wants you to know that our work does not end on November 15th. Our formal start date was August 15th for 90 days which will be formally up on November 15th. He has directed the team to extend the time by 30 days to December 15th or 15 days after the submission of the teaser and the full video whichever takes place sooner. The teaser will go to the entire congress and selected USG agencies. The team is already communicating/educating USG on pertinent points.

FG is a masked terrorist using United States Tax payers funds to destabilize our NATO ally. This, will not stand. Globally respected experts will match the characteristics to demonstrate what he is really after with his "soldiers" waiting to strike.

Attached is the article for you. I know the pressure is high on time but I want you to know that MF and I are as dedicated to this effort as you are. We understand the intensity of the mission. It is hard to be patient sometimes.

MF and I are confident that you will see a credible, easy to distribute piece that will help reveal this masked terrorist's ugly acts.

He is a slow moving cancer with a lot of "friends". His "friends" are learning that what small benefits they may have been receiving from him is not worth the strategic threat to us and our NATO ally. U.S needs to show Turkey serious support. Images of centralization of power and authoritarian rule needs to be viewed in light of what is causing such drastic reactions. FG and his followers are destabilizing Turkey and the region. The awareness is growing inside the relevant circles. Hostile attitude toward Ankara is a bad policy that will be damaging to the long term interests of the United States.

Talk to you soon,

Bijan


**Hon. Bijan R. Kian**
*Vice Chairman of the Board of Directors*
*Flynn Intel Group, Inc.*

**GOVERNMENT
EXHIBIT**

**48A**

**1:18-CR-457**

CONFIDENTIAL

# Our Ally Turkey Is In Crisis and Needs Our Support

**By: Lieutenant General Michael T. Flynn, (R )**

It is fair to say that most Americans don't know exactly what to make of our ally Turkey these days as it endures a prolonged political crisis that challenges its long-term stability. The U.S. media is doing a bang-up job of reporting the Erdogen government's crackdown on dissidents but without putting it into perspective.

We must begin with understanding that Turkey is vital to U.S. interests. Turkey is really our strongest ally against ISIS as well as a source of stability in the region. It provides badly-needed cooperation with U.S. military operations. But the Obama Administration is keeping Erdogen's government at arm's length, an unwise policy that threatens our longstanding alliance.

The primary bone of contention between the U.S. and Turkey is Fetulah Gulen, a shady Islamic mullah residing in Pennsylvania who President Clinton once called his "friend" in a well circulated video. Gulen portrays himself as a moderate, but he is in fact a radical Islamist. He has publicly boasted about his "soldiers" waiting for his orders to do whatever he directs them to do. If he were in reality a moderate, he would not be in exile, nor would he excite the animus of the Erdogen government.

For those of us who have closely studied the careers of Seyed Qutb and Hasan Al Bana, the founders of the Muslim Brotherhood, Gulen's words and activities are very familiar. The late Seyed Qutb in particular was very much in the Gulen mold. Qutb was the author of 24 books on education and the arts. Much like Gulen, Qutb's assembled an inner circle consisting of influential politicians, intellectuals, poets and literary figures. But contrary to this well-masked façade, Qutb's writings provided the inspiration for violent terrorist groups like Al-Qaeda. Qutb was hanged in 1966 in Egypt for instigating rebellion.

1

**GOVERNMENT EXHIBIT**

**48B**

**1:18-CR-457**

CONFIDENTIAL

FIG_EDVA_00006172

US_v_Kian_00001342

Likewise, Hasan Al Bana, an Egyptian who died in 1949, defined the first phase of pre-emptive Jihad as a long and quiet process that can take as long as a quarter of a century to prepare the forces for a decisive strike. Al Bana famously declared that the only acceptable form of legislation is Sharia Law.

To professionals in the Intelligence Community, the stamp of terror is all over Mullah Gulen's statements in the tradition of Qutb and Al Bana. Gulen's vast, global network has all the right markings to fit the description of a dangerous sleeper terror network. From Turkey's point of view, Washington is harboring Turkey's Osama Bin Laden.

