

Team, Overall a Very good call. I may be meeting with him early next week during an American Turkish conference in WDC. We discussed the long term effort, as well as the tax issue that Mike B and I discussed this morning. I walked him through the social media analysis which he found very interesting and worth talking to the [Turkish Minister #1] about as well as all other talking points (thank you for pulling those together). Regarding RA. .. he felt a phone call between Us would work best. We can discuss who is best to do that call, between Brian and Mike but this is something we should do. I mentioned that if a parallel effort I'm okay. We don't want to trip over each other however. I also walked him through the monopoly and its status as well as the videos. He was happy to hear where those efforts are at.

Next strategic step: We need to put together an initial formal assessment/ report w attachments and initial videos (if they're ready) nlt next weekend. Let me know if this is doable. Seems to me we have all the info to put together a solid assessment with facts, assumptions, our analysis, data backing up what we've learned and initial conclusions and recommendations. Among the recommendations is to take this effort to a long term relationship. We discussed the business side of what we're doing and I told him we have many irons in the fire and at some point very soon I need a commitment beyond the initial 90 days. He agreed.

Bottom line, a good call and we are on the right track.

Mike

**GOVERNMENT EXHIBIT**
**40**
**1:18-CR-457**