# UNITED STATES DISTRICT COURT
# ARRAIGNMENT & MOTION HEARING MINUTES

Date: **5/31/2019**  
Time: **9:04-9:22**

Case No.: **1:18-CR-457-1**  
Judge: **Hon. Anthony J. Trenga**  
Reporter: **Rhonda Montgomery**  
Deputy Clerk: **Dani Zirk**  
Interpreter:  
Language:

**UNITED STATES of AMERICA**

V.

**BIJAN RAFIEKIAN**

Counsel for Defendant  
**Robert Trout**  
**Stacey Mitchell**  
**Mark MacDougall**

Counsel for Government  
**Jim Gillis**  
**Evan Turgeon**  
**John Gibbs**

## ARRAIGNMENT PROCEEDINGS:

\_\_\_\_\_ Defendant is arraigned and specifically advised of rights.

**X** Defendant waived reading of the Superseding Indictment – WFA, PNG (via motion filed on 5/30/2019)

\_\_\_\_\_ Indictment/Information read

MOTIONS TO BE FILED BY **4/15/2019** w/ARGUMENT ON **5/10/2019 at 9:00 a.m.**  
CASE CONTINUED TO **7/15/2019 at 10:00 a.m. FOR JURY TRIAL (all as previously set)**

Defendant: [**X**] Waived Appearance

## MOTION HEARING PROCEEDINGS:
Motion to/for:  
Motion in Limine *on Advice of Counsel and the Lobbying Disclosure Act* [127] by govt.

Argued and  
(  ) Granted          (**X**) Denied          (  ) Granted in part/Denied in part  
(  ) Taken Under Advisement          (  ) Continued to

Additionally, the Government orally requests that Defense Counsel be precluded from addressing Advice of Counsel in their opening statements at trial – denied.

All pending motions are to be heard on 6/13/2019 at 9:00 a.m. The hearing previously set for 6/7/2019 is therefore cancelled.

Order to follow.