UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BIJAN RAFIEKIAN, | ) | Case Number 1:18-cr-457-AJT-1 |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

On May 31, 2019, the Court held a hearing on the United States' Motion *In Limine* to

Preclude Defendant from Presenting Evidence or Argument on Advice of Counsel or the

Lobbying Disclosure Act [Doc. No. 127] (the "Motion"). Upon consideration of the Motion, the

memoranda in support thereof and in opposition thereto, the arguments of counsel at the May 31,

2019 hearing, and for the reasons stated in open court, it is hereby

ORDERED that the United States' Motion *In Limine* to Preclude Defendant from

Presenting Evidence or Argument on Advice of Counsel or the Lobbying Disclosure Act [Doc.

No. 127] be, and the same hereby is, DENIED without prejudice.

The Clerk is directed to forward copies of this Order to all counsel of record.

_____
/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
May 31, 2019