IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES of AMERICA, )
)
)
v. )
) Criminal No. 1:18-CR-457-1
Bijan Rafiekian, )
)
Defendant. )
)

WAIVER of RIGHTS PURSUANT TO TITLE 18,
UNITED STATES CODE, SECTION §3161(c)(1)

After consultation with my attorney, I am advised that the trial of a defendant charged in an information or indictment shall commence within SEVENTY (70) DAYS from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs.

Understanding this, I hereby consent to trial at such time as the Court may deem appropriate.

5-31-2019
Date

_Bijan Rafiekian_
Signature of Defendant

_[signature]_
Counsel for the Defendant

Approved by:

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 31st day of May 2019, a true and genuine copy of Waiver of Rights Pursuant to Title 18, United States Code, Section § 3161(c)(1) was sent via electronic mail by the Court's CM/ECF system to the following:

James P. Gillis
John T. Gibbs
Evan N. Turgeon
U.S. Attorney's Office (Alexandria-NA)
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone:  (703) 299-3700
Email:   james.p.gillis@usdoj.gov
            john.gibbs@usdoj.gov
            evan.turgeon@usdoj.gov

*/s/ Robert P. Trout*
Robert P. Trout (VA Bar # 13642)