IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:18-CR-457-AJT |
| BIJAN RAFIEKIAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PROPOSED ORDER

THIS MATTER comes before the Court on the motion of counsel for Kamil Ekim

Alptekin for leave to appear specially on behalf of Mr. Alptekin for the limited purpose of

opposing the Government's Motion to Establish Crime Fraud Exception filed on May 31, 2019

("Motion"),

IT IS HEREBY ORDERED that

(1) Mr. Alptekin's counsel's Motion is hereby **GRANTED**; and

(2) Mr. Alptekin's Opposition to the Government's Motion to Establish Crime Fraud

Exception is deemed filed as of the date of entry of this Order.

Entered this _____ day of June, 2019.

_____
Judge
U.S. District Court for the Eastern District of Virginia