UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal Case No. 1:18-CR-457 (AJT) |
| | : |
| BIJAN RAFIEKIAN, et al. | : |

**DEFENDANT BIJAN RAFIEKIAN'S
MOTION TO DISMISS THE INDICTMENT**

Mr. Rafiekian, by and through counsel, respectfully moves the Court for an order dismissing the Superseding Indictment. The grounds for this motion, as set forth in the accompanying memorandum of law, are that (1) Count Two should be dismissed because it fails to state an essential element of the offense of a violation of 18 U.S.C. § 951 and because it is unconstitutionally vague as applied to Mr. Rafiekian; and (2) Count One should be dismissed because it fails to allege an essential fact underlying the offense of a violation of 18 U.S.C. § 371 and is otherwise infirm.

Mr. Rafiekian respectfully requests that this motion be heard at the hearing set for June 28, 2019.

Dated: June 6, 2019

Respectfully submitted,

/s/
James E. Tysse (VA Bar # 73490)
Mark J. MacDougall (*Pro Hac Vice*)
Stacey H. Mitchell (*Pro Hac Vice*)
John C. Murphy (*Pro Hac Vice*)
Adam A. Bereston (*Pro Hac Vice*)
Samantha J. Block (*Pro Hac Vice*)
*Counsel for Bijan Rafiekian*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 887-4000
Fax: (202) 887-4288

E-mail:   mmacdougall@akingump.com
shmitchell@akingump.com


*/s/*_____
Robert P. Trout (VA Bar # 13642)
*Counsel for Bijan Rafiekian*
Trout Cacheris & Solomon PLLC
1627 Eye Street, NW
Suite 1130
Washington, DC 20006
Telephone:  (202) 464-3311
Fax:  (202) 463-3319
E-mail:   rtrout@troutcahceris.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 6th day of June 2019, true and genuine copies of Defendant Bijan Rafiekian's Motion to Dismiss the Indictment was sent via electronic mail by the Court's CM/ECF system to the following:

    James P. Gillis
    John T. Gibbs
    Evan N. Turgeon
    U.S. Attorney's Office (Alexandria-VA)
    2100 Jamieson Avenue
    Alexandria, VA 22314
    Telephone: (703) 299-3700
    Email: james.p.gillis@usdoj.gov
           john.gibbs@usdoj.gov
           evan.turgeon@usdoj.gov

 

/s/
Robert P. Trout (VA Bar # 13642)