UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal Case No. 1:18-CR-457 (AJT) |
| | : | |
| **BIJAN RAFIEKIAN, et al.** | : | |

**[PROPOSED] ORDER**

Upon consideration of Defendant Rafiekian's Motion to Dismiss the Indictment, the memorandum in support thereof, any opposition thereto, any reply in further support thereof, and the entire record herein, for good cause show, it is this ____ day of _____, 2019, hereby

      **ORDERED** that the Motion is **GRANTED**.

      **SO ORDERED.**

 

                                                  _____
                                                The Honorable Anthony J. Trenga
                                                United States District Judge