# EXHIBIT A

A FIG INITIATIVE

## Confidence through Clarity

The business community is interested in bringing back business confidence
A Dutch business consulting firm is engaging FIG to lead the campaign
The duration of phase zero will be 90 days.
The final products will be a 30-45 minute video.
Write Scenario, direct production, produce video.

| | August-September | Sept. - October | October- November | Total | |
|---|---|---|---|---|---|
| FIG Revenue | $150,000.00 | $150,000.00 | $150,000.00 | $450,000.00 | |
| COGS at 20% | $30,000.00 | $30,000.00 | $30,000.00 | $90,000.00 | |
| Gross Margin | $120,000.00 | $120,000.00 | $120,000.00 | $360,000.00 | 80.00% |
| Cost | | | | | |
| Film Crew 320 hours at $50/ hr | 20000 | 20000 | 20000 | $60,000.00 | |
| Senior Investigator 1 40 hours at $150/hr BG | 6000 | 6000 | 6000 | $18,000.00 | |
| Senior Investigator 2 40 hrs at $150/hr MB | 6000 | 6000 | 6000 | $18,000.00 | |
| Senior Investigator 2 40 hrs at $250/hr.shm.b | 10000 | 10000 | 10000 | $30,000.00 | |
| Rep. man | 15000 | 15000 | 15000 | $45,000.00 | |
| Admin support | 5000 | 5000 | 5000 | $15,000.00 | |
| Process Design , management and execution | | | | | |
| FIG LAB 1 | 15000 | 10000 | 10000 | $35,000.00 | |
| FIG LAB 2 | 15000 | 10000 | 10000 | $35,000.00 | |
| FiG LAB 3 | 15000 | 10000 | 10000 | $35,000.00 | |
| Sentiment analysis before and after video distribution | 5000 | 5000 | 5000 | $15,000.00 | |
| Total Cost | $112,000.00 | $97,000.00 | $97,000.00 | $306,000.00 | 68.00% |
| NOI | $8,000.00 | $23,000.00 | $23,000.00 | $54,000.00 | 12.00% |

**GOVERNMENT EXHIBIT**
**18B**
1:18-CR-457