# EXHIBIT C



---------- Forwarded message ---------
From: **LTG R Mike Flynn** <zulutym@gmail.com>
Date: Sat, Jan 21, 2017 at 7:22 PM
Subject: Re: Update and request
To: Bijan kian <bijankian@gmail.com>
Cc: Kristen Neller Verderame <kverderame@ponderainternational.com>,
mgflynn83@gmail.com <mgflynn83@gmail.com>


Bijan,

Just getting to personal email tonight. Thank you for taking care of this.

As soon as possible, I'll reach out to catch up.

Best to Gissou.

Mike

Michael T. Flynn (Mike)

Lieutenant General (Retired)

United States Army

On Jan 21, 2017, at 09:50, Bijan kian <bijankian@gmail.com> wrote:

> Mike:
>
> My most heartfelt Congratulations on the start of a new era in our
> history.
>
> I will do the transfer within the next few days and confirm with
> Kristen, Michael and Tom.
>
> Gissou and I look forward to seeing you and Lori.
>
> All the best
>
> Bijan
>
> Sent from my iPad
>
> On Jan 21, 2017, at 7:28 AM, LTG R Mike Flynn
> <zulutym@gmail.com> wrote:
>
>> Bijan,
>>
>> I understand that Kristen mentioned this to you already –
>> we will need to put some of our disbursement money
>> back into the FIG INC entity in order to pay remaining
>> legal and other bills expended to complete the winding
>> down of the business and also for the FARA filing.
>>
>> Tom Lisi has reviewed the books, and suggested that we
>> each put $30,000 back into the entity to cover these
>> items.  We may (hopefully) get some of this back
>> ultimately, but this is the amount he feels appropriate at
>> this time to cover currently anticipated items.
>>
>> I am sorry to have to ask you this but it is necessary.
>>
>> I will be asking Tom to move my funds over in the next
>> few days, please work with Michael (CC'd) or Tom for

appropriate deposit of your funds.

Sorry to have to ask but it is what the business requires to completely close all of our outstanding actions.

And as soon as we get this behind us, and now that we are starting a new chapter, we'd like to get together.

Thank you and let me know if any questions.

Mike



Michael T. Flynn (Mike)

Lieutenant General (Retired)

United States Army