# EXHIBIT D

Wells Fargo PhotoCopy Request

Dear customer,
The enclosed photo is the copy you requested. If you have questions about your request, please call Wells Fargo phone bank at 1-800-TO-WELLS(1-800-869-3557) available 24 hours a day, 7 days a week.



GISSOU RAFIEKIAN

Total Num Of Items Sent: 1

3/12/19     8:43:32 PM                                                                              MN115175401331.1B







| | | |
|---|---|---|
| R/T Number | Processing Date | 20170227 |
| Sequence Number | Amount | 25000.00 |
| Account Number | Serial Number | 000000000008149 |



Wells Fargo Bank
MAC 9777-112
P.O. Box 5190
Sioux Falls, SD 57117-5190

08/07/2017



000013  L2TME18
GISSOU RAFIEKIAN

RE: Account Number:

Number of Pages, including cover: 3

Dear Customer:

Thank you for allowing us to assist you by providing our research photocopy service. We have enclosed the information you requested on the account referenced above. If you have any questions specific to the enclosed information, please call us at 1-800-TO-WELLS (1-800-869-3557) where we are available to assist you 24 hours a day, 7 days a week.

Again, thank you for your business. We appreciate the opportunity to serve you.

Sincerely,

Wells Fargo Bank

**Withdrawal**

(Check One)  ☐ Checking  ☑ Savings  ☐ Money Market Access  ☐ Command

7218  WELLS FARGO

Account Number: *[redacted]*

Date: 1-26-17

Please print name: BIJAN RAFIEKIAN

Please print Street Address, City, State, Zip Code:

THIRTY THOUSAND AND No/100 Dollars    $ 30,000.—

FLYN~~[struck through]~~NTEL GROUP INC.

R/T Number
Sequence Number
Account Number

Processing Date: 20170126
Amount: 30000.00
Serial Number: 000000000007218

8/7/17   4:13:08 PM   Page 1 of 2                                      CH152733168844.1B





| | | | |
|---|---|---|---|
| R/T Number | | Processing Date | 20170126 |
| Sequence Number | | Amount | 30000.00 |
| Account Number | | Serial Number | 000006715001193 |

8/7/17    4:13:08 PM    Page 2 of 2    CH152733168844.1B