UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| v. | : Criminal Case No. 1:18-CR-457 (AJT) |
| **BIJAN RAFIEKIAN, et al.** | : |

### ORDER

Upon consideration of Defendant's Motion for *In Camera* Inspection of Attorney Client Communications filed by defendant Bijan Rafiekian, the memorandum in support thereof, Non-Party Covington & Burling LLP's response thereto, and the entire record herein, for good cause shown, it is this 12th day of June, 2019, hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Covington produce to the Court the unredacted versions of the 27 attached documents for *in camera* inspection on or before June 19, 2019.

The Clerk is directed to forward copies of this Order to all counsel of record and to Non-Party Covington & Burling LLP.

/s/
Anthony J. Trenga
United States District Judge
The Honorable Anthony J. Trenga
United States District Judge