UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Case No. 1:18-cr-00457 |
| BIJAN RAFIEKIAN, *et al.*, | |
| Defendants. | |

NOTICE OF APPEARANCE

Please note the appearance of Jesse R. Binnall of the firm Harvey & Binnall, PLLC, as counsel for Non-Party Michael T. Flynn.

Dated: June 13, 2019

/s/ Jesse R. Binnall
Jesse R. Binnall, VSB No. 79292
Philip J. Harvey, VSB No. 37941
Paris Sorrell, VSB No. 80953
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnalll@harveybinnall.com

Sidney Powell
Sidney Powell, P.C.
2911 Turtle Creek Blvd., Suite 300
Dallas, Texas 75219
Tel: (352) 630-5788
sidney@federalappeals.com
*Pro Hac Vice Application Forthcoming*

W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, Florida 32162

1

Tel: (352) 399-0531
Fax: (352) 240-3489
*Pro Hac Vice Application Forthcoming*

*Counsel for Non-Party Michael T. Flynn*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2019, I filed the foregoing in the office of the Clerk, which will provide notice to all counsel of record, using the CM/ECF system.

/s/ Jesse R. Binnall
Jesse R. Binnall, VSB # 79292
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com

*Counsel for Non-Party Michael T. Flynn*