# UNITED STATES DISTRICT COURT
# CRIMINAL MOTION MINUTES

Date: **6/13/2019**  
Time: **10:03 – 11:48**

Judge: Anthony J. Trenga  
Reporter: Rhonda Montgomery  
Deputy Clerk: Dani Zirk

Case Number: **1:18-CR-457**

**UNITED STATES OF AMERICA**

vs.

**BIJAN RAFIEKIAN** ___ Present __X__ Not Present  
**KAMIL ALPTEKIN** ___ Present __X__ Not Present

| Counsel for Defendant Rafiekian<br>**Robert Trout**<br>**Stacey Mitchell**<br>**Mark MacDougall**<br>**Adam Bereston**<br>**John Murphy**<br>**Samantha Block** | Counsel for Government<br>**Evan Turgeon**<br>**James Gillis** |
|---|---|
| Counsel for Defendant Alptekin<br>**Rodney Page**<br>**Jennifer Kies Mammen** | |

PROCEEDINGS:

Motion to/for:
Motion for Additional Peremptory Challenges [150] by deft.
Motion for A Jury Questionnaire [152] by deft.
Motion in Limine *to Exclude Out-Of-Court Statements by Co-Conspirators* [154] by deft.
Motion for In Camera Inspection of Attorney-Client Communications [157] by deft.
Motion to Suppress *Privileged Information* [163] by deft.
Motion in Limine *to Preclude The Government From Arguing That Turkey Funded FIG's Work for Inovo* [165] by deft.
Motion in Limine *to Establish Crime-Fraud Exception* [173] by govt.
Motion to Establish Crime-Fraud Exception *re Arent Fox LLP* [182] by deft.
Motion for Special Appearance *to Oppose Government's Motion to Establish Crime-Fraud Exception* [188] by deft. - GRANTED
Motion to Dismiss *the Indictment* [190] by deft.

<u>The Court requests a complete briefing on the Motion to Dismiss the Indictment [190] – opposition by the Government is to be filed by June 20th with a reply to be filed be the Defendant on June 25th and argument to take place on June 28, 2019 at 9:00 a.m.</u>

<u>The Government is given leave to file a motion with respect to attorney work product.</u>