# EXHIBIT A

William Hodes' Federal court bar memberships include:

- Supreme Court of the United States
- United States Court of Appeals for the Seventh Circuit
- United States District Court for the Southern District of Indiana

William Hodes has also been admitted to practice law in the State of Indiana by the Supreme Court of Indiana. His bar number in Indiana is 21444-49.