IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:18-cr-000457, Case Name US v. Bijan Rafiekian, et al.
Party Represented by Applicant: Non-Party Michael J Flynn

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Sidney Powell
Bar Identification Number 16209700    State TX
Firm Name Sidney Powell P.C.
Firm Phone # (214) 707-1775    Direct Dial # NA    FAX # NA
E-Mail Address Sidney@federalappeals.com
Office Mailing Address 2911 Turtle Creek Blvd., #300, Dallas, TX 75219

Name(s) of federal court(s) in which I have been admitted See Exhibit A attached

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ___ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court, that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    June 12, 2019
Jesse R Binnall    (Date)
(Typed or Printed Name)    79292
    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid ✓ or Exemption Granted ___

The motion for admission is GRANTED ✓ or DENIED ___

/s/
Anthony J. Trenga
United States District Judge
(Judge's Signature)    June 17 2019
    (Date)

## EXHIBIT A

United States Supreme Court

United States Court of Appeals for the Second Circuit

United States Court of Appeals for the Fourth Circuit

United States Court of Appeals for the Fifth Circuit

United States Court of Appeals for the Ninth Circuit

United States Court of Appeals for the Tenth Circuit

United States Court of Appeals for the Eleventh Circuit

United States Court of Appeals for the Federal Circuit

United States District Court for the Northern District of Texas

United States District Court for the Southern District of Texas

United States District Court for the Western District of Texas