UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Criminal Case No. 1:18-cr-00457 |
| **BIJAN RAFIEKIAN,** *et al.*, | |
| Defendants. | |

### NON-PARTY MICHAEL T. FLYNN'S MOTION TO INTERVENE AND FILE *EX PARTE* BRIEFING

Non-Party Michael T. Flynn ("General Flynn"), respectfully moves to intervene in this matter for the limited purpose of filing *ex parte* briefing addressing the redactions in the twenty-seven (27) documents to be submitted to the Court for an *in camera* inspection, pursuant to the June 12, 2019 Order (Dkt No. 209) granting Defendant Bijan Rafiekian's Motion for *In Camera* Inspection of Attorney-Client Communications. Dkt No. 157. General Flynn requests that he be permitted to file an *ex parte* brief no later than June 24, 2019, or at such other time as the Court may direct. The grounds for this Motion are set forth in the accompanying memorandum. The government does not oppose this motion.

Dated: June 18, 2019  /s/ Jesse R. Binnall
Jesse R. Binnall, VSB No. 79292
Philip J. Harvey, VSB No. 37941
Harvey & Binnall, PLLC
717 King Street, Suite 300

Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnalll@harveybinnall.com

Sidney Powell
Sidney Powell, P.C.
2911 Turtle Creek Blvd., Suite 300
Dallas, Texas 75219
Tel: (352) 630-5788
sidney@federalappeals.com
*Admitted Pro Hac Vice*

W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, Florida 32162
Tel: (352) 399-0531
Fax: (352) 240-3489
*Admitted Pro Hac Vice*

*Counsel for Non-Party Michael T. Flynn*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 18, 2019, I filed the foregoing in the office of the Clerk, which will provide notice to all counsel of record, using the CM/ECF system.

/s/ Jesse R. Binnall
Jesse R. Binnall, VSB # 79292
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com

*Counsel for Non-Party Michael T. Flynn*
