UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Criminal Case No. 1:18-cr-00457 |
| **BIJAN RAFIEKIAN,** *et al.***,** | |
| Defendants. | |

### [PROPOSED] ORDER GRANTING NON-PARTY MICHAEL T. FLYNN'S MOTION TO INTERVENE AND FILE *EX PARTE* BRIEFING

Before the Court is Non-Party Michael T. Flynn's ("General Flynn") Motion to Intervene and File *Ex Parte* Briefing. Upon consideration of the motion and the brief in support of the motion, the motion is GRANTED. General Flynn may intervene for the limited purpose of filing *ex parte* briefing addressing the redactions in the twenty-seven (27) documents to be submitted to the Court for an in camera inspection, pursuant to its June 12, 2019 Order (Dkt No. 209). The brief shall be filed *ex parte* in chambers on or before June 24, 2019.

It is so ORDERED.

Dated: _____        _____
                                                                    Anthony J. Trenga
                                                                    United States District Court Judge