UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal Case No. 1:18-CR-457 (AJT) |
| BIJAN RAFIEKIAN, et al. | : |

### DEFENDANT BIJAN RAFIEKIAN'S MOTION TO COMPEL CLASSIFIED STATEMENT OF DEFENDANT AND RELATED DOCUMENTATION

Defendant Bijan Rafiekian, through counsel, respectfully requests that the Court order the government to produce certain statements made by Mr. Rafiekian and related materials as required under Fed. R. Crim. P. 16(a) and the doctrine and progeny of *Brady v. Maryland*. The grounds for this motion are set forth in the accompanying *ex parte* memorandum of law.

Dated: June 18, 2019

Respectfully submitted,

/s/
Mark J. MacDougall (*Pro Hac Vice*)
Stacey H. Mitchell (*Pro Hac Vice*)
John C. Murphy (*Pro Hac Vice*)
Adam A. Bereston (*Pro Hac Vice*)
Samantha J. Block (*Pro Hac Vice*)
*Counsel for Bijan Rafiekian*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 887-4000
Fax: (202) 887-4288
E-mail: mmacdougall@akingump.com
shmitchell@akingump.com