Filed with the Classified
Information Security Officer
CISO _____
Date 6/18/2019

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| v. | : | Criminal Case No. 1:18-CR-457 (AJT) |
| **BIJAN RAFIEKIAN, et al.** | : | |

## CIPA SECTION 5 NOTICE
### (Supplement Number 1)