UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | :   **Criminal Case No. 1:18-CR-457 (AJT)** |
| | : |
| **BIJAN RAFIEKIAN, et al.** | : |

**[PROPOSED] ORDER**

Upon consideration of Defendant Rafiekian's Motion for Leave to file Sur-reply to Government's Supplemental Response to Defendant's Motion *in Limine* to Exclude Out-of-Court Statements by Co-conspirators, any opposition thereto, any reply in further support thereof, and the entire record herein, for good cause shown, it is this _____ day of _____, 2019, hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Court will accept and consider Defendant's sur-reply.

**SO ORDERED.**

_____
The Honorable Anthony J. Trenga
United States District Judge