# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Criminal Case No. 1:18-CR-457 (AJT)** |
| | : | |
| **BIJAN RAFIEKIAN, et al.** | : | |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Leave to file Sur-reply to Government's Memorandum Regarding Crime-Fraud Exception to the Work Product Doctrine filed by defendant Bijan Rafiekian, any opposition thereto, any reply in further support thereof, and the entire record herein, for good cause shown, it is this _____ day of _____, 2019, hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Court will accept and consider Defendant's sur-reply, which is attached to Defendant's Motion for Leave as Exhibit A.

**SO ORDERED.**

_____
The Honorable Anthony J. Trenga
United States District Judge