## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Criminal Case No. 1:18-CR-457 (AJT)** |
| | : | |
| **BIJAN RAFIEKIAN** | : | |
| | : | |
| **and** | : | |
| | : | |
| **KAMIL EKIM ALPTEKIN,** | : | |
| | : | |
| **Defendants.** | : | |

## DEFENDANT BIJAN RAFIEKIAN'S EMERGENCY MOTION
## FOR LEAVE TO REMOVE AND REPLACE DOCUMENT NO. 230-1

Defendant, through counsel, respectfully requests that the Court withdraw Document No. 230-1, the proposed sur-reply attached as Exhibit A to Mr. Rafiekian's Motion for Leave to File Sur-Reply to the Government's Supplemental Response to Defendant's Motion to Exclude Co-Conspirator Statements, and substitute it with the document attached to this motion.

The exhibit contains personal identifying information and information that the parties agreed would be kept confidential and should be replaced to protect the parties' privacy. Defendant has attached hereto a redacted version of the relevant exhibit.

WHEREFORE, Defendant respectfully requests that the Court remove and replace the exhibit identified above.

Dated:  June 27, 2019

Respectfully submitted,

*/s/*_____
Mark J. MacDougall (*Pro Hac Vice*)
Stacey H. Mitchell (*Pro Hac Vice*)
*Counsel for Bijan Rafiekian*
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW

Washington, DC 20036
Telephone:  (202) 887-4000
Fax:  (202) 887-4288
E-mail:   mmacdougall@akingump.com
             shmitchell@akingump.com


/s/
Robert P. Trout (VA Bar # 13642)
*Counsel for Bijan Rafiekian*
Trout Cacheris & Solomon PLLC
1627 Eye Street, NW
Suite 1130
Washington, DC 20006
Telephone:  (202) 464-3311
Fax:  (202) 463-3319
E-mail:   rtrout@troutcahceris.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the 27th day of June 2019, true and genuine copies of

Defendant's Emergency Motion for Leave to Remove and Replace Document No. 230-1 and

Proposed Order were sent via electronic mail by the Court's CM/ECF system to the following:

    James P. Gillis
    John T. Gibbs
    Evan N. Turgeon
    U.S. Attorney's Office (Alexandria-NA)
    2100 Jamieson Avenue
    Alexandria, VA 22314
    Telephone:  (703) 299-3700
    Email:   james.p.gillis@usdoj.gov
             john.gibbs@usdoj.gov
             evan.turgeon@usdoj.gov

                                        _/s/_____
                                        Robert P. Trout (VA Bar # 13642)