UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal Case No. 1:18-CR-457 (AJT)** |
| | : | |
| **BIJAN RAFIEKIAN** | : | |
| | : | |
| and | : | |
| | : | |
| **KAMIL EKIM ALPTEKIN,** | : | |
| | : | |
| **Defendants.** | : | |

**[PROPOSED] ORDER**

Upon consideration of Defendant Rafiekian's Emergency Motion For Leave to Remove and Replace Document No. 230-1, any opposition thereto, any reply in further support thereof, and the entire record herein, for good cause shown, it is this _____ day of _____, 2019 hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Document No. 230-1 is removed and replaced with the attached Revised document.

**SO ORDERED.**

_____
The Honorable Anthony J. Trenga
United States District Judge