UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

Filed with the Classified
Information Security Officer
CISO _____
Date _____6/27/19_____

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 1:18-CR-457 (AJT) |
| ) | |
| v. ) | IN CAMERA AND UNDER SEAL |
| BIJAN RAFIEKIAN and ) | |
| KAMIL EKIM ALPTEKIN, ) | |
| ) | |
| Defendants ) | |

## GOVERNMENT'S IN CAMERA, UNDER SEAL NOTICE PURSUANT TO CIPA SECTIONS 6(a) AND 6(b) OF OBJECTIONS CONCERNING PARTICULARITY OF NOTICE AND USE, RELEVANCE, AND ADMISSIBILITY OF CLASSIFIED INFORMATION