UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | :|
| v. | : Criminal Case No. 1:18-CR-457 (AJT) |
| BIJAN RAFIEKIAN | : |
| and | : |
| KAMIL EKIM ALPTEKIN, | : |
| Defendants. | : |

### ORDER

Upon consideration of Defendant Rafiekian's Emergency Motion For Leave to Remove and Replace Document No. 230-1, any opposition thereto, any reply in further support thereof, and the entire record herein, for good cause shown, it is this 27th day of June, 2019 hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Document No. 230-1 is removed and replaced with the attached Revised document.

**SO ORDERED.**

/s/
Anthony J. Trenga
United States District Judge

The Honorable Anthony J. Trenga
United States District Judge