# UNITED STATES DISTRICT COURT
# CRIMINAL MOTION MINUTES

Date: **6/28/2019**　　　　　　　　　Judge:　　Anthony J. Trenga
Time: **10:31 – 12:13**　　　　　　　Reporter:　Rebecca Monroe (Casamo)
　　　　　　　　　　　　　　　　　　Deputy Clerk:　Dani Zirk

Case Number: **1:18-CR-457-1**

### UNITED STATES OF AMERICA

vs.

### BIJAN RAFIEKIAN　　　　　___ Present　　**X** Not Present

| Counsel for Defendant Rafiekian | Counsel for Government |
|---|---|
| **Stacey Mitchell** | **Evan Turgeon** |
| **James Tysse** | **James Gillis** |
| **Adam Bereston** | **John Gibbs** |
| **Samantha Block** | **S. Katie Sweeten** |

PROCEEDINGS:

Motion to/for:
Motion to Dismiss *the Indictment* [190] by deft.
Motion in Limine *To Establish Crime-Fraud Exception* (to the work product doctrine) [173] by govt.

Argued and
(  ) Granted　　　　　　(  ) Denied　　　(  ) Granted in part/Denied in part
(**X**) Taken Under Advisement　　　　　(  ) Continued to

Order to follow.

Docket Call set for Monday, 7/1/2019 at 2:00 p.m.