UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| BIJAN RAFIEKIAN, *et al.*, ) | Case Number 1:18-cr-457-AJT-1 |
| ) | |
| Defendants. ) | |
| _____ ) | |

## ORDER

By order dated June 12, 2019 [Doc. No. 209], the Court directed Non-Party Covington & Burling LLP ("Covington") to produce to the Court for *in camera* review unredacted versions of 27 documents that Covington had previously produced to Defendant Bijan Rafiekian ("Rafiekian") in redacted form in response to Rafiekian's March 5, 2019 subpoena [Doc. No. 67] and this Court's April 9, 2019 order [Doc. No. 101]. On June 18, 2019, Non-Party Michael T. Flynn ("Flynn") moved to intervene and file *ex parte* briefing addressing the redactions in the documents to be submitted for *in camera* review. [Doc. No. 219]. On June 19, 2019, the Court received Covington's production of the unredacted documents, which was accompanied by a letter from Covington requesting that the Court allow Flynn's new counsel to address the Court *ex parte* as to any questions regarding the redactions. Upon consideration of the unredacted documents produced by Covington, it is hereby

ORDERED that Non-Party Michael T. Flynn's Motion to Intervene and File *Ex Parte* Briefing [Doc. No. 219] be, and the same hereby is, GRANTED; and it is further

ORDERED that Non-Party Michael T. Flynn is directed to file with the Court on or before July 8, 2019 *ex parte* briefing as to why the redactions in the following documents do not pertain to Covington's representation of Flynn Intel Group, Inc. and/or the FARA filing:

1

- Rafiekian_EDVA_00009799 – Page 1, bottom redaction
- Rafiekian_EDVA_00017651 – Page 5, bottom redaction
- Rafiekian_EDVA_00023166 – Page 2, all redactions

The Clerk is directed to forward copies of this Order to all counsel of record and to Non-Parties Covington & Burling LLP and Michael T. Flynn.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
June 28, 2019