UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | Criminal Case No. 1:18-CR-457 (AJT) |
| BIJAN RAFIEKIAN, et al. | : | |

## WAIVER OF APPEARANCE

The defendant, Bijan Rafiekian, having been advised by his counsel of his right to be present for all proceedings in this case, hereby confirms that he waives his right to appear for the motions hearing on June 28, 2019.

_____  6/28/2019
Bijan Rafiekian                Date

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 29th day of June 2019, true and genuine copies of the Waiver of Appearance were sent via electronic mail by the Court's CM/ECF system to the following:

James P. Gillis
John T. Gibbs
Evan N. Turgeon
U.S. Attorney's Office (Alexandria-NA)
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3700
Email: james.p.gillis@usdoj.gov
john.gibbs@usdoj.gov
evan.turgeon@usdoj.gov

/s/
Robert P. Trout (VA Bar # 13642)