IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Filed with the Classified
Information Security Officer
CISO [signature]
Date 7/1/2019

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 1:18-CR-457 (AJT) |
| | ) | |
| v. | ) | IN CAMERA, EX PARTE |
| | ) | |
| BIJAN RAFIEKIAN and | ) | AND UNDER SEAL |
| KAMIL EKIM ALPTEKIN, | ) | |
| | ) | |
| Defendants | ) | |

**GOVERNMENT'S RESPONSE TO**
**DEFENDANT'S MOTION TO COMPEL**