UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | **Criminal Case No. 1:18-cr-00457** |
| **BIJAN RAFIEKIAN,** *et al.*, | |
| Defendants. | |

## NON-PARTY MICHAEL T. FLYNN'S RESPONSE TO COURT ORDER ADDRESSING DOCUMENT REDACTION ISSUES

Pursuant to this Court's order granting non-party Michael T. Flynn leave to intervene and address issues of his privilege, undersigned counsel for Mr. Flynn and separate counsel for Flynn International Group ("FIG") have reviewed the three (3) documents specified in this Court's order Dkt. 237.

Without waiving any privilege of Mr. Flynn or FIG, or the work-product doctrine, with respect to any other documents or issues, Mr. Flynn and FIG have no objection to disclosing the passages specified in the Court's order Dkt. 237. Specifically this includes:

- Rafiekain_EDVA_00009799 – Page 1, bottom redaction
- Rafiekian_EDVA_00017651 – Page 5, bottom redaction
- Rafiekian_EDVA_00023166 – Page 2, all redactions

Since this response does not substantively discuss privileged communications, Mr. Flynn does not object to this document being publicly filed.

Dated: July 2, 2019    Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall, VSB No. 79292
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnalll@harveybinnall.com

Sidney Powell
Sidney Powell, P.C.
2911 Turtle Creek Blvd., Suite 300
Dallas, Texas 75219
Tel: (352) 630-5788
sidney@federalappeals.com
Admitted *Pro Hac Vice*

W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, Florida 32162
Tel: (352) 399-0531
Fax: (352) 240-3489
Admitted *Pro Hac Vice*

*Counsel for Non-Party Michael T. Flynn*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2019, I filed the foregoing with CM/ECF, which will serve a copy on all counsel of record.

/s/ Jesse R. Binnall
Jesse R. Binnall, VSB # 79292
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com

*Counsel for Non-Party Michael T. Flynn*
