IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:18-CR-457-AJT |
| ) | |
| BIJAN RAFIEKIAN, *et al.*, ) | **UNDER SEAL** |
| ) | |
| Defendants. ) | |

## NONDISCLOSURE ORDER

The United States has filed an *ex parte* Motion in which it has requested that the Court place under seal a Notice of Correction to the Record stating that the government will not be calling General Flynn as a witness in its case-in-chief on the ground that any public disclosure of that Notice at this time may affect the impartiality of the venire panel selected to hear this case and that the Notice should not be publicly disclosed until after the jury returns a verdict. Upon consideration of the *ex parte* Motion of the government, and the Court having found good cause for the entry of this Order, including the reasons stated in the government's motion, it is hereby

ORDERED that the defendant, the defendant's counsel, Michael T. Flynn, and Flynn's counsel shall not disclose to anyone the existence of this Order or the Government's Notice of Correction to the Record, to be filed, unless otherwise ordered by the Court; and it is further

ORDERED that the Court will hold a hearing at 10:00 a.m. on Tuesday, July 9, 2019 on whether this Order and the Government's Notice of Correction of the Record shall remain under seal.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
July 3, 2019