IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:18-CR-457 |
| v. | ) | |
| | ) | The Honorable Anthony J. Trenga |
| BIJAN RAFIEKIAN, et al., | ) | |
| | ) | Trial: July 15, 2019 |
| Defendants. | ) | |
| | ) | |

## MOTION FOR PERMISSION TO USE ELECTRONIC DEVICES, DOCUMENT CAMERA, AND TRIAL PRESENTATION SOFTWARE

The United States respectfully requests that this Honorable Court permit the government to make use of the document camera in the courtroom and trial presentation software (such as Trial Director) to publish to the witnesses and to the jury admitted documents, as permitted by the Court during the upcoming trial. In support of this motion, the government attaches a completed request for authorization to bring electronic devices into the Courthouse as well as a request to use the Court's Evidence Presentation System.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

/s/
Evan N. Turgeon Trial Attorney
Counterintelligence
and Export Control Section National
Security Division
United States Department of Justice 950
Pennsylvania Avenue, NW Washington,
DC 20530
(202) 353-0176
Evan.Turgeon@usdoj.gov

By: /s/
James P. Gillis
Virginia Bar No. 65055
John T. Gibbs
Virginia Bar No. 40380
Assistant United States Attorneys
The Justin W. Williams
    United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
(703) 299-3982 (fax)
James.P.Gillis@usdoj.gov ibbs@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically generated a Notice of Electronic Filing (NEF) to counsel of record.

By:        /s/
James P. Gillis
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone (703) 299-3700

## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):   _____

_____

_____

Electronic Device(s):   _____

_____

_____

Purpose and Location
Of Use:   _____

Case No.:   _____

Date(s) Authorized:   _____

IT Clearance Waived:   _____(Yes)   _____(No)

APPROVED BY:

Date:_____   _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:   _____   _____
IT Staff Member   Date(s)

**IT clearance must be completed, unless waived, before court appearance.**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

**Request to Use the Court's Evidence Presentation System**

I hereby request the use of the court's evidence presentation system and permission to bring a laptop computer into the courthouse to utilize with the system. I acknowledge that I have read, understand, and agree to follow all of the guidance available to me on the court's website regarding usage of the presentation system and my computer, as well as those items specifically addressed below:

- If necessary, I will schedule an orientation to ensure that I have all equipment necessary and understand how the system operates. I must obtain written authorization from chambers to bring a laptop computer to the scheduled orientation. Orientation provides instruction on use of the court's evidence presentation system and an opportunity for testing my laptop computer connections. Practicing presentations and preparing witnesses are not authorized without court approval.

- The court does not provide any equipment for in-court presentations such as scanned documents, animations, graphics, audio and video files from VHS, CD, DVD, Blu-ray, or external drives like a USB thumb drive. All files must be presented from my laptop computer.

- I am responsible for operating the evidence presentation system, and court employees are not authorized to operate my laptop computer. My staff, litigation support contractors, and I are not authorized to remove, relocate, or reconfigure any of the court's evidence presentation system equipment.

- Wi-Fi or any other wireless access to data, webcams, and any recording capabilities on my laptop computer must be disabled while in the courthouse. Visible evidence, such as red tape, may be placed over the webcam to prevent video recording.

- Internet service is not provided by the court in the courtroom.

I further agree, as directed by the court, to make any approved system available for, and assist with, inspection by court staff.

_____                    _____
(Signature)                                                                                            (Date)

_____                    _____
(Typed or Printed Name)                                                                     (VA Bar Number)