IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Filed with the Classified
Information Security Officer
CISO _____
Date 7/5/2019

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:18-cr-457 (AJT) |
| BIJAN RAFIEKIAN | ) |
| | ) Filed with CISO |
| and | ) **Ex Parte and In Camera** |
| | ) |
| KAMIL EKIM ALPTEKIN, | ) |
| | ) |
| Defendants. | ) |

## CLASSIFIED ORDER