IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:18-cr-457 (AJT) |
| BIJAN RAFIEKIAN | ) | |
| | ) | Filed with CISO |
| and | ) | **In Camera and Under Seal** |
| | ) | |
| KAMIL EKIM ALPTEKIN, | ) | |
| | ) | |
| Defendants. | ) | |

Filed with the Classified
Information Security Officer
CISO M‌‌‌‌‌‌‌‌‌‌‌‌
Date 7/5/2019

## CLASSIFIED ORDER