UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal Case No. 1:18-CR-457 (AJT)** |
| | : | |
| **BIJAN RAFIEKIAN, et al.** | : | |

### DEFENDANT RAFIEKIAN'S NON-CONFIDENTIAL SUPPORTING MEMORANDUM

Pursuant to Local Criminal Rule 49(D), Mr. Rafiekian, through counsel, respectfully moves the Court for leave to file under seal a memorandum in response to the government's *ex parte* motion dated July 3, 2019.

The Court has inherent power to seal submitted materials. *See In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984) ("The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests."); *Am. Civil Liberties Union v. Holder*, 673 F.3d 245, 255–56 (4th Cir. 2011).

Mr. Rafiekian's memorandum responds to the government's *ex parte* motion regarding its change in position on the eve of trial. The government had the opportunity to make its argument. In an effort to preserve the Court's time, Mr. Rafiekian now seeks to address the government's assertions in advance of the hearing scheduled for July 9, 2019. However, because the government filed its motion *ex parte* and under seal, Mr. Rafiekian may only address the government's motion by also filing under seal.

Accordingly, Mr. Rafiekian seeks an Order granting his request for leave to file his response memorandum under seal.

Dated: July 5, 2019                                                                 Respectfully submitted,

/s/ _____
Mark J. MacDougall (*Pro Hac Vice*)
Stacey H. Mitchell (*Pro Hac Vice*)
John C. Murphy (*Pro Hac Vice*)
Adam A. Bereston (*Pro Hac Vice*)
Samantha J. Block (*Pro Hac Vice*)
*Counsel for Bijan Rafiekian*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW
Washington, DC 20006
Telephone:  (202) 887-4000
Fax:  (202) 887-4288
E-mail:   mmacdougall@akingump.com
               shmitchell@akingump.com


/s/ _____
Robert P. Trout (VA Bar # 13642)
*Counsel for Bijan Rafiekian*
Trout Cacheris & Solomon PLLC
1627 Eye Street, NW
Suite 1130
Washington, DC 20006
Telephone:  (202) 464-3311
Fax:  (202) 463-3319
E-mail:   rtrout@troutcahceris.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the 5th day of July 2019, true and genuine copies of Defendant Bijan Rafiekian's Memorandum in Support of his Motion for Leave to File Under Seal was sent via electronic mail by the Court's CM/ECF system to the following:

James P. Gillis
John T. Gibbs
Evan N. Turgeon
U.S. Attorney's Office (Alexandria-VA)
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone:  (703) 299-3700
Email:   james.p.gillis@usdoj.gov
             john.gibbs@usdoj.gov
             evan.turgeon@usdoj.gov


/s/ _____
Robert P. Trout (VA Bar # 13642)