UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Case No. 1:18-CR-457 (AJT) |
| | : | |
| BIJAN RAFIEKIAN, et al. | : | |

## ORDER

Upon consideration of Defendant Rafiekian's Motion for Leave to file Sur-reply to Government's Supplemental Response to Defendant's Motion *in Limine* to Exclude Out-of-Court Statements by Co-conspirators, any opposition thereto, any reply in further support thereof, and the entire record herein, for good cause shown, it is this 8th day of July, 2019, hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Court will accept and consider Defendant's sur-reply.

**SO ORDERED.**

/s/
Anthony J. Trenga
United States District Judge
The Honorable Anthony J. Trenga
United States District Judge