UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case Number 1:18-cr-457-AJT-1 |
| BIJAN RAFIEKIAN, *et al.*, | ) **UNDER SEAL** |
| Defendants. | ) |

## ORDER

Upon consideration of Defendant Bijan Rafiekian's sealed Motion for July 8, 2019 Hearing on Nondisclosure Order and Government's Notice of Correction to the Record [Doc. No. 249], and the lack of objection thereto, it is hereby

ORDERED that the under seal hearing on Defendant Bijan Rafiekian's Motion for July 8, 2019 Hearing on Nondisclosure Order and Government's Notice of Correction to the Record [Doc. No. 249] currently scheduled for July 9, 2019 at 10:00 a.m. be, and the same hereby is, ADVANCED to July 8, 2019 at 2:00 p.m.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
July 8, 2019