

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:18-CR-457-AJT |
| | ) | |
| BIJAN RAFIEKIAN, *et al.*, | ) | **UNDER SEAL** |
| | ) | |
| Defendants. | ) | |

## NOTICE OF CORRECTION TO THE RECORD

At the June 13, 2019, hearing, the following colloquy took place between the Court and

the attorney for the government:

> THE COURT:   Let me ask you this.  It's not in the indictment.  Is the government
>
> alleging that Mr. Flynn was part of this conspiracy?
>
> MR. GILLIS:   We are not, Your Honor.
>
> THE COURT:   Right.  So you're not presenting any statements by him, any testimony
>
> – there would be no evidence from him as to the existence of the
>
> conspiracy?
>
> MR. GILLIS:   Well, Your Honor – no, Your Honor, as to that. There will certainly be
>
> testimony from General Flynn.  And from that testimony, the jury
>
> could draw a reasonable inference that there was a conspiracy, but we
>
> are not – we do not contend that General Flynn was a part of that
>
> conspiracy.

Tr. 65.

The government must amend this representation.  At trial, the government will ask the

Court to find, based upon a preponderance of the evidence presented at trial, that Flynn was a co-

conspirator in the conspiracy charged in the superseding indictment.  The government will introduce out-of-court statements by Flynn pursuant to FED. R. EVID. 801(d)(2)(E).  The government does not plan to call Flynn as a witness in its case-in-chief.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

/s/ _____

Evan N. Turgeon
Trial Attorney
Counterintelligence
    and Export Control Section
National Security Division
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 353-0176
Evan.Turgeon@usdoj.gov

By: _____ /s/ _____

James P. Gillis
Virginia Bar No. 65055
John T. Gibbs
Virginia Bar No. 40380
Assistant United States Attorneys
The Justin W. Williams
    United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
(703) 299-3982 (fax)
James.P.Gillis@usdoj.gov
John.Gibbs@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2019, I sent the foregoing by email to counsel for the defendant and to counsel for Michael T. Flynn.

Respectfully submitted,

/s/
James P. Gillis
Assistant United States Attorney