# EXHIBIT D

| From: | Gillis, James P. (USAVAE) |
|---|---|
| To: | Trout, Robert (External); Mitchell, Stacey; MacDougall, Mark |
| Cc: | Gibbs, John (USAVAE); Turgeon, Evan (NSD) (JMD); Horsford, Latoya (USAVAE) |
| Subject: | United States v. Rafiekian |
| Date: | Tuesday, July 2, 2019 11:39:55 AM |

**\*\*EXTERNAL Email\*\***

Dear Bob, Stacey, and Mark,

According to General Flynn's counsel, Flynn did not provide his Covington attorneys with any untruthful information, he did not read the FARA filing when he signed it, and he was not aware at the time that he signed the FARA filing that it contained the false statements and omissions that are listed in paragraph 5 of his statement of offense. According to Flynn's counsel, he agrees that the statements in the FARA filing are, in fact, false and misleading. According to Flynn's counsel, his testimony would remain consistent with the facts of his plea colloquy, his statement of the offense, and his testimony before the grand jury. We do not necessarily agree with these characterizations.

Best,

Jim

James P. Gillis
Assistant United States Attorney
office: (703) 299-█
mobile: █