



**MARK J. MACDOUGALL**
+1 202.887.4510/fax: +1 202.887.4288
mmacdougall@akingump.com

July 5, 2019

VIA HAND DELIVERY

Fernando Galindo, Clerk of Court
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Clerk's Office
Alexandria, VA 22314

    Re:   *United States of America v. Bijan Rafiekian, et al.*, No. 1:18-cr-00457-AJT,
           Pleadings Filed Under a Motion for Leave to File Under Seal

Dear Mr. Galindo:

    Enclosed for filing under seal in the above-referenced matter, please find an original of Defendant Bijan Rafiekian's Memorandum Regarding Notice of Correction to the Record.

    Also enclosed is one copy of the Memorandum to be file-stamped and returned to me via the awaiting messenger.

                            Sincerely,

                            /s/

                            Mark J. MacDougall
                            Partner

Enclosures


Cc:   Robert P. Trout
       Stacey H. Mitchell