UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Case No. 1:18-cr-00457 |
| BIJAN RAFIEKIAN, *et al.*, | |
| Defendants. | |

### [Proposed] Order Granting Non-Party Flynn's Motion to File Under Seal

This matter is before the Court on Non-Party Michael Flynn's motion to file a memorandum under seal. The Court makes the following findings:

(1) Mr. Flynn seeks to file a memorandum relating to submissions made by the government which are under seal;

(2) Sealing is appropriate when referring to documents already under seal by court order. *See* Local Rule 49(D). This Court has already held that matters to which Mr. Flynn's memorandum refers should be sealed pursuant to the test outlined in *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 602-03 (1978) (discussing the public's right to access court documents).

(3) Thus, the Court finds that Mr. Flynn's brief should also be sealed for as long as the sealed information underlying the brief is sealed.

(4) No procedures other than sealing would protect the information subject to

sealing.

For these reasons and the reasons stated in Flynn's motion and its attached non-confidential memorandum, the motion is GRANTED and Mr. Flynn's confidential memorandum, DCT. No. \_\_\_, shall be sealed until further order of the Court.

Dated: _____          _____
       Alexandria, Virginia                 Anthony J. Trenga
                                            United States District Court Judge