UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Case No. 1:18-cr-00457 |
| BIJAN RAFIEKIAN, *et al.*, | |
| Defendants. | |

### Non-Party Michael Flynn's Non-Confidential Memorandum in Support of Motion for Leave to File a Sealed Document

Non-Party Michael T. Flynn will file a brief responding to a recent government submission. It will relate to material that is already under seal, pursuant to order of the Court. *See* Local Rule 49(D) (providing for the submission of confidential memoranda regarding motions to seal); *see also Nixon v. Warner Communications, Inc.,* 435 U.S. 589, 602-03 (1978) (describing the test considered when determining documents to which the public has a right of access). His brief should be under seal only as long as the material to which it references remains under seal. Once the underlying material is no longer under seal, the brief should be published on the public docket.

Dated: July 8, 2019    Respectfully submitted,

/s/ Jesse R. Binnall
Jesse R. Binnall, VSB No. 79292

Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnalll@harveybinnall.com

Sidney Powell
Sidney Powell, P.C.
2911 Turtle Creek Blvd., Suite 300
Dallas, Texas 75219
Tel: (352) 630-5788
sidney@federalappeals.com
Admitted *Pro Hac Vice*

W. William Hodes
The William Hodes Law Firm
3658 Conservation Trail
The Villages, Florida 32162
Tel: (352) 399-0531
Fax: (352) 240-3489
Admitted *Pro Hac Vice*

*Counsel for Non-Party Michael T. Flynn*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2019, I filed the foregoing in the office of the Clerk, which will provide notice to all counsel of record, using the CM/ECF system.

/s/ Jesse R. Binnall
Jesse R. Binnall, VSB # 79292
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
jbinnall@harveybinnall.com

*Counsel for Non-Party Michael T. Flynn*