# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL T. FLYNN,<br><br>Defendant | Crim. No. 17-232 (EGS) |

### JOINT STATUS REPORT

COMES NOW, the United States of America, by and through Special Counsel Robert S. Mueller, III, and the defendant through his counsel, and file this joint status report to provide the Court with the current status of this matter.

1. On December 18, 2018, the Court held a sentencing hearing in this matter. The defendant requested a continuance at that hearing, "to allow him to complete [his] cooperation" in a related case charged in the Eastern District of Virginia ("EDVA"). *See* Dec. 18, 2018 Sentencing Hearing Transcript, at 46-47. The Court granted the defendant's request and ordered the parties to file a status report by no later than March 13, 2019.

2. At this time, the defendant continues to request a continuance since the case in EDVA has not been resolved, and there may be additional cooperation for the defendant to provide pursuant to the plea agreement in this matter. A trial in the EDVA case is scheduled to begin on July 15, 2019. Accordingly, the defendant respectfully requests that the parties provide a status report within 90 days.

3. The government takes no position on the defendant's request for a continuance. However, while the defendant remains in a position to cooperate with law enforcement authorities, and could testify in the EDVA case should it proceed to trial, in the government's view his cooperation is otherwise complete.

Respectfully submitted,

ROBERT S. MUELLER, III
Special Counsel
BRANDON L. VAN GRACK
ZAINAB N. AHMAD
Senior Assistant Special Counsels

ROBERT K. KELNER
STEPHEN P. ANTHONY
Attorneys for Defendant

2