# EXHIBIT 2

A·C-WP-PAC

ME
No others
Levicks - W. Coast - Levyx - Iranian American founder.
Brainwave - Bluesky - Dead media combine

Advise - Advise, consult Business development

Introduced Lougie to Verizon
Founder Dr. "Reza Sadri" - grew up in US.

Brainwave Science - Advisor to the company
India American Krishna Sarhe
US Company in Massachusetts
Trip to Iran Entrance
Trained it in enforcement - FBI
Founder may have reached out to government
Business development → Sales and revenue

Inav. - Con bow
Vice Chair - Bijan
"Aynor" Alptekin - Serves on Turkish-American Business Council
McLaren Commission - Iranian American New Years
My call rep. Anderson.

July/April 2016 - Bijl discussions
Consult for Inov. Post Conf.
Crake confidence in Turkish business to trust in Turkey

Agreed to consult to Inov. August 9
Advising Consult Services to Inov. Crake confidence &
trust in Turkey

MTF-EDVA00047

Post Convention - August 5-11 in Turco
   Duty of Campaign and Trump
   Busy schedule

Bijan - Vice chairman Jo2
Mike and 35%    ) reviewing house
                                                                           small 2,1

Mike has LLC for both and speaking

Bijan - Iranian American - BDS naturalized
   Former member of Ex Im
   Served but no class
   From B Dialog of state of Cl.

Nelrouse Committee, USA, Iranian-American SLA

Again - is Fm. Invo.
Bijan longs twin to FIG.

Conversation on what we would do.
Come to DC. Friday afternoon phone calls to Agmin
   Update on our effort
   2 x calls ≈ 30 minutes each

Agmin set up meeting in September.
   Minister of Turkey in NY for UNGA
   met w minister - Transportation and Foreign
   w/ Woolsey, Agmin, Bijan -
   30 - 45 minutes.

MTF-EDVA00048

RK - Petuk?
MF - only in the engagement - Sil
 Could ask for Again on how we'd do what we do
 Heard from then on the delays they're facing
 ≈ 2 months after corp.
 Research - how are things in Turkey

RK - Gulen?
MF - They did. Then we are of nothing
RK - Notes?
MF - Don't know of any - Maybe on Turkish side

K - Have emails from Mike's account
 use Virtue
MF 2
 FIG accounts shut down in December. except ME
 Bedzyed me and Bijan
 Have file Rot's backup of Bijan
 Can get the file from him
 Can't access his. Have mine and MF/
 Comil accounts - Virtue on top of certain emails
 He has access to them, we don't

 Virtru

K - Have some emails -

MTF-EDVA00049

K. need to sit w/ Turkish Minister?
MFI - yes had just come from other meeting on campaign side.
Talked about where we were @ that time
Were not very far

KK Research into Gulen - Tuan Anderson, Brian McCauley
↳ Advisor  ↳ principal
Project confidence. 75 pg report re Gulen   Turner FBI
Plan for Documentary on what they found, based on the report

Bijan says that report was our idea

RK - Specific contract. Celebrity of individuals.
Have retained film and production crew

MFI other emails that show details.
Mike Boston

FA - Findings and criminal referrals.
Sphere Consulting

MFI - Investigation we conducted
RK - Network in US.
MFI - Sphere brought in by Bijan.
To week video, story. Turkey able to invest in.
Confidence in the County to Invest
RK. op ed and over slower networks, plus criminal referrals
Charges carried out

MTF-EDVA00050

MF1 Left the details to Bijan

RK - Des Kelly - an LDI
MF1 - Sept/August - Abundance of caution
Rds Kelly - register - Don't know what that is
We'll be doing work for they make up.
Out of my depth
Kelly did work on underlying work.
RK - Kelly told not you
MF1 - yes.
KV - They asked B.b. About company.
Bijan told me it was Both company
Ask is atty.

Mike Boston responsible to oversee.
Bijan gave prices to everyone
MF1. I wasn't involved day to day
Conference calls and meetings
Contract is for 90 days.
Decided not to continue

RK - Captain Ahearn?
MF1 - Don't know.

KV - Bijan has access. Contradicted by emails
Trevs - Several company Amin is consulted.
Bijan said it's no bad luck smart in meetings

MTF-EDVA00051

KV: Ekim - emails show Turkey
    Mike copied on many of the emails
MF1 by October is journal packed - few hours only.
KV: Akin → Bijan and MF1 - August 4
    Money from Ministry

Bob Kelly - Sole podcaster - Counsel outside of the project
    Government behind it, and Mike copied.

RK- Call from Someone in of August.
    FARA advice - referred to other lawyer.

MF1 July 19 · Conversation -
    Did some spreads on LLC

MF2 - This project. Conv w/ Bijan on wire transfers
    to FIG and to Ekim
    Accepted payments from Inovo
    Ekim paid

KV: Contract 3 × 200k
    Second was 105
    The ask @ 105
    Bijan said no PR or Lobbying so sent them money back
    Hired Ekim to as consultant
MF2 · Never asked or doubted
KV - Trusted Bijan
    FIG shut down Nov 30.
MF2. He has the back up zip file. This FIG materials
KV - motion to preserve for disc or buying

MTF-EDVA00052

MF2 - Bijan acknowledged
KV - Shut down. Don't delete. end of November.

RK - Where is it?
MF2 - Google business. Archive data. - yes
It sends you an email of links
BD - Google may still have it? Paid ×?
MF2 - Yes paid by MF1 still has email.

RK - Do anything humanly possible.
Stroz?
MF2 - Han access to his email - look there, names.
[illegible] as may out of souls
bl M emails
KV - Lots of emails say Mike in charge
hid in meeting w/ us.

MF2. He didn't bring computer to meeting

RK - oped.

MF1 - Wanted it to go before the election. Stopped out
Hill picked it up
I've been very strong on Islam. Turkey funded Charter schools,
Russia trying to drive wedge.
Israel is now i's truest indeed + my title
Publish'd moderation on my part. Admin losing our ally - NATO
losing to Russia
Cuba was weak creating tensions

MTF-EDVA00053

RK - Connection to Inovo?
MF1 - Paying closer attention to it, got me thinking
  Book tour in Texas, Ron White
    Irving, texas Mayor - August - Challenges w/ Gülen charter
    Back on July 12 -                                           schools
  Wrote never op-ed
RK - Whose idea
MF1 - Joint to do it. I other ideas - He had other people edit
RK - First draft
MF1 - He did.
  Talked about way to _____ of project Confidence project.
MF2 - Elişm isn't comfortable - ⌧
KK - Given doc to review and edit
MF1 - Elişm say int'd the whole.
KK - Hank Cox, Sphere Consulting - had role in edit
  Sphere did the shopping of op ed

(Have 3 pm meeting @ GSA building.

1:07
Break to read documents
1:35

MTF-EDVA00054

RK - Client ? Control of FIG.

KV 35% MF ⟩ outstanding shares
   30% BA
                25% ashley - formerly    0.5% Dr. Abashi
                                         1.0% Dark Shore
MF1 Bijan is aware of letter.

RK - Sphere registered. November
   Documents - Gulan, op research, not commercial.

sphere do?
KV - Clipping, consulting — Positioned for the documentary.
RK - Stock lobbying?
RK - Counsel?
   Chinese Wall - PI.

Outreach Targets email

Oct 19 - met of state officials

RK - P/@rus 2
MF1 Show McCon the letter

———

Brian McCauley
Bijan
Micho Boston - only talked to Ekim ≈ 2 x
Paul Bechart → LAB

———

MF1 Spoke of Ekim a handful of times