# EXHIBIT 3

KV - @ spoke before.
 Documents in email to look @ him
 W/ first to read more carefully.
RK - David Laufman call. HH, CF, on call.
 Unrelated to stuff in the press.
 Time to collect and interview - facts.
 Possible draft requisition. To decision of client
 When telling? he asked Call and let us know able to talk.
 Read it - File or subpoena may follow.
 If file, possible they'll still look. Takes a lot of wind away.
 Focus is whether you register. Could audit the filing
 Subpoena less likely
Not yesterday?
RK - yes.

Conference of Flynn
2·14·17  4:30 pm
RK, KV, M Flynn, Lori

RK - Where we are. Told them is Jan we expected to file.
 Emails, docs, interviews - little evidence of business/financial.
 Except after the fact letter.
 Not discussed previously - after the fact.
 Tell to people involved. Little on oil field.
 Focus on Gulen, and a driv off EMRE focus on Gulen / Turkey
 Meeting of govt in September - tied to Confidence.
 Op-Ed. distributed by Sphere - paid thru contract.
 Op-ed on some topic → below
 LDA - only if Turkey not directly and est. prin. sending
 Email - green light Bijan industry, not confidence
 Other view - Ekim / Ratio, business - green light unrelated.
 We could fight it out. Lawsuit likely pursue. Court. expensive.
 Might win - but big fight
 Media storm. Conspiracy theories, etc.

MTF-EDVA00055

- Payments added to chat <del>[redacted]</del>
- Kept this from being factor
- FARA interconnected

MF - Filing lots - legality
   Smart thing to file. Be precise.
RK - Take time with the doc.
   High level - don't have the detail.
   Gaps to explore?
   Meet w/ Heather w/ the document.
   Address any of her concerns.
   Could send cover letter. Simple letter summarizing the position
      Cogent explanation of our position
   Careful of public statements - Interconnected. Can all blow back

MTF-EDVA00056