# EXHIBIT 3-A

02-14-17 Brian Smith notes. Phone call with RK, KV, MF and LORI.

KV: Spoke before

    Documents in email to look *Ekim?*

*w/ final?* to read more carefully

RK: David Laufman call. HH, CR on call.

    Unrelated to stuff in the press.

    Time to collect and interview – facts.

    Possible draft registration. Decision of client.

    When talking? He asked. Call and let us know able to talk.

    Read it: File or subpoena may follow.

    If file, possible they'll still look. Take a lot of wind away.

    Focus is whether you register. Could audit the filing.

    Subpoena less likely.

MF: YESTERDAY?

RK: Yes.

---

RK: Where we are. Told them in Jan we expected to file.

Emails, docs, interviews – little evidence of business/commercial.

    Except after the fact letter.

    Not discussed previously – after the fact.

    Talk to people involved. Little on oil field.

    Focus on Gulen, at time of FIG? focus on Gulen/Turkey

    Meeting with government in September – tied to Confidence.

    Op-ed distributed by Sphere – paid through contract.

    Op-ed on same topic → Gulen

    LDA only if Turkey not directing and not principle beneficiary.

1

    Email – Green light. Bijan insists, not Confidence.

    Other view – Ekim/Ratio, business, green light unrelated.

    We could fight if \_\_\_. Would likely pursue. Court. Expensive. Might win – but big fight

Media storm. Conspiracy theories, etc.

MF: Filing late – legality.

    Smart thing to file. Be precise.

RK: Take time with the draft.

    High level – don't have the detail.

    Gaps to explore?

    Meet w/Heather with the document.

    Address any of her concerns.

    Could send cover letter. Simple letter summarizing the position

        Cogent explanation of our position.

    Careful of public statements. Interconnected. Can all blow back.


Notes in upper right corner: Payments added to chat.

    Kept this from being factor

    FCPA interconnected