# EXHIBIT 5

Meeting to
Review of draft
2/22/17
Noon

AM - Things we saw if filed. Look @ three issues

1. Residence addresses. Appreciate only not listed.
   not a your request.
   Put in the filing - redact.
   *Revise home addresses* ✓
   Put on the form "(Provided separately to DoJ)"
   and submit in letter
   *Request redaction of exhibit C* ✓
   Redact in Exhibit C also.
   Leaning toward Registration - principle bending Tuesday.
   Will give it more thought, then definitive view.
   *Register writer?* ✓
   Pretty much there. Make decision now.
   Want something in writing?
   Ability to file in CDA ask

2. Re, ~~RFIs~~
   9 retroactive - put on there
                    60 days prior
   *Add retroactive note to 60 day look back* ✓
   to
   (Because retroactive, Receipts/Disbursements, appear on supplements)
   " to the filing of the statement" - problem

3. 13-16
   Budget established.
   yes - Attachment —
   *No on budget* ✓ #13 No - no separate budget
   *check if put into budget* Look again @ Sphone contract - anything specific
   *clarify if "other"* ✓ 13-16 - check a box - even if "other"
   *Check "other" if not*

Check Hon Consul.  Exhibit A.
to Albania           Honorary Consul from Turkey to Albania?
                          Check.
                     If Turkey, list it
                     meeting w/ officials.
Add any                  Add in New York
location
(NY)
2 spots          Also in All of Supp. Statement.
                   Cliff
Payments        #15  Payments to Inovo of 40
to Inovo                    Shayne
                     TP Return of something?
                              (BP) - note @ top
                                  still talking not clear)

Sphere          Sphere draft.?
Coordinate
filing          Reach out to them
                Happy to look @ draft for them too.
                       Same format
   (A)          Woodricke
                Hf. Goin to be @ same time.

Exhibit         Hf/Cliff Ex B — Guler not mentioned
B                           ok to put in Supp.
Guler in
Details of      Too Supp — McCain meeting date possible?
McCain
meeting
Details on York Voncin State gov'ments → date location id possible
meeting issue for             governor, legislature.
          sphere

Logistics - file by email

file by
email
courier ✓ check

so they can handle the timing and publication

Send check for fees - Courier a check

we can itly which Sphere finders filing