# EXHIBIT 6

KV - Mick(?) - pressing for interview
    Sarah Flaherty, Flynn new PR person
    Questions about FIG creation and clients
RK - Don't say anything until File.
    They box us in if talk now.
KV - Might talk y him.

Call with
Kristen V., RK
1·26·17 noon.

RK - Ben Ginsberg. Sphere doesn't need to register.
    based on Arent Fox memo.
KV - How get.
RK - Don't know.
    No argument that Calen Focus was for commercial purpose
    No evidence of commercial except cursory statement
    On top of that GoT had role of some kind
    Meeting in NY - Elena & Ministers.
    Other doc. - They asked to see.
    Read: Green Lyle and 2 emails on NY/Confidence.
    Foolish if they don't file and we do.
    Ben Ginsberg. Agressive guy
    There is an argument that Reg goes beyond statute.
    Free to litigate - we're not in position to litigate
    And we have bad facts. No commercial facts.
    Daft - Can't file tomorrow.
    Then need to talk y General.
    Media storm
KV - He doesn't care what they print.
    Trump?
RK - Andy Donaldson, his deputy
KV - DoD book clearance person - approval form.
    Calls trying to find out if he went thru process.

RFK — In theory, draft, gaps in knowledge. Mitt things — filed a report.

Videographer — oral agreement per emails
CNN Host — did we pay

Rudy

List of people involved — Alex — w/ description

Alex — 3 docs — 2 NY
1 Conn L/M
other MSA?