# EXHIBIT 6-A

EXHIBIT 6-A

Transcribed by Sidney Powell from Brian Smith handwritten notes of 1-26-17 call with KV and RK at noon

KV- Mick? – pressing for interview

    Sarah Flaherty. Flynn new PR person

    Questions about FIG creation and clients

RK – Don't say anything until file

    May box us in if talk now

KV – Might talk w/ him

RK – Ben Ginsberg. Sphere doesn't need to register.

    Based on Arent Fox memo.

KV – how got

RK – don't know

    No argument that Gulen focus was for commercial purpose

    No evidence of commercial except conclusory statement

    On top of that GOT had role of some kind

    Meeting in NY – Ekim and ministers

    Other docs – They asked to see.

    Read: Green light and 2 emails on NY/Confidence

    Foolish if they don't file and we do.

    Ben Ginsberg. Aggressive guy

    There is an argument that Reg goes beyond the statute.

    Fine to litigate – were' not in position to litigate

    And we have bad facts – No commercial facts.

    Draft – can't file tomorrow.

    __ need to talk w/ General.

    Media storm

KV – He doesn't care what they print.

    Trump?

RK – Andy Donaldson, his deputy

KV – DOD book clearance person – approval form.

    Calls trying to find out if he went through process.

RK – In _?____, draft, gaps in knowledge. ____ things – __? To report.

[ a few more lines not apparently relevant]