# EXHIBIT 8

MF

2/22/17

V. FARA

- Ekim/Inovo payment - consulting on refunds - according to BX - refund
  - Bijan was paying them back (that is what Bijan told Flynn).

- consultant agreement w/ Ekim: don't remember.
  - Don't remember side convos w/ Ekim regarding consulting specifically. Had 2 weekly update calls, meeting in NY, met @ FIG's office early on.

- Bijan - GF has known him since 2007. consider him as ~~Bijan~~ family. we are good friends. I don't know him to mislead.

- Bijan ~~too~~ is charming, network, but not great business acumen.

- proceeding to see on calendar how many days Flynn was in FIG office during FIG K w/ Inovo.

- ~~had to~~ had written 3 or 4 op-eds on campaign's plan to ~~or fight~~ ISIS/Islamism/~~radicalism~~
  ~~pull~~ every article

- learned about Gulen charter schools through book tour. (learned more about it through Novo representation).

- ALAC - law to use U.S. Law in American courts, not sharia Law. (learned about on book tour).

commercial activity
V crystalized
↓
Gulen

- Bijan had done a video w/ Woolsey on Azerbijan.

- push for placement of article was for campaign reasons. (fighting until the end to know that Trump campaign was serious on fighting Islamic extremism).
  ↳ maybe tried to get out through campaign channels (initially had tried to push article out on Saturday before).

- didn't know that Bijan had shared draft w/ Ekim.
- ~~Don't~~
- LOA: Bijan said he would contact Bob Kelly. (concern of potentially rep. foreign gov't (?))
- Bijan was handling all discussions w/ Ekim.