# EXHIBIT 9

## COVINGTON & BURLING LLP

February 11, 2018

## Memorandum

To: Flynn File

From: Alexandra Langton

Re: 2/22/17 Flynn Interview

On February 22, 2017, Robert Kelner ("Kelner"), Steve Anthony ("Anthony"), and Alexandra Langton ("Langton"), interviewed General Michael T. Flynn ("Flynn") at 850 10th St. NW, 20001 from approximately 9:00a.m. to 4:00p.m. Brian D. Smith ("Smith") attended later in the afternoon. Lori Flynn, Flynn's wife, also attended the meeting. Langton prepared this memorandum on February 11, 2018 based on handwritten notes taken contemporaneously with the interview that took place on February 22, 2017.

**COVINGTON & BURLING LLP**

February 11, 2018
Page 5

### VII. Turkey/Inovo

Brian Smith joined the interview in the afternoon to update the group on his meeting with the FARA Unit regarding Flynn Intel Group's ("FIG") draft FARA filing. Smith highlighted that Clifford Rones had asked him about the two $40,000 payments to Inovo BV listed in the supplemental statement. Smith told the group that he merely responded that the supplemental statement reflected information in the FIG accounting records. Smith also noted that there were several other minor changes that the FARA Unit had suggested. He believed that FIG would be in a position to file in the near future.

Kelner asked Flynn what the purpose of the $40,000 payments to Ekim were for. Flynn responded that Bijan Kian told him that the payments were refunds. Flynn further stated that he didn't remember the consulting agreement between Ekim Alptekin and FIG. He also didn't remember any side conversations with Ekim regarding the consulting contract. Flynn said that he had two "update" calls, a meeting in New York, and a meeting at FIG's office with Ekim. Flynn commented that it would be interesting to see how much he was actually in D.C. during the period of the contract. He didn't seem to think he was around much between August and November 2016. Flynn added that he had written 3-4 op-eds for the campaign and he wrote this op-ed primarily for campaign reasons. The purpose of publishing the op-ed before election day was to "fight until the end [and] to show the Trump campaign that [he] was serious on fighting Islamic extremism." Kelner asked if Flynn tried to get the article published through campaign channels. Flynn responded, "maybe." Kelner asked Flynn if he knew that Bijan had shared a draft of the op-ed with Ekim. Flynn responded that he did not and that "Bijan was handling all discussions with Ekim."

**COVINGTON & BURLING LLP**

February 11, 2018
Page 6

      Kelner asked if he was concerned about possibly having to register as a foreign agent during the contract. Flynn responded that Bijan said he would connect with Bob Kelley and he thought they had figured it out.