# EXHIBIT 10

## RE: GEN Flynn meeting

**From:** "Kelner, Robert" <rkelner@cov.com>
**To:** K Verderame <kverderame@ponderainternational.com>
**Cc:** "Smith, Brian" <"/o=covington & burling/ou=cb/cn=recipients/cn=c&b.cbpowa02.smithbd">
**Date:** Thu, 09 Feb 2017 18:19:21 -0500

sure thing

**Robert Kelner**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5503 | rkelner@cov.com
www.cov.com

# COVINGTON

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

---

**From:** K Verderame [mailto:kverderame@ponderainternational.com]
**Sent:** Thursday, February 09, 2017 6:16 PM
**To:** Kelner, Robert
**Cc:** Smith, Brian
**Subject:** RE: GEN Flynn meeting

Ok – yes please let her know that the delay is not intentional but due to the difficulty of scheduling with your client in his new role!

Not a good sign . . .

Do you guys want to come to my office for a change – happy to host. 1747 Penn, 2nd floor

K

**From:** Kelner, Robert [mailto:rkelner@cov.com]
**Sent:** Thursday, February 09, 2017 5:28 PM
**To:** 'K Verderame' <kverderame@ponderainternational.com>
**Cc:** Smith, Brian <bdsmith@cov.com>
**Subject:** RE: GEN Flynn meeting

OK. It's also my wife's birthday..... But we'll figure that out. In some ways that time might be easier for me than this weekend. Does he want to meet here at Covington?

Meantime, Heather Hunt has kind of been all over us. She emailed and then left a voicemail yesterday afternoon asking for a call this weekend (because I had indicated I thought this weekend was the earliest we could meet with our client). She said she just needed to know when we will be coming in to meet her, so she can arrange her schedule. We've never seen her this engaged in any matter (ever). I'll let her know tomorrow we wouldn't be prepared to meet her until later next week sometime.

Best,
Rob

**Robert Kelner**

Confidential -- Subject to Protective Order

Rafiekian_EDVA_00020435