# UNITED STATES DISTRICT COURT
# CRIMINAL MOTION MINUTES

Date: **7/8/2019**      Judge: Anthony J. Trenga
Time: **2:08 – 2:18**     Reporter: Rhonda Montgomery
                                        Deputy Clerk: Dani Zirk

Case Number: **1:18-CR-457-1**

**UNITED STATES OF AMERICA**

vs.

**BIJAN RAFIEKIAN**             ___ Present    **X** Not Present

| Counsel for Defendant Rafiekian | Counsel for Government |
|---|---|
| **Mark MacDougall** <br> **Stacey Mitchell** <br> **Robert Trout** <br> **Adam Bereston** <br> **Samantha Block** <br> **John Murphy** | **Evan Turgeon** <br> **James Gillis** <br> **S. Katie Sweeten** |
| Counsel for Interested Party <br> **Jesse Binnall** | |

PROCEEDINGS:

Motion to/for:
Sealed Document [261] by the Government.
Sealed Document [269] by the Defendant.
Sealed Document [270] by Interested Party.

Order to follow.

Without objection, the Court is going to unseal the Notice of Correction as well as all related filings. CIPA Hearing set for 7/10/2019 at 1:00 p.m.