UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal Case No. 1:18-CR-457 (AJT) |
| BIJAN RAFIEKIAN | : |
| and | : |
| KAMIL EKIM ALPTEKIN, | : |
| Defendants. | : |

**DEFENDANT BIJAN RAFIEKIAN'S EMERGENCY MOTION
FOR LEAVE TO REMOVE AND REPLACE SEALED EXHIBIT D
TO DOCUMENT NO. 269 IN ANTICIPATION OF UNSEALING**

Defendant, through counsel, respectfully requests that the Court withdraw sealed Exhibit D to Document No. 269 in anticipation of unsealing and substitute it with the document delivered to the Clerk's office.

The exhibit contains personal identifying information and should be replaced to protect the parties' privacy. Defendant will deliver a redacted version of the relevant exhibit to the Clerk's office.

WHEREFORE, Defendant respectfully requests that the Court remove and replace the exhibit identified above.

Dated: July 8, 2019

    Respectfully submitted,

    /s/
    Mark J. MacDougall (*Pro Hac Vice*)
    Stacey H. Mitchell (*Pro Hac Vice*)
    *Counsel for Bijan Rafiekian*
    Akin Gump Strauss Hauer & Feld LLP
    1333 New Hampshire Avenue, NW
    Washington, DC 20036

        Telephone:  (202) 887-4000
        Fax:  (202) 887-4288
        E-mail:   mmacdougall@akingump.com
             shmitchell@akingump.com


        */s/*_____
        Robert P. Trout (VA Bar # 13642)
        *Counsel for Bijan Rafiekian*
        Trout Cacheris & Solomon PLLC
        1627 Eye Street, NW
        Suite 1130
        Washington, DC 20006
        Telephone:  (202) 464-3311
        Fax:  (202) 463-3319
        E-mail:   rtrout@troutcahceris.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 8th day of July 2019, true and genuine copies of Defendant's Emergency Motion for Leave to Remove and Replace Sealed Exhibit D to Document No. 269 in Anticipation of Unsealing and Proposed Order were sent via electronic mail by the Court's CM/ECF system to the following:

James P. Gillis
John T. Gibbs
Evan N. Turgeon
U.S. Attorney's Office (Alexandria-NA)
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone:  (703) 299-3700
Email:  james.p.gillis@usdoj.gov
         john.gibbs@usdoj.gov
         evan.turgeon@usdoj.gov

                                                    /s/                                         
Robert P. Trout (VA Bar # 13642)