**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Criminal Case No. 1:18-CR-457 (AJT)** |
| | : | |
| **BIJAN RAFIEKIAN** | : | |
| | : | |
| **and** | : | |
| | : | |
| **KAMIL EKIM ALPTEKIN,** | : | |
| | : | |
| **Defendants.** | : | |

**DEFENDANT BIJAN RAFIEKIAN'S MOTION FOR PERMISSION TO**
**USE EVIDENCE PRESENTATION SYSTEM AND TO BRING**
**ELECTRONIC DEVICES INTO THE COURTHOUSE**

Mr. Rafiekian, through counsel, respectfully moves this Court for permission to use the courtroom's evidence presentation system during the trial of this case. In addition, Mr. Rafiekian moves for permission to bring electronic devices into the Courthouse for orientation, evidence presentation, and for use in the witness room to Courtroom 701 during trial. In support of this motion, Mr. Rafiekian attaches hereto as Exhibit A, a Request to Use the Court's Evidence Presentation System and Requests for Authorization to bring electronic devices.

Dated: July 8, 2019

Respectfully submitted,

*/s/*
Mark J. MacDougall (*Pro Hac Vice*)
Stacey H. Mitchell (*Pro Hac Vice*)
*Counsel for Bijan Rafiekian*
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: (202) 887-4000
Fax: (202) 887-4288
E-mail:  mmacdougall@akingump.com
             shmitchell@akingump.com

/s/ _____
Robert P. Trout (VA Bar # 13642)
*Counsel for Bijan Rafiekian*
Trout Cacheris & Solomon PLLC
1627 Eye Street, NW
Suite 1130
Washington, DC 20006
Telephone:  (202) 464-3311
Fax:  (202) 463-3319
E-mail:  rtrout@troutcahceris.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 8th day of July 2019, true and genuine copies of Defendant's

Motion for Permission to Use Evidence Presentation System and to Bring Electronic Devices

into the Courthouse were sent via electronic mail by the Court's CM/ECF system to the

following:

James P. Gillis
John T. Gibbs
Evan N. Turgeon
U.S. Attorney's Office (Alexandria-NA)
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone:  (703) 299-3700
Email:  james.p.gillis@usdoj.gov
         john.gibbs@usdoj.gov
         evan.turgeon@usdoj.gov

_/s/_ _____
Robert P. Trout (VA Bar # 13642)