# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Request to Use the Court's Evidence Presentation System

I hereby request the use of the court's evidence presentation system and permission to bring a laptop computer into the courthouse to utilize with the system.  I acknowledge that I have read, understand, and agree to follow all of the guidance available to me on the court's website regarding usage of the presentation system and my computer, as well as those items specifically addressed below:

- If necessary, I will schedule an orientation to ensure that I have all equipment necessary and understand how the system operates.  I must obtain written authorization from chambers to bring a laptop computer to the scheduled orientation.  Orientation provides instruction on use of the court's evidence presentation system and an opportunity for testing my laptop computer connections.  Practicing presentations and preparing witnesses are not authorized without court approval.

- The court does not provide any equipment for in-court presentations such as scanned documents, animations, graphics, audio and video files from VHS, CD, DVD, Blu-ray, or external drives like a USB thumb drive.  All files must be presented from my laptop computer.

- I am responsible for operating the evidence presentation system, and court employees are not authorized to operate my laptop computer.  My staff, litigation support contractors, and I are not authorized to remove, relocate, or reconfigure any of the court's evidence presentation system equipment.

- Wi-Fi or any other wireless access to data, webcams, and any recording capabilities on my laptop computer must be disabled while in the courthouse.  Visible evidence, such as red tape, may be placed over the webcam to prevent video recording.

- Internet service is not provided by the court in the courtroom.

I further agree, as directed by the court, to make any approved system available for, and assist with, inspection by court staff.

| /s/ Robert P. Trout | 07/08/2019 |
|---|---|
| (Signature) | (Date) |
| Robert P. Trout | #13642 |
| (Typed or Printed Name) | (VA Bar Number) |

## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):

Jack Murphy; Adam Bereston; Samantha Block;

Adria Hicks (Paralegal); and Frank Racanati (IT)

Electronic Device(s):

1 laptop computer and any necessary cables;

Mobile internet device (for testing only)

Purpose and Location Of Use:

Orientation meeting re: evidence presentation system

Case No.:

1:18-cr-457

Date(s) Authorized:

July 11, 2019

IT Clearance Waived: _____(Yes)        _____(No)

APPROVED BY:

Date:_____     _____
                              United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:    _____     _____
                 IT Staff Member                 Date(s)

**IT clearance must be completed, unless waived, before court appearance.**

## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):

Robert Trout; Mark MacDougall; Stacey Mitchell

Jack Murphy; Adam Bereston; Samantha Block;

Adria Hicks (Paralegal); and Frank Racanati (IT)

Electronic Device(s):

2 laptop computers, with power and connectivity cables; a

computer monitor, with cables; Powerpoint clicker;

2 switches with cables; 2 external hard drives, with power cables; 3 USB storage devices; and small table

Purpose and Location Of Use:

For use of evidence presentation sys.; Courtroom 701

Case No.:

1:18-cr-457

Date(s) Authorized:

July 15, 2019 through conclusion of trial

IT Clearance Waived:

_____(Yes)          _____(No)

APPROVED BY:

Date:_____       _____

United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:          _____       _____

IT Staff Member                     Date(s)

**IT clearance must be completed, unless waived, before court appearance.**

## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):

Robert Trout; Mark MacDougall; Stacey Mitchell

Jack Murphy; Adam Bereston; Samantha Block;

Adria Hicks (Paralegal); and Frank Racanati (IT)

Electronic Device(s):

6 mobile internet devices (such as MiFi or hot spot device)

with power supply; 1 printer, with USB and power cables

Purpose and Location Of Use:

For use in witness room to Courtroom 701 during trial

Case No.:

1:18-cr-457

Date(s) Authorized:

July 15, 2019 through conclusion of trial

IT Clearance Waived:

_____(Yes)          _____(No)

APPROVED BY:

Date:_____     _____
United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:     _____     _____
IT Staff Member                          Date(s)

**IT clearance must be completed, unless waived, before court appearance.**

## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):

Robert Trout; Mark MacDougall; Stacey Mitchell

Jack Murphy; Adam Bereston; Samantha Block;

Adria Hicks (Paralegal) and Frank Racanati (IT)

Electronic Device(s):

2 laptop computers, with power cables; computer mouse;

and a USB storage device and/or external hard drive

Purpose and Location Of Use:

For use in witness room to Courtroom 701 during trial

Case No.:

1:18-cr-457

Date(s) Authorized:

July 15, 2019 through conclusion of trial

IT Clearance Waived:

_____(Yes)        _____(No)

APPROVED BY:

Date:_____     _____

United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance: _____     _____

IT Staff Member        Date(s)

**IT clearance must be completed, unless waived, before court appearance.**