UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal Case No. 1:18-CR-457 (AJT) |
| | : |
| BIJAN RAFIEKIAN, et al. | : |

**DEFENDANT'S PROPOSED JURY INSTRUCTIONS**

Pursuant to Local Criminal Rule 30, defendant Bijan Rafiekian, by and through counsel, respectfully submits his initial proposed jury instructions to the Court, attached hereto as Exhibit 1 (with citations) and Exhibit 2 (without citations). The defendant reserves his right to supplement this submission with other instructions, including but not limited to theory of the defense instructions, which will be affected by the presentation of the evidence, the Court's rulings during trial, and the outcome of various motions in limine.

RESPECTFULLY SUBMITTED

/s/
Mark J. MacDougall (*Pro Hac Vice*)
Stacey H. Mitchell (*Pro Hac Vice*)
John C. Murphy (*Pro Hac Vice*)
Adam A. Bereston (*Pro Hac Vice*)
Samantha J. Block (*Pro Hac Vice*)
*Counsel for Bijan Rafiekian*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW
Washington, DC 20006

/s/
Robert P. Trout (VA Bar # 13642)
*Counsel for Bijan Rafiekian*
Trout Cacheris & Solomon PLLC
1627 Eye Street NW
Suite 1130
Washington, DC 20006

## CERTIFICATE OF SERVICE

I hereby certify that, on the 8th day of July 2019, true and genuine copies of Defendant Bijan Rafiekian's Proposed Jury Instructions were sent via electronic mail by the Court's CM/ECF system to the following:

    James P. Gillis
    John T. Gibbs
    Evan N. Turgeon
    U.S. Attorney's Office (Alexandria-VA)
    2100 Jamieson Avenue
    Alexandria, VA 22314
    Telephone: (703) 299-3700
    Email: james.p.gillis@usdoj.gov
           john.gibbs@usdoj.gov
           evan.turgeon@usdoj.gov

                                              */s/*
                                              Robert P. Trout (VA Bar # 13642)