# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| v. : | **Criminal Case No. 1:18-CR-457 (AJT)** |
| **BIJAN RAFIEKIAN** : | |
| and : | |
| **KAMIL EKIM ALPTEKIN,** : | |
| **Defendants.** : | |

## |ORDER

Upon consideration of Defendant Rafiekian's Emergency Motion For Leave to Remove and Replace Sealed Exhibit D to Document No. 269 in Anticipation of Unsealing, any opposition thereto, any reply in further support thereof, and the entire record herein, for good cause shown, it is this 9th day of July, 2019 hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Sealed Exhibit D to Document No. 269 is removed and replaced with the Revised document delivered to the Clerk's Office.

**SO ORDERED.**

/s/ 7/9/19
Anthony J. Trenga
United States District Judge
The Honorable Anthony J. Trenga
United States District Judge