# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

**Authorized Person(s):** Jack Murphy; Adam Bereston; Samantha Block; Adria Hicks (Paralegal); and Frank Racanati (IT)

**Electronic Device(s):** 1 laptop computer and any necessary cables; Mobile internet device (for testing only)

**Purpose and Location Of Use:** Orientation meeting re: evidence presentation system

**Case No.:** 1:18-cr-457

**Date(s) Authorized:** July 11, 2019

**IT Clearance Waived:** ✓ (Yes) ___ (No)

APPROVED BY:

Date: July 8, 2019

/s/
Anthony J. Trenga
United States District Judge
~~United States Magistrate/Bankruptcy Judge~~

A copy of this signed authorization must be presented upon entering the courthouse.

IT Clearance: _____ _____
                  IT Staff Member              Date(s)

**IT clearance must be completed, unless waived, before court appearance.**

## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

| | |
|---|---|
| Authorized Person(s): | Robert Trout; Mark MacDougall; Stacey Mitchell |
| | Jack Murphy; Adam Bereston; Samantha Block; |
| | Adria Hicks (Paralegal); and Frank Racanati (IT) |
| Electronic Device(s): | 2 laptop computers, with power and connectivity cables; a |
| | computer monitor, with cables; Powerpoint clicker; |
| | 2 switches with cables; 2 external hard drives, with power cables; 3 USB storage devices; and small table |
| Purpose and Location Of Use: | For use of evidence presentation sys.; Courtroom 701 |
| Case No.: | 1:18-cr-457 |
| Date(s) Authorized: | July 15, 2019 through conclusion of trial |
| IT Clearance Waived: | ✓ (Yes)  ____(No) |

APPROVED BY:

Date: July 9, 2019

/s/
Anthony J. Trenga
United States District/Magistrate/Bankruptcy Judge

A copy of this signed authorization must be presented upon entering the courthouse.

IT Clearance: _____  _____
                 IT Staff Member              Date(s)

**IT clearance must be completed, unless waived, before court appearance.**

## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

**Authorized Person(s):** Robert Trout; Mark MacDougall; Stacey Mitchell

Jack Murphy; Adam Bereston; Samantha Block;

Adria Hicks (Paralegal); and Frank Racanati (IT)

**Electronic Device(s):** ~~6~~ mobile internet devices (such as MiFi or hot spot device) ~~with power supply~~; 1 printer, with USB and power cables

**Purpose and Location Of Use:** For use in witness room to Courtroom 701 during trial

**Case No.:** 1:18-cr-457

**Date(s) Authorized:** July 15, 2019 through conclusion of trial

**IT Clearance Waived:** ✓ (Yes)  ___ (No)

APPROVED BY:

Date: July 9, 2019

/s/
Anthony J. Trenga
United States District/Magistrate/Bankruptcy Judge

A copy of this signed authorization must be presented upon entering the courthouse.

IT Clearance: _____  _____

IT Staff Member    Date(s)

**IT clearance must be completed, unless waived, before court appearance.**

## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

**Authorized Person(s):** Robert Trout; Mark MacDougall; Stacey Mitchell

Jack Murphy; Adam Bereston; Samantha Block;

Adria Hicks (Paralegal) and Frank Racanati (IT)

**Electronic Device(s):** 2 laptop computers, with power cables; computer mouse;

and a USB storage device and/or external hard drive

**Purpose and Location Of Use:** For use in witness room to Courtroom 701 during trial

**Case No.:** 1:18-cr-457

**Date(s) Authorized:** July 15, 2019 through conclusion of trial

**IT Clearance Waived:** ✓ (Yes)  ___ (No)

APPROVED BY:

Date: July 9, 2019

/s/ Anthony J. Trenga
United States District/Magistrate/Bankruptcy Judge

A copy of this signed authorization must be presented upon entering the courthouse.

IT Clearance: _____  _____

IT Staff Member                                  Date(s)

**IT clearance must be completed, unless waived, before court appearance.**