## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s): AUSAs James P. Gillis & John T. Gibbs

Trial Attorney Evan N. Turgeon

Latoya Horsford, Paralegal Specialist

Electronic Device(s): Laptop Computer for Trial Director

Purpose and Location Of Use: Jury Trial - Courtroom 701

Case No.: 1:18-CR-457

Date(s) Authorized: July 15, 2019 - August 2, 2019

IT Clearance Waived: ✓ (Yes) ___ (No)

APPROVED BY:

Date: July 9, 2019

/s/
Anthony J. Trenga
United States District Judge
~~United States District/Magistrate/Bankruptcy Judge~~

A copy of this signed authorization must be presented upon entering the courthouse.

IT Clearance: _____
IT Staff Member          Date(s)

**IT clearance must be completed, unless waived, before court appearance.**