

# Akin Gump
STRAUSS HAUER & FELD LLP

**MARK J. MACDOUGALL**
+1 202.887.4510/fax: +1 202.887.4288
mmacdougall@akingump.com

July 9, 2019

VIA HAND DELIVERY

Fernando Galindo, Clerk of Court
U.S. v Bijan Rafiekian, et al.
401 Courthouse Square
Clerk's Office
Alexandria, VA 22314

    Re:    *United States of America v. Bijan Rafiekian, et al.*, No. 1:18-cr-00457-AJT,
            Pleadings Filed Under a Motion for Leave to Remove and Replace Exhibit D
            Under Seal

Dear Mr. Galindo:

    Enclosed for filing under seal in the above-referenced matter, please find an original of Defendant Bijan Rafiekian's Redacted Exhibit D filed with his Emergency Motion for Leave to Remove and Replace Sealed Exhibit D to Document No. 269 in Anticipation of Unsealing, assigned Docket no. 272.

    Also enclosed is a copy of Redacted Exhibit D to be file stamped and returned to me via the awaiting messenger.

                                  Sincerely,

                                  /s/ Mark J. MacDougall
                                  Mark J. MacDougall
                                  Partner

Enclosures

Cc:    Robert P. Trout
         Stacey H. Mitchell

*\* Document is NOT UNDER SEAL / REDACTED (per paralegal to Mr. MacDougall)*