UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

---

UNITED STATES OF AMERICA,

v.

BIJAN RAFIEKIAN, et al.,

Defendants.

---

No. 1:18-CR-457-AJT

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Barbara Wahl of the law firm of Arent Fox LLP hereby

notices her appearance as counsel of record for Non-Party Matthew M. Nolan, Esq.

DATED: July 9, 2019

Respectfully submitted,

*/s/ Barbara Wahl*

BARBARA WAHL (VSB No. 24647)
NADIA A. PATEL (VSB No. 84300)
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006-5344
Telephone: (202) 857-6000
Barbara.wahl@arentfox.com
nadia.patel@arentfox.com

*Counsel for Non-Party Matthew M. Nolan,
Esq.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2019, the foregoing was filed with the office of the Clerk of

Court, which will provide notice to all counsel of record using the CM/ECF system, and a true and

correct copy of such filing was served via email on the following:

James Philip Gillis
Evan N. Turgeon
John T. Gibbs
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
evan.turgeon@usdoj.gov
james.p.gillis@usdoj.gov
john.gibbs@usdoj.gov

Robert Powel Trout
Trout Cacheris & Solomon, PLLC
1627 Eye St. N.W., Ste. 1130
Washington, DC 20006
rtrout@troutcacheris.com

James Edward Tysse
Akin Gump Strauss Hauer & Feld LLP
Robert S. Strauss Tower
2001 K Street NW
Washington, DC 20006
jtysse@akingump.com

Rodney Fred Page
Bryan Cave Leighton Paisner LLP
1155 F Street, NW, Ste. 700
Washington, DC 20004
rfpage@bclplaw.com

*/s/ Barbara Wahl*
BARBARA WAHL
Arent Fox LLP
1717 K Street, NW
Washington, DC  20006-5344
Telephone:  (202) 857-6000
Barbara.wahl@arentfox.com

*Counsel for Non-Party Matthew M. Nolan, Esq.*

2