# Arent Fox

Arent Fox LLP / Attorneys at Law
Boston / Los Angeles / New York / San Francisco / Washington, DC

July 9, 2019

**Barbara S. Wahl**
Partner
202.857.6415 DIRECT
202.857.6395 FAX
barbara.wahl@arentfox.com

**BY HAND DELIVERY**

Clerk of Criminal Court
U.S. District Court for the Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re:   *United States v. Rafiekian, et al.*, Case No. 1:18-CR-457-AJT

Dear Clerk:

On behalf of Non-Party Matthew M. Nolan, Esq., please find enclosed the following filings for the above referenced matter:

(1) Matthew M. Nolan, Esq.'s Emergency Motion to Quash Trial Subpoena

(2) Proposed Order on Matthew M. Nolan, Esq.'s Emergency Motion to Quash Trial Subpoena

(3) Memorandum of Law in Support of Matthew M. Nolan, Esq.'s Emergency Motion to Quash Trial Subpoena

(4) Notice of Hearing on Matthew M. Nolan, Esq.'s Emergency Motion to Quash Trial Subpoena

(5) Notice of Appearance of Counsel

Sincerely,

*Barbara S. Wahl*

Barbara S. Wahl

Enclosures