UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BIJAN RAFIEKIAN, et al.,<br><br>Defendants. | No. 1:18-CR-457-AJT |

### [PROPOSED] ORDER ON MATTHEW M. NOLAN, ESQ.'S EMERGENCY MOTION TO QUASH TRIAL SUBPOENA

UPON CONSIDERATION of Matthew M. Nolan, Esq.'s Emergency Motion to Quash Trial Subpoena (the "Motion"), all oppositions and replies thereto, and the record herein, it is hereby,

**ORDERED** that Matthew M. Nolan, Esq.'s Motion is **GRANTED**; and it is further

**ORDERED** that the trial subpoena issued to Matthew M. Nolan, Esq. by Defendant Bijan Rafiekian is quashed.

**IT IS SO ORDERED.**

_____
ANTHONY J. TRENGA
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia

July __, 2019