UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| BIJAN RAFIEKIAN, *et al.*, ) | Case Number 1:18-cr-457-AJT-1 |
| ) | |
| Defendants. ) | |
| ___) | |

## **ORDER**

By order dated June 12, 2019 [Doc. No. 209], the Court directed Non-Party Covington & Burling LLP ("Covington") to produce to the Court for *in camera* review unredacted versions of 27 documents that Covington had previously produced to Defendant Bijan Rafiekian ("Rafiekian") in redacted form in response to Rafiekian's March 5, 2019 subpoena [Doc. No. 67] and this Court's April 9, 2019 order [Doc. No. 101]. On June 19, 2019, the Court received Covington's production of the unredacted documents, which was accompanied by a letter from Covington requesting that the Court allow Non-Party Michael T. Flynn's new counsel to address any questions from the Court regarding the redactions.

After reviewing the unredacted documents, the Court, by order dated June 28, 2019 [Doc. No. 237], directed Flynn to file supplemental briefing as to why the specified redactions in the following documents do not pertain to Covington's representation of Flynn Intel Group, Inc. ("FIG") and/or the FARA filing: (1) Rafiekian_EDVA_00009799, Page 1, bottom redaction; (2) Rafiekian_EDVA_00017651, Page 5, bottom redaction; and (3) Rafiekian_EDVA_00023166, Page 2, all redactions. On July 2, 2019, Flynn filed a Response to Court Order Addressing Document Redaction Issues [Doc. No. 243], in which he indicated that neither he nor FIG objected to the disclosure of the specified passages. Accordingly, it is hereby

1

ORDERED that Non-Party Covington & Burling LLP is directed to produce to Defendant Bijan Rafiekian the three documents referenced in the Court's June 28, 2019 Order [Doc. No. 237], with the specified redactions removed, on or before July 12, 2019.

The Clerk is directed to forward copies of this Order to all counsel of record and to Non-Parties Covington & Burling LLP and Michael T. Flynn.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
July 9, 2019