1

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF VIRGINIA
                     ALEXANDRIA DIVISION

UNITED STATES OF AMERICA,    )  Case 1:18-cr-00457
                             )
            Plaintiff,       )
                             )
     v.                      )  Alexandria, Virginia
                             )  July 8, 2019
BIJAN RAFIEKIAN,             )  2:08 p.m.
and                          )
KAMIL EKIM ALPTEKIN,         )
                             )
            Defendants.      )
                             )  Pages 1 - 8


             TRANSCRIPT OF MOTION HEARING

        BEFORE THE HONORABLE ANTHONY J. TRENGA

           UNITED STATES DISTRICT COURT JUDGE
```

COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

```
 1  APPEARANCES:

 2  FOR THE PLAINTIFF:

 3       JAMES P. GILLIS, ESQUIRE
         EVAN N. TURGEON, ESQUIRE
 4       OFFICE OF THE UNITED STATES ATTORNEY
         2100 Jamieson Avenue
 5       Alexandria, Virginia  22314
         (703) 299-3700
 6
    FOR DEFENDANT BIJAN RAFIEKIAN:
 7
         ROBERT P. TROUT, ESQUIRE
 8       TROUT, CACHERIS & SOLOMON, PLLC
         1627 I Street, N.W., Suite 1130
 9       Washington, D.C.  20006
         (202) 464-3300
10
         MARK J. MACDOUGALL, ESQUIRE, PRO HAC VICE
11       STACEY H. MITCHELL, ESQUIRE, PRO HAC VICE
         SAMANTHA J. BLOCK, ESQUIRE, PRO HAC VICE
12       JOHN C. MURPHY, ESQUIRE, PRO HAC VICE
         ADAM A. BERESTON, ESQUIRE, PRO HAC VICE
13       AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
         Robert S. Strauss Building
14       1333 New Hampshire Avenue, N.W.
         Washington, D.C.  20036-1564
15       (202) 887-4000

16  FOR MICHAEL T. FLYNN:

17       JESSE R. BINNALL, ESQUIRE
         HARVEY & BINNALL, PLLC
18       717 King Street, Suite 300
         Alexandria, Virginia  22314
19       (703) 888-1943

