IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 1:18-CR-457 |
| v. | ) | |
| | ) | The Honorable Anthony J. Trenga |
| BIJAN RAFIEKIAN, | ) | |
| a/k/a "Bijan Kian" | ) | Trial: July 15, 2019 |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## GOVERNMENT'S TRIAL EXHIBITS

| Exhibit No. | Exhibit | Admitted |
|---|---|---|
| 2 | Photograph of Alptekin | |
| 3 | **RESERVED** | |
| 4 | Photograph of Gulen | |
| 5 | Photograph of Erdogan | |
| 6 | **RESERVED** | |
| 7 | **RESERVED** | |
| 8A | Computer Screenshot of Email from Alptekin to Rafiekian, Subject: Re: All good to go, dated July 27, 2016 | |
| 8B | Email from Rafiekian to Alptekin, Subject: All good to go, dated July 27, 2016 | |
| 9 | Email from Alptekin to Rafiekian, Subject: All good to go, dated July 29, 2016 | |
| 9A | Photograph of Cavusoglu | |
| 9B | Photograph of Cavusoglu | |
| 10 | Email from Rafiekian to Alptekin, Subject: Truth, dated July 30, 2016 (2 pages) | |
| 10A | Email from Flynn to FIG, Subject: Re:Truth, dated July 30, 2016 | |
| 11 | Email from Rafiekian to Alptekin, Subject: We are ready, dated August 2, 2016 | |

| 12 | Email from Flynn to Rafiekian, Subject: Re:Re: Truth, dated August 4, 2016 | |
|---|---|---|
| 13 | Email from Rafiekian to Alptekin, Subject: Re:Truth, dated August 4, 2016 (2 pages) | |
| 14 | Email from Alptekin to Flynn, Subject: Re:Truth, dated August 8, 2016 | |
| 14A | Email from Rafiekian to Alptekin, Subject: Re:Truth, dated August 8, 2016 | |
| 14B | Photograph of Yildirim | |
| 14C | Photograph of Nihat Zeybekci | |
| 15 | Email from Rafiekian to Flynn, Subject: Re: Truth, dated August 4, 2016 (3 pages) | |
| 15A | The New York Times, Turkey's New Anti-Americanism, dated Aug. 4, 2016 (3 pages)<br>Link (http://nyti.ms/2avkkES) on Email from Alptekin to Rafiekian, Subject: Re: Truth, dated August 10, 2016 | |
| 16 | Email from Alptekin to Flynn & Rafiekian, Subject: Re:Truth, dated August 10, 2016 (6 pages) | |
| 17 | Email from Rafiekian to Alptekin, Subject: Re: Welcome back!, dated August 11, 2016 (3 pages) | |
| 17A | Email from Alptekin to Rafiekian, Subject: Re: Welcome back!, dated August 11, 2016 (2 pages) | |
| 18A | Email from Rafiekian to Flynn, Subject: Confidence through Clarity Campaign – Operation Confidence, dated August 11, 2016 (2 pages) | |
| 18B | Confidence through Clarity Spreadsheet<br>Attachment (Cost and revenue pro forma) to Email from Rafiekian to Flynn, Subject: Confidence through Clarity Campaign – Operation Confidence, dated August 11, 2016 | |
| 19 | Email from Rafiekian to Alptekin, Subject: Action update, dated August 25, 2016 | |
| *20* | **RESERVED** | |
| *21* | **RESERVED** | |
| 22A | Email from Rafiekian to Alptekin, Subject: Confidence, dated September 3, 2016 | |
| 22B | Independent Advisory Services Agreement (3 pages)<br>Attachment (Advisory Agreement BK MF) to Email from Rafiekian to Alptekin, Subject: Confidence, dated September 3, 2016 | |

