IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>BIJAN RAFIEKIAN, *et al.* )<br>)<br>Defendants. ) | Criminal No. 1:18-CR-457 (AJT) |

## GOVERNMENT'S WITNESS LIST

1. Bryan Alfredo
2. Michael Boston
3. James Courtovich
4. John Elliott
5. David Enders
6. Jeffrey Gilday
7. Robert Kelner
8. Greg Lowman
9. Bryan McCauley
10. Graham Miller
11. Jeffrey Olson
12. Kim Rosecrans
13. Grant Smith
14. Kristen Verderame

1

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

|  |  |
|---|---|
| /s/<br>Evan N. Turgeon<br>Trial Attorney<br>Counterintelligence<br>   and Export Control Section<br>National Security Division<br>United States Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530<br>(202) 353-0176<br>Evan.Turgeon@usdoj.gov | By: /s/<br>John T. Gibbs<br>Virginia Bar No. 40380<br>James P. Gillis<br>Virginia Bar No. 65055<br>Assistant United States Attorneys<br>S. Katie Sweeten<br>Special Assistant United States Attorney<br>The Justin W. Williams<br>   United States Attorney's Office<br>2100 Jamieson Avenue<br>Alexandria, VA 22314<br>(703) 299-3700<br>(703) 299-3982 (fax)<br>John.Gibbs@usdoj.gov<br>James.P.Gillis@usdoj.gov |

CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2019, I electronically filed the foregoing using the CM/ECF system, which will send a notification of such filing to counsel of record.

Respectfully submitted,

/s/
John T. Gibbs
Assistant United States Attorney