IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:18-CR-457 (AJT) |
| | ) | |
| BIJAN RAFIEKIAN,  *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

GOVERNMENT'S FIRST AMENDED WITNESS LIST

In addition to the witnesses listed in the government's witness listed dated July 10, 2019 (Dkt. 298) the following witnesses should also be included:

1. Michael G. Flynn
2. Suthahar Nadarajah

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

_____/s/_____

Evan N. Turgeon
Trial Attorney
Counterintelligence
    and Export Control Section
National Security Division
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 353-0176
Evan.Turgeon@usdoj.gov

By: _____/s/_____

John T. Gibbs
Virginia Bar No. 40380
James P. Gillis
Virginia Bar No. 65055
Assistant United States Attorneys
S. Katie Sweeten
Special Assistant United States Attorney
The Justin W. Williams
    United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
(703) 299-3982 (fax)
John.Gibbs@usdoj.gov
James.P.Gillis@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2019, I electronically filed the foregoing using the

CM/ECF system, which will send a notification of such filing to counsel of record.

Respectfully submitted,


_____/s/_____
John T. Gibbs
Assistant United States Attorney