UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| BIJAN RAFIEKIAN ) | Case Number 1:18-cr-457-AJT-1& 2 |
| ) | |
| and ) | |
| ) | |
| KAMIL EKIM ALPTEKIN, ) | |
| ) | |
| Defendants. ) | |

## ORDER

It is hereby

ORDERED that the hearings on (1) Non-Party Matthew M. Nolan, Esq.'s Emergency Motion to Quash Trial Subpoena [Doc. No. 287]; and (2) the outstanding issues raised in the Defendant's Memorandum Regarding Notice of Correction to the Record [Doc. No. 262], the Government's Response to Defendant's Memorandum Regarding Notice of Correction to the Record [Doc. No. 277], and the Memorandum Opposing Coconspirator Designation of Non-Party Witness Michael T. Flynn [Doc. No. 270], currently scheduled for Friday, July 12, 2019 at 10:00 a.m. be, and the same hereby are, CONTINUED to Friday, July 12, 2019 at 11:00 a.m.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
July 11, 2019