IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __18-CR-457-AJT__, Case Name __USA v. Rafiekian, et al.__
Party Represented by Applicant: __Non-Party Matthew M. Nolan, Esq.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Randall Adam Brater__
Bar Identification Number __211140__  State __California__
Firm Name __Arent Fox LLP__
Firm Phone # __202-857-6000__  Direct Dial # __202-715-8472__  FAX # __202-857-6395__
E-Mail Address __randall.brater@arentfox.com__
Office Mailing Address __1717 K Street NW, Washington, DC 20006__

Name(s) of federal court(s) in which I have been admitted __See Exhibit A.__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __x__ a full-time employee of the United States of America, and if so request exemption from the admission fee.

__/s/ Randall Brater__
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

__/s/ Nadia Patel__                                    __7/10/19__
(Signature)                                             (Date)
Nadia Abdulhamid Patel                                  84300
(Typed or Printed Name)                                 (VA Bar Number)

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

__/s/ Anthony J. Trenga__
Anthony J. Trenga
United States District Judge                            __July 11, 2019__
(Judge's Signature)                                     (Date)

## Exhibit A - Bar Admissions

| Court | Date of Admission |
|---|---|
| California State Bar | December 5, 2000 |
| U.S. District Court, Central District of California | December 18, 2000 |
| U.S. Court of Appeals, 9th Circuit | November 9, 2001 |
| U.S. District Court, Northern District of California | November 16, 2001 |
| District of Columbia Bar | December 3, 2001 |
| U.S. District Court, District of Columbia | May 6, 2002 |
| U.S. District Court, District of Maryland | May 20, 2002 |
| U.S. Court of Appeals, 6th Circuit | July 14, 2003 |
| U.S. Court of Appeals, 4th Circuit | August 27, 2004 |
| U.S. Court of Appeals, District of Columbia Circuit | October 22, 2004 |
| U.S. Supreme Court Bar | March 7, 2005 |
| U.S. Court of Appeals, 10th Circuit | April 4, 2007 |
| U.S. District Court, Eastern District of California | December 12, 2013 |
| U.S. District Court, Eastern District of Michigan | January 15, 2014 |