IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA )
) No. 1:18-CR-457
v. )
) The Honorable Anthony J. Trenga
BIJAN RAFIEKIAN, et al., )
a/k/a "Bijan Kian" ) Trial: July 15, 2019
)
)
Defendants. )
)

## TRIAL EXHIBIT CUSTODY FORM

Government Exhibit(s) 2 – 150 were received on this 11th day of July, 2019.

_____
Signature of person receiving exhibits

----------------------------------------------------------------------------------------

I certify that the exhibits being submitted to the court are those listed on the exhibit list filed at this time.

_____
Signature person certifying