## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

**United States of America**

                                    Plaintiff

                                                        *vs.*          Case No.: 1:18-CR-457

**Bijan Rafiekian**

                                    **Defendant**

### AFFIDAVIT OF SERVICE

I, George Illidge, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Subpoena to Testify at a Hearing or Trial in a Criminal Case with Witness fee check in the amount of $62.50 in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on 06/29/2019 at 2:05 PM, I served Andrew Durkovic with the Subpoena to Testify at a Hearing or Trial in a Criminal Case with Witness fee check in the amount of $62.50 at 8501 Chase Glen Circle, Fairfax Station, Virginia 22039, by serving Andrew Durkovic, personally.

Andrew Durkovic is described herein as:

Gender: Male   Race/Skin: White   Age: 63   Weight: 170   Height: 5'10"   Hair: White   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

7/1/19
_____
Executed On

George Illidge
_____
George Illidge

Client Ref Number:881450.0001
Job #: 1564125

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| BIJAN RAFIEKIAN | )   Case No.  1:18-CR-457 |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   **Andrew Durkovic**
      **Amsterdam & Partners**
      **1054 31st St NW Suite 110**      **–OR–**      **8501 Chase Glen Circle**
      **Washington, D.C. 20007**                       **Fairfax Station, VA 22039**

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court<br>401 Courthouse Square<br>Alexandria, VA 22314 | Courtroom No.:  700 |
|---|---|
| | Date and Time:  07/15/2019 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

**All contracts between Republic of Turkey and Amsterdam & Partners.**

*(SEAL)*

Date:   04/30/2019

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Bijan Rafiekian
_____ , who requests this subpoena, are:

Robert P. Trout
Trout Cacheris & Solomon PLLC
1627 Eye Street, NW
Suite 1130
Washington, D.C. 20006
(202) 464-3111
rtrout@troutcacheris.com