Filed with the Classified Information Security Officer
CISO _____
Date ___7/11/19___

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:18-cr-457 (AJT) |
| ) | |
| BIJAN RAFIEKIAN ) | Filed with CISO |
| ) | **In Camera and Under Seal** |
| and ) | |
| ) | |
| KAMIL EKIM ALPTEKIN, ) | |
| ) | |
| Defendants. ) | |

## **CLASSIFIED ORDER**