Filed with the Classified Information Security Officer
CISO M. Peterson
Date 7/12/2019

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:18-cr-457 (AJT) |
| ) | |
| BIJAN RAFIEKIAN ) | Filed with CISO |
| ) | *Ex Parte*, **In Camera and** |
| and ) | **Under Seal** |
| ) | |
| KAMIL EKIM ALPTEKIN, ) | |
| ) | |
| Defendants. ) | |

**CLASSIFIED ORDER**