**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:18-CR-457-AJT |
| ) | |
| BIJAN RAFIEKIAN, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that David A. Warrington of the law firm Kutak Rock LLP enters his appearance as counsel of record for non-party Flynn Intel Group, LLC.

Dated: July 14, 2019              Respectfully submitted,

                          /s/
                          David A. Warrington (Va. Bar No. 72293)
                          Kutak Rock LLP
                          1625 Eye Street, NW, Suite 800
                          Washington, DC 20006
                          Phone: (202) 828-2437
                          Facsimile: (202) 828-2488
                          david.warrington@kutakrock.com
                          Counsel for Flynn Intel Group

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2019, I electronically filed the foregoing using the CM/ECF system, which will send a notification of such filing to counsel of record, and further certify that I served a copy of the foregoing by electronic mail on the following:

Evan N. Turgeon
Trial Attorney
Counterintelligence
and Export Control Section
National Security Division
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 353-0176
Evan.Turgeon@usdoj.gov

James P. Gillis
Virginia Bar No. 65055
John T. Gibbs
Virginia Bar No. 40380
Assistant United States Attorneys
The Justin W. Williams
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700
(703) 299-3982 (fax)
James.P.Gillis@usdoj.gov
John.Gibbs@usdoj.gov

_____/s/_____
David A. Warrington