## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Criminal Case No. 1:18-CR-457 (AJT)** |
| | : | |
| **BIJAN RAFIEKIAN** | : | |
| | : | |
| **and** | : | |
| | : | |
| **KAMIL EKIM ALPTEKIN,** | : | |
| | : | |
| **Defendants.** | : | |

### DEFENDANT BIJAN RAFIEKIAN'S WITNESS LIST

Defendant Bijan Rafiekian, through counsel, submits this witness list pursuant to the Court's order dated February 13, 2019 [ECF No. 46].  Defendant reserves the right to modify, supplement, or amend this list.  Defendant further reserves the right to call additional witnesses, who may not be included here, to rebut or respond to testimony, evidence, or arguments presented by the government, or for authentication purposes.

- Stephen Anthony

- Michael Boston

- William Burck

- James Courtovich

- Andrew Durkovic

- Michael T. Flynn

- Robert Kelley

- Robert Kelner

- Christine MacNulty

- Brian McCauley

- Graham Miller

- Timothy Newberry

- Matthew Nolan

- Bijan Rafiekian

- Brian Smith

- Edward G. Stafford

- Kristen Verderame

- John Wobensmith


Dated:  July 14, 2019

          Respectfully submitted,

          */s/*_____
          Mark J. MacDougall (*Pro Hac Vice*)
          Stacey H. Mitchell (*Pro Hac Vice*)
          *Counsel for Bijan Rafiekian*
          Akin Gump Strauss Hauer & Feld LLP
          1333 New Hampshire Avenue, NW
          Washington, DC 20036
          Telephone:  (202) 887-4000
          Fax:  (202) 887-4288
          E-mail:  mmacdougall@akingump.com
                    shmitchell@akingump.com


          */s/*_____
          Robert P. Trout (VA Bar # 13642)
          *Counsel for Bijan Rafiekian*
          Trout Cacheris & Solomon PLLC
          1627 Eye Street, NW
          Suite 1130
          Washington, DC 20006
          Telephone:  (202) 464-3311

Fax:  (202) 463-3319
E-mail:  rtrout@troutcahceris.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 14th day of July 2019, true and genuine copies of

Defendant's Witness List were sent via electronic mail by the Court's CM/ECF system to the

following:

James P. Gillis
John T. Gibbs
Evan N. Turgeon
U.S. Attorney's Office (Alexandria-NA)
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone:  (703) 299-3700
Email:  james.p.gillis@usdoj.gov
         john.gibbs@usdoj.gov
         evan.turgeon@usdoj.gov

Sidney Powell
Sidney Powell, P.C.
2911 Turtle Creek Blvd., Suite 300
Dallas, Texas 75219
Telephone:  (352) 630-5788
Email: sidney@federalappeals.com

*/s/*_____
Robert P. Trout (VA Bar # 13642)