IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 1:18-CR-457 |
| v. | ) | |
| | ) | The Honorable Anthony J. Trenga |
| BIJAN RAFIEKIAN, | ) | |
| a/k/a "Bijan Kian" | ) | Trial: July 15, 2019 |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

GOVERNMENT'S TRIAL EXHIBITS

| Exhibit No. | Exhibit | Admitted |
|---|---|---|
| 1 | **RESERVED** | |
| 2 | Photograph of Alptekin | |
| 2A | Email from Alptekin to Korkmaz, Subject cavusoglu, dated October 28, 2016 | |
| 2B | Photograph of Cavusoglu and Alptekin<br>Attachment (Cost and revenue pro forma) to Email from Alptekin to Korkmaz, Subject cavusoglu, dated October 28, 2016 | |
| 3 | **RESERVED** | |
| 4 | Photograph of Gulen | |
| 5 | Photograph of Erdogan | |
| 6 | **RESERVED** | |
| 7 | **RESERVED** | |
| 8A | Computer Screenshot of Email from Alptekin to Rafiekian, Subject: Re: All good to go, dated July 27, 2016 | |
| 8B | Email from Rafiekian to Alptekin, Subject: All good to go, dated July 27, 2016 | |

| | | |
|---|---|---|
| 9 | Email from Alptekin to Rafiekian, Subject: All good to go, dated July 29, 2016 (2 pages) | |
| 9A | Photograph of Cavusoglu | |
| 9B | Photograph of Cavusoglu | |
| 10 | Email from Rafiekian to Alptekin, Subject: Truth, dated July 30, 2016 (2 pages) | |
| 10A | Email from Flynn to FIG, Subject: Re:Truth, dated July 30, 2016 | |
| 11 | Email from Rafiekian to Alptekin, Subject: We are ready, dated August 2, 2016 | |
| 12 | Email from Flynn to Rafiekian, Subject: Re:Re: Truth, dated August 4, 2016 | |
| 13 | Email from Rafiekian to Alptekin, Subject: Re:Truth, dated August 4, 2016 (4 pages) | |
| 14 | Email from Alptekin to Flynn, Subject: Re:Truth, dated August 8, 2016 | |
| 14A | Email from Rafiekian to Alptekin, Subject: Re:Truth, dated August 8, 2016 | |
| 14B | Photograph of Yildirim | |
| 14C | Photograph of Nihat Zeybekci | |
| 15 | Email from Rafiekian to Flynn, Subject: Re: Truth, dated August 4, 2016 (3 pages) | |
| 15A | The New York Times, Turkey's New Anti-Americanism, dated Aug. 4, 2016 (3 pages)<br>Link (http://nyti.ms/2avkkES) on Email from Alptekin to Rafiekian, Subject: Re: Truth, dated August 10, 2016 | |
| 16 | Email from Alptekin to Flynn & Rafiekian, Subject: Re:Truth, dated August 10, 2016 (6 pages) | |
| 17 | Email from Rafiekian to Alptekin, Subject: Re: Welcome back!, dated August 11, 2016 (3 pages) | |
| 17A | Email from Alptekin to Rafiekian, Subject: Re: Welcome back!, dated August 11, 2016 (2 pages) | |
| 18A | Email from Rafiekian to Flynn, Subject: Confidence through Clarity Campaign – Operation Confidence, dated August 11, 2016 (2 pages) | |
| 18B | Confidence through Clarity Spreadsheet<br>Attachment (Cost and revenue pro forma) to Email from Rafiekian to Flynn, Subject: Confidence through Clarity Campaign – Operation Confidence, dated August 11, 2016 | |
| 19 | Email from Rafiekian to Alptekin, Subject: Action update, dated August 25, 2016 | |

| | | |
|---|---|---|
| *20* | Skype Chat between Alptekin and Rafiekian, dated August 25, 2016 (2 pages) | |
| *20A* | Photograph of Turkish bridge | |
| *21* | Skype Chats between Rafiekian and Alptekin, dated August 29, 2016 to August 30, 2016 | |
| 22A | Email from Rafiekian to Alptekin, Subject: Confidence, dated September 3, 2016 | |
| 22B | Independent Advisory Services Agreement (3 pages) Attachment (Advisory Agreement BK MF) to Email from Rafiekian to Alptekin, Subject: Confidence, dated September 3, 2016 | |
| 23A | Email from Rafiekian to Flynn, Subject: Operation Confidence Playbook- For BK and MF only, dated September 5, 2016 (2 pages) | |
| 23B | Operation Confidence Playbook (6 pages) Attachment (Playbook Operation Confidence BK) to Email from Rafiekian to Flynn, Subject: Operation Confidence Playbook- For BK and MF only, dated September 5, 2016 | |
| 24A | Email from Rafiekian to Flynn, Subject: NYC- September 19 or 20th, dated September 6, 2016 | |
| 24B | Email from Rafiekian to Flynn, Subject: Re: September 19 or 20th, dated September 9, 2016 | |
| 25A | Bank of America, Statement for September 1, 2016 to September 30, 2016 for Account No. ending in 6215 (6 pages) $200,000 wire | |
| *25A-1* | Bank of America, two affidavits and a Certification of the Records (5 pages) | |
| 25B | Email from Rafiekian to Flynn, Subject: Wire to Ekim, dated September 12, 2016 | |
| 25C | Email from Rafiekian to Flynn, Subject: Advisory Agreement (General Scope) for Ekim Alptekin, dated September 12, 2016 | |
| 25D | Independent Advisory Services Agreement (2 pages) Attachment (Ekim Advisory Agreement BK 9122016.docx) to Email from Rafiekian to Flynn, Subject: Advisory Agreement (General Scope) for Ekim Alptekin, dated September 12, 2016 | |

