# UNITED STATES DISTRICT COURT
## CRIMINAL JURY TRIAL – DAY 3

Date: **7/17/2019**  
Time: **9:04-9:16**  
      **9:33-11:27**  
      **11:51-1:00**  
      **2:07-3:15**  
      **3:38-5:36**

Case No.: **1:18-CR-457-1**  
Judge: **Hon. Anthony J. Trenga**  
Reporter: **Rhonda Montgomery**  
Reporter: **Anneliese Thompson**  
Deputy Clerk: **Dani Zirk**

**UNITED STATES of AMERICA**

    V.

**BIJAN RAFIEKIAN**

| Counsel for Defendant | Counsel for Government |
|---|---|
| **Mark MacDougall** | **James Gillis** |
| **Stacey Mitchell** | **Evan Turgeon** |
| **Robert Trout** | **John Gibbs** |
| **James Tysse** | **S. Katie Sweeten** |

THIS CASE CAME ON FOR TRIAL BY JURY. APPEARANCE OF COUNSEL FOR THE GOVERNMENT AND DEFENDANTS. THE JURY APPEARED AS SUMMONED AND SWORN ON VOIR DIRE. THE FOLLOWING JURORS WERE SWORN TO TRY THE ISSUE: Jury List provided to Jury Clerk.

PROCEEDINGS:

Rule envoked on witnesses [ ]    Opening statements made [ ]

Government adduced evidence [**X**] Motions:

Defendant adduced evidence and rests [ ] Motions:

Rebuttal evidence adduced [ ]    Sur-Rebuttal evidence adduced [ ]    Evidence concluded [ ]

Closing arguments heard [ ]    Jury charged [ ]    Jury retired to deliberate [ ]

Jury returned to the courtroom with a verdict of:

Jury polled [ ]    Jury discharged [ ]    Jury verdict filed in open court [ ]

Case Continued To: Thursday, 7/18/2019 at 9:00 a.m.    For: Jury Trial (Day 4)