IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:18-CR-457-AJT |
| BIJAN RAFIEKIAN, | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT FORM

### Count One

(Conspiracy to Act as an Agent of a Foreign Government and
To Make False Statements and Willful Omissions in a FARA Filing)

We, the jury, unanimously find the defendant, BIJAN RAFIEKIAN,

_____ as charged in Count One of the Indictment.
  **(Guilty or Not Guilty)**

Intent(s) of the Conspiracy **(check all that apply)**

☐ Conspiracy to Act as an Agent of a Foreign Government

☐ Conspiracy to Make False Statements and Willful Omissions in a FARA Filing

## **Count Two**

(Acting in the United States as an Agent of a Foreign Government)

We, the jury, unanimously find the defendant, BIJAN RAFIEKIAN,

_____ as charged in Count Two of the Indictment.
    **(Guilty or Not Guilty)**

So, Say We All, this \_\_\_ day of July, 2019.

_____
FOREPERSON

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2019, I electronically filed the foregoing using the CM/ECF system, which will send a notification of such filing to counsel of record.

Respectfully submitted,

       /s/
Evan N. Turgeon
Trial Attorney
U.S. Department of Justice