# UNITED STATES DISTRICT COURT
# CRIMINAL JURY TRIAL – DAY 5

Date: **7/19/2019**　　　　　　　　　　　　　　Case No.: **1:18-CR-457-1**
Time: **2:53-3:44**　　　　　　　　　　　　　　Judge: **Hon. Anthony J. Trenga**
　　　　　　　　　　　　　　　　　　　　　　Reporter: **Rhonda Montgomery**
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk: **Dani Zirk**

**UNITED STATES of AMERICA**

　　　　V.

**BIJAN RAFIEKIAN**

| Counsel for Defendant | Counsel for Government |
|---|---|
| **Mark MacDougall** | **James Gillis** |
| **Stacey Mitchell** | **Evan Turgeon** |
| **Robert Trout** | **John Gibbs** |
| **James Tysse** | **S. Katie Sweeten** |

THIS CASE CAME ON FOR A JURY INSTRUCTION CONFERENCE. APPEARANCE OF COUNSEL FOR THE GOVERNMENT AND DEFENDANTS. THE JURY DID NOT APPEAR.

PROCEEDINGS:

Jury Instructions argued [**X**]　　　Jury Instructions arguments taken under advisement [**X**]