# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :     **Criminal Case No. 1:18-CR-457 (AJT)** |
| | : |
| BIJAN RAFIEKIAN | : |
| | : |
| and | : |
| | : |
| KAMIL EKIM ALPTEKIN, | : |
| | : |
| Defendants. | : |

## DEFENDANT BIJAN RAFIEKIAN'S SECOND AMENDED TRIAL EXHIBIT LIST

| DEX | DATE | DOCUMENT |
|---|---|---|
| 1. | 07/29/2016 | Email from B. Kian to M. Flynn, re: Ekim Alptekin |
| 2. | 09/01/2016 | Email from J. Courtovich to B. Kian, cc'd to G. Miller, G. Lowman, and J. Kelly, re: FARA (attachment Kelner white paper *Have We Reached a FARA "Tipping Point?"*) |
| 3. | 09/01/2016 | Email from B. Kian to R. Kelner, cc'd C. Pilgram, re: Scheduling a call |
| 4. | 09/03/2016 | Email from B. Kian to M. Flynn, re: confidence |
| 5. | 09/03/2016 | Email from B. Kian to M. Flynn, re: CONFIDENCE |
| 6. | 09/14/2016 | Declassified Memo re September 14, 2016 Meeting with Michael Flynn |
| 7. | 09/16/2016 | Email from B. Kian to R. Kelley, re: LDA form |
| 8. | 09/16/2016 | Email from B. Kelley to B. Kian, re: LDA Steps |
| 9. | 09/18/2016 | Email from B. Kian to E. Alptekin, re: Talking points |
| 10. | 09/21/2016 | Email from C. Pilgram to B. Kelley, re: Friday 1030 Sept ?? |
| 11. | 09/23/2016 | Email from C. Pilgram to T. Newberry, E. Jensen Yokoi, B. Kian, A. Udvig, & M. Boston, re: RE: FIG Research Support Agreement |

| DEX | DATE | DOCUMENT |
|---|---|---|
| 12. | 09/23/2016 | Email from B. Kian to T. Newberry, E. Socolosky, A. Udvig, M. Flynn, M. Boston, & B. McCauley, re: Re: FIG Research Support Agreement |
| 13. | 09/26/2016 | Email from G. Miller to B. Kelley, B. Kian, cc'd M. Boston, re: Connecting |
| 14. | 09/28/2016 | Declassified Memo re September 28, 2016 Meeting with Bijan Kian |
| 15. | 09/30/2016 | FIG Lobbying Registration LD-1 Disclosure Form |
| 16. | 09/30/2016 | Email from R. Kelley to B. Kian, re: Farwell |
| 17. | 10/11/2016 | Email from M. Boston to J. Graham, R. Kelley, cc'd B. Kian, re: Info on Client LDA reporting |
| 18. | 10/12/2016 | Email from R. Kelley to M. Boston cc'd B. Kian, re: re |
| 19. | 10/14/2016 | Email from Elliott Investigative Services to Brian McCauley, re: Quick Call |
| 20. | 10/19/2016 | Email from C. Walling to G. Miller, re: Monopoly (attachment Mula Mullah Board) |
| 21. | 10/19/2016 | Email from J. Courtovich to G. Miller, re: Board Game |
| 22. | 10/21/2016 | Email from B. Kian to M. Boston, re: Updates (attachments Texas One Page, Gulen Briefing Sheet, Gulenopoly, Charter Schools and IRS, Mula Mullah Board) |
| 23. | 10/31/2016 | Email from C. Walling to G. Miller, re: Gulenopoly (attachment Gulenopoly) |
| 24. | 10/31/2016 | Email from M. Boston to B. McCauley, G. Miller, E. Jensen Yokoi, B. Kian, T. Newberry, & C. Pilgram, re: Project meeting Wednesday at noon our office suite (attachments FIG Presentation and Gulenopoly) |
| 25. | 11/05/2016 | Statement of the Problem – Facts Bearing on the Problem of the Gulen Ecosystem |
| 26. | 11/05/2016 | Email from B. Kian to M. Flynn and M. Boston, re: Working papers for your review |
| 27. | 11/06/2016 | Email from M. Ledeen to M. Flynn, re: Please Review draft OPED on Turkey |
| 28. | 11/09/2016 | SGR LLC LDA Form |

