UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal Case No. 1:18-CR-457 (AJT)** |
| | : | |
| **BIJAN RAFIEKIAN, et al.** | : | |

### [PROPOSED] ORDER

Upon consideration of Defendant Rafiekian's Motion for Judgment of Acquittal Under Federal Rule of Criminal Procedure 29, the memorandum in support thereof, any opposition thereto, any reply in further support thereof, and the entire record herein, for good cause show, it is this ____ day of _____, 2019, hereby

**ORDERED** that the Motion is **GRANTED**.

**SO ORDERED.**

_____
The Honorable Anthony J. Trenga
United States District Judge