UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Case No. 1:18-CR-457 (AJT) |
| | : | |
| BIJAN RAFIEKIAN, et al. | : | |

### DEFENDANT BIJAN RAFIEKIAN'S CONSENT MOTION FOR LEAVE TO AMEND DEFENSE'S WITNESS LIST

Defendant Bijan Rafiekian, through counsel, respectfully moves to amend his witness list previously submitted to this Court on July 14, 2019. [Dkt. No. 316]. One of the character witnesses on the Defendant's list, Christine MacNulty, is no longer available to testify on Monday due to a family medical issue. As a result, the defense has arranged for a different character witness named Mark Mykleby to appear and provide character evidence on behalf of Mr. Rafiekian pursuant to Fed. R. Evid. 608. Mr. Mykleby's name did not appear on the Defendant's original witness list. Counsel for the government has consented to this motion.

### CONCLUSION

For the foregoing reasons, Mr. Rafiekian respectfully requests that the Court grant Mr. Rafiekian's motion to amend defense's witness list.

Dated: July 21, 2019

Respectfully submitted,

*/s/* _____
Mark J. MacDougall (*Pro Hac Vice*)
Stacey H. Mitchell (*Pro Hac Vice*)
John C. Murphy (*Pro Hac Vice*)
Adam A. Bereston (*Pro Hac Vice*)
Samantha J. Block (*Pro Hac Vice*)
*Counsel for Bijan Rafiekian*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW

Washington, DC 20006
Telephone:  (202) 887-4000
Fax:  (202) 887-4288
E-mail:   mmacdougall@akingump.com
              shmitchell@akingump.com


*/s/*_____
Robert P. Trout (VA Bar # 13642)
*Counsel for Bijan Rafiekian*
Trout Cacheris & Solomon PLLC
1627 Eye Street, NW
Suite 1130
Washington, DC 20006
Telephone:  (202) 464-3311
Fax:  (202) 463-3319
E-mail:   rtrout@troutcahceris.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 21st day of July 2019, true and genuine copies of Defendant Bijan Rafiekian's Motion for Leave to Amend Defense's Witness List was sent via electronic mail by the Court's CM/ECF system to the following:

    James P. Gillis
    John T. Gibbs
    Evan N. Turgeon
    U.S. Attorney's Office (Alexandria-VA)
    2100 Jamieson Avenue
    Alexandria, VA 22314
    Telephone: (703) 299-3700
    Email: james.p.gillis@usdoj.gov
           john.gibbs@usdoj.gov
           evan.turgeon@usdoj.gov

 

*/s/*
Robert P. Trout (VA Bar # 13642)