UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | **Criminal Case No. 1:18-CR-457 (AJT)** |
| | : | |
| **BIJAN RAFIEKIAN, et al.** | : | |

### DEFENDANT BIJAN RAFIEKIAN'S AMENDED WITNESS LIST

Defendant Bijan Rafiekian, through counsel, submits this witness list pursuant to the Court's order dated February 13, 2019 [ECF No. 46]. Defendant reserves the right to modify, supplement, or amend this list. Defendant further reserves the right to call additional witnesses, who may not be included here, to rebut or respond to testimony, evidence, or arguments presented by the government, or for authentication purposes.

- Mark Mykleby

1