**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Criminal Case No. 1:18-CR-457 (AJT)** |
| | : | |
| **BIJAN RAFIEKIAN, et al.** | : | |

## [PROPOSED] ORDER

Upon consideration of Defendant Rafiekian's Consent Motion for Leave to Amend Defense's Witness List, the memorandum in support thereof, any opposition thereto, any reply in further support thereof, and the entire record herein, for good cause show, it is this _____ day of _____, 2019, hereby

**ORDERED** that the Motion is **GRANTED**.

**SO ORDERED.**

_____
The Honorable Anthony J. Trenga
United States District Judge