UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **Criminal Case No. 1:18-CR-457 (AJT)** |
| : | |
| **BIJAN RAFIEKIAN, et al.** : | |

**VERDICT FORM**

### COUNT ONE
### (Conspiracy)

We, the jury, unanimously find the defendant Bijan Rafiekian,

_____  of conspiracy to act as an unregistered agent of a
(Not Guilty or Guilty)                   foreign government as charged in Count One (a) of the
                                          indictment.

_____  of conspiracy to make willful and material false
(Not Guilty or Guilty)                   statements and omissions in a FARA filing as charged
                                          in Count One (b) of the indictment.

### COUNT TWO
### (Acting in the United States as an Unregistered Agent of a Foreign Government)

We, the jury, unanimously find the defendant Bijan Rafiekian,

_____  of acting in the United States as an unregistered agent
(Not Guilty or Guilty)                   of a foreign government as charged in Count Two of the
                                          indictment.

So Say We All, this ___ day of July, 2019

_____
FOREPERSON

## CERTIFICATE OF SERVICE

I hereby certify that, on the 21st day of July 2019, true and genuine copies of Defendant Rafiekian's Proposed Verdict Form were sent via electronic mail by the Court's CM/ECF system to the following:

    James P. Gillis
    John T. Gibbs
    Evan N. Turgeon
    U.S. Attorney's Office (Alexandria-NA)
    2100 Jamieson Avenue
    Alexandria, VA 22314
    Telephone:  (703) 299-3700
    Email:  james.p.gillis@usdoj.gov
           john.gibbs@usdoj.gov
           evan.turgeon@usdoj.gov

*/s/*_____
Robert P. Trout (VA Bar # 13642)