AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| The United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cr-00457-AJT |
| Bijan Rafiekian et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The United States of America                                                                        .

Date:   07/22/2019

/s Aidan Taft Grano
*Attorney's signature*

Aidan Taft Grano (NY #5216585)
*Printed name and bar number*

2100 Jamieson Avenue
Alexandria, VA 22314

*Address*

aidan.grano@usdoj.gov
*E-mail address*

(703) 299-3700
*Telephone number*

*FAX number*