# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA



**United States of America**

**Plaintiff**

vs.   Case No.: 1:18-CR-457

**Bijan Rafiekian**

**Defendant**

## AFFIDAVIT OF SERVICE

I, Vincent Piazza, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Subpoena to Testify at a Hearing or Trial in a Criminal Case and Witness fee check in the amount of $90.00 in the above entitled case.

That on 07/15/2019 at 7:37 AM, I served Timothy Newberry with the Subpoena to Testify at a Hearing or Trial in a Criminal Case and Witness fee check in the amount of $90.00 at 1048 Little Magothy View, Annapolis, Maryland 21409, by serving Casey Newberry, wife of Timothy Newberry, a person of suitable age and discretion, who stated that he/she resides therein with Timothy Newberry.

Casey Newberry is described herein as:

Gender: Female   Race/Skin: White   Age: 35   Weight: 145   Height: 5'7"   Hair: Black   Glasses: No

I declare under penalty of perjury that this information is true and correct.

7/16/19
Executed On

V. [signature]
Vincent Piazza

Client Ref Number: 881450.0001
Job #: 1564608

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| BIJAN RAFIEKIAN | ) Case No. 1:18-CR-457 |
|  | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: **Timothy Newberry**
**White Canvass Group LLC**
**44 Canal Center Plaza** —or— 1048 Little Magothy VW
**Alexandria, VA 22314** Annapolis, MD 21409

YOU ARE COMMANDED to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: United States District Court 401 Courthouse Square Alexandria, VA 22314 | Courtroom No.: 700 |
|---|---|
|  | Date and Time: 07/15/2019 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 04/30/2019

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

---

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* **Bijan Rafiekian**
_____, who requests this subpoena, are:

Robert P. Trout
Trout Cacheris & Solomon PLLC
1627 Eye Street, NW
Suite 1130
Washington, D.C. 20006
(202) 464-3311
rtrout@troutcacheris.com