# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal Case No. 1:18-CR-457 (AJT) |
| | : | |
| **BIJAN RAFIEKIAN, et al.** | : | |

## ORDER

Upon consideration of Defendant Rafiekian's Consent Motion for Leave to Amend Defense's Witness List, the memorandum in support thereof, any opposition thereto, any reply in further support thereof, and the entire record herein, for good cause show, it is this 22nd day of ____July____, 2019, hereby

**ORDERED** that the Motion is **GRANTED**.

**SO ORDERED.**

/s/
_____
Anthony J. Trenga
United States District Judge

The Honorable Anthony J. Trenga
United States District Judge