# UNITED STATES DISTRICT COURT
# CRIMINAL JURY TRIAL – DAY 6

Date: **7/23/2019**  
Time: **2:21-2:29**

Case No.: **1:18-CR-457-1**  
Judge: **Hon. Anthony J. Trenga**  
Reporter: **Rhonda Montgomery**  
Deputy Clerk: **Dani Zirk**

**UNITED STATES of AMERICA**

      V.

**BIJAN RAFIEKIAN**

| Counsel for Defendant | Counsel for Government |
|---|---|
| Mark MacDougall | James Gillis |
| Stacey Mitchell | Evan Turgeon |
| Robert Trout | John Gibbs |
| James Tysse | S. Katie Sweeten |

THIS CASE CAME ON FOR TRIAL BY JURY.  APPEARANCE OF COUNSEL FOR THE GOVERNMENT AND DEFENDANTS.  THE JURY APPEARED AS SUMMONED.

PROCEEDINGS:

Rule envoked on witnesses [  ]      Opening statements made [  ]

Government adduced evidence and rests [  ] Motions:

Defendant adduced evidence and rests [  ] Motions: Renewed Rule 29 Motion

Rebuttal evidence adduced [  ]   Sur-Rebuttal evidence adduced [  ]   Evidence concluded [  ]

Closing arguments heard [  ]      Jury charged [  ]      Jury retired to deliberate [**X**]

Jury returned to the courtroom with a verdict of: Guilty as to Counts 1 and 2

Jury polled [**X**]      Jury discharged [**X**]      Jury verdict filed in open court [**X**]

Case Continued To: Thursday, 9/5/2019 at 10:00 a.m.      For: Rule 29 Motions Hearing  
Case Continued To: Friday, 10/18/2019 at 9:00 a.m.      For: Sentencing