IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:18-CR-457 (AJT) |
| | ) | |
| BIJAN RAFIEKIAN, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## GOVERNMENT'S WITNESS LIST

1. Bryan Alfredo (#15) - 7/18 - 12:08 - 2:12 p.m.
2. Michael Boston (#8) - 7/17 - 11:03 - 2:28 p.m.
3. James Courtovich (#14) - 7/18 - 10:08 - 11:28 a.m.
4. John Elliot (#9) - 7/17 - 2:29 - 2:56 p.m.
5. David Enders (#10) - 7/17 - 2:57 - 3:13 p.m.
6. Jeffrey Gilday (#4) - 7/16 - 12:32 - 2:20 p.m.
7. Robert Kelner (#5) - 7/16 - 2:20 - 5:27 p.m.
8. Greg Lowman (#13) - 7/18 - 9:40 - 10:08 a.m.
9. Bryan McCauley (#7) - 7/17 - 9:52 a.m - 11:02 a.m.
10. Graham Miller (#12) - 7/17 - 4:09 - 5:33 p.m.
11. Jeffrey Olson (#1) - 7/16 - 9:44 - 10:23 a.m.
12. Kim Rosecrans (#3) - 7/16 - 10:52 - 12:31 p.m.
13. Grant Smith (#6) - 7/16 - 5:28 - 9:52 a.m.
14. Kristen Verderame
15. Thomas Neer - (#11) - 7/17 - 3:39 - 4:09 p.m.
16. Michael G. Flynn
17. Suthahar Nadarajah - (#2) 7/16 - 10:24 - 10:52 a.m.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

|  |  |
|---|---|
| /s/ | By: /s/ |
| Evan N. Turgeon | John T. Gibbs |
| Trial Attorney | Virginia Bar No. 40380 |
| Counterintelligence | James P. Gillis |
|    and Export Control Section | Virginia Bar No. 65055 |
| National Security Division | Assistant United States Attorneys |
| United States Department of Justice | S. Katie Sweeten |
| 950 Pennsylvania Ave., NW | Special Assistant United States Attorney |
| Washington, DC 20530 | The Justin W. Williams |
| (202) 353-0176 |    United States Attorney's Office |
| Evan.Turgeon@usdoj.gov | 2100 Jamieson Avenue |
|  | Alexandria, VA 22314 |
|  | (703) 299-3700 |
|  | (703) 299-3982 (fax) |
|  | John.Gibbs@usdoj.gov |
|  | James.P.Gillis@usdoj.gov |

CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2019, I electronically filed the foregoing using the CM/ECF system, which will send a notification of such filing to counsel of record.

Respectfully submitted,

_____/s/_____
John T. Gibbs
Assistant United States Attorney