UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,  :
:
v.  :  Criminal Case No. 1:18-CR-457 (AJT)
:
BIJAN RAFIEKIAN, et al.  :

## VERDICT FORM

### COUNT ONE
(Conspiracy)

We, the jury, unanimously find the defendant Bijan Rafiekian,

__Guilty__
(Not Guilty or Guilty)

of conspiracy to act as an unregistered agent of a foreign government as charged in Count One (a) of the indictment.

__Guilty__
(Not Guilty or Guilty)

of conspiracy to make willful and material false statements and omissions in a FARA filing as charged in Count One (b) of the indictment.

### COUNT TWO
(Acting in the United States as an Unregistered Agent of a Foreign Government)

We, the jury, unanimously find the defendant Bijan Rafiekian,

__Guilty__
(Not Guilty or Guilty)

of acting in the United States as an unregistered agent of a foreign government as charged in Count Two of the indictment.

So Say We All, this 23 day of July, 2019

FOREPERSON

1