

**FILED IN OPEN COURT**

**JUL 2 3 2019**

**CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA,

V.                       Case Number: 1:18-CR-457-1

BIJAN RAFIEKIAN.

Defendant.

## ORDER

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case during the trial until further order of the Court; and

IT IS ORDERED that the clerk is hereby relieved of all responsibility for said exhibits and that upon request of the clerk, the custodian of the exhibits shall deliver said exhibits to the clerk forthwith.

Entered this 23rd day of July, 2019.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
cc: All counsel