```
 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF VIRGINIA
 2                       ALEXANDRIA DIVISION

 3   UNITED STATES OF AMERICA,    )  Case 1:18-cr-00457
                                  )
 4                 Plaintiff,     )
                                  )
 5        v.                      )  Alexandria, Virginia
                                  )  July 23, 2019
 6   BIJAN RAFIEKIAN,             )  2:20 p.m.
                                  )
 7                 Defendant.     )  Day 7
                                  )  Pages 1193 - 1200
 8

 9                     TRANSCRIPT OF TRIAL

10         BEFORE THE HONORABLE ANTHONY J. TRENGA

11            UNITED STATES DISTRICT COURT JUDGE

12                        AND A JURY

13

14

15

16

17

18

19

20

21

22

23

24

25     COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES
```

```
 1  APPEARANCES:

 2  FOR THE UNITED STATES OF AMERICA:

 3       JAMES P. GILLIS, ESQUIRE
         EVAN N. TURGEON, ESQUIRE
 4       JOHN T. GIBBS, ESQUIRE
         S. KATE SWEETEN, ESQUIRE
 5       OFFICE OF THE UNITED STATES ATTORNEY
         2100 Jamieson Avenue
 6       Alexandria, Virginia  22314
         (703) 299-3700
 7
    FOR BIJAN RAFIEKIAN:
 8
         ROBERT P. TROUT, ESQUIRE
 9       TROUT, CACHERIS & SOLOMON, PLLC
         1627 I Street, N.W., Suite 1130
10       Washington, D.C.  20006
         (202) 464-3300
11
         MARK J. MACDOUGALL, ESQUIRE, PRO HAC VICE
12       STACEY H. MITCHELL, ESQUIRE, PRO HAC VICE
         JAMES E. TYSSE, ESQUIRE
13       AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
         Robert S. Strauss Building
14       1333 New Hampshire Avenue, N.W.
         Washington, D.C.  20036-1564
15       (202) 887-4000

16  THE DEFENDANT, BIJAN RAFIEKIAN, IN PERSON

17

18

19

20

21

22

23

24

25
```

1  (The jury is not present.)
2  THE CLERK: Criminal Case 1:18-cr-457, *United States v. Bijan Rafiekian.*
4  Counsel, will you please note your appearances for the record.
6  MR. GILLIS: Good afternoon, Your Honor. Jim Gillis, John Gibbs, Evan Turgeon, and Katie Sweeten for the United States.
9  THE COURT: Good afternoon.
10  MR. MACDOUGALL: Good afternoon, Your Honor. Mark MacDougall, Robert Trout, Stacey Mitchell, and James Tysse for the defendant, Bijan Rafiekian, who is also present in the courtroom.
14  THE COURT: All right. Welcome.
15  We have received word from the jury that they've reached a verdict.
17  Anything before we bring out the jury?
18  MR. GILLIS: Not from the government, Your Honor.
20  MR. MACDOUGALL: Your Honor, only to renew our motion under Rule 29 the Court has reserved on.
22  THE COURT: All right. Very good.
23  All right. Let's bring the jury out.
24  (The jury enters at 2:21 p.m.)
25  THE COURT: All right. Please be seated.

1     Will the foreperson please stand and be
2  identified.
3     Yes.  I understand you've reached a verdict.
4  Is that correct?
5     THE FOREPERSON:  Yes, sir, we have.
6     THE COURT:  Is it unanimous?
7     THE FOREPERSON:  Yes, sir.
8     THE COURT:  Have you completed the verdict
9  form?
10    THE FOREPERSON:  Yes.
11    THE COURT:  Would you give it to Mr. Burns,
12 please.
13    (The verdict form is given to the Court.)
14    THE COURT:  All right.  Ladies and gentlemen,
15 we are now going to read your verdict.  We're going to
16 do what's called publishing your verdict.  Please
17 listen carefully to the verdict as it's read because
18 once the verdict is read, each of you will be asked
19 whether this is, in fact, your verdict.
20    THE CLERK:  Will the defendant please rise
21 and face the jury.
22    We, the jury, unanimously find the defendant,
23 Bijan Rafiekian, guilty of conspiracy to act as an
24 unregistered agent of a foreign government as charged
25 in Count 1, A, of the indictment.

