UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Case No. 1:18-CR-457 (AJT) |
| | : | |
| BIJAN RAFIEKIAN, et al. | : | |

## ORDER

Upon consideration of Defendant Rafiekian's Consent Motion for Extension of Time to File Any Post-Trial Motions Pursuant to Rule 33, the memorandum in support thereof, any opposition thereto, any reply in further support thereof, and the entire record herein, for good cause shown, it is this 30th day of July, 2019, hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the deadline for any motions pursuant to Rule 33 be set for August 17, 2019.

**SO ORDERED.**

/s/
Anthony J. Trenga
United States District Judge

The Honorable Anthony J. Trenga
United States District Judge