UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal Case No. 1:18-CR-457 (AJT) |
| | : | |
| **BIJAN RAFIEKIAN, et al.** | : | |

### DEFENDANT BIJAN RAFIEKIAN'S MOTION FOR A NEW TRIAL

Defendant Bijan Rafiekian, by and through counsel, respectfully moves the Court for an order granting a new trial pursuant to Fed. R. Crim. P. 33. The grounds for this motion are set forth in the accompanying memorandum of law. Rafiekian respectfully requests that this motion be heard at the hearing set for September 5, 2019.

Dated: August 17, 2019

Respectfully submitted,

*/s/*_____
James E. Tysse (VA Bar # 73490)
Mark J. MacDougall (*Pro Hac Vice*)
Stacey H. Mitchell (*Pro Hac Vice*)
John C. Murphy (*Pro Hac Vice*)
Adam A. Bereston (*Pro Hac Vice*)
Samantha J. Block (*Pro Hac Vice*)
*Counsel for Bijan Rafiekian*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 887-4000
Fax: (202) 887-4288
E-mail: mmacdougall@akingump.com
shmitchell@akingump.com

*/s/*_____
Robert P. Trout (VA Bar # 13642)
*Counsel for Bijan Rafiekian*
Trout Cacheris & Solomon PLLC
1627 Eye Street, NW
Suite 1130
Washington, DC 20006
Telephone: (202) 464-3311

                Fax:  (202) 463-3319
                E-mail:   rtrout@troutcahceris.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 17th day of August 2019, true and genuine copies of Defendant Bijan Rafiekian's Motion for a New Trial was sent via electronic mail by the Court's CM/ECF system to the following:

James P. Gillis
John T. Gibbs
Evan N. Turgeon
U.S. Attorney's Office (Alexandria-VA)
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone:  (703) 299-3700
Email:  james.p.gillis@usdoj.gov
          john.gibbs@usdoj.gov
          evan.turgeon@usdoj.gov


*/s/*_____
Robert P. Trout (VA Bar # 13642)