UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal Case No. 1:18-CR-457 (AJT)** |
| | : | |
| **BIJAN RAFIEKIAN** | : | |
| | : | |
| and | : | |
| | : | |
| **KAMIL EKIM ALPTEKIN,** | : | |
| | : | |
| **Defendants.** | : | |

**[PROPOSED] ORDER**

Upon consideration of Defendant Rafiekian's Motion for a New Trial Pursuant to Federal Rule of Criminal Procedure 33, any opposition thereto, any reply in further support thereof, and the entire record herein, for good cause shown, it is this _____ day of _____, 2019 hereby

**ORDERED** that the Motion is **GRANTED.**

**SO ORDERED.**

_____
The Honorable Anthony J. Trenga
United States District Judge