UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) ) ) ) |
| BIJAN RAFIEKIAN, *et al.*, | ) Case Number 1:18-cr-457-AJT-1 |
| Defendants. | ) ) ) |

## ORDER

Upon consideration of the Consent Motion for Extension of Time to File and to Continue Hearing [Doc. No. 363] (the "Motion"), it is hereby

ORDERED that the Consent Motion for Extension of Time to File and to Continue Hearing [Doc. No. 363] be, and the same hereby is, GRANTED in part and DENIED in part. The Motion is GRANTED to the extent that the hearing on Defendant Bijan Rafiekian's Motion for a Judgment of Acquittal Under Fed. R. Civ. P. 29 [Doc. No. 342] and Motion for a New Trial Under Fed. R. Civ. P. 33 [Doc. No. 361] is CONTINUED to Thursday, September 12, 2019 at 10:00 a.m.; the deadline for the Government to file its response to Defendant's Rule 29 and Rule 33 Motions is CONTINUED to Tuesday, September 3, 2019, with any reply from the Defendant filed by Tuesday, September 10, 2019; and the Government's response to Defendant's Rule 29 and Rule 33 Motions is limited to 50 pages. The Motion is otherwise DENIED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
August 22, 2019

1