# UNITED STATES DISTRICT COURT
# CRIMINAL MOTION MINUTES

Date: **9/12/2019**　　　　　　　　　　　　Judge:　　 Anthony J. Trenga  
Time: **10:00 – 11:10**　　　　　　　　　　Reporter:　 Norman Linnell  
　　　　　　　　　　　　　　　　　　　　Deputy Clerk: Dani Zirk  
　　　　　　　　　　　　　　　　　　　　Interpreter:

Case Number: **1:18-CR-457-1**

**UNITED STATES OF AMERICA**

vs.

**BIJAN RAFIEKIAN**　　　　　　　 **X** Present　　　____ Not Present

| Counsel for Defendant | Counsel for Government |
|---|---|
| **Stacey Mitchell** | **John Gibbs** |
| **Robert Trout** | **Evan Turgeon** |
| **Mark MacDougall** | **Aidan Grano** |
| **James Tysse** | |

PROCEEDINGS:

Motion to/for:  
[342] Motion for Acquittal *Defendant Rafiekian's Motion for Judgment of Acquittal under Federal Criminal Procedure 29* by deft.  
[361] Motion for New Trial *pursuant to Federal Rule of Criminal Procedure 29* by deft.

Argued and  
(　) Granted　　　　　　(　) Denied　　　(　) Granted in part/Denied in part  
(**X**) Taken Under Advisement　　　　　(　) Continued to

Order to follow.