UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BIJAN RAFIEKIAN, *et al.*, | ) | Case Number 1:18-cr-457-AJT-1 |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

On July 23, 2019, Defendant Bijan Rafiekian was convicted on one count of conspiracy

in violation of 18 U.S.C. § 371; and one count of acting in the United States as an unregistered

agent of a foreign government, namely the government of Turkey, in violation of 18 U.S.C. §

951. The Defendant moved for a judgment of acquittal at the close of the Government's case in

chief, renewed that motion at the close of all the evidence and following the verdict, and filed a

Motion for Judgment of Acquittal Under Federal Rule of Criminal Procedure 29 [Doc. No. 342]

(the "Motions for Acquittal") and Motion for a New Trial [Doc. No. 361] (the "Motion for New

Trial") (collectively, the "Motions"). The Court held a hearing on the Motions on September 12,

2019, following which it took them under advisement.

Upon consideration of the Motions, the memoranda in support thereof and in opposition

thereto, the argument of counsel, and for the reasons set forth in the accompanying

Memorandum Opinion [Doc. No. 372], it is hereby

ORDERED that the Motions for Acquittal, including Defendant Bijan Rafiekian's

Motion for Judgment of Acquittal Under Federal Rule of Criminal Procedure 29 [Doc. No. 342]

be, and the same hereby are, GRANTED; Defendant Rafiekian's convictions on Counts One and

Two of the Superseding Indictment be, and the same hereby are, VACATED; a judgment of

1

acquittal be, and the same hereby is, ENTERED as to both Counts; and the Superseding

Indictment is DISMISSED as to Defendant Rafiekian; and that Defendant Rafiekian is

ACQUITTED and DISCHARGED and any bond exonerated as to Counts One and Two of the

Superseding Indictment; and it is further

ORDERED that Defendant Bijan Rafiekian's Motion for a New Trial [Doc. No. 361] be,

and the same hereby is, conditionally GRANTED.

The Clerk is directed to forward copies of this Order and the accompanying

Memorandum Opinion [Doc. No. 372]to all counsel of record and to the Office of Pretrial

Services and Probation.

_____
/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 24, 2019