UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| BIJAN RAFIEKIAN ) | Case Number 1:18-cr-457-AJT-1 |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

It is hereby

ORDERED that the sentencing scheduled in the above-captioned matter for Friday, October 18, 2019 at 9:00 a.m. be, and the same hereby is, TERMINATED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
October 11, 2019