IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BIJAN RAFIEKIAN,<br><br>*Defendant*. | No. 1:18-cr-457-AJT-1 |

**NOTICE OF APPEAL**

The United States hereby appeals from the final judgments entered by the Court on September 24, 2019 (*see* Dkt. 373), and from all prior rulings and orders of the Court in this case, to the United States Court of Appeals for the Fourth Circuit.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

| /s/ | By: /s/ |
|---|---|
| Evan N. Turgeon | Aidan Taft Grano |
| Trial Attorney | New York Bar No. 5216585 |
| Counterintelligence and Export | John. T. Gibbs |
|    Control Section | Virginia Bar No. 40380 |
| National Security Division | James P. Gillis |
| United States Department of Justice | Virginia Bar No. 65055 |
| 950 Pennsylvania Avenue NW | Assistant United States Attorneys |
| Washington, DC 20530 | United States Attorney's Office for the Eastern |
| (202) 353-0176 |    District of Virginia |
| evan.turgeon@usdoj.gov | 2100 Jamieson Avenue |
| | Alexandria, VA 22314 |
| | Tel.: (703) 299-3700 |
| | aidan.grano@usdoj.gov |
| | james.p.gillis@usdoj.gov |
| | john.gibbs@usdoj.gov |

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2019, I electronically filed the foregoing using the CM/ECF system, which will send a notification of such filing to all counsel of record.

      /s/
Aidan Taft Grano
Assistant United States Attorney