FILED: March 23, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4803
(1:18-cr-00457-AJT-1)
_____

UNITED STATES OF AMERICA

 Plaintiff - Appellant

v.

BIJAN RAFIEKIAN, a/k/a Bijan Kian

 Defendant - Appellee

_____

TEMPORARY STAY OF MANDATE
_____

 Under Fed. R. App. P. 41(b), the filing of a timely motion to stay the mandate stays the mandate until the court has ruled on the motion. In accordance with Rule 41(b), the mandate is stayed pending further order of this court.

*/s/Patricia S. Connor, Clerk*