FILED: April 27, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4803
(1:18-cr-00457-AJT-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

BIJAN RAFIEKIAN, a/k/a Bijan Kian

    Defendant - Appellee

_____

O R D E R
_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

For the Court

/s/ Patricia S. Connor, Clerk