UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| BIJAN RAFIEKIAN, *et al.*, ) | Case Number 1:18-cr-457-AJT-1 |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

On May 5, 2021, the United States Court of Appeals for the Fourth Circuit issued its formal mandate [Doc. No. 383] relating to the appeal in this matter. *See also* [Doc. Nos. 378-79] (published opinion and judgment), upon consideration of which, it is hereby

ORDERED that within seven (7) days of this Order the parties file their respective positions as to what issues remain outstanding for decision by the Court in further proceedings.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

May 6, 2021
Alexandria, Virginia

1