UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal Case No. 1:18-CR-457-AJT-1** |
| | : | |
| **BIJAN RAFIEKIAN, et al.** | : | |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Statement Regarding Issues that Remain Outstanding for Decision and the entire record herein, for good cause shown, it is this _____ day of _____, 2021, hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the following deadlines be set:

1. Defendant's Supplemental New-Trial Brief is due on or before June 28, 2021;

2. United States' Response Brief is due on or before August 13, 2021;

3. Defendant's Reply Brief is due on or before September 3, 2021.

**SO ORDERED**.

_____
The Honorable Anthony J. Trenga
United States District Judge