UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal Case No. 1:18-CR-457-AJT-1 |
| | : | |
| **BIJAN RAFIEKIAN, et al.** | : | |

**ORDER**

Upon consideration of the parties' Joint Statement Regarding Issues that Remain Outstanding for Decision and the entire record herein, for good cause shown, it is this 14th day of May, 2021, hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the following deadlines be set:

1. Defendant's Supplemental New-Trial Brief is due on or before June 28, 2021;

2. United States' Response Brief is due on or before August 13, 2021;

3. Defendant's Reply Brief is due on or before September 3, 2021.

**SO ORDERED**.

Anthony J. Trenga
United States District Judge