UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal Case No. 1:18-CR-457-AJT-1** |
| | : | |
| **BIJAN RAFIEKIAN, et al.** | : | |

**[PROPOSED] ORDER**

Upon consideration of Defendant Bijan Rafiekian's Memorandum of Law in Support of Renewed Motion for a New Trial Pursuant to Federal Rule of Criminal Procedure 33 and the entire record herein, for good cause shown, it is this _____ day of _____, 2021, hereby

**ORDERED** that the Motion is **GRANTED**;

**SO ORDERED**.

_____
The Honorable Anthony J. Trenga
United States District Judge