UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Case No. 1:18-CR-457 (AJT) |
| | : | |
| BIJAN RAFIEKIAN, et al. | : | |

**DEFENDANT BIJAN RAFIEKIAN'S MOTION TO COMPEL DISCLOSURE OF CLASSIFIED MATERIAL AND EX PARTE STATEMENT AND FOR AN EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF RAFIEKIAN'S MOTION FOR A NEW TRIAL**

Defendant Bijan Rafiekian, through counsel, respectfully requests that the Court order the government to disclose the classified information for which DX66 is a purported substitute, as well as the government's *ex parte* statement in support of its Opposition to Defendant's Renewed Motion for a New Trial. Mr. Rafiekian also requests a thirty (30) day extension to file his reply in support of his Renewed Motion for New Trial. The grounds for this motion are set forth in the accompanying memorandum of law.

Dated: August 20, 2021

Respectfully submitted,

/s/
Mark J. MacDougall (*Pro Hac Vice*)
Stacey H. Mitchell (*Pro Hac Vice*)
James E. Tysse (VA Bar #73490)
Adam A. Bereston (*Pro Hac Vice*)
Samantha J. Block (*Pro Hac Vice*)
Madeline Bardi (*Pro Hac Vice*)
*Counsel for Bijan Rafiekian*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 887-4000
Fax: (202) 887-4288
E-mail:   mmacdougall@akingump.com
              shmitchell@akingump.com

1

          */s/*_____
Robert P. Trout (VA Bar # 13642)
*Counsel for Bijan Rafiekian*
Schertler Onorato Mead & Sears
901 New York Avenue, N.W.
Suite 500 West
Washington, DC 20001
Telephone:  (202) 628-4199
Fax:  (202) 628-4177
E-mail:   rtrout@schertlerlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 20th day of August 2021, true and genuine copies of Defendant Bijan Rafiekian's Motion to Compel Disclosure of Classified Material and *Ex Parte* Statement and for an Extension of Time to File Reply in Support of Rafiekian's Renewed Motion for a New Trial was sent via electronic mail by the Court's CM/ECF system to the following:

>James P. Gillis
>John T. Gibbs
>Evan N. Turgeon
>Aidan T. Grano-Mickelsen
>U.S. Attorney's Office (Alexandria-VA)
>2100 Jamieson Avenue
>Alexandria, VA 22314
>Telephone: (703) 299-3700
>Email: james.p.gillis@usdoj.gov
>          john.gibbs@usdoj.gov
>          evan.turgeon@usdoj.gov
>          agrano@usa.doj.gov

>                                   /s/
>                                   James E. Tysse (VA Bar #73490)