UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal Case No. 1:18-CR-457 (AJT) |
| BIJAN RAFIEKIAN, et al. | : |

## AMENDED ORDER

Upon consideration of Defendant Rafiekian's Motion to Compel Disclosure of Classified Material and *Ex Parte* Statement and for an Extension of Time to File Reply in Support of Rafiekian's Renewed Motion for a New Trial, the memorandum in support thereof, any opposition thereto, any reply in further support thereof, and the entire record herein, for good cause shown, it is this 27th day of August 2021, hereby

**ORDERED** that the Motion is **GRANTED**; and Defendant file any reply brief by October 4, 2021.

**SO ORDERED.**

Anthony J. Trenga
United States District Judge