UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal Case No. 1:18-CR-457 (AJT) |
| | : | |
| **BIJAN RAFIEKIAN, et al.** | : | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on September 15, 2021 at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant Rafiekian, and his counsel, will seek to appear before the Court for a hearing on his Motion to Compel Disclosure of Classified Material and the Government's *Ex Parte* Statement. The government's position is that no hearing is necessary and that the motion should be decided on the papers, but that the government will be available on September 15, 2021 at 9:00 a.m. if the Court is inclined to hear argument on this motion.

Dated: September 13, 2021

Respectfully submitted,

/s/ _____
Mark J. MacDougall (*Pro Hac Vice*)
Stacey H. Mitchell (*Pro Hac Vice*)
James E. Tysse (VA Bar #73490)
Adam A. Bereston (*Pro Hac Vice*)
Samantha J. Block (*Pro Hac Vice*)
Madeline M. Bardi (*Pro Hac Vice*)
*Counsel for Bijan Rafiekian*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW
Washington, DC 20006
Telephone: (202) 887-4000
Fax: (202) 887-4288
E-mail:   mmacdougall@akingump.com
              shmitchell@akingump.com

/s/
Robert P. Trout (VA Bar # 13642)
*Counsel for Bijan Rafiekian*
Schertler Onorato Mead & Sears
901 New York Avenue, N.W.
Suite 500 West
Washington, DC 20001
Telephone:  (202) 628-4199
Fax:  (202) 628-4177
E-mail:   rtrout@schertlerlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 13th day of September 2021, true and genuine copies of Defendant Bijan Rafiekian's Notice of Hearing was sent via electronic mail by the Court's CM/ECF system to the following:

James P. Gillis
John T. Gibbs
Evan N. Turgeon
Aidan T. Grano-Mickelsen
U.S. Attorney's Office (Alexandria-VA)
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3700
Email: james.p.gillis@usdoj.gov
       john.gibbs@usdoj.gov
       evan.turgeon@usdoj.gov
       agrano@usa.doj.gov

*/s/*_____
James E. Tysse (VA Bar #73490)