UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| BIJAN RAFIEKIAN, *et al.*, | ) Case Number 1:18-cr-457-AJT-1 |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

Presently pending is Defendant Rafiekian's Motion to Compel Disclosure of Classified Material and the Government's Ex Parte Statement ("the Motion") [Doc. No. 392], which Defendant Rafiekian noticed on September 13, 2021 for a hearing on September 15, 2021 [Doc. No. 400]. Upon consideration of the Motion, it is hereby

ORDERED that the hearing presently scheduled for September 15, 2021 be, and the same hereby is, CANCELLED and will be rescheduled as the Court deems necessary.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

September 14, 2021
Alexandria, Virginia

1