UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal Case No. 1:18-CR-457 (AJT) |
| | : | |
| **BIJAN RAFIEKIAN, et al.** | : | |

**[PROPOSED] ORDER**

Upon consideration of Defendant Rafiekian's Second Motion for an Extension of Time to File His Reply in Support of Rafiekian's Renewed Motion for a New Trial, for good cause shown, it is this _____ day of _____, 2021, hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Rafiekian shall file his Reply in Support of his Renewed Motion for a New Trial no later than ten days after this Court's ruling on Rafiekian's Motion to Compel Disclosure of Classified Material and Ex Parte Statement.

**SO ORDERED.**

_____
The Honorable Anthony J. Trenga
United States District Judge