UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :  Criminal Case No. 1:18-CR-457 (AJT) |
| | : |
| BIJAN RAFIEKIAN, et al. | : |

ORDER

Upon consideration of Defendant Rafiekian's Second Motion for an Extension of Time to File His Reply in Support of Rafiekian's Renewed Motion for a New Trial, for good cause shown, it is this 30th day of September, 2021, hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Rafiekian shall file his Reply in Support of his Renewed Motion for a New Trial no later than ten days after this Court's ruling on Rafiekian's Motion to Compel Disclosure of Classified Material and Ex Parte Statement.

**SO ORDERED.**

/s/
Anthony J. Trenga
United States District Judge
The Honorable Anthony J. Trenga
United States District Judge