**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **Criminal Case No. 1:18-CR-457 (AJT)** |
| | : | |
| BIJAN RAFIEKIAN, et al. | : | |

## <u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that on December 15, 2021 at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant Rafiekian, and his counsel, will seek to appear before the Court for a hearing on his Renewed Motion for a New Trial Pursuant to Federal Rule of Criminal Procedure 33.  The government's position is that no hearing is necessary "given the extensive briefing and argument on these issues," but that the government will be available on December 15, 2021 at 9:00 a.m. if the Court is inclined to hear argument on this motion.

Dated: November 30, 2021

Respectfully submitted,

/s/
Mark J. MacDougall (*Pro Hac Vice*)
Stacey H. Mitchell (*Pro Hac Vice*)
James E. Tysse (VA Bar #73490)
Adam A. Bereston (*Pro Hac Vice*)
Samantha J. Block (*Pro Hac Vice*)
Madeline M. Bardi (*Pro Hac Vice*)
*Counsel for Bijan Rafiekian*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW
Washington, DC 20006
Telephone:  (202) 887-4000
Fax:  (202) 887-4288
E-mail:  mmacdougall@akingump.com
            shmitchell@akingump.com

1

/s/
Robert P. Trout (VA Bar # 13642)
*Counsel for Bijan Rafiekian*
Schertler Onorato Mead & Sears
901 New York Avenue, N.W.
Suite 500 West
Washington, DC 20001
Telephone:  (202) 628-4199
Fax:  (202) 628-4177
E-mail:  rtrout@schertlerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 30th day of November 2021, true and genuine copies of

Defendant Bijan Rafiekian's Notice of Hearing was sent via electronic mail by the Court's

CM/ECF system to the following:

James P.  Gillis
John T.  Gibbs
Evan N.  Turgeon
Aidan T.  Grano-Mickelsen
U.S.  Attorney's Office (Alexandria-VA)
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone:  (703) 299-3700
Email:  james.p.gillis@usdoj.gov
          john.gibbs@usdoj.gov
          evan.turgeon@usdoj.gov
          agrano@usa.doj.gov




                                            /s/_____
                                            James E. Tysse (VA Bar #73490)

3