UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,

v.  Criminal Case No. 1:18-CR-457 (AJT)

BIJAN RAFIEKIAN, et al.

### WAIVER OF APPEARANCE

The defendant, Bijan Rafiekian, having been advised by his counsel of his right to be present for all proceedings in this case, hereby confirms that he waives his right to appear for the Renewed Motion for a New Trial Pursuant to Federal Rule of Criminal Procedure 33 hearing on December 15, 2021.

_____
Bijan Rafiekian            Date 12-8-2021

## CERTIFICATE OF SERVICE

I hereby certify that, on the 9th day of December 2021, true and genuine copies of the Waiver of Appearance were sent via electronic mail by the Court's CM/ECF system to the following:

    James P. Gillis
    John T. Gibbs
    Evan N. Turgeon
    Aidan T. Grano-Mickelsen
    U.S. Attorney's Office (Alexandria-NA)
    2100 Jamieson Avenue
    Alexandria, VA 22314
    Telephone:  (703) 299-3700
    Email:  james.p.gillis@usdoj.gov
           john.gibbs@usdoj.gov
           evan.turgeon@usdoj.gov
           agrano@usdoj.gov

                                                  */s/*_____
                                                  James E. Tysse (VA Bar #73490)