## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Criminal Case No. 1:18-CR-457 (AJT)** |
| | : | |
| **BIJAN RAFIEKIAN, et al.** | : | |

## DEFENDANT BIJAN RAFIEKIAN'S UNOPPOSED MOTION FOR LEAVE TO APPEAR WITHOUT LOCAL COUNSEL

Defendant Bijan Rafiekian, through counsel, respectfully moves for leave of the Court to waive the required presence of his local counsel at the Renewed Motion for a New Trial Pursuant to Federal Rule of Criminal Procedure 33 hearing noticed on Wednesday, December 15, 2021, at 10:00 a.m.  *See* Dkt. No. 406.

Local Criminal Rule 57.4(F) requires an attorney admitted to practice in this Court to "personally be present at all hearings, pretrials, and trials," unless granted leave of Court.

Mr. Rafiekian's local counsel James E. Tysse and Robert P. Trout will be unavailable for business travel and obligations in another court, respectively.  Therefore, Mr. Rafiekian moves for leave of Court to permit Mark J. MacDougall, Stacey H. Mitchell, Adam A. Bereston, Samantha J. Block, and Madeline M. Bardi, all of whom have been admitted *pro hac vice* in this case, to appear and address the Court on behalf of Mr. Rafiekian without Messrs. Tysse and Trout present.

Counsel for the government has no objection to this Motion.

Dated: December 10, 2021

Respectfully submitted,

*/s/* _____
Mark J. MacDougall (*Pro Hac Vice*)
Stacey H. Mitchell (*Pro Hac Vice*)
James E. Tysse (VA Bar #73490)
Adam A. Bereston (*Pro Hac Vice*)
Samantha J. Block (*Pro Hac Vice*)
Madeline M. Bardi (*Pro Hac Vice*)

*Counsel for Bijan Rafiekian*
Akin Gump Strauss Hauer & Feld LLP
2001 K Street NW
Washington, DC 20006
Telephone:  (202) 887-4000
Fax:  (202) 887-4288
E-mail:   mmacdougall@akingump.com
               shmitchell@akingump.com


*/s/*_____
Robert P. Trout (VA Bar # 13642)
*Counsel for Bijan Rafiekian*
Schertler Onorato Mead & Sears
901 New York Avenue, N.W.
Suite 500 West
Washington, DC 20001
Telephone:  (202) 628-4199
Fax:  (202) 628-4177
E-mail:   rtrout@schertlerlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on the 10th day of December 2021, true and genuine copies of

Defendant Bijan Rafiekian's Unopposed Motion for Leave to Appear Without Local Counsel

was sent via electronic mail by the Court's CM/ECF system to the following:

> James P. Gillis
> John T. Gibbs
> Evan N. Turgeon
> Aidan T. Grano-Mickelsen
> U.S. Attorney's Office (Alexandria-VA)
> 2100 Jamieson Avenue
> Alexandria, VA 22314
> Telephone:  (703) 299-3700
> Email:  james.p.gillis@usdoj.gov
>             john.gibbs@usdoj.gov
>             evan.turgeon@usdoj.gov
>             agrano@usa.doj.gov

_/s/_____
James E. Tysse (VA Bar #73490)