UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal Case No. 1:18-CR-457 (AJT)** |
| | : | |
| **BIJAN RAFIEKIAN, et al.** | : | |

**[PROPOSED] ORDER**

Upon consideration of Defendant Rafiekian's Unopposed Motion for Leave to Appear Without Local Counsel, for good cause shown, it is this _____ day of _____, 2021, hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Mark J. MacDougall, Stacey H. Mitchell, Adam A. Bereston, Samantha J. Block, and Madeline M. Bardi may appear on behalf of Defendant Rafiekian without local counsel.

**SO ORDERED.**

_____
The Honorable Anthony J. Trenga
United States District Judge