UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Case No. 1:18-CR-457 (AJT) |
| | : | |
| BIJAN RAFIEKIAN, et al. | : | |

## ORDER

Upon consideration of Defendant Rafiekian's Unopposed Motion for Leave to Appear Without Local Counsel, for good cause shown, it is this 10th day of Dec., 2021, hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Mark J. MacDougall, Stacey H. Mitchell, Adam A. Bereston, Samantha J. Block, and Madeline M. Bardi may appear on behalf of Defendant Rafiekian without local counsel.

SO ORDERED.

/s/
Anthony J. Trenga
United States District Judge

The Honorable Anthony J. Trenga
United States District Judge