# UNITED STATES DISTRICT COURT
# CRIMINAL MOTION MINUTES

Date: **12/15/2021**      Judge:    Anthony J. Trenga
Time: **3:00 – 3:17**     Reporter: Rhonda Montgomery
                          Deputy Clerk: Dani Zirk
                          Interpreter:

Case Number: **1:18-CR-457**

**UNITED STATES OF AMERICA**

vs.

**BIJAN RAFIEKIAN**                    ___ Present    **X** Not Present

| Counsel for Defendant | Counsel for Government |
|---|---|
| **Mark MacDougall** | **Evan Turgeon** |
| **Stacy Mitchell** | **James Gillis** |
| **Adam Bereston** | **Aidan Grano-Mickelsen** |
| **Samantha Block** | **John Gibbs** |
| **James Tyse** | |

PROCEEDINGS:

Motion to/for:
[387] Renewed Motion for New Trial *Pursuant to Federal Rule of Criminal Procedure 33* by deft.

Argued and
(  ) Granted          (  ) Denied       (  ) Granted in part/Denied in part
(**X**) Taken Under Advisement         (  ) Continued to


(**X**) Order to Follow