IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BIJAN RAFIEKIAN,<br><br>*Defendant*. | No. 1:18-cr-457-AJT-1 |

# NOTICE OF APPEAL

The United States hereby appeals from the order granting defendant's renewed motion for a new trial, which was entered by the Court on March 25, 2022 (*see* Dkt. 412), and from all prior rulings and orders of the Court in this case, to the United States Court of Appeals for the Fourth Circuit.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

| /s/ | By: /s/ |
|---|---|
| Evan N. Turgeon | Aidan Taft Grano-Mickelsen |
| Trial Attorney | James P. Gillis |
| Counterintelligence and Export | John. T. Gibbs |
|    Control Section | Assistant United States Attorneys |
| National Security Division | United States Attorney's Office for the Eastern |
| United States Department of Justice |    District of Virginia |
| 950 Pennsylvania Avenue NW | 2100 Jamieson Avenue |
| Washington, DC 20530 | Alexandria, VA 22314 |
| (202) 353-0176 | Tel.: (703) 299-3700 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2022, I electronically filed the foregoing using the CM/ECF system, which will send a notification of such filing to all counsel of record.

    /s/
Aidan Taft Grano-Mickelsen
Assistant United States Attorney

2