TED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| BIJAN RAFIEKIAN, *et al.*, | ) Case Number 1:18-cr-457-AJT-1 |
| | ) |
| Defendants. | ) |
| _____ | ) |

**ORDER**

Pending before the Court is the United States' Motion to Continue Status Conference. [Doc. No. 414] (the "Motion"). Upon consideration of the Motion, which the Defendant opposes, it is hereby

ORDERED that the United States' Motion to Continue Status Conference [Doc. No. 414] be, and the same hereby is, DENIED.

The Clerk is directed to forward a copy of this Order to all counsel of record.

Anthony J. Trenga
United States District Judge

Alexandria, Virginia
April 19, 2022

1