# UNITED STATES DISTRICT COURT
# STATUS CONFERENCE MINUTES

Date: **4/20/2022**　　　　　　　　　　Judge:　　Hon. Anthony J. Trenga
Time: **9:01 – 9:05**　　　　　　　　　Reporter:　Rhonda Montgomery
　　　　　　　　　　　　　　　　　　　Deputy Clerk:　Dani Zirk
　　　　　　　　　　　　　　　　　　　　Interpreter:

Case Number: **1:18-CR-457**

**UNITED STATES OF AMERICA**

vs.

**BIJAN RAFIEKIAN**　　　　　　___ Present　**X** Not Present

| Counsel for Defendant | Counsel for Government |
|---|---|
| **Robert Trout** | **Aidan Grano-Mickelsen** |
| **James Tysse** | |
| **Mark MacDougall** | |
| **Stacey Mitchell** | |

PROCEEDINGS:

This matter came on for a Status Conference. The Court will expeditiously set a trial date after the Court of Appeals has ruled on jurisdiction.