FILED: April 26, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4252
(1:18-cr-00457-AJT-1)

_____

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

BIJAN RAFIEKIAN, a/k/a Bijan Kian

      Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:18-cr-00457-AJT-1 |
| Date notice of appeal filed in originating court: | 04/18/2022 |
| Appellant(s) | United States of America |
| Appellate Case Number | 22-4252 |
| Case Manager | Cathi Bennett<br>804-916-2702 |