UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| BIJAN RAFIEKIAN, *et al.*, ) | Case Number 1:18-cr-457-AJT-1 |
| ) | |
| Defendants. ) | |
| _____) | |

**ORDER**

On March 25, 2022, the Court vacated Defendant Bijan Rafiekian's convictions on Counts One and Two and granted his renewed motion for a new trial. [Doc. No. 412]. The United States appealed, and on May 18, 2023 by published opinion the Fourth Circuit affirmed the Court's Order. [Doc. No. 421]. On July 10, 2023, the Fourth Circuit issued its mandate. Accordingly, it is hereby

ORDERED that a status conference be, and the same hereby is, SCHEDULED on Wednesday, July 26, 2023 at 9:00 a.m. to set a trial date should the United States elect to proceed with a new trial.

The Clerk is directed to forward copies of this Order to all counsel of record.

July 10, 2023
Alexandria, Virginia

Anthony J. Trenga
Senior U.S. District Judge