UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal Case No. 1:18-CR-457 (AJT) |
| BIJAN RAFIEKIAN, et al. | : |

## WAIVER OF APPEARANCE

The defendant, Bijan Rafiekian, having been advised by his counsel of his right to be present for all proceedings in this case, hereby confirms that he waives his right to appear for the status conference on July 26, 2023.

_____  7/13/2023
Bijan Rafiekian                              Date

## CERTIFICATE OF SERVICE

I hereby certify that, on this 24th day of July 2023, a true and genuine copy of the Waiver of Appearance was sent via electronic mail by the Court's CM/ECF system to the following:

John T. Gibbs
Evan N. Turgeon
U.S. Attorney's Office (Alexandria-NA)
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone: (703) 299-3700
Email: john.gibbs@usdoj.gov
           evan.turgeon@usdoj.gov


                                                    */s/ James E. Tysse*
                                                    James E. Tysse (VA Bar # 73490)