```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF VIRGINIA
                        ALEXANDRIA DIVISION

UNITED STATES OF AMERICA,     )   Case 1:18-cr-457
                              )
            Plaintiff,        )
                              )
      v.                      )   Alexandria, Virginia
                              )   July 26, 2023
BIJAN RAFIEKIAN,              )   9:02 a.m.
                              )
            Defendant.        )
_____)   Pages 1 - 5


              TRANSCRIPT OF STATUS CONFERENCE

         BEFORE THE HONORABLE ANTHONY J. TRENGA

             UNITED STATES DISTRICT COURT JUDGE
```

COMPUTERIZED TRANSCRIPTION OF STENOGRAPHIC NOTES

```
 1  APPEARANCES:

 2  FOR THE UNITED STATES OF AMERICA:

 3       EVAN N. TURGEON, ESQUIRE
         DANYA E. ATIYEH, ESQUIRE
 4       OFFICE OF THE UNITED STATES ATTORNEY
         2100 Jamieson Avenue
 5       Alexandria, Virginia  22314
         (703) 299-3700
 6
    FOR BIJAN RAFIEKIAN:
 7
         ROBERT P. TROUT, ESQUIRE
 8       SCHERTLER, ONORATO, MEAD & SEARS
         555 13th Street, N.W., Suite 500 West
 9       Washington, D.C.  20004
         (202) 628-4199
10
         MARK J. MACDOUGALL, ESQUIRE, *PRO HAC VICE*
11       STACEY H. MITCHELL, ESQUIRE, *PRO HAC VICE*
         AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
12       Robert S. Strauss Tower
         2001 K Street, N.W.
13       Washington, D.C.  20006
         (202) 887-4000
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2              THE COURTROOM DEPUTY:  Criminal Case
 3  No. 1:18-cr-457-1, United States v. Bijan Rafiekian.
 4              Counsel, will you please note your
 5  appearances for the record.
 6              MS. ATIYEH:  Good morning, Your Honor.  Danya
 7  Atiyeh on behalf of the United States.  I'm joined here
 8  today by Evan Turgeon from the National Security
 9  Division, who will be covering the hearing.
10              THE COURT:  All right.  Good morning.
11              MR. MACDOUGALL:  Good morning, Your Honor.
12  Mark MacDougall for Bijan Rafiekian along with Robert
13  Trout and Stacey Mitchell.  Mr. Rafiekian has filed his
14  waiver of personal appearance.
15              THE COURT:  All right.  We're here for a
16  status conference.  Other than the setting of a trial
17  date, are there any other issues the government wants
18  to raise?
19              MR. TURGEON:  No, Your Honor.
20              THE COURT:  All right.  Mr. MacDougall,
21  anything else you want to raise?
22              MR. MACDOUGALL:  No, Your Honor.
23              THE COURT:  All right.  I'll set this matter
24  down for trial to begin on September 25.  If there are
25  any motions to be filed, they should be filed by
```

1  July 25 -- no, I'm sorry, August 25.  I'll have a
2  hearing on September 13.
3              MR. MACDOUGALL:  Your Honor, my apologies.  I
4  may have misunderstood the Court's question earlier.
5              THE COURT:  Yes.
6              MR. MACDOUGALL:  Ms. Mitchell and I have a
7  trial beginning in the Southern District of Florida
8  that's supposed to run two-and-a-half weeks beginning
9  September 26.
10             THE COURT:  Well, we should be ready to go in
11 the case.  How about if we do it in August?  August 21?
12             MR. MACDOUGALL:  Well, Your Honor, I'm sorry
13 to be the fly in the ointment.  I have a death penalty
14 evidentiary hearing beginning the 15th of August in
15 Florida.  After the September trial, I'm good to go.
16             THE COURT:  All right.  How long do you think
17 the government is going to take for its case in chief?
18             MR. TURGEON:  Your Honor, I imagine, if the
19 case were to be retried, it would be something on the
20 order of one week for the government's case in chief.
21             THE COURT:  How about October 12?  Does that
22 work for you, Mr. MacDougall?
23             MR. MACDOUGALL:  Your Honor, in the case in
24 Florida, which is *United States v. Masphal Kry*, the
25 government has taken the position it would be a

```
 1  three-week trial.  We think that's a little excessive,
 2  but that's the time the government has given us.
 3              THE COURT:  All right.  Let's do October 30.
 4              MR. MACDOUGALL:  October 30?
 5              THE COURT:  Yes.
 6              MR. MACDOUGALL:  Thank you, Your Honor.
 7              THE COURT:  All right, October 30.  Let's
 8  file any motions by the 15th of September, and I'll
 9  have a hearing on the 18th of October.  All right.
10              MR. TURGEON:  Yes, Your Honor.
11              THE COURT:  All right.  Anything else we can
12  take care of?
13              MR. MACDOUGALL:  No, Your Honor.  Thank you.
14              THE COURT:  All right.  Very good.
15              All right.  Thank you.
16              Counsel is excused.
17              The Court will stand in recess.
18         ------------------------------------
                     Time:  9:07 a.m.
19
20
21
        I certify that the foregoing is a true and
22
     accurate transcription of my stenographic notes.
23
24
                                    /s/
25                         Rhonda F. Montgomery, CCR, RPR
```