UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| BIJAN RAFIEKIAN, *et al.*, ) | Case Number 1:18-cr-457-AJT-1 |
| ) | |
| Defendants. ) | |
| _____ ) | |

**<u>ORDER</u>**

It is hereby

ORDERED that a status conference be set in this matter for Wednesday September 13, 2023 at 9:00 a.m.

The Clerk is directed to forward copies of this Order to all counsel of record.

August 4, 2023
Alexandria, Virginia

_____
Anthony J. Trenga
Senior U.S. District Judge