IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 1:18-CR-457-AJT |
| BIJAN RAFIEKIAN, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

<u>ORDER TO DISMISS COUNTS ONE AND TWO OF THE INDICTMENT</u>

Upon the motion of the United States Attorney, by John T. Gibbs, Assistant United States Attorney, made to this Court on September 11, 2023,  and for the reasons stated by the government, good cause having been shown, it is hereby ordered that Counts One and Two of the indictment in this case are dismissed with prejudice.

Entered in Alexandria, Virginia, this _____ day of September 2023.


_____
The Honorable Anthony J. Trenga
United States District Judge

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____/s/_____
                                          John T. Gibbs
_____/s/_____              Virginia Bar No. 40380
Evan N. Turgeon                          Aidan Grano-Mickelsen
Trial Attorney                           New York Bar No. 5216585
Counterintelligence                      Assistant United States Attorneys
    and Export Control Section           The Justin W. Williams
National Security Division               United States Attorney's Office
United States Department of Justice      2100 Jamieson Avenue
950 Pennsylvania Ave., NW                Alexandria, VA 22314
Washington, DC 20530                     (703) 299-3700
(202) 353-0176                           (703) 299-3982 (fax)
Evan.Turgeon@usdoj.gov                   John.Gibbs@usdoj.gov
                                         Aidan.grano-mickelsen@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2023, I electronically filed the foregoing using the

CM/ECF system, which will send a notification of such filing to counsel of record.

Respectfully submitted,


_____/s/_____
John T. Gibbs
Assistant United States Attorney