IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>BIJAN RAFIEKIAN, *et al.*, )<br>)<br>Defendants. ) | No. 1:18-CR-457-AJT |

**ORDER**

Upon the motion of the United States Attorney, by John T. Gibbs, Assistant United States Attorney, made to this Court on September 11, 2023, and for the reasons stated by the government, good cause having been shown, it is hereby **ORDERED** that Counts One and Two of the indictment in this case are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that the hearing presently scheduled for Wednesday, September 13, 2023 at 9:00 a.m. be, and the same hereby is, **CANCELED**.

The Clerk is directed to forward copies of this Order to all counsel of record.

Entered in Alexandria, Virginia, this 11th day of September 2023.

_____
Anthony J. Trenga
Senior U.S. District Judge