Washington's silence on this explosive topic speaks volumes when we hear the incredulous claim that the democratically elected president of Turkey staged a military coup, bombed his own parliament and undermined the confidence in Turkey's strong economy just so that he could purge his political opponents.

This baseless claim is a dark reminder of the vicious rumors spread by our enemies that 9/11 was an inside job by the American Intelligence apparatus as an excuse to invade Muslim lands to grab their oil!

To add insult to injury, American taxpayers are helping finance Gulen's 160 charter schools in the United States. These schools have been granted more H1B visas than Google. It is inconceivable to imagine that our visa officers have approved thousands of visas for English teachers whose English is incomprehensible. A CBS 60 Minutes program documented a conversation with one such imported English teacher from Turkey whose English was impossible to understand. Several lawsuits, including some in Ohio and Texas, point to irregularities in the operation of these schools.

However, funding seems to be no problem for Gulen's network. Hired attorneys work to keep the lucrative government source of income for Gulen and his network going. Influential charities such as Cosmos Foundation continue their support for Gulen's charter schools. Incidentally, Cosmos Foundation is a major donor to Clinton Foundation. No wonder President Clinton calls Mullah Gulen "his friend". It is now no secret that Ms. Huma Abedin, Secretary Clinton's close aide and confidant, worked for 12 years as

2

the associate editor for a journal published by the London based Institute of Minority Muslim Affairs. This institute has promoted the thoughts of radical Muslim thinkers such as Qutb, Al Bana and others.

The American public is being lulled into believing that Gulen is a Sufi scholar who promotes the teachings of Rumi, the Persian poet, works to expand interfaith dialogue and does a great job of providing American youth high quality education in math and science as well as English. Voices of concern about this shady character are quickly muffled by his vast network of public relations and legal professionals. He has established a false façade that he is a moderate at odds with Turkey's autocratic leader.

This image is a stark reminder of another era and a great American mistake that has raised the cost of international security forever. We all remember another quiet bearded elder cleric who sat under an apple tree in Neauphle-Le-Chateau in the suburbs of Paris in 1978. He claimed to be a man of God who wanted to topple a dictator and return the power to the people. Washington believed him. Sadly, shortly after his rise to power through the Iranian revolution, we watched in horror as our diplomats were taken hostage for 444 days in what was once one of our strongest allies in the Middle East.

The world has never been the same since that irreversible mistake. Ayatollah Khomeini, the quiet man of God under the apple tree created the world's top sponsor of terror. His revolutionary guards created Hezbollah, the famous Lebanon-based terror organization. Ayatollah's terrorists killed American servicemen, slaughtered Iraqi Sunnis by the thousands and his brutal Quds Force killed innocent Sunni civilians in Syria. Ultimately, ISIS became the radical Sunni's response to the mayhem caused by our friendly mullah under the apple tree.

History repeats itself when people repeat the mistakes of the past. It is time we take a fresh look at the importance of Turkey and place our priorities in proper perspective. It is unconscionable to militate against Turkey, our NATO ally, as Washington is hoodwinked by this masked

3

source of terror and instability nestled comfortably in our own backyard in Pennsylvania. We need to adjust our foreign policy to recognize Turkey as a priority. We need to see the world from Turkey's perspective. What would we have done if right after 9/11 we heard the news that Osama Bin Laden lives in a nice villa at a Turkish resort while running 160 charter schools funded by the Turkish tax payers?

The forces of radical Islam derive their ideology from radical clerics like Gulen who is running a scam. We should not provide him safe haven. In this crisis, it is imperative that we remember who our real friends are.

-------------------------------------------------------------------------------------------

1147 Words.

Lieutenant General Michael T. Flynn is the former director of Defense Intelligence Agency and the author of New York Times Bestseller "The Field of Fight".

4

CONFIDENTIAL