20

21

22

23

24

25
```

 1              THE CLERK:  Criminal Case 1:18-cr-457, *United
 2  States v. Bijan Rafiekian, et al.*
 3              Counsel, will you please note your
 4  appearances for the record.
 5              MR. GILLIS:  Good afternoon, Your Honor.  Jim
 6  Gillis, Evan Turgeon, and Katie Sweeten for the United
 7  States.
 8              MR. MACDOUGALL:  Good afternoon, Your Honor.
 9  Mark MacDougall, Stacey Mitchell, and Robert Trout for
10  the defendant, Bijan Rafiekian.
11              THE COURT:  All right.  We're here on a
12  hearing with respect to whether the Court's ordered
13  nondisclosure of the notice of correction should remain
14  under seal or not.  I've reviewed the supplemental
15  filings.
16              I take it in light of the defense's position,
17  Mr. Gillis, that you have no objection to unsealing the
18  notice.
19              MR. GILLIS:  I do not, Your Honor.  No, Your
20  Honor, I do not have any objection to unsealing the
21  notice.
22              THE COURT:  Or putting aside your motion
23  itself or any of the filings pertaining to that notice,
24  all of which have been placed under seal because the
25  notice was under seal?

1            MR. GILLIS:  No, Your Honor, I have no
2   objection to that either.
3            THE COURT:  All right.  Mr. MacDougall.
4            MR. GILLIS:  Our only objection, just to be
5   clear, is to the *ex parte* motion itself.
6            THE COURT:  I understand.
7            Mr. MacDougall.
8            MR. MACDOUGALL:  Yes, Your Honor.  We're,
9   obviously, in accord with the government's view.  We
10  take no position with respect to the *ex parte*
11  submission, not knowing what's in it.  We leave that to
12  the sound discretion of the Court, whether that ought
13  to be unsealed or not, Your Honor.
14           One point, Your Honor, if I may.
15           First, I want to thank the Court for changing
16  the time to this afternoon.  That was very helpful to
17  the defense.  We certainly appreciate it.
18           There's a document attached to the
19  government's memorandum that is an e-mail from Kristen
20  Verderame to Mr. Rafiekian and several other people
21  regarding Flynn activities.  Our reading of that is
22  that that would be privileged with respect to FIG,
23  Flynn Intel Group, and it is outside the June 13, 2018,
24  waiver letter.  It was marked as privileged initially
25  by Covington when they produced it to us.

1        Mr. Gillis and I have corresponded about that
2 subject this morning.  He can, of course, speak for
3 himself.  We may have received that in the 8 terabytes
4 of material we received, but that doesn't diminish the
5 privileged nature of that document.
6        So we're not asking the Court to rule on that
7 today.  I know the issue of privilege has been well
8 briefed.  To the extent that -- we believe that
9 document is privileged.  We would ask that that remain
10 under seal.
11        THE COURT:  Privileged as to Mr. Rafiekian
12 personally or FIG because there's been no waiver?
13        MR. MACDOUGALL:  Flynn Intel Group because
14 there's been no waiver and to the extent Mr. Rafiekian
15 is a beneficiary of that waiver himself as well.
16        THE COURT:  All right.  That's one of the
17 exhibits to the government's response?
18        MR. MACDOUGALL:  Yes, Your Honor.
19        THE COURT:  All right.
20        MR. MACDOUGALL:  Thank you.
21        THE COURT:  All right.  The Court is going to
22 unseal the notice of correction.  The Court is also
23 going to unseal all the related filings with the
24 exception that the Court will keep under seal pending
25 further order of the Court the exhibit that has just

1  been referenced pertaining to the communications
2  between Ms. Verderame and Mr. Rafiekian.
3           All right.  Also, I just received a
4  memorandum on behalf of General Flynn.  It was filed
5  under seal.  Although, no motion was filed, and the
6  Court didn't authorize it under seal.  I'm going to
7  unseal that unless there's some objection you want to
8  be heard on.
9           MR. BINNALL:  Your Honor, we --
10          THE COURT:  Why don't you come forward and
11 identify yourself, Mr. Binnall.
12          MR. BINNALL:  Thank you, Your Honor.
13          May it please the Court.  Jesse Binnall on
14 behalf of General Flynn.
15          THE COURT:  Yes.
16          MR. BINNALL:  Your Honor, we filed a motion
17 this afternoon for leave to file this under seal.  That
18 being said, the relief requested in that motion was
19 that it be under seal as long as the underlying motion
20 was under seal.  So we have no objection.
21          THE COURT:  All right.  That will be unsealed
22 as well.
23          MR. BINNALL:  Thank you, Your Honor.
24          THE COURT:  All right.  I don't know if
25 there's anybody else.

1              This proceeding will remain open.
2              The defense has filed a motion for
3    miscellaneous relief.  I'd like the government to
4    respond to that by Wednesday if you would.
5              MR. GILLIS:  Excuse me, Your Honor.  May I
6    have a moment?
7              THE COURT:  Yes.
8         (Counsel confer.)
9              MR. GILLIS:  Your Honor, I intended for what
10   we filed --
11             THE COURT:  I was going to observe that.
12   There's been some overlap of the responses in terms of
13   what's responding to what.  The government has
14   responded as much as it wants to?
15             MR. GILLIS:  Yes.  We responded, and we can
16   rest on our papers unless you have any questions, Your
17   Honor.
18             THE COURT:  All right.  What I'm going to do
19   is a couple of things.  There's been a publicly filed
20   notice of a Section 5 issue that the defense has filed.
21   I'm going to continue that hearing for 1:00 on
22   Wednesday.  Before then I want the defense to advise
23   the Court whether its position has changed with respect
24   to its Section 5 notice in light of the government's
25   decision not to call Mr. Flynn.

```
 1             MR. MACDOUGALL:  Yes, Your Honor.  To
 2  clarify, that was the subject matter of the last --
 3             THE COURT:  Yes.
 4             MR. MACDOUGALL:  Thank you, Your Honor.
 5             THE COURT:  All right.  We'll hear argument
 6  as well on the outstanding issues that the defense has
 7  raised in light of the government's notice of
 8  correction.
 9             All right.  Let me see the government at the
10  sidebar, please.
11      (Under seal transcript under separate cover.)
12             THE COURT:  All right.  Anything else?
13             MR. TURGEON:  Not from the government, Your
14  Honor.
15             MR. MACDOUGALL:  Nothing from the defense,
16  Your Honor.  Thank you.
17             THE COURT:  All right.  Counsel is excused.
18             The Court will stand in recess.
19             ------------------------------------
                        Time:  2:17 p.m.
20

21
        I certify that the foregoing is a true and
22
     accurate transcription of my stenographic notes.
23

24
                                    _____/s/_____
25                                  Rhonda F. Montgomery, CCR, RPR
```