| | | |
|---|---|---|
| 23A | Email from Rafiekian to Flynn, Subject: Operation Confidence Playbook- For BK and MF only, dated September 5, 2016 (2 pages) | |
| 23B | Operation Confidence Playbook (6 pages)<br>Attachment (Playbook Operation Confidence BK) to Email from Rafiekian to Flynn, Subject: Operation Confidence Playbook- For BK and MF only, dated September 5, 2016 | |
| 24A | Email from Rafiekian to Flynn, Subject: NYC- September 19 or 20th, dated September 6, 2016 | |
| 24B | Email from Rafiekian to Flynn, Subject: Re: September 19 or 20th, dated September 9, 2016 | |
| 25A | Bank of America, Statement for September 1, 2016 to September 30, 2016 for Account No. ending in 6215 (6 pages) $200,000 wire | |
| 25B | Email from Rafiekian to Flynn, Subject: Wire to Ekim, dated September 12, 2016 | |
| 25C | Email from Rafiekian to Flynn, Subject: Advisory Agreement (General Scope) for Ekim Alptekin, dated September 12, 2016 | |
| 25D | Independent Advisory Services Agreement (2 pages)<br>Attachment (attachment-1.docx) to Email from Rafiekian to Flynn, Subject: Advisory Agreement (General Scope) for Ekim Alptekin, dated September 12, 2016 | |
| 26A | Email from Rafiekian to Flynn, Subject: Talking Points, dated September 18, 2016 | |
| 26B | Backgound and Talking Points (4 pages)<br>Agreement (Backgound and Talking Points9192016.docx) to Email from Rafiekian to Flynn, Subject: Talking Points, dated September 18, 2016 | |
| 28A | Photograph of Barak Albayrak | |
| 28B | U.S. Customs and Border Protection, TECS – Person Encounter List on Alptekin, Kamil start and end date range 09/01/2015 – 09/01/2017<br>(3 pages) | |
| 28B-1 | Certificate of Authenticity, dated June 26, 2019 (2 pages)<br>On U.S. Customs and Border Protection, TECS – Person Encounter List on Alptekin, Kamil start and end date range 09/01/2015 – 09/01/2017 | |
| 29 | Email from Rafiekian to Flynn, Subject Confidence, dated September 21, 2016 | |

| | | |
|---|---|---|
| 30A | Email from Boston to Miller and Rafiekian, Subject: Congressional Outreach, dared Octover 11, 2016 | |
| 30B | Email from Miller to Boston, Subject: mid-week update, dated October 12, 2016 (2 pages) | |
| 33A | Email from Rafiekian to Alptekin, Subject: Invoice, dated October 7, 2016 | |
| 33B | FIG Invoice, dated October 7, 2016, Total Invoice Amount $200,000 Attachment (Invoice second payment 1072016) to Email from Rafiekian to Alptekin, Subject: Invoice, dated October 7, 2016 | |
| 33C | Email from Rafiekian to Employee of Company A, Subject: Wire Transfer to Inovo BV, dated October 11, 2016 | |
| 34 | Bank of America Statement, FIG Account No. ending in 6215, for October 1, 2016 to October 31, 2016 (8 pages) (October 11, 2016 – Alptekin caused $185,000 to be wire transferred from a Turkish bank account in Alptekin's name to Company A's U.S. bank account.) | |
| 35A | Email from Refiekian to Flynn and Alptekin, Subject: Fwd:Inivo, dated October 14, 2016 | |
| 35B | Inovo Invoice, FIG, total $40,000, Invoice dated Octover 14, 2016 Attachment (image1.png) to Email from Refiekian to Flynn and Alptekin, Subject: Fwd:Inivo, dated October 14, 2016 | |
| 36 | **RESERVED** | |
| 37A | Email from Rafiekian to Alptekin, Subject: Invoie, dated November 10, 2016 | |
| 37B | FIG Invoice, Total Invoive Amount $200,000, Dated November 10, 2016 Attachment (Invoice third payment 11102016.pdf) to Email from Rafiekian to Alptekin, Subject: Invoie, dated November 10, 2016 | |
| 38 | Bank of America Statement, FIG Account No. ending in 6215, for November 1, 2016 to November 30, 2016 (8 pages) (November 14, 2016 – Alptekin caused $145,000 to be wire transferred from a Turkish bank account in Alptekin's name to Company A's U.S. bank account.) | |
| 39 | **RESERVED** | |
| 40 | Text Message from Flynn to Project Team including Alptekin, dated October 22, 2016 | |
| 41 | **RESERVED** | |
| 42 | Handwritten Notes, Weekly conference call (5 pages) | |