| | | |
|---|---|---|
| 26A | Email from Rafiekian to Flynn, Subject: Talking Points, dated September 18, 2016 | |
| 26B | Backgound and Talking Points (4 pages)<br>Agreement (Backgound and Talking Points9192016.docx) to Email from Rafiekian to Flynn, Subject: Talking Points, dated September 18, 2016 | |
| 28A | Photograph of Barak Albayrak | |
| 28B | U.S. Customs and Border Protection, TECS – Person Encounter List on Alptekin, Kamil start and end date range 09/01/2015 – 09/01/2017<br>(3 pages) | |
| 28B-1 | Certificate of Authenicity, dated June 26, 2019 (2 pages)<br>On U.S. Customs and Border Protection, TECS – Person Encounter List on Alptekin, Kamil start and end date range 09/01/2015 – 09/01/2017 | |
| 29 | Email from Rafiekian to Flynn, Subject Confidence, dated September 21, 2016 | |
| 30A | Email from Boston to Miller and Rafiekian, Subject: Congressional Outreach, dared Octover 11, 2016 | |
| 30B | Email from Miller to Boston, Subject: mid-week update, dated October 12, 2016 (2 pages) | |
| 33A | Email from Rafiekian to Alptekin, Subject: Invoice, dated October 7, 2016 | |
| 33B | FIG Invoice, dated October 7, 2016, Total Invoice Amount $200,000<br>Attachment (Invoice second payment 1072016) to Email from Rafiekian to Alptekin, Subject: Invoice, dated October 7, 2016 | |
| 33C | Email from Rafiekian to Employee of Company A, Subject: Wire Transfer to Inovo BV, dated October 11, 2016 | |
| 34 | Bank of America Statement, FIG Account No. ending in 6215, for October 1, 2016 to October 31, 2016 (8 pages)<br>(October 11, 2016 – Alptekin caused $185,000 to be wire transferred from a Turkish bank account in Alptekin's name to Company A's U.S. bank account.) | |
| 35A | Email from Refiekian to Flynn and Alptekin, Subject: Fwd:Inivo, dated October 14, 2016 | |
| 35B | Inovo Invoice, FIG, total $40,000, Invoice dated Octover 14, 2016<br>Attachment (image1.png) to Email from Refiekian to Flynn and Alptekin, Subject: Fwd:Inivo, dated October 14, 2016 | |
| 36 | **RESERVED** | |

| | | |
|---|---|---|
| 37A | Email from Rafiekian to Alptekin, Subject: Invoie, dated November 10, 2016 | |
| 37B | FIG Invoice, Total Invoive Amount $200,000, Dated November 10, 2016<br>Attachment (Invoice third payment 11102016.pdf) to Email from Rafiekian to Alptekin, Subject: Invoie, dated November 10, 2016 | |
| 38 | Bank of America Statement, FIG Account No. ending in 6215, for November 1, 2016 to November 30, 2016 (8 pages)<br>(November 14, 2016 – Alptekin caused $145,000 to be wire transferred from a Turkish bank account in Alptekin's name to Company A's U.S. bank account.) | |
| 39 | **RESERVED** | |
| 40 | Text Message from Flynn to Project Team including Alptekin, dated October 22, 2016 | |
| 41 | Skype Chats between Rafiekian and Alptekin, dated September 14, 2016 to September 15, 2016 | |
| 42 | Handwritten Notes, Weekly conference call (5 pages) | |
| 43A | Email from Boston to Rafiekian, Subject: Talking Points for Oct 14, dated October 13, 2016 | |
| 43B | FIG Project Confidence Talking Points, October 14, 2016 (16 pages)<br>Attachment (Talking Points 10142016.docx) to Email from Boston to Rafiekian, Subject: Talking Points for Oct 14, dated October 13, 2016 | |
| 43C | Gulenopoly Board<br>Attachment (Gulenopoly Board(l).pdf) to Email from Boston to Rafiekian, Subject: Talking Points for Oct 14, dated October 13, 2016 | |
| 43D | Politico tipsheet, retrieved Oct 13, 2016<br>Attachment (Politico.pptx) to Email from Boston to Rafiekian, Subject: Talking Points for Oct 14, dated October 13, 2016 | |
| 43E | Gulenopoly Citations (2 pages)<br>Attachment (Gulenopoly Citations(l).docx) to Email from Boston to Rafiekian, Subject: Talking Points for Oct 14, dated October 13, 2016 | |
| 43F | First Draft – Gulen Briefing Sheet (2 pages)<br>Attachment (Gulen Briefing Sheet(l).docx) to Email from Boston to Rafiekian, Subject: Talking Points for Oct 14, dated October 13, 2016 | |
| 44 | **RESERVED** | |
| 45A | Email from Rafiekian to Alptekin and Kelley, Subject: Getting Turkey Wrong, dated November 2, 2016 | |