| DEX | DATE | DOCUMENT |
|---|---|---|
| 29. | 11/12/2016 | Email from B. Kian to M. Flynn Jr, cc'd M. Flynn re is this a problem?? |
| 30. | 11/14/2016 | Email from B. Kian to E. Alptekin, re: Corrected invoice |
| 31. | 11/18/2016 | Email from B. Kian to J. Courtovich, cc'd G. Miller, re: …the media storm |
| 32. | 11/18/2016 | Email from J. Courtovich to B. Kian and G. Miller, re: General Flynn Clips |
| 33. | 11/18/2016 | Email from B. Kian to J. Courtovich |
| 34. | 11/18/2016 | Email from T. Spencer to W. Burck, B. Kian, and R. Kelley, re: Statement of Inovo (attachments: 18_NOV_2016 – Copy & Untitled attachment) |
| 35. | 11/18/2016 | Email from W. Burck to T. Spencer, cc'd to B. Kian, and R. Kelley, re: Statement of Inovo |
| 36. | 11/22/2016 | Email from B. Kian to G. Miller |
| 37. | 12/14/2016 | Email from J. Courtovich to E. Alptekin, re: Follow-up |
| 38. | 12/22/2016 | Email from B. Kian to B. Kian and zulutym@gmail.com, re: *No Subject* |
| 39. | 12/26/2016 | Email from E. Alptekin to B. Kian, re: Article of General Flynn |
| 40. | 12/27/2016 | Email from G. Miller to J. Courtovich, re: Time sensitive – FIG close out memo (attachment Engagement Summary and Notification of LDA Termination) |
| 41. | 01/09/2017 | Letter from R. Kelner to M. Flynn, re engagement to represent Flynn Intel Group |
| 42. | 01/09/2017 | Letter from R. Kelner to M. Flynn, re: engagement for FARA advice |
| 43. | 01/09/2017 | Email from J. Courtovich to B. Kian, re: Turkey FARA Breakdown |
| 44. | 01/22/2017 | Email from J. Courtovich to E. Alptekin and cc'd to G. Miller, re: DRAFT Plan for Turkey (attachment Turkey Proposal) |
| 45. | 01/23/2017 | Email from J. Courtovich to B. Kian, cc'd G. Miller, re: Just a heads up |
| 46. | 01/23/2017 | Email from E. Alptekin to J. Courtovich, cc'd to G. Miller, re: Draft Plan for Turkey |

| DEX | DATE | DOCUMENT |
|---|---|---|
| 47. | 01/24/2017 | Email from J. Courtovich to B. Kian, cc'd to G. Miller, re: TR |
| 48. | 01/24/2017 | Email from J. Courtovich to E. Alptekin |
| 49. | 01/24/2017 | Email from M. Nolan to E. Alptekin & S. Akyuz, re: FW: Inovo and FARA |
| 50. | 01/25/2017 | Email from G. Miller to E. Alptekin and cc'd to J. Courtovich, re: Proposal (attachment Turkey Proposal) |
| 51. | 01/25/2017 | Email from J. Courtovich to ttuncer@mfa.gov.tr and cc'd to G. Miller, re: Public Affairs Proposal (attachment Turkey Proposal) |
| 52. | 01/25/2017 | Email from J. Courtovich to E. Alptekin, re: Skype call w/ Ekim Alptekin |
| 53. | 01/31/2017 | Email C. Amindaray to G. Miller, re: Turkey Pitch Notes (attachment Turkey Pitch Notes) |
| 54. | 01/31/2017 | Email from J. Courtovich to B. Kian, re: Meeting w/ Turkish DCM |
| 55. | 02/01/2017 | Email from G. Miller to C. Amundaray and S. Looney, re: Turkey (attachment Turkey Proposal) |
| 56. | 02/06/2017 | Email from J. Courtovich to G. Miller, re: Budget Proposal |
| 57. | 02/06/2017 | Email from E. Alptekin to G. Miller, cc'd J. Courtovich, re: Re: Budget proposal |
| 58. | 02/07/2017 | Email from J. Courtovich to B. Kian, cc'd to G. Miller |
| 59. | 02/15/2017 | Email from G. Miller to J. Courtovich, re: Timeline |
| 60. | 03/07/2017 | Complete FIG FARA Filing |
| 61. | 03/09/2017 | Email from J. Courtovich to E. Alptekin, cc'd B. Kian, re: Press |
| 62. | 06/14/2017 | Video – FY 2018 State Department Budget Request, Opening Remarks Before the House Committee on Foreign Affairs, 115th Cong. (2017) (statement of Rex W. Tillerson, Secretary of state, on Muslim Brotherhood) |
| 63. | 10/27/2017 | Declaration of R. Kelley |
| 64. | 06/13/2018 | Letter from Robert Kelner & Stephen Anthony to James Gillis |