1     We, the jury, unanimously find the defendant,
2  Bijan Rafiekian, guilty of conspiracy to make willful
3  and material false statements and omissions in a FARA
4  filing as charged in Count 1, B, of the indictment.
5     We, the jury, unanimously find the defendant,
6  Bijan Rafiekian, guilty of acting in the United States
7  as an unregistered agent of a foreign government as
8  charged in Count 2 of the indictment.
9     So say we all this 23rd day of July 2019.
10    Signed by the foreperson.
11    THE COURT:  Please poll the jury.
12   (Each juror upon being asked by the clerk, "Is
13    this your true verdict?" answered in the
14    affirmative.)
15    THE COURT:  Thank you.
16    The defendant may be seated.
17    Ladies and gentlemen, your service has now
18 ended.  You're excused with the thanks of the Court.
19 If you would remain in the jury room, I will join you
20 shortly.  You're excused.
21   (The jury exits at 2:25 p.m.)
22    THE COURT:  Why don't you come to the podium,
23 please.
24    Mr. Rafiekian, in accordance with the verdict
25 of the jury, the Court finds you guilty of conspiracy

1  to act as an agent of a foreign government without
2  prior notification to the attorney general and to make
3  false statements and willful omissions in a FARA filing
4  as charged in Count 1 and knowingly acting in the
5  United States as an agent of a foreign government as
6  charged in Count 2.
7              I'm going to set this matter down for
8  sentencing on October 18 at 9:00 a.m. in this
9  courtroom.
10             You will have an opportunity between now and
11 then to be interviewed by Pretrial Services and
12 Probation and to share with that office and, through
13 that office, this Court any information you think may
14 be helpful to the Court in deciding an appropriate
15 sentence.  You may be accompanied by your lawyer during
16 that interview.
17             What is the government's position on
18 continued release pending sentencing?
19             MR. GILLIS:  Your Honor, I believe he should
20 be continued on the same conditions.
21             THE COURT:  Do you want to be heard on this,
22 Mr. MacDougall, in any change in conditions?
23             MR. MACDOUGALL:  No, Your Honor.
24             THE COURT:  All right.  Mr. Rafiekian,
25 pending sentencing you will be released on the same

1  terms and conditions.  You will continue to be under
2  the supervision of Pretrial Services and Probation.
3              THE DEFENDANT:  Thank you, Your Honor.
4              THE COURT:  All right.  Is there anything
5  further?
6              MR. MACDOUGALL:  Yes, Your Honor.  With
7  respect to the verdict that the jury has returned, we
8  would, once again, renew our motion for judgment of
9  acquittal.  I believe under Rule 29(b) the Court has
10 that authority given the Court has reserved on that.
11 So we would move, again, based upon all the pleadings
12 that have been filed on this basis for the Court to
13 enter a judgment.
14             THE COURT:  That motion has been
15 substantially briefed.  What I'd like to do is set a
16 deadline for any additional filings.  Any supplemental
17 filing in support of that motion should be filed by
18 August 17, and any supplemental opposition should be
19 filed by the 24th.  The Court will hold a hearing
20 September 5.
21             MR. MACDOUGALL:  Thank you, Your Honor.
22             THE COURT:  All right.  Thank you.
23             Counsel is excused.
24             The defendant is released on terms.
25             MR. GILLIS:  Thank you, Your Honor.

1200

1 THE COURT: The Court will stand in recess.
2 ------------------------------------
3 Time: 2:29 p.m.

22 I certify that the foregoing is a true and
23 accurate transcription of my stenographic notes.

/s/
Rhonda F. Montgomery, CCR, RPR

Rhonda F. Montgomery   OCR-USDC/EDVA   (703) 299-4599