| | | |
|---|---|---|
| 43A | Email from Boston to Rafiekian, Subject: Talking Points for Oct 14, dated October 13, 2016 | |
| 43B | FIG Project Confidence Talking Points, October 14, 2016 (16 pages) Attachment (Talking Points 10142016.docx) to Email from Boston to Rafiekian, Subject: Talking Points for Oct 14, dated October 13, 2016 | |
| 43C | Gulenopoly Board Attachment (Gulenopoly Board(l).pdf) to Email from Boston to Rafiekian, Subject: Talking Points for Oct 14, dated October 13, 2016 | |
| 43D | Politico tipsheet, retrieved Oct 13, 2016 Attachment (Politico.pptx) to Email from Boston to Rafiekian, Subject: Talking Points for Oct 14, dated October 13, 2016 | |
| 43E | Gulenopoly Citations (2 pages) Attachment (Gulenopoly Citations(l).docx) to Email from Boston to Rafiekian, Subject: Talking Points for Oct 14, dated October 13, 2016 | |
| 43F | First Draft – Gulen Briefing Sheet (2 pages) Attachment (Gulen Briefing Sheet(l).docx) to Email from Boston to Rafiekian, Subject: Talking Points for Oct 14, dated October 13, 2016 | |
| 44 | **RESERVED** | |
| 45A | Email from Rafiekian to Alptekin and Kelley, Subject: Getting Turkey Wrong, dated November 2, 2016 | |
| 45B | Getting Turkey Wrong (6 pages) Attachment (GETTING TURKEY WRONG.docx) to Email from Rafiekian to Alptekin and Kelley, Subject: Getting Turkey Wrong, dated November 2, 2016 | |
| 46 | **RESERVED** | |
| 47 | Email from Rafiekian to Flynn, Subject: Re: Tim Kaine congratulates Gulenists in a letter - Ragip Soylu - Daily Sabah, dated November 3, 2016 (2 pages) | |
| 48A | Email from Rafiekian to Alptekin, Subject: Update, dated November 4, 2016 (2 pages) | |
| 48B | Our Ally Turkey Is in Crisis and Needs Our Support (4 pages) Attachment (TurkeyMTF1132016.pdf) to Email from Rafiekian to Alptekin, Subject: Update, dated November 4, 2016 | |

| | | |
|---|---|---|
| 49 | Email from Alptekin to Rafiekian, Subject: Re: Update, dated November 5, 2016 | |
| 50 | The Hill \| Our ally Turkey is in crisis and needs our support, by Flynn, dated November 8, 2016 (4 pages) | |
| 51 | **RESERVED** | |
| 52 | **RESERVED** | |
| 53 | **RESERVED** | |
| 54 | **RESERVED** | |
| 55 | **RESERVED** | |
| 56 | Registration Statement (Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM) Registrant: Flynn Intel Group, Inc., Registration No. 6406 (7 pages) | |
| 57 | **RESERVED** | |
| 58 | Exhibit A and Exhibit B to Registration Statement and signed Independent Advisory Services Agreement dated 8/9/2016 (Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM) Registrant: Flynn Intel Group, Inc., Registration No. 6406 (8 pages) | |
| 59 | **RESERVED** | |
| 60 | **RESERVED** | |
| 61 | Supplemental Statement (Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM) Name of Registrant: Flynn Intel Group, Inc., Registration No. 6406 (13 pages) | |
| 62 | **RESERVED** | |
| 63 | **RESERVED** | |
| 64 | Short Form Registration Statement (Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM) Name: Lt. Gen Michael T. Flynn (Ret.), Registration No. 6406 (3 pages) | |
| 65 | Short Form Registration Statement, (Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM) Name: Bijan Rafiekian, Registration No. 6406 (3 pages) | |
| 66 | Flynn Intel Group, Inc., State of Delaware Certificate of Incorporation a Stock Corporation (Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM) (18 pages) | |
| 67 | Skype Chats from July 26, 2016 through September 30, 2016 | |