| | | |
|---|---|---|
| 45B | Getting Turkey Wrong (6 pages)<br>Attachment (GETTING TURKEY WRONG.docx) to Email from Rafiekian to Alptekin and Kelley, Subject: Getting Turkey Wrong, dated November 2, 2016 | |
| 46 | **RESERVED** | |
| 47 | Email from Rafiekian to Flynn, Subject: Re: Tim Kaine congratulates Gulenists in a letter - Ragip Soylu - Daily Sabah, dated November 3, 2016<br>(2 pages) | |
| 48A | Email from Rafiekian to Alptekin, Subject: Update, dated November 4, 2016 (2 pages) | |
| 48B | Our Ally Turkey Is in Crisis and Needs Our Support (4 pages)<br>Attachment (TurkeyMTF1132016.pdf) to Email from Rafiekian to Alptekin, Subject: Update, dated November 4, 2016 | |
| 49 | Email from Alptekin to Rafiekian, Subject: Re: Update, dated November 5, 2016 | |
| 50 | The Hill | Our ally Turkey is in crisis and needs our support, by Flynn, dated November 8, 2016 (4 pages) | |
| 51 | **RESERVED** | |
| 52 | **RESERVED** | |
| 53 | **RESERVED** | |
| 54 | **RESERVED** | |
| 55 | **RESERVED** | |
| 56 | Registration Statement (Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM) Registrant: Flynn Intel Group, Inc., Registration No. 6406 (7 pages) | |
| 57 | **RESERVED** | |
| 58 | Exhibit A and Exhibit B to Registration Statement and signed Independent Advisory Services Agreement dated 8/9/2016 (Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM) Registrant: Flynn Intel Group, Inc., Registration No. 6406 (8 pages) | |
| 59 | **RESERVED** | |
| 60 | **RESERVED** | |
| 61 | Supplemental Statement (Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM) Name of Registrant: Flynn Intel Group, Inc., Registration No. 6406 (13 pages) | |

| | | |
|---|---|---|
| 62 | **RESERVED** | |
| 63 | **RESERVED** | |
| 64 | Short Form Registration Statement (Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM) Name: Lt. Gen Michael T. Flynn (Ret.), Registration No. 6406 (3 pages) | |
| 65 | Short Form Registration Statement, (Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM) Name: Bijan Rafiekian, Registration No. 6406 (3 pages) | |
| 66 | Flynn Intel Group, Inc., State of Delaware Certificate of Incorporation a Stock Corporation (Received by NSD/FARA Registration Unit 03/07/2017 6:02:45 PM) (18 pages) | |
| 67 | Skype Chats from July 26, 2016 through September 30, 2016 | |
| 67A | Skype Chat from Alptekin to Rafiekian, dated July 31, 2016 | |
| 67B | Skype Chat between Rafiekian and Alptekin, dated August 13, 2016 to August 14, 2016 | |
| 67C | Skype Chat between Alptekin and Rafiekian, dated August 14, 2016 | |
| 67D | Skype Chat between Alptekin and Rafiekian, dated August 16, 2016 to August 17, 2016 | |
| 67E | Skype Chat between Alptekin and Rafiekian, dated August 25, 2016 to August 26, 2016  (2 pages) | |
| 67F | Skype Chat from Alptekin to Rafiekian, dated August 27, 2016 | |
| 67G | Skype Chat from Alptekin to Rafiekian, dated August 28, 2016 | |
| 67H | Skype Chat between Rafiekian and Alptekin, dated September 1, 2016 to September 2, 2016 | |
| 67I | Skype Chat between Alptekin and Rafiekian, dated September 4, 2016 | |
| 67J | Skype Chat between Alptekin and Rafiekian, dated September 8, 2016 | |
| 67K | Skype Chat from Alptekin to Rafiekian, dated September 9, 2016 | |
| 67L | Skype Chat between Alptekin and Rafiekian, dated September 9, 2016 | |