| DEX | DATE | DOCUMENT |
|---|---|---|
| 65. | 01/18/2019 | FIG Certificate of Dissolution |
| 66. | 07/12/2019 | Document Received from Government at July 12, 2019 Hearing |
| 67. | 07/13/2019 | Fahrettin Altun AP Tweet |
| 68. | - | RESERVED |
| 69. | 08/28/2015 | August 28, 2015 Contract between Amsterdam & Partners LLP and Turkey |
| 70. | 10/26/2015 | Amsterdam & Partners LLP, Exhibit A (Fara Reg. no. 6325) |
| 71. | 10/26/2015 | Amsterdam & Partners LLP, Robert R. Amsterdam Short Form (Fara Reg. no. 6325) |
| 72. | 05/31/2016 | Amsterdam & Partners LLP, Supplemental Statement (Fara Reg. no. 6325) |
| 73. | 05/31/2016 | Amsterdam & Partners LLP, Andrew Durkovic Short-Form (Fara Reg. no. 6325) |
| 74. | 06/08/2016 | Video – Robert Amsterdam Address to DHS Secretary Johnson over Fethullah Gülen |
| 75. | 08/19/2016 | Video – After The Coup: Interview with lawyer Robert Amsterdam on Gulen's extradition |
| 76. | 11/30/2016 | Amsterdam & Partners LLP, Supplemental Statment (Fara Reg. no. 6325) |
| 77. | 2017 | Empire of Deceit (PDF) |
| 77A. | 2017 | Empire of Deceit (Book) |
| 78. | 06/01/2017 | Amsterdam & Partners LLP, Supplemental Statment (Fara Reg. no. 6325) |
| 79. | 09/15/2017 | Amsterdam & Partners LLP, Informational Materials – Billboard disclosure (Fara Reg. no. 6325) |
| 80. | 09/22/2017 | Amsterdam & Partners LLP, Informational Materials – NYT Advertisement (Fara Reg. no. 6325) |
| 81. | 11/30/2018 | Amsterdam & Partners LLP, Supplemental Statement (Fara Reg. no. 6325) |