| | | |
|---|---|---|
| 67A | **RESERVED** | |
| 67B | **RESERVED** | |
| 67C | **RESERVED** | |
| 67D | **RESERVED** | |
| 67E | **RESERVED** | |
| 67F | **RESERVED** | |
| 67G | **RESERVED** | |
| 67H | **RESERVED** | |
| 67I | **RESERVED** | |
| 67J | **RESERVED** | |
| 67K | **RESERVED** | |
| 67L | **RESERVED** | |
| 67M | **RESERVED** | |
| 67N | **RESERVED** | |
| 67O | **RESERVED** | |
| 67P | **RESERVED** | |
| 67Q | **RESERVED** | |
| 67R | **RESERVED** | |
| 67S | **RESERVED** | |
| 67T | **RESERVED** | |
| 67U | **RESERVED** | |
| 68 | **RESERVED** | |
| 69 | **RESERVED** | |
| 70A | Email from Rafiekian to Flynn, Subject: Turkey, dated November 3, 2016 | |
| 70B | Our Ally Turkey Is In Crisis and Needs Our Support (4 pages) Attachment (TurkeyMTF1132016.pdf) to Email from Rafiekian to Flynn, Subject: Turkey, dated November 3, 2016 | |
| 71 | Email from Rafiekian to Flynn, Subject: Document, dated November 3, 2016 | |
| 72 | Email from Flynn to FIG, Boston, Rafiekian, Subject RE: Working papaers for your review, dated November 5, 2016 | |

| | |
|---|---|
| 73A | Email from Rafiekian to Alptekin, Subject: Working Papers, dated November 5, 2016 |
| 73B | Road Map and Working Paper (8 pages)<br>Attachment (roadmap1152016MBbkmf.pdf and Working paper 1152016mbbkmf.3.pdf) to Email from Rafiekian to Alptekin, Subject: Working Papers, dated November 5, 2016 |
| 73C | Gulenopoly Board<br>Attachment (Gulenopoly) to Email from Rafiekian to Alptekin, Subject: Working Papers, dated November 5, 2016 |
| 74 | Email from Boston to Rafiekian, Subject: Comments on the document layout, dated November 5, 2016 |
| 75 | Email from Rafiekian to Flynn and Boston, Subject: Working paper for your review, dated November 5, 2016 |
| 76A | Email from Flynn to Rafiekian and FIG, Subject: Re: Financial Records, dated November 6, 2016 |
| 76B | Turkey: A Friend in Need is a Friend Indeed (5 pages)<br>Attachment (Turkey Article.docx) to Email from Flynn to Rafiekian and FIG, Subject: Re: Financial Records, dated November 6, 2016 |
| 77 | Email from Alptekin to Flynn, Subject Re: Re-sending, dated November 7, 2016 |
| 78A | Email from Rafiekian to Alptekin, Subject: Assessment Report, dated November 7, 2016 (2 pages) |
| 78B | Fethullah Gulen: A Primer for Investigators, dated November 2, 2016 (70 pages)<br>Attachment (Ongoinginvestigationgulenbkmf.pdf) to Email from Rafiekian to Alptekin, Subject: Assessment Report, dated November 7, 2016 |
| 79A | Email from Kian to Miller, Subject: Article, dated November 7, 2016 |
| 79B | Attachment (TurkeyMTF1132016.pdf and .docx) to Email from Kian to Miller, Subject: Article, dated November 7, 2016 (8 pages) |
| 80 | Email from Miller to Rafiekian, Subject: Article placement, dated November 8, 2016 |
| 81 | Email from Miller to Boston, Subject: Re: Article placement, dated November 8, 2016 |