| | | |
|---|---|---|
| *67M* | Skype Chat from Alptekin to Rafiekian, dated September 9, 2016 | |
| *67N* | Skype Chat between Alptekin and Rafiekian, dated September 9, 2016 | |
| *67O* | Skype Chat between Rafiekian and Alptekin, dated September 9, 2016 (2 pages) | |
| *67P* | Skype Chat between Rafiekian and Alptekin, dated September 11, 2016 | |
| *67Q* | Skype Chat between Alptekin and Rafiekian, dated September 12, 2016 | |
| *67R* | Skype Chat between Rafiekian and Alptekin, dated September 13, 2016 to September 14, 2016 | |
| *67S* | Skype Chat from Alptekin to Rafiekian, dated September 15, 2016 (3 pages) | |
| *67T* | Skype Chat between Alptekin and Rafiekian, dated September 28, 2016 to September 29, 2016 | |
| 68 | Chart of Emails Located by FBI Information Technology Specialist Kim T. Rosecrans (2 pages) | |
| 69A | Certificate of Authenticity - Google, dated June 24, 2017 | |
| 69B | Certificate of Authenticity - Google, dated June 24, 2017 | |
| 69C | Certificate of Authenticity - Google, dated June 24, 2017 | |
| 70A | Email from Rafiekian to Flynn, Subject: Turkey, dated November 3, 2016 | |
| 70B | Our Ally Turkey Is In Crisis and Needs Our Support (4 pages) Attachment (TurkeyMTF1132016.pdf) to Email from Rafiekian to Flynn, Subject: Turkey, dated November 3, 2016 | |
| 71 | Email from Rafiekian to Flynn, Subject: Document, dated November 3, 2016 | |
| 72 | Email from Flynn to FIG, Boston, Rafiekian, Subject RE: Working papaers for your review, dated November 5, 2016 | |
| 73A | Email from Rafiekian to Alptekin, Subject: Working Papers, dated November 5, 2016 | |
| 73B | Road Map and Working Paper (8 pages) Attachment (roadmap1152016MBbkmf.pdf and Working paper 1152016mbbkmf.3.pdf) to Email from Rafiekian to Alptekin, Subject: Working Papers, dated November 5, 2016 | |

| | | |
|---|---|---|
| 73C | Gulenopoly Board<br>Attachment (Gulenopoly) to Email from Rafiekian to Alptekin, Subject: Working Papers, dated November 5, 2016 | |
| 74 | Email from Boston to Rafiekian, Subject: Comments on the document layout, dated November 5, 2016 | |
| 75 | Email from Rafiekian to Flynn and Boston, Subject: Working paper for your review, dated November 5, 2016 | |
| 76A | Email from Flynn to Rafiekian and FIG, Subject: Re: Financial Records, dated November 6, 2016 | |
| 76B | Turkey: A Friend in Need is a Friend Indeed (5 pages)<br>Attachment (Turkey Article.docx) to Email from Flynn to Rafiekian and FIG, Subject: Re: Financial Records, dated November 6, 2016 | |
| 77 | Email from Alptekin to Flynn, Subject Re: Re-sending, dated November 7, 2016 | |
| 78A | Email from Rafiekian to Alptekin, Subject: Assessment Report, dated November 7, 2016 (2 pages) | |
| 78B | Fethullah Gulen: A Primer for Investigators, dated November 2, 2016 (70 pages)<br>Attachment (Ongoinginvestigationgulenbkmf.pdf) to Email from Rafiekian to Alptekin, Subject: Assessment Report, dated November 7, 2016 | |
| 79A | Email from Kian to Miller, Subject: Article, dated November 7, 2016 | |
| 79B | Attachment (TurkeyMTF1132016.pdf and .docx) to Email from Kian to Miller, Subject: Article, dated November 7, 2016 (8 pages) | |
| 80 | Email from Miller to Rafiekian, Subject: Article placement, dated November 8, 2016 | |
| 81 | Email from Miller to Boston, Subject: Re: Article placement, dated November 8, 2016 | |
| 82 | Email from Boston to Rafiekian, Subject: Update, dated November 11, 2016 | |
| 83 | Email from Rafiekian to Alptekin, Subject: Recommended Statement by Sphere, dated November 11. 2016 (2 pages) | |
| 84 | Email from Flynn to Rafiekian, Subject: Politico: Trump advisor Flynn linked to Turkish lobbying, dated November 15, 2016<br>(4 pages) | |