| DEX | DATE | DOCUMENT |
|---|---|---|
| 82. | 05/29/2019 | Amsterdam & Partners LLP, Supplemental Statement (Fara Reg. no. 6325) |
| 83. | - | Empire of Deceit Website Hompage |
| 84. | 12/31/2015 | Report of the Attorney General to the Congress of the United States on the Administration of the Foreign Agents Registration Act of 1938, as amended, for the six months ending December 31, 2015 |
| 85. | 06/30/2016 | Report of the Attorney General to the Congress of the United States on the Administration of the Foreign Agents Registration Act of 1938, as amended, for the six months ending June 30, 2016 |
| 86. | 12/31/2016 | Report of the Attorney General to the Congress of the United States on the Administration of the Foreign Agents Registration Act of 1938, as amended, for the six months ending December 31, 2016 |
| 87. | 06/30/2017 | Report of the Attorney General to the Congress of the United State on the Administration of the Foreign Agents Registration Act of 1938, as amended for the six months ending June 30, 2017 |
| 88. | 12/31/2017 | Report of the Attorney General to the Congress of the United State on the Administration of the Foreign Agents Registration Act of 1938, as amended for the six months ending December 31, 2017 |
| 89. | - | Flynn Intel Group, Inc. - Bylaws |
| 90. | 09/04/2017 | Email from R. Kelner to S. Anthony, B. Smith, & A. Langton, re: FW: Potential FARA Client |
| 91. | 05/04/2017 | Covington & Burling LLP Invoice addressed to General Michael T. Flynn re: Regulatory Advice |
| 92. | 01/09/2017 | Letter from R. Kelner to Gen. M. Flynn |
| 93. | 03/31/2017 | Covington & Burling LLP Proforma addressed to General Michael T. Flynn re: Regulatory Advice |
| 94. | 02/28/2017 | Covington & Burling LLP Proforma addressed to General Michael T. Flynn re: Regulatory Advice |
| 95. | 06/27/2019 | Memo to J. Gillis and Prosecution Team in US v. Rafiekian from S. Powell and M. Flynn Defense Team re: Unprivileged Material from Covington & Burling Flynn File |

| DEX | DATE | DOCUMENT |
|---|---|---|
| 95A. | 07/11/2019 | Flynn Intel Group, Inc – Registration Statement Pursuant to the Foreign Agents Registration Act of 1938, as amended |
| 96. | 03/07/2017 | Email from B. Smith to R. Kelner, K. Verderame, cc'd A. Langton, re: RE: Open Items |
| 97. | 06/07/1979 | Turkey: Extradition and Mutual Assistance in Criminal Matters |
| 98. | - | Rules of Professional Conduct: Rule 1.7—Conflict of Interest: General Rule |
| 99. | 03/31/2017 | Covington & Burling LLP Invoice addressed to General Michael T. Flynn re: Regulatory Advice |
| 100. | 02/24/2017 | Letter from R. Kelner to General Flynn re: Regulatory Advice, Acct. No. 039305.0001 |
| 101. | 11/30/2017 | Executed & Accepted  Michael T. Flynn Plea Agreement from Robert Mueller to Robert Kelner & Stephen Anthony |
| 102. | 04/26/2017 | Email from A. Langton to zulutym@maisol.net, M. Flynn, K. Verderame, cc'd R. Kelner, S. Anthony, & B. Smith, re: Request |
| 102A. | 07/30/2016 | Email from B. Kian to E. Alptekin & M. Flynn, re: Truth |
| 102B. | 07/30/2016 | Email from M. Flynn to M. Flynn, re: Truth |
| 102C. | 08/04/2016 | Email from B. Kian to E. Alptekin & M. Flynn, re: Re: Truth |
| 102D. | 08/08/2016 | Email from E. Alptekin to M. Flynn & B. Kian, re: Re: Truth |
| 102E. | 08/08/2016 | Email from B. Kian to E. Alptekin & M. Flynn, re: Re: Truth |
| 102F. | 08/04/2016 | Email from E. Alptekin to M. Flynn & B. Kian, re: Re: Truth |
| 102G. | 08/10/2016 | Email from E. Alptekin to M. Flynn & B. Kian, re: Re: Truth |
| 102H. | 08/25/2016 | Email from B. Kian to E. Alptekin & M. Flynn, re: Action Update |
| 102I. | 09/03/2016 | Email from B. Kian to E. Alptekin & M. Flynn, re: CONFIDENCE |
| 102J. | 09/12/2016 | Email from B. Kian to M. Flynn & M. Flynn, re: Advisory Agreement (General Scope) for Ekim Alptekin |
| 102K. | 10/07/2016 | Email from B. Kian to E. Alptekin, re: Invoice |