| | |
|---|---|
| 82 | Email from Boston to Rafiekian, Subject: Update, dated November 11, 2016 |
| 83 | Email from Rafiekian to Alptekin, Subject: Recommended Statement by Sphere, dated November 11. 2016  (2 pages) |
| 84 | Email from Flynn to Rafiekian, Subject: Politico: Trump advisor Flynn linked to Turkish lobbying, dated November 15, 2016 (4 pages) |
| 85 | Email from Flynn to Rafiekian, Subject: Politico: Trump advisor Flynn linked to Turkish lobbying, November 15, 2016 (6 pages) |
| 86 | Email from Courtovich to Miller, Wyatt and Lowman, Subject: (no subject), dated November 15, 2016 |
| 87 | Email from Kian to Flynn, Subject: Politico: Trump advisor Flynn linked to Turkish lobbying, dated November 15, 2016 (5 pages) |
| 88A | Email from Kian to Flynn, Subject: Engagement with INOVO, dated November 17, 2016 |
| 88B | Independent Advisory Services Agreement , dated 08/09/2016 (3 pages) Attachment (Advisory Agreement FIG INOVO-signed.pdf) to Email from Kian to Flynn, Subject: Engagement with INOVO, dated November 17, 2016 |
| 89 | Email from Burck to Kelley, Subject: Statement of Flynn Intel Group, dated November 19, 2016 (2 pages) |
| 90 | Letter to Flynn from Hunt, Re: Possible Obligation to Register Under the Foreign Agents Registration Act, dated November 30, 2016, (3 pages) |
| 91 | Mail -zulu1010@hotmail.com tneer Mccaudley, printed 5/23/2017 |
| 92 | Covington Letter, to Hunt from Kelner, Re: Flynn Intel Group, Inc., dated January 11, 2017 |
| 93A | Email from Alptekin to Rafiekian, Subject: Fwd: Time sensitive- Ekim Alptekin- engagement letter (3 pages) |
| 93B | Arent Fox Letter, Re: Advice on Regulations for the Foreign Economic Relations Board of Turkey, dated January 18, 2017 (15 pages) |
| 94 | Ratio Letter, Dated February 12, 2017, to Ekim Alptekin, Re: Termination Notice of Service Agreement |
| 94A | Inovo, Ratio Oil Exploration LP, $5,000, Invoice No. 00046, March 2016, |

|  |  |  |
|---|---|---|
|  | dated April 22, 2016 |  |
| 94B | Inovo, Ratio Oil Exploration LP, $5,000, Invoice No. 00047, April 2016, dated April 22, 2016 |  |
| 94C | Inovo, Ratio Oil Exploration LP, $5,000, Invoice No. 00048, May 2016, dated May 30, 2016 |  |
| 94D | Inovo, Ratio Oil Exploration LP, $5,000, Invoice No. 00049, June 2016, dated July 4, 2016 |  |
| 94E | Inovo, Ratio Oil Exploration LP, $5,000, Invoice No. 00050, July 2016, dated July 25, 2016 |  |
| 94F | Inovo, Ratio Oil Exploration LP, $5,000, Invoice No. 00051, August 2016, dated August 25, 2016 |  |
| 94G | Inovo, Ratio Oil Exploration LP, $5,000, Invoice No. 00046, March 2016, dated April 22, 2016 |  |
| 94H | Inovo, Ratio Oil Exploration LP, $5,000, Invoice No. 00046, March 2016, dated April 22, 2016 |  |
| 94I | Inovo, Ratio Oil Exploration LP, $5,000, Invoice No. 00046, March 2016, dated April 22, 2016 |  |
| 94J | Inovo, Ratio Oil Exploration LP, $5,000, Invoice No. 00046, March 2016, dated April 22, 2016 |  |
| 94K | Inovo, Ratio Oil Exploration LP, $5,000, Invoice No. 00046, March 2016, dated April 22, 2016 |  |
| 95 | Email from Courtovich to Kian, Subject: Re: Reaching Out, dated August 13, 2016 |  |
| 96A | Email from Miller to Courtovich, Subject: Following up on Tuesday's Meeting, dated August 18, 2016 |  |
| 96B | Sphere Letter to Flynn and Rafiekian from Courtovich, Re: Partnership to Promote a Prospeprous and Stable Turkey, dated August 18, 2016 (4 pages) Attachment (attachment-1) to Email from Miller to Courtovich, Subject: Following up on Tuesday's Meeting, dated August 18, 2016 |  |
| 97 | Email from Miller to Courtovich, Subject: Re: Following up on Tuesday's Meeting, dated August 20, 2016 |  |