| | |
|---|---|
| 85 | Email from Flynn to Rafiekian, Subject: Politico: Trump advisor Flynn linked to Turkish lobbying, November 15, 2016 (6 pages) |
| 86 | Email from Courtovich to Miller, Wyatt and Lowman, Subject: (no subject), dated November 15, 2016 |
| 87 | Email from Kian to Flynn, Subject: Politico: Trump advisor Flynn linked to Turkish lobbying, dated November 15, 2016 (5 pages) |
| 88A | Email from Kian to Flynn, Subject: Engagement with INOVO, dated November 17, 2016 |
| 88B | Independent Advisory Services Agreement, dated 08/09/2016 (3 pages) Attachment (Advisory Agreement FIG INOVO-signed.pdf) to Email from Kian to Flynn, Subject: Engagement with INOVO, dated November 17, 2016 |
| 89 | Email from Burck to Kelley, Subject: Statement of Flynn Intel Group, dated November 19, 2016 (2 pages) |
| 90 | Letter to Flynn from Hunt, Re: Possible Obligation to Register Under the Foreign Agents Registration Act, dated November 30, 2016, (3 pages) |
| 91 | Mail -zulu1010@hotmail.com tneer Mccaudley, printed 5/23/2017 |
| 92 | Covington Letter, to Hunt from Kelner, Re: Flynn Intel Group, Inc., dated January 11, 2017 |
| 93A | Email from Alptekin to Rafiekian, Subject: Fwd: Time sensitive- Ekim Alptekin- engagement letter (3 pages) |
| 93B | Arent Fox Letter, Re: Advice on Regulations for the Foreign Economic Relations Board of Turkey, dated January 18, 2017 (15 pages) |
| 94 | Ratio Letter, Dated February 12, 2017, to Ekim Alptekin, Re: Termination Notice of Service Agreement |
| 94A | Inovo, Ratio Oil Exploration LP, $5,000, Invoice No. 00046, March 2016, dated April 22, 2016 |
| 94B | Inovo, Ratio Oil Exploration LP, $5,000, Invoice No. 00047, April 2016, dated April 22, 2016 |
| 94C | Inovo, Ratio Oil Exploration LP, $5,000, Invoice No. 00048, May 2016, dated May 30, 2016 |
| 94D | Inovo, Ratio Oil Exploration LP, $5,000, Invoice No. 00049, June 2016, |

| | | |
|---|---|---|
| | dated July 4, 2016 | |
| 94E | Inovo, Ratio Oil Exploration LP, $5,000, Invoice No. 00050, July 2016, dated July 25, 2016 | |
| 94F | Inovo, Ratio Oil Exploration LP, $5,000, Invoice No. 00051, August 2016, dated August 25, 2016 | |
| 94G | Inovo, Ratio Oil Exploration LP, $5,000, Invoice No. 00046, March 2016, dated April 22, 2016 | |
| 94H | Inovo, Ratio Oil Exploration LP, $5,000, Invoice No. 00046, March 2016, dated April 22, 2016 | |
| 94I | Inovo, Ratio Oil Exploration LP, $5,000, Invoice No. 00046, March 2016, dated April 22, 2016 | |
| 94J | Inovo, Ratio Oil Exploration LP, $5,000, Invoice No. 00046, March 2016, dated April 22, 2016 | |
| 94K | Inovo, Ratio Oil Exploration LP, $5,000, Invoice No. 00046, March 2016, dated April 22, 2016 | |
| 95 | Email from Courtovich to Kian, Subject: Re: Reaching Out, dated August 13, 2016 | |
| 96A | Email from Miller to Courtovich, Subject: Following up on Tuesday's Meeting, dated August 18, 2016 | |
| 96B | Sphere Letter to Flynn and Rafiekian from Courtovich, Re: Partnership to Promote a Prospeprous and Stable Turkey, dated August 18, 2016 (4 pages) Attachment (attachment-1) to Email from Miller to Courtovich, Subject: Following up on Tuesday's Meeting, dated August 18, 2016 | |
| 97 | Email from Miller to Courtovich, Subject: Re: Following up on Tuesday's Meeting, dated August 20, 2016 | |
| 98 | Email from Miller to Courtovich dated, Subject Hello, Dated August 29, 2016 (7 pages) | |
| 99 | Email from Kian to Flynn, Subject Re: Advisory Agreement (General Scope) for Ekim Alptekin, dated September 12, 2016 (3 pages) | |
| 100A | Email from Kian to Flynn, Subject: Revised Ekim Agreement, dated September 12, 2016 | |