| DEX | DATE | DOCUMENT |
|---|---|---|
| 102L. | 10/11/2016 | Email from B. Kian to M. Flynn, re: Wire Transfer to INOVO BV |
| 102M. | 10/14/2016 | Email from B. Kian to M. Flynn, re: Fwd: Inovo |
| 103. | 11/08/2016 | Email from G. Miller to B. Kian & M. Boston, re: Article placement |
| 104. | 11/08/2016 | Email from G. Miller to B. Rehkopf, cc'd C. Jordan, re: Re: Gen. Flynn op-ed |
| 105. | 10/11/2016 | Email from T. Neer to B. McCauley, re: Fwd: Links |
| 106. | 05/23/2016 | Fox News – Gen. Flynn: Why the silence about the deadly terror threat in our own hemisphere? by Michael Flynn |
| 107. | 07/09/2016 | NY Post – The military fired me for calling our enemies radical jihadis, by Michael Flynn |
| 108. | 11/07/2016 | The Hill – Our ally Turkey is in crisis and needs our support, by Michael Flynn |
| 109. | 10/06/2016 | Fox News – Gen. Mike Flynn: Why Hillary's record on Libya is even worse than you think, by Michael Flynn |
| 110. | 08/03/2016 | Fox News – Gen. Mike Flynn, Rep. Allen West, Dr. David Grantham: Yes, we can defeat terrorism, by Michael Flynn, Allen West, & Dr. David Grantham |
| 111. | 04/18/2016 | Fox News – Lt. Gen. Michael Flynn: America has forgotten how to win at war, by Michael Flynn |
| 112. | 11/02/2016 | Fox News – Gen. Michael Flynn: After Mosul is liberated, ISIS could attach US next, by Michael Flynn |
| 113. | 10/28/2018 | Fox News – Gens. Flynn, Kellogg: The truth about what's happening in Mosul (hint: Trump's right) |
| 114. | 09/01/2016 | Email from B. Kian to J. Courtovich, cc'd G. Miller, G. Lowman, & John Kelly, re: Re: FARA |
| 115. |  | Decree No. 32 on the Protection of the Value of Turkish Currency |
| 116. | 1/21/2016 | Mondaq – Turkey: Restrictions and Notification Requirements Amended for Currency Transfers Across Turkish Borders |
| 117. |  | Photo of Michael T. Flynn |

Dated:  July 19, 2019

Respectfully submitted,

*/s/*
Mark J. MacDougall (*Pro Hac Vice*)
Stacey H. Mitchell (*Pro Hac Vice*)
*Counsel for Bijan Rafiekian*
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone:  (202) 887-4000
Fax:  (202) 887-4288
E-mail:  mmacdougall@akingump.com
            shmitchell@akingump.com


*/s/*
Robert P. Trout (VA Bar # 13642)
*Counsel for Bijan Rafiekian*
Trout Cacheris & Solomon PLLC
1627 Eye Street, NW
Suite 1130
Washington, DC 20006
Telephone:  (202) 464-3311
Fax:  (202) 463-3319
E-mail:  rtrout@troutcahceris.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 19th day of July 2019, true and genuine copies of Defendant

Bijan Rafiekian's Second Amended Trial Exhibit List were sent via electronic mail by the

Court's CM/ECF system to the following:

> James P. Gillis
> John T. Gibbs
> Evan N. Turgeon
> U.S. Attorney's Office (Alexandria-NA)
> 2100 Jamieson Avenue
> Alexandria, VA 22314
> Telephone:  (703) 299-3700
> Email:  james.p.gillis@usdoj.gov
>         john.gibbs@usdoj.gov
>         evan.turgeon@usdoj.gov

> Sidney Powell
> Sidney Powell, P.C.
> 2911 Turtle Creek Blvd., Suite 300
> Dallas, Texas 75219
> Telephone:  (352) 630-5788
> Email: sidney@federalappeals.com

_/s/_____
Robert P. Trout (VA Bar # 13642)