| | |
|---|---|
| 98 | Email from Miller to Courtovich dated, Subject Hello, Dated August 29, 2016 (7 pages) |
| 99 | Email from Kian to Flynn, Subject Re: Advisory Agreement (General Scope) for Ekim Alptekin, dated September 12, 2016 (3 pages) |
| 100A | Email from Kian to Flynn, Subject: Revised Ekim Agreement, dated September 12, 2016 |
| 100B | Independent Advisory Services Agreement (2 pages) Attachment (Ekim Advisory Agreement rev1BK 9122016.docx) to Email from Kian to Flynn, Subject: Revised Ekim Agreement, dated September 12, 2016 |
| 101A | Email from Swiercz to Yudis, Subject: Turkey Brief, dated September 13, 2016 |
| 101B | Turkey Client: FLin Intel document, dated 09/13/2016 (2 pages) Attachment (Turkey Client.docx) to Email from Swiercz to Yudis, Subject: Turkey Brief, dated September 13, 2016 |
| 102 | Email from Ahn to Pilgram, Mccaurley, and Flynn, dated September 16, 2016 |
| 103A | Email from Kian to Alptekin, Subject: Talking Points, dated September 16, 2016 |
| 103B | Backgrount and Talking Points (4 pages) Attachment (Background and Talking Points91…tdf) to Email from Kian to Alptekin, Subject: Talking Points, dated September 16, 2016 |
| 104A | Email from Flynn to Kian, Subject Re: Talking Points, dated September 18, 2016 |
| 104B | Background and Talking Points (4 pages) Attachment (Background and Talking Points9192016.docx) to Email from Flynn to Kian, Subject Re: Talking Points, dated September 18, 2016 |
| 105 | Email from Miller to Kian, Subject: Tomorrow, dated September 19, 2016 |
| 106 | Email from Pilgram to Kian, Subject: Morning Update 9/20, dated September 20, 2016 |
| 107A | Email from Miller to Kian, Subject: Tomorrow, dated September 21, 2016 (2 pages) |
| 107B | Memorandum of Understanding (2 pages) Attachment (attachment-1.pdf) to Email from Miller to Kian, Subject: Tomorrow, dated September 21, 2016 |

| | | |
|---|---|---|
| 108 | Email from Alptekin to Kian, Subject: Comm Check, dated September 26, 2016 | |
| 109 | Sphere Letter to Miller from Kelley and Looney, RE: Charter Schools Database, dated October 3, 2016 (2 pages) | |
| 110A | Email from Kian to Boston, Subject: Project Confidence, dated October 4, 2016 (2 pages) | |
| 110B | Independent Advisory Services Agreement (2 pages)<br>Attachment (Independent Contractor Agreement.docx) to Email from Kian to Boston, Subject: Project Confidence, dated October 4, 2016 | |
| 110C | Sensitive Information Non-Disclosure Agreement (2 pages)<br>Attachment (Sensitive Information Non.docx) to Email from Kian to Boston, Subject: Project Confidence, dated October 4, 2016 | |
| 111 | Sphere Letter to FIG from Miller, RE: Engagement Strategy and Activities, dated October 5, 2016 (3 pages) | |
| 112 | Email from Boston to Kian, Subject: Use of Inovo's Name, dated October 9, 2016 | |
| 113 | Email from Flynn to Kian, Subject Wire Transfer to Inovo BV, dated October 13, 2016 | |
| 114 | Email from Boston to Graham, dated October 13, 2016 | |
| 115 | Email from Kian to Flynn, Subject: Update- Confidence, October 13, 2016 | |
| 116A | Email from Kian to Alptekin, dated October 14, 2016 | |
| 116B | Maanopoly Board<br>Attachment (Maanopoly 5-3[1].compressed (1)(1)(1).pdf) to Email from Kian to Alptekin, dated October 14, 2016 | |
| 117 | Message with number ending in 2256, dated October 14, 2016 | |
| 118A | Email from Flynn to Kian, Subject: Inivo, dated October 15, 2016 | |
| 118B | Inovo Invoice, dated October 14, 2016<br>Attachment (image1.png) to Email from Flynn to Kian, Subject: Inivo, dated October 15, 2016 | |
| 119A | Email from Kian to Alptekin, Subject: Updates, dated October 21, 2016 | |
| 119B | Gulenopoly Board<br>Attachment (10212016Gulenopoly (1).pdf) to Email from Kian to Alptekin, Subject: Updates, dated October 21, 2016 | |