11

| | | |
|---|---|---|
| 100B | Independent Advisory Services Agreement (2 pages)<br>Attachment (Ekim Advisory Agreement rev1BK 9122016.docx) to Email from Kian to Flynn, Subject: Revised Ekim Agreement, dated September 12, 2016 | |
| 101A | Email from Swiercz to Yudis, Subject: Turkey Brief, dated September 13, 2016 | |
| 101B | Turkey Client: FLin Intel document, dated 09/13/2016 (2 pages)<br>Attachment (Turkey Client.docx) to Email from Swiercz to Yudis, Subject: Turkey Brief, dated September 13, 2016 | |
| 102 | Email from Ahn to Pilgram, Mccaurley, and Flynn, dated September 16, 2016 | |
| 103A | Email from Kian to Alptekin, Subject: Talking Points, dated September 16, 2016 | |
| 103B | Backgrount and Talking Points (4 pages)<br>Attachment (Background and Talking Points91…tdf) to Email from Kian to Alptekin, Subject: Talking Points, dated September 16, 2016 | |
| 104A | Email from Flynn to Kian, Subject Re: Talking Points, dated September 18, 2016 | |
| 104B | Backgrount and Talking Points (4 pages)<br>Attachment (Background and Talking Points9192016.docx) to Email from Flynn to Kian, Subject Re: Talking Points, dated September 18, 2016 | |
| 105 | Email from Miller to Kian, Subject: Tomorrow, dated September 19, 2016 | |
| 106 | Email from Pilgram to Kian, Subject: Morning Update 9/20, dated September 20, 2016 | |
| 107A | Email from Miller to Kian, Subject: Tomorrow, dated September 21, 2016 (2 pages) | |
| 107B | Memorandum of Understanding (2 pages)<br>Attachment (attachment-1.pdf) to Email from Miller to Kian, Subject: Tomorrow, dated September 21, 2016 | |
| 108 | Email from Alptekin to Kian, Subject: Comm Check, dated September 26, 2016 | |
| 109 | Sphere Letter to Miller from Kelley and Looney, RE: Charter Schools Database, dated October 3, 2016 (2 pages) | |
| 110A | Email from Kian to Boston, Subject: Project Confidence, dated October 4, 2016 (2 pages) | |
| 110B | Independent Advisory Services Agreement (2 pages) | |

|       |                                                                                                                                                                                              |   |
|-------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---|
|       | Attachment (Independent Contractor Agreement.docx) to Email from Kian to Boston, Subject: Project Confidence, dated October 4, 2016                                                          |   |
| 110C  | Sensitive Information Non-Disclosure Agreement (2 pages)<br>Attachment (Sensitive Information Non.docx) to Email from Kian to Boston, Subject: Project Confidence, dated October 4, 2016     |   |
| 111   | Sphere Letter to FIG from Miller, RE: Engagement Strategy and Activities, dated October 5, 2016 (3 pages)                                                                                    |   |
| 112   | Email from Boston to Kian, Subject: Use of Inovo's Name, dated October 9, 2016                                                                                                               |   |
| 113   | Email from Flynn to Kian, Subject Wire Transfer to Inovo BV, dated October 13, 2016                                                                                                          |   |
| 114   | Email from Boston to Graham, dated October 13, 2016                                                                                                                                          |   |
| 115   | Email from Kian to Flynn, Subject: Update- Confidence, October 13, 2016                                                                                                                      |   |
| 116A  | Email from Kian to Alptekin, dated October 14, 2016                                                                                                                                          |   |
| 116B  | Maanopoly Board<br>Attachment (Maanopoly 5-3[1].compressed (1)(1)(1).pdf) to Email from Kian to Alptekin, dated October 14, 2016                                                             |   |
| 117   | Message with number ending in 2256, dated October 14, 2016                                                                                                                                   |   |
| 118A  | Email from Flynn to Kian, Subject: Inivo, dated October 15, 2016                                                                                                                             |   |
| 118B  | Inovo Invoice, dated October 14, 2016<br>Attachment (image1.png) to Email from Flynn to Kian, Subject: Inivo, dated October 15, 2016                                                         |   |
| 119A  | Email from Kian to Alptekin, Subject: Updates, dated October 21, 2016                                                                                                                        |   |
| 119B  | Gulenopoly Board<br>Attachment (10212016Gulenopoly (1).pdf) to Email from Kian to Alptekin, Subject: Updates, dated October 21, 2016                                                         |   |
| 119C  | Mula Mullah Board<br>Attachment (10212016Mula Mullah Board.pdf) to Email from Kian to Alptekin, Subject: Updates, dated October 21, 2016                                                     |   |
| 120   | Email from Boston to Alptekin, Subject: Update Call with Ekim, dated October 21, 2016                                                                                                        |   |
| 121   | Email from bmccauley to Kian, Subject: Update Call with Ekim, dated October 21, 2016                                                                                                         |   |