| | | |
|---|---|---|
| 119C | Mula Mullah Board<br>Attachment (10212016Mula Mullah Board.pdf) to Email from Kian to Alptekin, Subject: Updates, dated October 21, 2016 | |
| 120 | Email from Boston to Alptekin, Subject: Update Call with Ekim, dated October 21, 2016 | |
| 121 | Email from bmccauley to Kian, Subject: Update Call with Ekim, dated October 21, 2016 | |
| 122A | Email from Boston to Flynn, Subject: Weekly Conference Call Notes, dated October 22, 2016 (3 pages) | |
| 122B | Conference Call Notes (4 pages)<br>Attachment (Conference Call notes.docx) to Email from Boston to Flynn, Subject: Weekly Conference Call Notes, dated October 22, 2016 | |
| 122C | Gulen Briefing Sheet (4 pages)<br>Attachment (Gulen Briefing Sheet_2016.10.23.docx.tdf) to Email from Boston to Flynn, Subject: Weekly Conference Call Notes, dated October 22, 2016 | |
| 122D | Briefing on Gulen Related Charter Schools in Texas, Draft October 19, 2016 (2 pages)<br>Attachment (Texas One Page.docx) to Email from Boston to Flynn, Subject: Weekly Conference Call Notes, dated October 22, 2016 | |
| 122E | Sphere Letter to FIG from Sphere Consulting, Re: Charter Schools and the Department of Education, dated October 18, 2016 (3 pages)<br>Attachment (Charter Schools and DofEd.docx) to Email from Boston to Flynn, Subject: Weekly Conference Call Notes, dated October 22, 2016 | |
| 122F | Mula Mullah Board<br>Attachment (Mula Mullah Board.pdf) to Email from Boston to Flynn, Subject: Weekly Conference Call Notes, dated October 22, 2016 | |
| 122G | Gulenopoly Board<br>Attachment (Glenopoly.pdf) to Email from Boston to Flynn, Subject: Weekly Conference Call Notes, dated October 22, 2016 | |
| 122H | Sphere Letter to FIG from Sphere Consulting, Re: Charter Schools and the IRS, dated October 18, 2016 (2 pages)<br>Attachment (Charter Schools and IRS.DOCX) to Email from Boston to Flynn, Subject: Weekly Conference Call Notes, dated October 22, 2016 | |
| 122I | 20 October 2016 Update powerpoint (9 pages) | |

|  | |  |
|---|---|---|
|  | Attachment (20Oct16Update.pptx.pptx) to Email from Boston to Flynn, Subject: Weekly Conference Call Notes, dated October 22, 2016 | |
| 122J | Image<br>Attachment (horizon overview(1).png) to Email from Boston to Flynn, Subject: Weekly Conference Call Notes, dated October 22, 2016 | |
| 123A | Email from Kian to Flynn, Subject: Ekim's advisory agreement, dated October 22, 2016 | |
| 123B | (2 pages)<br>Attachment (Ekim Advisory Agreement rev3BK 109122016.docx) to Email from Kian to Flynn, Subject: Ekim's advisory agreement, dated October 22, 2016 | |
| 124A | Email from Boston to Kian, Subject: Sphere Plan, October 28, 2016 | |
| 124B | Sphere Letter to FIG from Miller, Re: Engagement Strategy and Activities, dated October 5, 2016 (3 pages)<br>Attachment (attachment-1.docx) to Email from Boston to Kian, Subject: Sphere Plan, October 28, 2016 | |
| 125 | Email from Kian to Alptekin, Subject: Conference on Monday, dated October 28, 2016 | |
| 126 | Email from Alptekin to Kian, Subject: RE: Conference on Monday, dated October 19, 2016 | |
| 127A | Email from Flynn to Rafiekian, Subject: Ekim's advisory agreement, dated October 30, 2016 | |
| 127B | Independent Advisory Services Agreement, dated September 9, 2016 (2 pages)<br>Attachment (Confidence Project.tdf) to Email from Flynn to Rafiekian, Subject: Ekim's advisory agreement, dated October 30, 2016 | |
| 128A | Email from Boston to McCauley, Subject: Project Meeting Wednesday at noon our office suite, dated October 31, 2016 | |
| 128B | Restoring Confidence, Project Update (4 pages)<br>Attachment (FIG Presentation_GM.PPTX) to Email from Boston to McCauley, Subject: Project Meeting Wednesday at noon our office suite, dated October 31, 2016 | |
| 128C | Gulenopoly Board<br>Attachment (Gulenopoly_OCT31.pdf) to Email from Boston to McCauley, Subject: Project Meeting Wednesday at noon our office suite, dated October 31, 2016 | |