| | | |
|---|---|---|
| 122A | Email from Boston to Flynn, Subject: Weekly Conference Call Notes, dated October 22, 2016 (3 pages) | |
| 122B | Conference Call Notes (4 pages)<br>Attachment (Conference Call notes.docx) to Email from Boston to Flynn, Subject: Weekly Conference Call Notes, dated October 22, 2016 | |
| 122C | Gulen Briefing Sheet (4 pages)<br>Attachment (Gulen Briefing Sheet_2016.10.23.docx.tdf) to Email from Boston to Flynn, Subject: Weekly Conference Call Notes, dated October 22, 2016 | |
| 122D | Briefing on Gulen Related Charter Schools in Texas, Draft October 19, 2016 (2 pages)<br>Attachment (Texas One Page.docx) to Email from Boston to Flynn, Subject: Weekly Conference Call Notes, dated October 22, 2016 | |
| 122E | Sphere Letter to FIG from Sphere Consulting, Re: Charter Schools and the Department of Education, dated October 18, 2016 (3 pages)<br>Attachment (Charter Schools and DofEd.docx) to Email from Boston to Flynn, Subject: Weekly Conference Call Notes, dated October 22, 2016 | |
| 122F | Mula Mullah Board<br>Attachment (Mula Mullah Board.pdf) to Email from Boston to Flynn, Subject: Weekly Conference Call Notes, dated October 22, 2016 | |
| 122G | Gulenopoly Board<br>Attachment (Glenopoly.pdf) to Email from Boston to Flynn, Subject: Weekly Conference Call Notes, dated October 22, 2016 | |
| 122H | Sphere Letter to FIG from Sphere Consulting, Re: Charter Schools and the IRS, dated October 18, 2016 (2 pages)<br>Attachment (Charter Schools and IRS.DOCX) to Email from Boston to Flynn, Subject: Weekly Conference Call Notes, dated October 22, 2016 | |
| 122I | 20 October 2016 Update powerpoint (9 pages)<br>Attachment (20Oct16Update.pptx.pptx) to Email from Boston to Flynn, Subject: Weekly Conference Call Notes, dated October 22, 2016 | |
| 122J | Image<br>Attachment (horizon overview(1).png) to Email from Boston to Flynn, Subject: Weekly Conference Call Notes, dated October 22, 2016 | |
| 123A | Email from Kian to Flynn, Subject: Ekim's advisory agreement, dated October 22, 2016 | |

| | | |
|---|---|---|
| 123B | Independent Advisory Services Agreement (2 pages)<br>Attachment (Ekim Advisory Agreement rev3BK 109122016.docx) to Email from Kian to Flynn, Subject: Ekim's advisory agreement, dated October 22, 2016 | |
| 124A | Email from Boston to Kian, Subject: Sphere Plan, October 28, 2016 | |
| 124B | Sphere Letter to FIG from Miller, Re: Engagement Strategy and Activities, dated October 5, 2016 (3 pages)<br>Attachment (attachment-1.docx) to Email from Boston to Kian, Subject: Sphere Plan, October 28, 2016 | |
| 125 | Email from Kian to Alptekin, Subject: Conference on Monday, dated October 28, 2016 | |
| 126 | Email from Alptekin to Kian, Subject: RE: Conference on Monday, dated October 19, 2016 | |
| 127A | Email from Flynn to Rafiekian, Subject: Ekim's advisory agreement, dated October 30, 2016 | |
| 127B | Independent Advisory Services Agreement, dated September 9, 2016 (2 pages)<br>Attachment (Confidence Project.tdf) to Email from Flynn to Rafiekian, Subject: Ekim's advisory agreement, dated October 30, 2016 | |
| 128A | Email from Boston to McCauley, Subject: Project Meeting Wednesday at noon our office suite, dated October 31, 2016 | |
| 128B | Restoring Confidence, Project Update (4 pages)<br>Attachment (FIG Presentation_GM.PPTX) to Email from Boston to McCauley, Subject: Project Meeting Wednesday at noon our office suite, dated October 31, 2016 | |
| 128C | Gulenopoly Board<br>Attachment (Gulenopoly_OCT31.pdf) to Email from Boston to McCauley, Subject: Project Meeting Wednesday at noon our office suite, dated October 31, 2016 | |
| 129 | Letter to FIG from Courtovich, Re: 1782 Discovery Process, dated November 08, 2016 (2 pages)<br>Attachment (1782 Discovery Process.docx) to email Graham Miller to Jim Courtovich, dated March 27, 2019, Re: Follow-Up | |
| 130 | Email from Pilgram to Rafiekian, Subject: Morning Update 9/7, dated September 7, 2016 | |
| 131 | Email from Flynn to Pilgrim, Subject: Sept 19 NYC, dated September 12, 2016 | |