| | |
|---|---|
| 129 | Letter to FIG from Courtovich, Re: 1782 Discovery Process, dated November 08, 2016 (2 pages)<br>Attachment (1782 Discovery Process.docx) to email Graham Miller to Jim Courtovich, dated March 27, 2019, Re: Follow-Up |
| 130 | Email from Pilgram to Rafiekian, Subject: Morning Update 9/7, dated September 7, 2016 |
| 131 | Email from Flynn to Pilgrim, Subject: Sept 19 NYC, dated September 12, 2016 |
| 132 | Email from Rafiekian to Flynn, Subject: Sept 19 NYC, dated September 12, 2016 |
| 133 | Email from Rafiekian to Pilgram, Subject: HIGH LEVEL Meeting, dated September 12, 2016 |
| 134 | Email from Rafiekian to Flynn, Subject: High Level Meeting in New York, dated September 12, 2016 |
| 135A | Email from Rafiekian to McCauley, Subject: Open Source information to kick off the investigative process, dated September 23, 2016 |
| 135B | Open Source Information – Project Confidence, dated 7/30/16 (2 pages)<br>Attachment to Email from Rafiekian to McCauley, Subject: Open Source information to kick off the investigative process, dated September 23, 2016 |
| 136 | Email from Cinar to Boston, Subject Re: Question, dated October 11, 2016 |
| 137 | Email from Rafiekian to Flynn, Subject: Meeting with Jim Courtovich, dated August 14, 2016 |
| 138 | Email from Rafiekian to Alptekin, Subject: Comm Check, dated September 27, 2016 |
| 139 | Email from Boston to Rafiekian, Subject: Comments on the document layout, dated November 5, 2016 (6 pages) |
| 140 | Email from Miller to Courtovich, Subject: Re: Turkey – FARA v LDV, dated September 13, 2016 (2 pages) |
| 141A | YouTube Video Clip (1:38:00 – 1:48:00) |
| 141B | Transcript of YouTube Video Clip (1:38:00 – 1:48:00) |
| 142 | Email from T. Neer to McCauley, Subject: Proposed Open Source Work Re: Gulen School, dated October 7, 2016 (2 pages) |

| | | |
|---|---|---|
| 143 | Statement, Elliott Investigative Services to Inovo BV, dated June 17, 2016 (6 pages) | |
| 144 | Email from Alptekin to Elliot, Subject: for your review, dated November 1, 2016 | |
| 145 | Alptekin Skype file Handwritten notes, dated October 13, 2016 | |
| 146A | Email from Neer to Mccauley, Subject: Status, dated October 20, 2016 | |
| 146B | Attachment (Letter.to Brian.docx) Email from Neer to Mccauley, Subject: Status, dated October 20, 2016 | |
| 147 | Registration Statement (Received by NSD/FARA Registration Unit 10/26/2015 9:38:44 AM) Registrant: Amsterdam & Partners, LLC, Registration No. 6325 (6 pages) | |
| 148 | Exhibit A and Exhibit B to Registration Statement (Received by NSD/FARA Registration Unit 10/26/2015 9:38:49 AM) Registrant: Amsterdam & Partners, LLP, Registration No. 6325 (7 pages) | |
| 149 | Short Form Registration Statement (Received by NSD/FARA Registration Unit 10/26/2015 9:38:51 AM) Registrant: Robert R. Amsterdam, Registration No. 6325 (2 pages) | |
| 150 | Dutch MLAT Request including Account Statement, date range June 20, 2016 to April 30, 2018 (39 pages) | |

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

      /s/                          By:      /s/

| | |
|---|---|
| Evan N. Turgeon Trial Attorney | James P. Gillis |
| Counterintelligence | Virginia Bar No. 65055 |
| and Export Control Section National | John T. Gibbs |
| Security Division | Virginia Bar No. 40380 |
| United States Department of Justice 950 | Assistant United States Attorneys |
| Pennsylvania Avenue, NW Washington, | The Justin W. Williams |
| DC 20530 | United States Attorney's Office |
| (202) 353-0176 | 2100 Jamieson Avenue |
| Evan.Turgeon@usdoj.gov | Alexandria, VA 22314 |
| | (703) 299-3700 |
| | (703) 299-3982 (fax) |
| | James.P.Gillis@usdoj.gov ibbs@usdoj.gov |

CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically generated a Notice of Electronic Filing (NEF) to counsel of record.

By:     /s/
James P. Gillis
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone (703) 299-3700