| | | |
|---|---|---|
| 132 | Email from Rafiekian to Flynn, Subject: Sept 19 NYC, dated September 12, 2016 | |
| 133 | Email from Rafiekian to Pilgram, Subject: HIGH LEVEL Meeting, dated September 12, 2016 | |
| 134 | Email from Rafiekian to Flynn, Subject: High Level Meeting in New York, dated September 12, 2016 | |
| 135A | Email from Rafiekian to McCauley, Subject: Open Source information to kick off the investigative process, dated September 23, 2016 | |
| 135B | Open Source Information – Project Confidence, dated 7/30/16 (2 pages) Attachment to Email from Rafiekian to McCauley, Subject: Open Source information to kick off the investigative process, dated September 23, 2016 | |
| 136 | Email from Cinar to Boston, Subject Re: Question, dated October 11, 2016 | |
| 137 | Email from Rafiekian to Flynn, Subject: Meeting with Jim Courtovich, dated August 14, 2016 | |
| 138 | Email from Rafiekian to Alptekin, Subject: Comm Check, dated September 27, 2016 | |
| 139 | Email from Boston to Rafiekian, Subject: Comments on the document layout, dated November 5, 2016 (6 pages) | |
| 140 | Email from Miller to Courtovich, Subject: Re: Turkey – FARA v LDV, dated September 13, 2016 (2 pages) | |
| 141A | YouTube Video Clip (1:38:00 – 1:48:00) | |
| 141B | Transcript of YouTube Video Clip (1:38:00 – 1:48:00) | |
| 142 | Email from T. Neer to McCauley, Subject: Proposed Open Source Work Re: Gulen School, dated October 7, 2016 (2 pages) | |
| 143 | Statement, Elliott Investigative Services to Inovo BV, dated June 17, 2016 (6 pages) | |
| 144 | Email from Alptekin to Elliot, Subject: for your review, dated November 1, 2016 | |
| 145 | Alptekin Skype file Handwritten notes, dated October 13, 2016 | |
| 146A | Email from Neer to Mccauley, Subject: Status, dated October 20, 2016 | |

| | |
|---|---|
| 146B | Attachment (Letter.to Brian.docx) Email from Neer to Mccauley, Subject: Status, dated October 20, 2016 |
| 147 | Registration Statement (Received by NSD/FARA Registration Unit 10/26/2015 9:38:44 AM) Registrant: Amsterdam & Partners, LLC, Registration No. 6325 (6 pages) |
| 148 | Exhibit A and Exhibit B to Registration Statement (Received by NSD/FARA Registration Unit 10/26/2015 9:38:49 AM) Registrant: Amsterdam & Partners, LLP, Registration No. 6325 (7 pages) |
| 149 | Short Form Registration Statement (Received by NSD/FARA Registration Unit 10/26/2015 9:38:51 AM) Registrant: Robert R. Amsterdam, Registration No. 6325 (2 pages) |
| 150A | Dutch MLAT Request including Account Statement, date range June 20, 2016 to April 30, 2018 (33 pages) |
| 150A-1 | Certificate of Authenticity of Business Records for ABN AMRO bank records |
| 151A | Email from Flynn to Rafiekian, Subject: Scanned Doc, dated September 8, 2016 |
| 151B | Independent Advisory Services Agreement (3 pages)<br>Attachment (B Project Confidence 1.pdf) to Email from Flynn to Rafiekian, Subject: Scanned Doc, dated September 8, 2016 |
| 152 | Email from Alptekin to Elliot, Subject: info, dated October 16, 2016 |
| 153 | Registration Statement / OMB Control No. 1124-0001 / Form NSD-1 (7 pages) |
| 154 | Supplemental Statement / OMB Control No. 1124-0002 / Form NSD-2 (10 pages) |
| 155 | Amendment to Registration Statement / OMB Control No. 1124-0003 / Form NSD-5 (2 pages) |
| 156 | Exhibit B / OMB Control No. 1124-0004 / Form NSD-4 (2 pages) |
| 157 | Short-Form Registration Statement / OMB Control No. 1124-0005 / Form NSD-6 (2 pages) |
| 158 | Exhibit A / OMB Control No. 1124-0006 / Form NSD-3 |
| 159 | Statute – Foreign Agents Registration Act of 1938, as amended (12 pages) |
| 160 | Regulations – Part 5 – Administration and Enforcement of Foreign Agents Registration Act of 1938, as amended (12 pages) |

| | |
|---|---|
| *161* | Inovo, Flynn Intel Group, $55,000, Invoice No. 00057, November 2016, Dated on or before November 25, 2016 |
| *162* | Chart FIG_EDVA Exhibits |

                                                    Respectfully submitted,

                                                    G. ZACHARY TERWILLIGER
                                                    UNITED STATES ATTORNEY

| /s/ | By: /s/ |
|---|---|
| Evan N. Turgeon Trial Attorney Counterintelligence and Export Control Section National Security Division United States Department of Justice 950 Pennsylvania Avenue, NW Washington, DC 20530 (202) 353-0176 Evan.Turgeon@usdoj.gov | John T. Gibbs Virginia Bar No. 40380 James P. Gillis Virginia Bar No. 65055 Assistant United States Attorneys The Justin W. Williams    United States Attorney's Office 2100 Jamieson Avenue Alexandria, VA 22314 (703) 299-3700 (703) 299-3982 (fax) James.P.Gillis@usdoj.gov ibbs@usdoj.gov |

18

CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically generated a Notice of Electronic Filing (NEF) to counsel of record.

By:     /s/
John T. Gibbs
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone (703) 299-3700